**EXHIBIT 1**

**Martinelli's Apple Juice**







**Martinelli's Sparkling Cider**




**Martinelli's Organic Apple Juice**





**Martinelli's Sparkling Blush**





**Martinelli's Sparkling Rose**





**Martinelli's Heritage Label Sparkling Cider**




**Martinelli's Classic Heritage Label Sparkling Cider**





**Martinelli's Organic Heritage Label Sparkling Cider**




**Martinelli's Sparkling Apple Juice**





**Martinelli's Sparkling Apple Juice**

