BRUCE E. COPELAND (SBN: 124888)
bcopeland@nixonpeabody.com
LAUREN M. MICHALS (SBN: 184473)
lmichals@nixonpeabody.com
SEARA SULLIVAN (SBN 303403)
ssullivan@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA  94111-3600
Tel:  415-984-8200
Fax:  415-984-8300


Attorneys for Defendant
S. MARTINELLI & COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLY RAMIREZ and SORANGIE SANCHEZ, on behalf of themselves and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>S. MARTINELLI & COMPANY,<br><br>Defendant. | Case No.: 5:25-CV-07569-NC<br><br>**DECLARATION OF SEARA SULLIVAN IN SUPPORT OF DEFENDANT S. MARTINELLI & COMPANY'S MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT AND STRIKE RELIEF AND CLASS CLAIMS**<br><br>**Hearing Date: February 4, 2026**<br>**Time: 11:00 am**<br><br>Complaint Filed: September 5, 2025<br>Trial Date: None Set |

- 1 -

4937-7159-5394.1

## DECLARATION OF SEARA SULLIVAN

I, Seara Sullivan, declare as follows:

1.    I am an attorney licensed to practice law in the State of California and admitted to appear before this Court.  I am an associate with the law firm of Nixon Peabody LLP, attorneys of record in this matter for Defendant S. Martinelli & Company ("Defendant" or "Martinelli") in this matter. I make the following declaration based on personal knowledge, unless otherwise stated, and my review of and familiarity with the files and documents in the above-captioned matter. If called as a witness, I could and would competently testify to the facts contained herein. I submit this declaration in support of Defendant's Motion to Dismiss Plaintiffs Joly Ramirez and Sorangie Sanchez's Amended Class Action Complaint.

2.    Attached as **Exhibit C** to Defendant's Request for Judicial Notice ("RJN")is a true and correct copy of a webpage I retrieved and printed from Walmart's website, located at https://www.walmart.com/ip/Juicy-Juice-100-Juice-Apple-128-fl-oz-Bottle/46461860?athcpid=46461860&athpgid=AthenaItempage&athcgid=null&athznid=si&athieid=v0_eeMzMuNSwxMzIyLjIzLDAuMDMwMDI4MTc1OTM4MDIzNDAzLDAuNV8&athstid=CS055~CS004&athguid=jmsoYq6QMa-UNyX2, where it remains publicly available. The page shows product information for a gallon of Juicy Juice brand "100% Juice" Apple Juice as referenced in the Amended Complaint. (ECF No. 16 at ¶ 9.)

3.    Attached hereto as **Exhibit D** to the RJN is a true and correct copy of a webpage I retrieved and printed from Kroger's website on December 11, 2025, located at https://www.kroger.com/p/r-w-knudsen-organic-apple-100-juice-glass-bottle/0007468200018?fulfillment=PICKUP, where it remains publicly available. The page shows product information for the R.W. Knudsen Organic Apple 100% Juice as referenced in the Amended Complaint. (ECF No. 16 at ¶ 9.)

4.    Attached hereto as **Exhibit E** to the RJN is a true and correct copy of a webpage I retrieved and printed from Meijer's website on December 11, 2025, located at

DECLARATION OF SEARA SULLIVAN IN SUPPORT OF S. MARTINELLI & COMPANY'S
MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT; Case No.: 5:25-CV-07569-NC
4937-7159-5394.1

https://www.meijer.com/shopping/product/meijer-100-apple-juice-64-oz/71928373431.html, where it remains publicly available. The page shows product information for Meijer branded half-gallon "100% Apple Juice" Apple Juice as referenced in the Amended Complaint. (ECF No. 16 at ¶ 9.)

5.    On December 11, 2025, I researched locations for "Kroger" and "Meijer" named grocery stores. Per https://www.kroger.com/stores/grocery and the "Meijer Corporate Impact Report 2024 at p. 5, located at https://filecache.mediaroom.com/mr5mr_meijernews/185061/2024_Meijer_Corporate_Impact_Report_FINAL.pdf, there are no "Kroger" or "Meijer" grocery stores in California or New York state.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.  Executed this 15th day of December 2025, at San Rafael, California.

_____
Seara Sullivan

DECLARATION OF SEARA SULLIVAN IN SUPPORT OF S. MARTINELLI & COMPANY'S MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT; Case No.: 5:25-CV-07569-NC
4937-7159-5394.1