**SMITH KRIVOSHEY, PC**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail:  joel@skclassactions.com

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (State Bar No. 295032)
Brittany S. Scott (State Bar No. 327132)
28 Geary Street Suite 650 #1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail:  yeremey@skclassactions.com
          brittany@skclassactions.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLY RAMIREZ and SORANGIE SANCHEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>S. MARTINELLI & COMPANY,<br><br>Defendant. | CASE NO.: 5:25-CV-07569-NC<br><br>**PLAINTIFFS' NOTICE REGARDING AMENDMENT** |

The Court's February 2, 2026, Order on Defendant's motion to dismiss set a deadline of February 27, 2026, for Plaintiffs to either file an amended complaint addressing pleading deficiencies identified in the Order, or to notify the Court that Plaintiffs do not wish to amend. *See* Feb. 2, 2026 Order at 11:28-12:3, ECF No. 35. Plaintiffs do not intend to file an amended complaint at this time, but respectfully reserve their right to seek leave to amend later if circumstances arise that warrant amendment and if permissible under governing law.

DATED: February 3, 2026

Respectfully submitted,

**SMITH KRIVOSHEY, PLLC**

By:  */s/ Yeremey O. Krivoshey*
        Yeremey O. Krivoshey

Yeremey O. Krivoshey (State Bar No. 295032)
Brittany S. Scott (State Bar No. 327132)
28 Geary Street Suite 650 #1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail:  yeremey@skclassactions.com
              brittany@skclassactions.com

**SMITH KRIVOSHEY, PLLC**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail:  joel@skclassactions.com

*Attorneys for Plaintiffs*