UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Joly Ramirez and Sorangie Sanchez, on behalf
of themselves and all others similarly situated
_____,

Plaintiff,

v.

_S. Martinelli & Company_____,

Defendant.

Case No. _5:25-cv-07569-NC_____

**MOTION TO SUBSTITUTE
LAW FIRM; PROPOSED ORDER**

On behalf of (party name) _Defendant, S. Martinelli & Company_____, the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Isabelle L. Ord, Tia Nguyen, Harrison Park and Ashley Barton of DLA Piper LLP (US)

Name(s) of counsel withdrawing from representation and firm name:
Eric M. Ferrante, Bruce E. Copeland, Gabriel A. Mendoza, Lauren Marian Michals, and Seara E. Sullivan,
of the law firm of Nixon Peabody LLP

Date: _4/28/2026_____

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____     _____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California