ISABELLE L. ORD (Bar No. 198224)
isabelle.ord@us.dlapiper.com
TIA Q. NGUYEN (Bar No. 338778)
tia.nguyen@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

ASHLEY L. BARTON (Bar No. 335673)
ashley.barton@us.dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, CA 92121
Tel: 619.699.2700
Fax: 619.699.2701

KEARA M. GORDON*
keara.gordon@us.dlapiper.com
COLLEEN M. CAREY GULLIVER*
colleen.gulliver@us.dlapiper.com
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Tel: 212.335.4500
Fax: 212.335.4501

HARRISON B. PARK (Bar No. 347839)
harrison.park@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Tel: 310.595.3000
Fax: 310.595.3300

*admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JOLY RAMIREZ and SORANGIE SANCHEZ, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

S. MARTINELLI & COMPANY,

Defendant.

CASE NO. 5:25-cv-07569-NC

**DECLARATION OF TIA Q. NGUYEN IN SUPPORT OF DEFENDANT S. MARTINELLI & COMPANY'S ADMINISTRATIVE MOTION FOR MODIFICATION OF PROPOSED CASE MANAGEMENT SCHEDULE**

**DECLARATION OF TIA NGUYEN**

I, Tia Nguyen, declare as follows:

1. I am counsel of record for Defendant S. Martinelli & Company ("Martinelli's) in this case brought by Joly Ramirez and Sorangie Sanchez ("the plaintiffs") (collectively, with Martinelli's, the "Parties"). I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently testify thereto. This declaration is submitted in support of Martinelli's Administrative Motion for Modification of Proposed Case Management Schedule ("Administrative Motion"), filed concurrently herewith.

2. From when this case commenced on September 5, 2025 and through the filing of Martinelli's Answer and Amended Answer to the plaintiffs' Amended Class Action Complaint, *see* ECF No. 37 (filed on February 17, 2026) and ECF No. 44 (March 13, 2026), Martinelli's has been solely represented by Nixon Peabody LLP.

3. On April 21, 2026, counsel at DLA Piper LLP ("DLA Piper") entered appearances on behalf of Martinelli's. *See* ECF Nos. 45–48.

4. Since appearing as counsel for Martinelli's, DLA Piper has been diligently assessing the case, existing work product, and prior discovery efforts. The Parties have not yet completed their negotiations of custodians, search terms, protocol for the discovery of electronically stored information ("ESI"), or scope of discovery.

5. DLA Piper LLP was not involved in the Parties' prior discussions regarding the negotiation of the case management schedule proposed by the Parties in the Joint Case Management Statement, filed on January 28, 2026 (ECF No. 31). Given the current status of the case and the recent retention of DLA Piper, counsel for Martinelli's reasonably and in good faith believes that an extension of the dates proposed in the Joint Case Management Statement is warranted.

6. Martinelli's Administrative Motion is not made for the purpose of delay and will not affect any other deadlines currently set by the Court because no case schedule has yet been entered.

7. This is the fourth requested extension and/or modification of time in this matter, but the first requested extension and/or modification of time related to the case management schedule. *See* ECF Nos. 9, 23, 41.

8. On May 11, 2026, counsel for the Parties met and conferred via videoconference. During that meet-and-confer, counsel for Martinelli's proposed that the Parties modify the deadlines set forth in the Joint Case Management Statement to allow DLA Piper sufficient time to get up to speed, to allow the Parties to continue conferring on custodians, search terms, and the scope of discovery, and to allow the Parties sufficient time to complete class-certification related discovery before briefing on class certification. Counsel for the plaintiffs did not agree.

9. On May 14, 2026, counsel for Martinelli's conferred with counsel for the plaintiffs in writing to propose the modified case schedule set forth in Section III of the Administrative Motion. Counsel for the plaintiffs have indicated that they will not agree to modify the case schedule as proposed at this time, but instead requested that Martinelli's delay in making this Motion until June 5, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of May, 2026, in Seattle, Washington.

*<u>/s/ Tia Nguyen</u>*
TIA NGUYEN