United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOLY RAMIREZ, and others,

Plaintiffs,

v.

S. MARTINELLI & COMPANY,

Defendant.

Case No. 25-cv-07569 NC

**CASE MANAGEMENT ORDER; DENYING MOTION TO EXTEND JOINTLY PROPOSED CASE SCHEDULE**

RE: ECF 31, 55

The Court considered the joint case management conference statement filed by the parties at ECF 31 and the Defendant's subsequent motion (ECF 55) opposed by Plaintiffs (ECF 56) to extend the schedule after a change in Defendant's counsel. The Court in this order approves the original schedule proposed by the parties and denies the requested extension for lack of good cause shown. The deadlines in this order may be modified only by further Court order. The Court is committed to the "just, speedy, and inexpensive" determination of this action as directed by Federal Rule of Civil Procedure 1. The Court appreciates that all parties have consented to the jurisdiction of a magistrate judge. ECF 8, 13. Any appeal will be to the Ninth Circuit Court of Appeals.

***Request to Bifurcate Discovery as to Class and Merits Issues, ECF 31***: The Court is not persuaded by Defendant's request to bifurcate discovery, as class certification

United States District Court
Northern District of California

determinations require inquiry into the merits and bifurcation can require some discovery steps to be taken twice. That being said, the Court agrees that class certification-related discovery should be a priority for the early phase of the case and some discovery may be deferred by agreement. Burden can be addressed by assuring that any discovery requested is proportional to the needs of the case under Fed. R. Civ. P. 26.

*ADR Referral:* The parties suggest private mediation. In their next CMC statement, they must propose a deadline and their selected private mediator.

*Motion to Extend Proposed Schedule, ECF 55:* The Court denies Defendant's request to extend the case schedule. The substitution of counsel does not establish good cause for a substantial case delay.

*Next Case Management Conference:* 9/16/2026 10:00 a.m., by Zoom video, with joint updated case statement due 9/9/26.

*Case Deadlines and Limits*:

| | |
|---|---|
| Protective Order | [done, ECF 43] |
| Deadline to Make Initial Fact Disclosures Under Fed. R. Civ. P. 26 | [done] |
| Deadline to Add Parties and Amend Pleadings Without Leave of Court | 6/30/26 |
| Discovery limits: no more than 7 fact depositions per side without leave of Court | |
| Next Joint Case Management Statement Due | 9/9/26 |
| Next Case Management Conference | 9/16/26 10:00 a.m. Zoom |
| Deadline to complete fact discovery | 4/2/27 |
| Deadline to disclose experts and expert reports in support of class certification; and for Plaintiff to file class certification motion | 9/7/26 |
| Deadline for Defendant to disclose experts and expert | 11/17/26 |

United States District Court
Northern District of California

| | |
|---|---|
| reports in opposition to class certification and to file opposition to class certification | |
| Deadline for Plaintiff to file reply in support of class certification | 12/21/26 |
| Deadline for hearing on class certification | 1/20/27 |
| Summary Judgment, non-class experts, Daubert motions, Pretrial filings and motions in limine | To be set later |
| Opposition to motions in limine due | To be set later |
| Pretrial Conference | To be set later |
| Jury Trial | To be set later |

Please consult my Civil Standing Order in the event of a discovery dispute. A future order will detail the procedural rules and time limits for the pretrial conference and trial.

**IT IS SO ORDERED.**

Dated: May 22, 2026

_____

NATHANAEL M. COUSINS
Chief Magistrate Judge

3