**540SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (State Bar No. 295032)
Brittany S. Scott (State Bar No. 327132)
28 Geary Street Suite 650 #1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail: yeremey@skclassactions.com
brittany@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail: joel@skclassactions.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JOLY RAMIREZ and SORANGIE SANCHEZ, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

S. MARTINELLI & COMPANY,

Defendant.

CASE NO.: 5:25-cv-07569-NC

**DECLARATION OF JOEL D. SMITH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Hearing Date: January 13, 2027
Time: 11 am
Courtroom: 5

I, Joel D. Smith, declare as follows:

1. I am an attorney at law licensed to practice in California, Massachusetts, and New Jersey. I am a partner at Smith Krivoshey, PC, counsel of record for Plaintiffs in this matter. I have personal knowledge of the matters set forth herein, and if called upon to do so, would and could testify competently thereto. I offer this declaration in support of Plaintiffs' Motion for Class Certification.

2. Each document in the exhibit list below is a true and correct copy of the document described. Some documents were produced by Defendant S. Martinelli & Company ("Martinelli's") with yellow highlighting. For certain documents, red boxes identifying relevant portions were added by my law firm when preparing the document as an exhibit. If an exhibit consists of excerpts rather than the entire document, that fact is noted with an X in the left-hand column.

| ***Publicly-Filed Documents*** | | |
|---|---|---|
| **Exhibit** | **Description** | **Excerpted** |
| **1** | Jason Hartman, *Gun Ruder of S Martinelli On 5 Things You Need To Run A Highly Successful Family Business*, Authority Magazine, November 4, 2023, https://medium.com/authority-magazine/gun-ruder-of-s-martinelli-on-5-things-you-need-to-run-a-highly-successful-family-business-8542f0d42cb5 | |
| **2** | Defendant S. Martinelli & Company's Responses to Plaintiff's First Set of Requests for Admission | X |
| **3** | MARTINELLIS-00000366 (Produced by Martinelli's in this matter) | |
| **4** | MARTINELLIS-00000404 (Produced by Martinelli's in this matter) | |
| **5** | n/a – intentionally skipped | |
| **6** | MARTINELLIS-00001034 (Produced by Martinelli's in this matter) | |
| **7** | n/a – intentionally skipped | |
| **8** | n/a – intentionally skipped | |
| **9** | n/a – intentionally skipped | |

| | | |
|---|---|---|
| **10** | n/a – intentionally skipped | |
| **11** | MARTINELLIS-00000228 (Produced by Martinelli's in this matter) | |
| **12** | MARTINELLIS-00001618 (Produced by Martinelli's in this matter) | |
| **13** | MARTINELLIS-00001623 (Produced by Martinelli's in this matter) | |
| **14** | Screenshot webpage titled "Encourage Martinelli's to Eliminate Corn-Derived Vitamin C from Their Apple Juice," available at https://www.change.org/p/encourage-martinelli-s-to-eliminate-corn-derived-vitamin-c-from-their-apple-juice (last visited September 4, 2026) | |
| **15** | MARTINELLIS-00002673 (Produced by Martinelli's in this matter) | |
| **16** | Screenshot of comments section from webpage titled "Encourage Martinelli's to Eliminate Corn-Derived Vitamin C from Their Apple Juice," available at https://www.change.org/p/encourage-martinelli-s-to-eliminate-corn-derived-vitamin-c-from-their-apple-juice/feed (last visited September 4, 2026) | |
| **17** | Transcript of August 27, 2026, Deposition of Sorangie Sanchez | X |
| **18** | Rough Transcript of August 19, 2026, Deposition of Joly Ramirez | X |
| **19** | Transcript of August 18, 2025 Final Approval Hearing in *Niemczyk v. Pro Custom Solar, LLC*, D.N.J. Case No. 19-cv-07846 | X |
| **20** | Firm resume of Smith Krivoshey, P.C. | |
| **21** | Declaration / Expert Report of J. Michael Dennis, Ph.D. | |
| **22-29** | n/a – intentionally skipped | |

| ***Documents Filed Under Seal*** | | |
|---|---|---|
| **Exhibit** | **Description** | **Excerpted** |
| **30** | MARTINELLIS-00000060-95 (Produced by Martinelli's in this matter) | |
| **31** | MARTINELLIS-00002399-2418 (Produced by Martinelli's in this matter) | |
| **32** | MARTINELLIS-00002663 (Produced by Martinelli's in this matter) | |
| **33** | MARTINELLIS-00002691 (Produced by Martinelli's in this matter) | |

| | | |
|---|---|---|
| **34** | MARTINELLIS-00002692 (Produced by Martinelli's in this matter) | |
| **35** | MARTINELLIS-00002804-2806 (Produced by Martinelli's in this matter) | |
| **36** | MARTINELLIS-00003468 (Produced by Martinelli's in this matter) | |
| **37** | MARTINELLIS-00004561 (Produced by Martinelli's in this matter) | |
| **38** | MARTINELLIS-00001988 (Produced by Martinelli's in this matter) | |
| **39** | MARTINELLIS-00001990-91 (Produced by Martinelli's in this matter) | |
| **40** | MARTINELLIS-00003927-3988 (Produced by Martinelli's in this matter) | X |
| **41** | MARTINELLIS-00000096-151 (Produced by Martinelli's in this matter) | |
| **42** | MARTINELLIS-00002056 (Produced by Martinelli's in this matter) | |
| **43** | Defendant S. Martinelli & Company's Third Supplemental Responses to Plaintiff's First Set of Interrogatories (Designated Confidential) | X |
| **44** | MARTINELLIS-00003349-3401 (Produced by Martinelli's in this matter) | X |
| **45** | MARTINELLIS-00000152-202 (Produced by Martinelli's in this matter) | |
| **46** | MARTINELLIS-00002667-68 (Produced by Martinelli's in this matter) | |
| **47** | MARTINELLIS-00002589-90 (Produced by Martinelli's in this matter) | |
| **48** | MARTINELLIS-00002070 (Produced by Martinelli's in this matter) | |
| **49** | MARTINELLIS-00002687 (Produced by Martinelli's in this matter) | |
| **50** | MARTINELLIS-00002068 (Produced by Martinelli's in this matter) | |
| **51** | MARTINELLIS-00004235 (Produced by Martinelli's in this matter) | |
| **52** | Declaration /Expert Report of Colin B. Weir | |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed in Danielson, CT on September 8, 2026.

Joel D. Smith