**EXHIBIT 17**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOLY RAMIREZ and SORANGIE SANCHEZ, on behalf of themselves and all others similarly situated, | ) | Case No. |
| Plaintiffs, | ) | 5:25-cv-07569-NC |
| v. | ) | |
| S. MARTINELLI & COMPANY, | ) | |
| Defendant. | ) | |

VIDEOTAPED DEPOSITION UNDER ORAL EXAMINATION OF

SORANGIE SANCHEZ

DATE: August 27, 2026

REPORTED BY: CHARLENE FRIEDMAN, CCR, RPR, CRR

A A few times.
Q So if you had to ballpark for me how many times you've bought Martinelli's Sparkling Cider, could you estimate it?
A I don't recall how many times to be exact.
Q Can you give me an estimate?
MR. SMITH: You can answer.
A I would saw about -- well, most every other -- every holiday I did bought it, I remember that.
Q And every holiday for how many years?
A A long time.
I usually -- when I find out that you guys bought it, I usually bought it, especially the sparkling cider, and I also like a little apple juice as well.
Q You like little -- well, let's -- we'll come back to the little apple juice. Let's stick with the sparkling cider for a second.
So every holiday for a long time -- and what age did you start drinking the sparkling cider, do you remember?

of buying it? Was it every time you went to the store? Was it a special treat? Like --
A It was like a special treat.
Q A special treat. Okay.
And do you think you bought it ten times a year?
A Probably a little bit more, if I had to estimate.
Q Sure. Yeah.
So let's -- just estimating, would you say you probably bought it 20 times a year?
A Maybe, yes --
Q Okay. More?
A -- if I had to guess.
Q Is it possible it was more than 20 times a year?
A At that time, no.
Q So would you say that you have been drinking apple juice -- or let me say this better. Strike that.
Have you bought Martinelli's small bottle apple juices for about 20 times a year since you were a teenager?
A I don't remember, but if I had to

guess, probably, yes.

Once again, it was my favorite apple juice.

Q And before you bought anything from Martinelli's, did you ever look at their website?

A No.

Q Have you ever looked at Martinelli's website?

A No.

Q Did you ever do any research into Martinelli's?

MR. SMITH: Objection, vague.

THE WITNESS: Answer?

BY MS. GORDON:

Q You can answer.

MR. SMITH: You can answer.

A No.

Q Have you ever seen an advertisement for Martinelli's?

A No.

You guys don't have Chinese food.

Q I'm sorry?

A I said, I never seen an advertisement from you guys, like Chinese

bought it.
Q Can you ballpark it for me?
Were you a teenager again or was it last year? Like what are we talking about?
A I think the half gallons I may have bought in, I think, 2023, 2024.
Q So the first time you bought it was probably in 2023, 2024?
A Yes, ma'am.
Q And do you remember why you bought it at that time?
A I don't remember why, no.
Q Was there something on the label that made you want to buy it?
A Well, you guys always have the hundred percent juice label, so...
Q And is that important to you?
A Yes.
Q Why?
A Because it says a hundred percent juice.
Q And what do you think that means?
A That it's a hundred percent juice.
Q And you understand that whatever vitamins that exist in the apple, exist in

Martinelli's, and it has ascorbic acid, a preservative.

Q Today, would you feel comfortable buying a product that contains ascorbic acid?

MR. SMITH: Objection, vague, calls for speculation.

But you can answer.

A No, I would not feel comfortable.

Q To your knowledge, are you currently buying any products that contain ascorbic acid?

A To my knowledge, no, I'm not aware of.

Q We were talking about the half gallon apple juice that you had bought from Martinelli's before the break.

A Umm-hmm.

Q Is there anything else that you remember about the purchases of the half gallon apple juice that we haven't talked about?

A No.

Q And we talked a little bit about the sparkling cider before, and you told me that you generally buy it for holidays?

A Yes.
Q And is there anything particular that you remember about the label?
A A hundred percent juice.
Q Anything else?
A From fresh grown apples.
Q Anything else that you remember about the label?
A No.
Q Any other reason that we haven't talked about why you bought the sparkling cider?
A No.
Q Before you bought the sparkling cider, did you look on the back to see how much sugar it contained?
A Yes.
Q Do you remember anything else from the back label --
A No.
Q -- on the sparkling cider?
A No.
Q Do you remember where you bought the sparkling cider?
A Mostly Dollar Tree.

A Yes.
Q So how many times do you think you bought Martinelli's Sparkling Cider from S & J Deli?
A I would say, if I couldn't find it at Walmart or Dollar Tree, I would buy it from them, if I could find it, if they have it in stock. But that's the cider.
Q Yes.
A Yes.
MS. GORDON: All right. Let's do Tab 28.
BY MS. GORDON:
Q Do you remember thinking that the price that you were being charged at Dollar Tree and Walmart was fair?
MR. SMITH: Objection, vague.
But you can answer.
A For the cider, I believe so. As the label says, it's a hundred percent juice, so...
MS. GORDON: So I think this is 23.
(Above-mentioned document marked for Identification.)
MS. GORDON: Okay. So for the

Q Okay. So you think you might have -- you might have drank one but not the other before you took the picture, it's hard to tell?

A Yeah, it's hard to tell.

Q Okay. After you took the pictures, did you drink the rest of it, if there was any left?

A I don't remember, but most likely, yes.

Q And what do you think these pictures show?

MR. SMITH: Objection, vague.

THE WITNESS: I can answer?

MR. SMITH: Yes, please.

A It shows you guy's product.

Q And is there anything on here that you think is misleading?

A Your hundred percent juice from fresh grown apples.

Q And anything else?

A No.

Q Do you -- do you recall exactly when you -- you drank these?

A You asked me that before, and I

Is there any way from looking at Exhibit 33 whether we can tell on what date you bought a Martinelli's product at Walmart?
A No.
Q So that was May of 2024. You're not sure if any of those purchases were Martinelli's product, right?
A Yes, I'm not sure.
Q And same, then, with the purchases on page SANCHEZ_12, the purchase in March 2025, June 2025 and October 2025, do you know whether or not any of those purchases were of Martinelli's products?
A I'm going to say yes, I would know because the last time I purchased you guys was December of 2024.
Q So are you saying yes because you're confident the answer is yes or are you just guessing?
A I'm confident the answer is yes.
Q Okay. So tell me --
A The last time I purchased you guys was December 2024.
Q That wasn't my question.
My question is, are you confident

and I will continue to do that.
BY MS. GORDON:
Q Let me reask the question.
Do you believe that the 100 percent juice statement here on the Wellsley Farm product that you purchased is accurate?
THE WITNESS: I can answer?
MR. SMITH: Yes, you can.
A I'm going to say they're more truthful because they put 100 percent apple juice from concentration with added vitamin C.
Q More truthful than what?
A You guy's product.
Q Well, is this a true statement, that Wellsley Farm Apple Juice is 100 percent apple juice?
A Yeah, 100 percent apple juice from concentration with vitamin C.
Q And the fact that vitamin C is also known as ascorbic acid, will that stop you from buying Wellsley Farm products in the future?
A Yes.
MS. GORDON: Let's take a look at

Q Have you ever complained to Martinelli's about anything?

MR. SMITH: Objection, vague.

A I think that's why we're here to do this.

Q Other than this lawsuit, did you ever complain about anything to Martinelli's?

A No.

Q In your words, can you describe to me the claims that you are asserting in this case?

A You guys added preservatives making the label not truthful with a hundred percent juice.

Q And when you say, "preservatives," that's plural.

Is there anything other than ascorbic acid, which we talked about earlier?

A No, I just -- sorry, it's my accent. Just preservative.

Q So -- strike that.

Describe for me, in your own words, what you expect to get if you win this case?

A You guys changing the label.

Q So is this lawsuit about making a

label change?
A Yes. Be truthful.
Q And do you expect to get any money?
A I hope so.
Q Do you have any expectation, leaving aside what you talked about with your lawyers, of what you might get if you win this case?
A I won't be able to disclose that without the conversation with my lawyer.
Q Do you know who Joly Ramirez is?
A I do not know her personally, no, but I see the name on the paperwork.
Q Have you ever talked to her?
A No.
Q Do you know how many complaints have been filed in this case?
A Just, I guess, mines.
Q Let's go back to what was previously marked as 3, which is the amended complaint.
A Okay.
Q And just take a look for me at page 3.
A Okay.

Q What is a price premium?
You can answer.
THE WITNESS: I can answer?
MR. SMITH: Umm-hmm.
A I'm not -- I don't understand what's a price premium, to be honest.
Q Do you know whether you paid a price premium in this case?
MR. SMITH: Objection, calls for speculation.
A I do not know, no.
Q Do you know how much more -- well, let me put it this way.
Is it your contention that the Martinelli's juice that you bought was -- you know what? Strike it.
Do you ever intend to buy another Martinelli's product in the future?
A If you guys change the label, yes.
Q What does that mean?
A I guess once the label is changed to where you guys add the truth to it, I would, yes.
Q So if there was a label that -- on Martinelli's products that said a hundred

we're going to leave the deposition open, but for now, I have no further questions.

THE WITNESS: Okay.

MR. SMITH: Let me see. I may have some.

(Brief pause in proceedings.)

EXAMINATION BY MR. SMITH:

Q Ms. Sanchez, I want to focus your attention on the Martinelli's Sparkling Cider.

A Okay.

Q Do you know if the Martinelli's Sparkling Cider said 100 percent juice on the front label?

A The cider?

Q Umm-hmm.

MS. GORDON: Object to form.

A Yes.

Q Did that matter to you when you bought it?

A Yes.

Q Do you recall if the Martinelli's small glass bottles of the juice said something like 100 percent juice or 100

percent apple juice?
MS. GORDON: Object to form.
A I can answer?
Q Umm-hmm.
A Yes.
Q Did that matter to you when you bought it?
A Yes.
Q Do you remember if the half gallon jug of the Martinelli's juice had the words "100 percent juice" on the front of the label?
A I remember it saying 100 percent. I just don't remember if it says 100 percent apple juice.
Q So you remember it might have said 100 percent juice or --
A Yes.
Q Okay. All right.
So you're just not sure if it said 100 percent juice or 100 percent apple juice?
A Yes, I'm not sure if it said 100 percent juice or 100 percent apple juice.
Q Okay. Did that matter to you when you bought it?

A Yes.
Q I want to direct your attention to Exhibit 3.
A Okay.
Q I'll give you a moment to get that.
So we're on Exhibit 3, page 8, paragraph 20.
And I think earlier today, you received some criticism for not including the small Martinelli's apple juice glass bottles in this part of the complaint.
Do you remember that?
A Yes.
MS. GORDON: Object to form.
A I can answer?
Q Yes.
A Yes.
Q Now, the -- the failure to include the reference here in Exhibit 3, paragraph 20 to the small round glass bottles of Martinelli's, was that an oversight, something you just forgot to do?
MS. GORDON: Objection, asked and answered.
A Yes.

Q Okay. Do you recall -- do you recall correcting that oversight in discovery responses that you provided in this case?
MS. GORDON: Object to form.
A I can answer?
Q Umm-hmm.
A Yes.
Q In this case that you filed, are you trying to get money for other class members?
A Yes.
Q I think previously, you testified that the photos depicted in Exhibit 24 and 25 were probably taken in December of 2024.
Does that sound familiar to you?
MS. GORDON: Object to form, and to the extent it misstates prior testimony.
A Can you restate the question, please?
Q Sure.
My recollection was that previously, you testified that these two photos shown in Exhibit 25 and 24 were probably taken around December of 2024.
Do you remember offering that

C E R T I F I C A T E

I, CHARLENE FRIEDMAN, a Certified Court Reporter and Notary Public, qualified in and for the State of New Jersey do hereby certify that prior to the commencement of the examination SORANGIE SANCHEZ was duly sworn by me to testify to the truth the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a true and accurate transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth.

I DO FURTHER certify that I am neither a relative of nor employee nor attorney nor counsel for any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

CHARLENE FRIEDMAN, RPR, CRR, CCR of the State of New Jersey

License No: 30XI00204900

Date: August 27, 2027