**EXHIBIT 21**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLY RAMIREZ and SORANGIE SANCHEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>S. MARTINELLI & COMPANY,<br><br>Defendant. | Case No.: 5:25-cv-07569-NC |

**EXPERT REPORT OF**

**J. MICHAEL DENNIS, PH.D.**

**SEPTEMBER 8, 2026**

I, J. Michael Dennis, Ph.D., declare as follows:

1. I have been retained by counsel for the Plaintiffs in the above-captioned matter. If called upon to testify, I would and could testify competently to all such subject matter in this expert report.

2. Plaintiff's counsel has retained my services at the hourly rate of $750. My compensation is not contingent on the results of my work or any outcome of the litigation. My expert opinions expressed in this expert report are solely my own.

## SECTION 1: SUMMARY OF QUALIFICATIONS

3. I have attached a true and correct copy of my curriculum vitae. **Attachment A** sets forth accurate statements concerning my background, education, training, and experience concerning my expertise in the field of survey research and marketing research. The following summarizes relevant or notable qualifications related to the opinions expressed in this Declaration and Expert Report.

4. I have worked as a survey research expert for more than 25 years, authoring more than 60 articles, conference and seminar papers, and book chapters. I am recognized as an expert in survey research methods. I am a frequent speaker at the annual meetings of the American Association for Public Opinion Research ("AAPOR") and the American Statistical Association. In recognition of my expertise in online surveys, I was appointed to the AAPOR Task Force on Online Panels, which published recommendations for researchers.

5. I have been personally involved in the design and conduct of hundreds of statistical surveys using the internet mode of data collection over the last 25 years, including the kind of consumer survey and analysis described in this report.

6. Designing and conducting surveys about the opinions, perceptions, attitudes, preferences, and values of consumers, voters, members of associations, and citizens is a service that I have provided for my clients for more than 25 years. I have designed and conducted consumer surveys that have been accepted by courts in the following cases:

- *Benson v. Newell Brands, Inc.*, Case No. 19-cv-06836 (N.D. Ill.)
- *Price [Miles] v. Philip Morris*, Case No. 00 L 0112 (Circuit Court, Third Judicial Court, Madison County, Illinois)
- *Sunderland v. PharmaCare U.S., Inc.*, No. 3:23-CV-01318-JES-AHG (S.D. Cal.)
- *Favell v. Univ. of S. California*, No. CV 23-846-GW-MARX (C.D. Cal.)
- *Wallenstein v. Mondelez Int'l, Inc.*, No. 22-CV-06033-VC (N.D. Cal.)
- *Cabrera v. Bayer Healthcare LLC*, No. LA CV17-08525 JAK (JPRX) (C.D. Cal.)
- *Bush v. Rust-Oleum Corp.*, No. 20-CV-03268-LB (N.D. Cal.)
- *Zill v. Sprint*, Case No. RG03114147 (Superior Court of the State of California, County of Alameda)
- *Ebin v. Kangadis Food Inc.*, Case No. 1:13-cv-02311 (S.D.N.Y.)
- *Sachs and Alden v. Toyota Motor Corp.*, Case No. BC443701 (Superior Court of the State of California, County of Los Angeles)
- *Avram v. Samsung Elecs. America, Inc. and Lowe's Home Ctrs.*, Case No. 2:11-cv-6973 (KM)(SCM) (D.N.J.)
- *Geanacopoulos v. Philip Morris, USA*, Civil Action No. 98-6002-BLSI (Superior Court for the Commonwealth of Massachusetts)
- *Scotts EZ Seed Litig.*, Case No. 12-CV-4727 (VB)(PED) (S.D.N.Y.)
- *Dzielak v. Whirlpool*, Case No. 12-cv-00090 (D.N.J.)
- *Pettit v. Procter & Gamble [RE: Flushable Wipes]*, Case No. 3:15-CV-02150-RS (N.D. Cal.)
- *Fitzhenry-Russell, et al. v. Dr. Pepper Snapple Grp., Inc., et al.*, Case Nos. 5:17-cv-00564-NC (lead); 5:17-02341-NC (consolidated) (N.D. Cal.)

- *Broomfield, et al. v. Craft Brew Alliance, Inc., et al.*, Case No. 5:17-cv-01027-BLF (N.D. Cal.)
- *Patrick McMorrow, et al. v. Mondelez Int'l, Inc.*, Case No. 3:17-cv-2327-BAS-JLB (S.D. Cal.)
- *Sharpe v. A & W Concentrate Co.*, Case No. 19-cv-00768 (BMC) (E.D.N.Y.)
- *Montera, et al. v. Premier Nutrition Corp.*, Case No. 3:16-CV-06980 RS (N.D. Cal., San Francisco Div.)
- *Sharon Willis, et al. v. Colgate-Palmolive Co.*, Case No. 19-8542 JGB (RAOx) (C.D. Cal.)
- *Anne De Lacour, et al. v. Colgate-Palmolive Co., and Tom's of Maine Inc.*, Case No. 16 Civ. 8364 (RA) (AJP) (S.D.N.Y)
- *Kimberly Banks, et al. v. R.C. Bigelow, Inc.*, Case No. 20-cv-06208 DDP (RAOx) (C.D. Cal.)
- *Kathleen A. Cadena et al. v. American Honda Motor Co., Inc.*, Case No.: 2:18-cv-04007-MWF-MAA (C.D. Cal.)

7. I have testified on more than one hundred occasions as an expert witness since 2002, including at deposition or trial during the last twenty-four years. My attached current curriculum vitae (**Attachment A**) lists my testimony at depositions and trials over the last four years.

8. The research I have conducted throughout my career has met the high-quality standards maintained by federal sponsors of statistical surveys funded by agencies such as the U.S. Centers for Disease Control and Prevention, the Environmental Protection Agency, and the National Science Foundation. I have been the principal investigator for studies funded by the U.S. National Science Foundation. My opinions have been quoted in The Wall Street Journal, The New York Times, Crain's Chicago Business, and Business Week.

9. From 2014 until July 2025, I was a Senior Vice President at NORC in Chicago, IL. I founded and led the online panel survey research business for NORC.[1] I founded the AmeriSpeak business unit at NORC (launched publicly in January 2015) and served as its executive director for its first 11 years, growing the business from zero employees and zero revenue to a $30M operation with approximately 80 professional staff members. As Executive Director, I led all aspects of launching the business unit, including designing and executing the construction of the AmeriSpeak Panel, which consists of approximately 50,000 U.S. households pre-recruited to participate in online surveys. In addition, I oversaw approximately 200-300 surveys per year conducted using the AmeriSpeak Panel. The surveys were conducted for sponsors in government, academia, media, non-profit policy organizations, membership groups, and private-sector companies. AmeriSpeak is the primary sample source for polls conducted by The AP-NORC Center for Public Affairs.

10. To illustrate the types of surveys that AmeriSpeak conducted for clients during my 11-year tenure as Executive Director of NORC's AmeriSpeak unit, I note here that I was NORC's Project Director for two significant studies regarding the 2020 general elections in the U.S.

11. First, I was the NORC Director for the *2020 Facebook Election Research Project*. Although Facebook funded the study, university-based academics directed it. I directed all aspects of sampling and survey data collection across five waves of a longitudinal study of approximately 300,000 U.S. adults, with surveys conducted both before and after the November 2020 general

[1] NORC is one of the premier survey and social science research organizations in the United States. Affiliated with the University of Chicago, NORC has conducted research for federal, foundation, and academic clients for over 80 years, and is responsible for some of the most prestigious survey projects in the United States, including the General Social Survey and the Survey of Consumer Finance.

elections. The study provided statistical evidence on the extent to which, if any, social media affects our U.S. politics, democratic institutions, and elections.

12. Second, I was also the NORC Director for the *America in One Room* (A1R) project in the fall of 2019 (prior to the start of the primary elections that led up to the 2020 general election in the U.S.). (I also directed the *America in One Room* project in preparation for the 2021 Glasgow Summit on Climate Change.) The 2019 AIR project, funded by the Helena Project and conducted under the supervision of Professors James Fishkin and Larry Diamond from the Center for Deliberative Democracy at Stanford University, researched the extent to which small group deliberations and impartial policy debriefings can result in a convergence in voters' policy preferences (and therefore reduce the prevalence of political divisions in our country). The 2019 deliberative polls were chronicled in a special pull-out section of The New York Times on October 2, 2019 (Sunday edition).[2] I was interviewed by CNN, The New York Times, other media outlets, and a film documentary director.

13. In the 2020-2021 timeframe, my research focus was in directing more than twenty survey studies related to Covid-19 for the U.S. Centers for Disease Control and Prevention, AARP, Boston University, and other organizations. I also led NORC's initiative to create a partnership agreement with AARP, resulting in the June 2021 launch of Foresight 50+ research solutions.[3]

14. During the period 2000 to 2013, I managed all the online panel research conducted by Knowledge Networks (acquired by GfK in January 2012) on behalf of federally funded

[2] *See* https://en.wikipedia.org/wiki/America_in_One_Room. Badger, Emily; Quealy, Kevin. "These 526 Voters Represent All of America. And They Spent a Weekend Together". The New York Times. Retrieved 2 October 2019. President Obama recommended The New York Times article in a tweet.

[3] https://www.norc.org/Research/Capabilities/Pages/Foresight50.aspx.

principal investigators who conducted health, economic, social, and political research. When I began at Knowledge Networks as the Vice President of Operations and Survey Research in 2000, I was responsible for leading survey research for the company and for developing the probability based KnowledgePanel, which was the core company asset for Knowledge Networks. As part of the launch of Knowledge Networks, I also designed and implemented approximately 20 internally funded surveys in health, finance, public policy, and consumer research, and oversaw the scientific direction and operational management of KnowledgePanel's construction and maintenance.

15. In 2001, I founded the client-facing business unit "Government & Academic Research" for Knowledge Networks. As Managing Director, I grew the business to become the company's largest unit by revenue and net income. In building the business, I developed and implemented the business strategy and led development for key client accounts. I advised clients on the design of all phases of their survey research projects, including sample design, questionnaire design, quality control procedures, and data analysis. I grew the Government & Academic Research business unit from zero employees and zero revenue to over 50 professional staff members and $35M in revenue by 2012.

16. Before joining Knowledge Networks in early 2000, I was a Senior Scientist at Abt Associates, which was and still is one of the country's leading social science research firms. While at Abt Associates (from 1992 to early 2000), I was responsible for managing statistical surveys for U.S. federal agencies. From 1997 to early 2000, I managed data collection for the largest random-digit-dialing telephone survey in the United States, the National Immunization Survey, which was funded by the U.S. Centers for Disease Control and Prevention, with management support from the National Center for Health Statistics. I also led other survey studies funded by the National

Institute on Alcohol Abuse and Alcoholism, the National Cancer Institute, the Social Security Administration, and the White House Office of National Drug Control Policy.

## SECTION 2: BACKGROUND

17. I understand that Plaintiffs allege that Martinelli's is responsible for misleadingly marketing its Martinelli's Apple Juice and Martinelli's Sparkling Cider products (collectively, the "Products").[4]

18. The Products are all marketed as "100% Juice" despite containing an added preservative. Every Product at issue prominently displays the purported fact that the Product is "100% Juice" on the Products' front labels. The "100% Juice" claim has been extensively used by Defendant in its marketing of the Products as a standalone claim and/or as part of various descriptors such as "100% Apple Juice," "Premium 100% Juice," and "100% Juice from U.S. Grown Fresh Apples."

19. Plaintiffs allege that Defendant obtained a price premium for its Products because of the "100% Juice" misrepresentation[5] and that the Plaintiffs and the Classes sustained damages as a result.[6]

## SECTION 3: ASSIGNMENT

20. My assignments regard the Defendant's use of the "100% Juice" Claim in its marketing of the at-issue Products.

---

[4] Dkt. 16, Amended Class Action Complaint, pp. 2-5.

[5] *Ibid*., p. 5.

[6] *Ibid*., p. 14. "As a result of Defendant's violations, Plaintiff and the New York class members have suffered damages because: (a) they paid a premium price based on Defendant's deceptive conduct; and (b) the Products do not have the characteristics, uses, benefits, or qualities as promised." Dkt. 16, p. 19.

21. To execute my first assignment, I first started by developing a hypothesis. A hypothesis is a starting point in designing a research project. By stating the hypotheses to be tested and examined, I do not mean that I have adopted Plaintiff's theory of liability as true. Rather, by stating clearly the hypothesis to be tested with data, the research expert can then design and execute a scientific and impartially conducted research project attempting to test and evaluate the hypothesis, as I have done in this case.

22. The research hypothesis that I tested is as follows with respect to the perceptions of reasonable consumers: The "100% Juice" Claims led the reasonable consumer to perceive the that the Products did not have any additional ingredients (such as a preservative). My first assignment, therefore, was to evaluate the extent to which, if any, that the 100% Juice Claims caused this perception to be held by the reasonable consumer.

23. My second assignment involves designing, conducting, and reporting on a materiality survey that can be used to reliably measure whether the 100% Juice Claims were material to consumers, that is, increased the likelihood that a reasonable consumer prefers products marketed with the 100% Juice Claims.

24. My third assignment involves designing, conducting, and reporting on a market research study, such as a price premium survey and analysis, that can be used to reliably measure whether and to what extent proposed class members overpaid, if anything, for the Products because of the 100% Juice Claims.

25. With respect to estimating any overpayment statistics solely attributable to the alleged deception, as a testifying expert retained by the Plaintiff, I work from the assumption that

my task is to "proceed on the hypothesis that the Defendant committed the harmful act and that the act was unlawful."[7]

26. I have professionally engaged with this assignment to design, conduct, and report on a research project that relies on generally accepted methodologies for providing the Court information needed to assess the extent to which, if any, the proposed classes were harmed due to overpayment for the Products marketed with the 100% Juice Claims. Henceforth, I refer to this study as my "Conjoint Survey," "Conjoint Analysis," or simply "price premium survey."

27. I understand that my price premium survey will be a source of data for Mr. Colin Weir, Plaintiffs' expert in economics, who will calculate the amount of any economic damages suffered by class members that is specifically attributable to the 100% Juice Claims.

28. **Attachment B** is my List of Considered Materials referencing the documents that I relied on in creating this declaration and expert report. Citations to additional materials on which I relied are made in the main body of my expert report.

29. I do not offer any opinions about the characteristics of the Products themselves (*e.g.*, whether in fact the Products consist exclusively of juice.)

30. I have completed the following tasks to date:

- Designed and conducted the Consumer Perceptions Survey.
- Analyzed and reported the findings of my Consumer Perception Survey.
- Designed and conducted the Materiality Survey.
- Analyzed and reported the findings of my Materiality Survey.

[7] Allen, M., Hall., R., and Lazear, V. 2011. "Reference Guide on Estimation of Economic Damages," in Reference Manual on Scientific Evidence, Federal Judicial Center, National Research Council of the National Academies, pp. 425-502, p. 432.

- Designed and conducted the Conjoint Survey.
- Analyzed and reported the findings of my Conjoint Survey.

## SECTION 4: CONCLUSIONS

31. *First*, I conclude on the basis of my Consumer Perception Survey that the reasonable consumer perceived the Products with the 100% Juice Claims to consist of juice and not an additional ingredient. My Consumer Perception Survey provides data supporting the hypothesis that the reasonable consumer shown Products with the "100% Juice" Claim are more likely to perceive that the Product "contains only juice and does not have an additional ingredient (in addition to the juice)," as well as perceives that the Product "does not have an added preservative." By simply adding the term "100%" in front of the word "Juice" in its marketing (to create "100% Juice"), my Consumer Perception Survey found a two-fold increase in the share of consumers perceiving the Product "to contain only juice and does not have an additional ingredient." The impact of adding the "100%" descriptor on consumers perceptions is statistically significant ($p < 0.001$).

32. *Second*, I conclude, based on my Materiality Survey, that the reasonable consumer's purchasing decisions were influenced by the 100% Juice Claims. By a margin of 92% to 8%, consumers prefer to purchase the Products with the "100%" Claim over Products without the "100%" claim.

33. *Third*, I conclude, based on my Conjoint Survey of at-issue Sparkling Juice Products, that consumers overpaid for the Products because of the 100% Juice Claim. I estimate that the market-clearing price for the at-issue Sparkling Juice Products would have been **7.29%** lower in the but-for world where the Defendant did not use the "100%" claim in the phrase "100% JUICE FROM U.S. GROWN FRESH APPLES" in its marketing. By this measure, proposed class

members overpaid by **7.29%** solely because of the 100% Claim.

34. My *fourth* opinion is that I relied on generally accepted, scientific practices in conducting my three surveys in this litigation.

## SECTION 5: DEFINITION OF THE PROPOSED CLASSES

35. I adopted the definitions below of the proposed classes in designing my sample process for the Consumer Perception, Materiality, and Conjoint Surveys. I designed the sampling process to obtain survey completions from respondents whose answers would be generalizable and projectable to the proposed classes.

36. I understand from Plaintiffs' counsel that they seek to certify the following proposed classes and subclasses of similarly situated persons.

**A. California Sparkling Juice Products Class (Damages Only).** Plaintiff Ramirez seeks to represent the following California class and seeks certification of a damages class under Rule 23(b)(3) concerning Sparkling Juice Products[8]:

> All people in California who purchased a Sparkling Juice Product for personal or household use any time starting from September 5, 2021, through and including the date of notice. The California class seeks certification of the following causes of action: UCL, CLRA, and FAL, and common law fraud.

**B. New York Sparkling Juice Products Class (Damages and Injunctive Relief).** Plaintiff Sanchez seeks to represent the New York class and seeks certification of a damages subclass under Rule 23(b)(3) for monetary relief, and an injunctive relief subclass under Rule 23(b)(2).

[8] For all proposed classes, "Sparkling Juice Products" are the following: Sparkling Cider (25.4 oz.) (excluding Northwest Blend and Graduation Label varieties); Organic Sparkling Cider (25.4 oz.); and Heritage Sparkling Cider (25.4 oz.).

> All people in New York who purchased a Sparkling Juice Product for personal household use any time starting from September 5, 2021, through and including the date of notice. The New York class seeks certification of the following causes of action: GBL Sections 349 and 350, and common law fraud.

**C. New York Non-Sparkling Juice Product Class (Injunctive Relief Only).** Plaintiff Sanchez also seeks certification of the following Non-Sparkling Juice Products[9] class, solely under Rule 23(b)(2) for injunctive relief:

> All people in New York who purchased a Non-Sparkling Apple Juice Product for personal or household use any time starting from November 1, 2024, through and including the date of notice. The New York class seeks certification of the following causes of action: GBL Sections 349 and 350.

## SECTION 6: THE SAMPLE DESIGN FOR THE CONSUMER SURVEYS

37. I determined that the same sample design is appropriate for all three of my consumer surveys (Consumer Perception, Materiality, and Conjoint). All three surveys have in common a requirement for representative samples of consumers whose survey results would be generalizable to proposed class members.

38. In designing the screening survey used to identify eligible respondents for both of my surveys, I considered Defendant's documents made available during discovery (as listed in **Attachment B**), such as Defendant-commissioned market research, and considered best practices in conducting surveys in the litigation context. I also considered various textbooks from the field of survey research, such as Survey Methodology (Second Edition) by Robert Groves et al. and Handbook of Survey Research (Second Edition) edited by Peter Marsden and James Wright, Asking Questions by Norman Bradburn et al., The Psychology of Survey Response by Roger Tourangeau et al., among others. I also considered Professor Shari Seidman Diamond's "Reference

[9] The "Non-Sparkling Apple Juice Products" are the following: Apple Juice (10 oz. and gallon sizes) and Organic Apple Juice (half-gallon).

Guide on Survey Research," as published in the Reference Manual on Scientific Evidence (Third Edition).[10]

39. I determined that the appropriate operational definition for my samples consists of consumers who (i) purchased Defendant's Products or those marketed by its competitors in the past 12 months or (ii) would consider purchasing Defendant's Products in the next six months.[11] Such consumers demonstrated through their purchase behavior and purchase interest that they are members of the population targeted by Defendant's marketing and advertising.

40. To qualify for any of my consumer survey conducted for this litigation, respondents answered a series of screening survey questions to assure that they qualify as members of the study population. To qualify, respondents' answers were required to meet all of the following conditions:[12]

- Reside in the USA.[13]
- Be an adult age 18 and older.

[10] I am referring to the section "Population Definition and Sampling," pp. 376-389, in Professor Diamond's chapter "Reference Guide on Survey Research."

[11] The results of my nationwide sample are generalizable to the states of California and New York for various reasons, including the fact that Defendant's Product are nationally marketed and distributed, that the two states are themselves representative of the diversity of the U.S., that each represent a substantial share of the U.S. population, and reflecting the fact that my statistical tests can assess the extent to which, if any, the geography of respondents is related to the survey results. My conjoint analysis demonstrates that the shares of preference for the 100% claim products is not sensitive to Census Region, indicating that the conjoint analyses are not affected by geographic region. I provide details later in this section regarding the criteria I employed to obtain a representative sample whose survey results would be generalizable to the proposed classes.

[12] The survey questionnaires attached to my expert report displays the screening survey questions used to identify eligible respondents, including the logic used to assign qualifying respondents to relevant content of the post-screener main surveys.

[13] The nationwide sample reflects the fact that Defendant and its key competitors market their products nationally.

- Purchased in the last 12 months the Defendants' Apple Juice or Sparkling Juice Products and/or else (i) purchased a competitor product in the past 12 months or would consider purchasing Defendants' Apple Juice or Sparkling Juice Products in the next six months.

41. By means of these qualifying conditions, I ensured that my survey respondents would be representative of the proposed classes. All my survey respondents were recent purchasers of relevant apple juice of sparkling cider products or would consider purchasing Martinelli's in the near future.

42. In addition to the substantive screening questions noted above, respondents also were required to answer the following quality control questions in order to qualify for any of the three surveys:

- Passed a reCAPTCHA test to assure that the study participant is not a bot (protecting against fraud and fake users).
- Did not take a survey in the past 30 days about "Apple juice or apple cider."
- Purchased at least some of the groceries for the household.
- Did not select a fictitious brand (inserted to identify and screen out inattentive respondents).
- Did not select a fictitious category of food/beverage (inserted to identify and screen out inattentive respondents).
- Passed an "attention check" question, designed to identify and screen out inattentive respondents).
- Confirmed their understanding of the subject matter of the survey (asked to identify and screen out inattentive respondents).
- Agreed to certain conditions, listed below:

- ✓ Answer the questions with your honest answers and opinions. Do not guess.
- ✓ Answer the questions by yourself and without asking anybody else for help.
- ✓ Answer the questions without getting help from a website or other materials.
- ✓ Answer all the questions in one sitting and not stopping in the middle.

43. **Steps Taken to Disguise Survey Objectives from the Respondents in the Screening Survey.** In designing the screening survey, I appropriately disguised my research objectives from the respondents so that they were unable to get a sense of the research objectives and purposes of the research. Therefore, my survey respondents were "blind" to my research objectives and therefore are not biased in answering my survey questions.[14]

44. To disguise the survey objectives, the screening portion of the survey included a variety of screening questions with no salience or emphasis brought to the products marketed by Defendant. For instance, I asked questions related to respondents' personal characteristics: State of residence, gender, and educational attainment. My screener also included questions about a variety of different kinds of specialty food and beverage items. I also included questions about past reasons for purchasing Apple Juice and Sparkling Apple Cider to help respondents recall which brands of juice and cider they purchased in the past 12 months.

45. By casting a wide net of survey questions about various topics and demographic characteristics, I hid the research objectives from the respondents during the administration of the screening questions.

---

[14] My surveys are in compliance with Professor Diamond's guideline that "any potential bias is minimized by having interviewers and respondents blind to the purpose and sponsorship of the survey…." Professor Shari Seidman Diamond, 2011, "Reference Guide on Survey Research," <u>Reference Manual on Scientific Evidence</u> (Third Edition), p. 374.

## SECTION 7: SURVEY PROGRAMMING, SURVEY PARTICIPANT RECRUITMENT, AND DATA COLLECTION OPERATIONS

46. In this section, I will describe operational aspects of how I conducted the consumer surveys and will conduct any further consumer surveys in connection with this litigation.

47. To identify my actual survey respondents and administer the surveys, I retained the online market research company named Dynata. I have retained this firm for my previously mentioned consumer perception, materiality, and price premium surveys conducted in the litigation context. Dynata was created from the merger of two industry-leading online survey sample companies (Research Now and Survey Sampling Inc.). Dynata provided online survey vendor services, including questionnaire programming, respondent sampling, and data collection. Based on my industry experience, the Dynata online panel sample is among the most credible and reliable non-probability online panels and has the scale needed for this study, which involves collecting a substantial number of interviews from qualified consumers who meet all sample selection criteria.

48. Dynata uses a "click-balance" approach to ensure that the respondents starting my survey constitute a representative sample of consumers with respect to age and gender. After the representative sample starts the survey, the screening portion identifies qualified and eligible respondents, who are then selected and administered the survey.

49. Dynata uses digital fingerprinting that creates a "fingerprint" for each respondent based on computer characteristics (like IP addresses). Fingerprinting helps to identify respondents who attempt to take the same survey more than once. Fingerprinting is also useful for excluding respondents who, on other surveys, showed a pattern of inattentiveness in surveys. Dynata also provided me with date/time stamp information on survey taking at the respondent level so that I can conduct sensitivity tests based on interview length, enabling me to decide whether to remove

interviews from the analysis if their length indicates that their survey responses are potentially unreliable.

50. Dynata has not and will not conduct any analyses of the data as my survey administrator.

51. Dynata worked under my supervision and control. I did not and will not share with Dynata the research objectives. Dynata was "blind" to the research objectives of the study and "blind" to the sponsor of the study.

52. Dynata obtained the following number of interview completions for each survey. The counts include interview completions from the pretests, which were combined with interviews obtained through the main fielding of the survey sample.

| **Survey** | **No. of Interview Completions**[15] |
|---|---|
| Consumer Perception | 1,090 |
| Materiality | 1,308 |
| Conjoint | 562 |

## SECTION 8: DESCRIPTION OF THE CONSUMER PERCEPTION SURVEY

53. This section describes the main, substantive part of the Consumer Perception Survey that was administered to respondents after being determined to be eligible by the screening part of the survey. **Attachment C** is the survey questionnaire showing the survey question wording and logic. **Attachment D** is the online survey as experienced by respondents (i.e., the online screen captures of the survey).

54. In the introductory section of the Consumer Perception Survey questionnaire, the

[15] Please note that the reported sample sizes in my statistical tables in this expert report may be lower as a result of subgroup-based analyses. Statistical numbers in this document may not sum due to rounding.

survey defines the relevant category of "Apple Juice Products" over the first few screens of the survey, as shown below. The introduction also makes clear that the survey will be asking about "what the packaging is communicating to you based on your understanding of the packaging." The survey also makes clear that there "are not any right or wrong answers" and "we just want your honest opinions." The survey also instructs respondents to base their answers on their understanding of the product packaging shown to them in the survey, in order to reduce the potential for bias resulting from respondents' having pre-existing opinions and preferences.

55. After the introductory screens were completed, the respondents were shown specific images of the product packaging reflecting my use of a between-subjects experimental design. In my use of the methodology, study-eligible respondents were randomly assigned to one of two conditions – the control group or the test group. The two groups were administered the same survey questions. The only difference between the two conditions is in the product packaging images shown to the respondents:

- Control group respondents were shown products without the "100%" claim. The control group images are intended to represent the products "cured" of the alleged deception.
- Test group respondents were shown identical products but with the key difference of having the "100%" claim. The test group images are intended to represent the actual products sold to proposed class members.

56. A between-subjects experimental design with an appropriately designed control stimulus is one method for measuring any deception caused by a trademark or descriptor. The experimental design method is often used in trademark litigation or so-called "confusion" cases and has also been employed by testifying experts in the context of deceptive advertising cases. Professor Diamond explains in her "Reference Guide on Survey Research" the overall approach as follows:

> In the simplest version of such an experiment, respondents are randomly assigned to one of two conditions. For example, respondents assigned to the experimental condition view an allegedly deceptive commercial, and respondents assigned to the control condition either view a commercial that does not contain the allegedly deceptive material or do not view any commercial. Respondents in both the experimental and control groups answer the same set of questions about the allegedly deceptive message. The effect of the commercial's allegedly deceptive message is evaluated by comparing the responses made by the experimental group members with those of the control group members. If 40% of the respondents in the experimental group responded indicating that they received the deceptive message (e.g., the advertised product has fewer calories than its competitor), whereas only 8% of the respondents in the control group gave that response, the difference between 40% and 8% (within the limits of sampling error) can be attributed only to the allegedly deceptive message.[16]

57. Diamond explains that an experimental design can isolate the impact of an allegedly deceptive advertisement on consumers' perceptions using a stimulus that does not contain the allegedly deceptive material but otherwise is the same as the actual advertisement used by Defendant. My Consumer Perception Survey uses this approach in the appropriate design of the control stimulus and the use of a test-control design.

58. Because the only difference between my control and test groups is that one group was exposed to the "100%" claim and the other was not, any difference in consumers' perceptions between the two groups is attributable to the presence/absence of the "100%" claim.

59. In preparing the visuals of the product packaging for the survey, I appropriately modified the packaging to be brand neutral. I removed or changed branding elements associated with Martinelli's brand, including its logo, fonts, and background color. I intentionally made the product packaging generic so that respondents would not be influenced by pre-existing orientations and beliefs about any products. I also showed respondents an image of the actual bottles with the labels removed so they could easily discern the tested Apple Juice by size, container material, and

---

[16] S.S. Diamond in the *Reference Manual on Scientific Evidence (3rd Edition)*, published by the Federal Judicial Center, p. 386.

container shape (such as distinguishing between the 10 fl. oz. plastic versus glass bottles). Below is an example of a bottle image shown to respondents. The study explains why the labels are removed.

Please examine this APPLE JUICE PRODUCT as you would in a store considering a product for purchase.

The product comes in this bottle (shown below). The labels are removed so that you can see the bottle shape and what the juice product looks like in the container.



60. I also instructed respondents to base their answers only on the product packaging to deter respondents from attempting to draw on pre-existing beliefs and preferences.

61. By these means, I avoided the potential bias in responses that could have occurred by respondents relying on their pre-existing beliefs and brand loyalties in answering my survey questions. By neutralizing pre-existing beliefs and preferences, my survey design ensures that the actual differences observed in the responses between the two groups reflect only the differences in the packaging shown to the respondents.

62. Below is a comparison of the test group and control group packaging for the front panel for one of five Apple Juice products featured in the survey. The only difference is that the

control group packaging omits the "100%" claim. They each have the same ingredients shown to respondents who take the action of viewing this information.

| **Test Group Packaging in the Survey** | **Control Group Packaging in the Survey** |
| --- | --- |
| 100% Apple Juice<br>Drink Your Apple A Day<br>10 fl. oz. / 296mL | Apple Juice<br>Drink Your Apple A Day<br>10 fl. oz. / 296mL |

63. Prior to answering the consumer perception questions, all respondents were shown the front panel of the product packaging for their respective test and control group. When shown the front panel of the product packaging, all respondents could also view the product's ingredients, which contained the same information for the test and control groups. Respondents had the opportunity to access the ingredients and learn that the product contained Vitamin C. An example from the survey is shown below. My approach simulates what happens in the real-world marketplace in that consumers motivated to read about the ingredients need to make an effort, such as clicking on a link on a web screen or physically turn the product package around.


Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

100% Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

You can click here to view the ingredients.

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

64. After viewing the front panel image and having had the opportunity to view the back panel, the survey then introduced respondents to the concept of an "green" content, as shown below. The green shading is the device that I employed to encourage respondents to consider information on the product packaging relevant to the litigated issues, which I applied equally to the test and control groups. Below are examples from the test and control groups.

**Introducing the Survey Device of an "Green Content" to Respondents**

This time, please examine the GREEN content on the bottle like you would when considering an apple juice product for purchase. The descriptions on the front of the container are shown below.

100% Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

This time, please examine the GREEN content on the bottle like you would when considering an apple juice product for purchase. The descriptions on the front of the container are shown below.

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

65. The purpose of this green shading, which was equally applied to the test and control groups, is to facilitate the measurement of consumers' perceptions of that part of the packaging having or omitting the "100%" claim. By having the green shading cover the entire phrase on that row of the packaging, I assured that the test and control group product images had symmetry. Respondents viewing the control product, therefore, saw only the "Apple Juice" statement in the green shading, while the test group respondents saw only the "100% Apple Juice"

in the green shading.

66. After viewing the green-shaded contents, the respondents had been exposed to the stimulus and were prepared to answer the consumer perception questions. The only task remaining was to set the stage for administering the consumer perception questions by establishing the appropriate context and to emphasize to respondents that a "Don't know / not sure" response is a valid response. This screen explicitly informed respondents that "If you do not have an opinion, please select 'Don't know / not sure.'" I took this step to make sure the respondents understood that an answer from them was not "demanded" or even expected. I also assured respondents that "[T]here are no right answers of wrong answers." The context-setting screen is below.

67. I used generally accepted survey practices in designing the consumer perception questions by implementing these measures:

> We will show you some possible ways that people might or might not understand the meaning of the **GREEN** content on the container shopping for APPLE JUICE PRODUCTS.
>
> We want you to tell us whether you think the **GREEN** content does communicate or does not communicate that meaning.
>
> There are no right answers or wrong answers. We just want your honest opinions.
>
> If you do not have an opinion, please select "Don't know / not sure."

- The survey administered a "practice question" to help respondents settle into the question format. I also provided balanced survey question wording and response options (with equal emphasis on positive versus negative perceptions).

- The survey emphasized the availability of the "Don't know / not sure" response option and explicitly inserted into the question wording a reminder that it is not necessary for them to have an opinion.

- The survey provided the respondents with the opportunity to view again the front panel of the product packaging.

- The question wording for the control and test groups was identical, as was the use of the green shading to reference the relevant part of the survey product package

- The survey asked respondents to "consider the product we just showed you" as the

context for the content with the green shading.

- Of the five consumer perception statements that I tested, two were unrelated to litigated issues. By this means, the survey camouflaged the objectives of the survey.
- The survey randomized the order of the consumer perception questions.

68. I included a broad range of Apple Juice products in the Consumer Perception Survey, including different product sizes, to assess whether different versions of the "100%" claim, product size, and product packaging could have an impact on consumers' perceptions of the challenged "100%" claim.

My Consumer Perception Survey measures the extent to which consumers understand the product packaging, specifically the area of the packaging occupied by the 100% Claims, to be communicating the tested perception statements. I created three perception statements specifically for testing whether the Plaintiffs allegations about the 100% claim have merit. In addition to these three statements, I also drafted two "distractor" perception statements. CP_1_Practice was always the first perception encountered by the respondent. CP_2 was a control statement to help me identify respondents that were being inattentive to the survey or else subject to acquiescence bias. The list of perception statements is displayed below.

**List of Perception Statements Tested in the Consumer Perception Survey**

| Question Name | Perception Statements |
|---|---|
| CP_1_PRACTICE | The product will have a refreshing taste. |
| CP_2 | The product is on sale. |
| CP_3 | The product contains only juice and does <u>not</u> have an additional ingredient (in addition to the juice). |
| CP_4 | This product contains only juice and does <u>not</u> have an added preservative. |
| CP_5 | The company making the product did <u>not</u> add Vitamin C (in addition to the Vitamin C that comes naturally from the apples). |

### Test Group Version of CP_3

100% Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an additional ingredient (in addition to the juice).

- ○ Does communicate this meaning
- ○ Does not communicate this meaning
- ○ Don't know / not sure

### Control Group Version of CP_3

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an additional ingredient (in addition to the juice).

- ○ Does communicate this meaning
- ○ Does not communicate this meaning
- ○ Don't know / not sure

69. After answering the consumer perceptions questions, respondents were administered the final questions used for grouping the data for analysis.

## SECTION 9: KEY FINDINGS FROM THE CONSUMER PERCEPTION SURVEY

70. My Consumer Perception Survey provides data supporting Plaintiff's allegations that the reasonable consumer was deceived by the "100%" claim.

71. The results of my tests of the five Apple Juice products are generalizable to the Sparkling Juices Products because of the substantive overlap in the use of the "100% Juice" claim across both Apple Juice and Sparkling Juice Products. If the court were to determine that an additional consumer perception survey would be helpful specific to the Sparkling Juice Products, I shall conduct one.

72. By a wide margin, consumers shown the test Apple Juice products with the "100%" claim expressed an opinion consistent with Plaintiff's allegations.

73. I calculated a deception rate and a net deception rate as metrics for evaluating the Plaintiff's theory of liability. The deception rate is the unadjusted deception rate that does not take into account the responses from the control group. The net deception rate is adjusted by taking into account the responses from the control group. The deception rate is typically in the 60% to 90% range, while the net deception rate is generally in the 30% to 50% range. For each statistical table presented below, I show both the unadjusted deception rate and the net deception rate.

74. The tables below are grouped around the three consumer perceptions that I tested. For each of the three tested perceptions, I have statistical findings specific to five diffeent apple juice products based on Defendant's at-issue Products. I surveyed respondents about five different at-issue Apple Juice Products to assess the extent to which any quantified deception is consistent across the at-issue Products. The two 10 fl. oz. apple juice products provide insights about the

impact on consumers' perceptions resulting from the use of the "100% Apple Juice" claim, while the two half-gallon products (one of which was labeled "Organic") and the one-gallon products help provide insights about consumers' perceptions of the "Premium 100% Juice" claim.[17]

75. Most respondents perceived the challenged "100%" claim to be communicating that "the product contains only juice and does not have an additional ingredient (in addition to the juice)." The deception rate was as high as 91.6% and the net deception rate was as high as 44.8%. The tables for the five products are below. The differences in the results between the test and control groups are statistically significant (Pearson Chi-Square < 0.001), meaning that it is very unlikely that differences between the test and control groups are due to random sampling variation.

| | | | | |
|---|---|---|---|---|
| Product: A Apple Juice (10 fl. oz. PETPlastic) | | | | |
| CP_3: The product contains only juice and does not have an additional ingredient (in addition to the juice). | | | | |
| | Test Group | | Control Group | |
| Response Options | "100% Apple Juice" | | "Apple Juice" | |
| | No. of Responses | Col. % | No. of Responses | Col. % |
| Does Commuicate this meaning | 208 | 91.6% | 116 | 50.9% |
| Does not Communicate this meaning | 16 | 7.0% | 105 | 46.1% |
| Don't know / not sure | 3 | 1.3% | 7 | 3.1% |
| Total | 227 | 100.0% | 228 | 100.0% |
| Pearson Chi-Square < 0.001 | | | | |
| Deception Rate = | 91.6% | | | |
| Net Deception Rate = | 40.8% | | | |

| | | | | |
|---|---|---|---|---|
| **Product: B. Apple Juice (10 fl. oz. Glass)** | | | | |
| **CP_3: The product contains only juice and does not have an additional ingredient (in addition to the juice).** | | | | |
| | Test Group | | Control Group | |
| Response Options | "100% Apple Juice" | | "Apple Juice" | |
| | No. of Responses | Col. % | No. of Responses | Col. % |
| Does Commuicate this meaning | 183 | 86.3% | 85 | 42.1% |
| Does not Communicate this meaning | 22 | 10.4% | 105 | 52.0% |
| Don't know / not sure | 7 | 3.3% | 12 | 5.9% |
| Total | 212 | 100.0% | 202 | 100.0% |
| Pearson Chi-Square < 0.001 | | | | |
| Decepton Rate = | 86.3% | | | |
| Net Deception Rate = | 44.2% | | | |

[17] I removed from the analysis those respondents who answered that the tested Product was "on sale" (since those respondents were inattentive to the survey) and also removed the respondents that did not base their answers on the displayed products. While I removed these cases for the purposes of preparing the tables, the actual survey responses for these respondents are in the attached survey data set.

| Product: C. Apple Juice (Half Gallon) | | | | |
|---|---|---|---|---|
| CP_3: The product contains only juice and does not have an additional ingredient (in addition to the juice). | | | | |
| | Test Group | | Control Group | |
| Response Options | "100% Premium Juice" | | "Premium Juice" | |
| | No. of Responses | Col. % | No. of Responses | Col. % |
| Does Commuicate this meaning | 178 | 82.4% | 100 | 46.7% |
| Does not Communicate this meaning | 26 | 12.0% | 104 | 48.6% |
| Don't know / not sure | 12 | 5.6% | 10 | 4.7% |
| Total | 216 | 100.0% | 214 | 100.0% |
| Pearson Chi-Square < 0.001 | | | | |
| Deception Rate = | 82.4% | | | |
| Net Deception Rate = | 35.7% | | | |

| Product: D. Apple Juice (Organic Half Gallon) | | | | |
|---|---|---|---|---|
| CP_3: The product contains only juice and does not have an additional ingredient (in addition to the juice). | | | | |
| | Test Group | | Control Group | |
| Response Options | "100% Premium Juice" | | "Premium Juice" | |
| | No. of Responses | Col. % | No. of Responses | Col. % |
| Does Commuicate this meaning | 178 | 80.9% | 88 | 41.7% |
| Does not Communicate this meaning | 30 | 13.6% | 106 | 50.2% |
| Don't know / not sure | 12 | 5.5% | 17 | 8.1% |
| Total | 220 | 100.0% | 211 | 100.0% |
| Pearson Chi-Square < 0.001 | | | | |
| Deception Rate = | 80.9% | | | |
| Net Deception Rate = | 39.2% | | | |

| Product: E. Apple Juice (Gallon) | | | | |
|---|---|---|---|---|
| CP_3: The product contains only juice and does not have an additional ingredient (in addition to the juice). | | | | |
| | Test Group | | Control Group | |
| Response Options | "100% Premium Juice" | | "Premium Juice" | |
| | No. of Responses | Col. % | No. of Responses | Col. % |
| Does Commuicate this meaning | 171 | 85.1% | 87 | 40.3% |
| Does not Communicate this meaning | 25 | 12.4% | 117 | 54.2% |
| Don't know / not sure | 5 | 2.5% | 12 | 5.6% |
| Total | 201 | 100.0% | 216 | 100.0% |
| Pearson Chi-Square < 0.001 | | | | |
| Deception Rate = | 85.1% | | | |
| Net Deception Rate = | 44.8% | | | |

76. Most respondents perceived the challenged "100%" claim to be communicating that "this product contains only juice and does not have an added preservative." The deception rate was as high as 89% and the net deception rate was as high as 50.8%. The tables for the five products are below. The differences in the results between the test and control groups are statistically significant (Pearson Chi-Square < 0.001), meaning that it is very unlikely that differences between the test and control groups are due to random sampling variation.

| **Product: A. Apple Juice (10 fl. oz. PET Plastic)** | | | | |
|---|---|---|---|---|
| **CP_4. This product contains only juice and does not have an added preservative.** | | | | |
| | Test Group | | Control Group | |
| Response Options | "100% Apple Juice" | | "Apple Juice" | |
| | No. of Responses | Col. % | No. of Responses | Col. % |
| Does Commuicate this meaning | 202 | 89.0% | 87 | 38.2% |
| Does not Communicate this meaning | 20 | 8.8% | 125 | 54.8% |
| Don't know / not sure | 5 | 2.2% | 16 | 7.0% |
| Total | 227 | 100.0% | 228 | 100.0% |
| Pearson Chi-Square < 0.001 | | | | |
| Deception Rate = | 89.0% | | | |
| Net Deception Rate = | 50.8% | | | |

| **Product: B. Apple Juice (10 fl. oz. Glass Bottle)** | | | | |
|---|---|---|---|---|
| **CP_4. This product contains only juice and does not have an added preservative.** | | | | |
| | Test Group | | Control Group | |
| Response Options | "100% Apple Juice" | | "Apple Juice" | |
| | No. of Responses | Col. % | No. of Responses | Col. % |
| Does Commuicate this meaning | 178 | 84.0% | 67 | 33.2% |
| Does not Communicate this meaning | 25 | 11.8% | 125 | 61.9% |
| Don't know / not sure | 9 | 4.2% | 10 | 5.0% |
| Total | 212 | 100.0% | 202 | 100.0% |
| Pearson Chi-Square < 0.001 | | | | |
| Deception Rate = | 84.0% | | | |
| Net Deception Rate = | 50.8% | | | |

| **Product: C. Apple Juice (Half Gallon)** | | | | |
|---|---|---|---|---|
| **CP_4. This product contains only juice and does not have an added preservative.** | | | | |
| | Test Group | | Control Group | |
| Response Options | "Premium 100% Juice" | | "Premium Juice" | |
| | No. of Responses | Col. % | No. of Responses | Col. % |
| Does Commuicate this meaning | 174 | 80.6% | 96 | 44.9% |
| Does not Communicate this meaning | 31 | 14.4% | 108 | 50.5% |
| Don't know / not sure | 11 | 5.1% | 10 | 4.7% |
| Total | 216 | 100.0% | 214 | 100.0% |
| Pearson Chi-Square < 0.001 | | | | |
| Deception Rate = | 80.6% | | | |
| Net Deception Rate = | 35.7% | | | |

| **Product: E Apple Juice (Gallon)** | | | | |
|---|---|---|---|---|
| **CP_4. This product contains only juice and does not have an added preservative.** | | | | |
| | Test Group | | Control Group | |
| Response Options | "Premium 100% Juice" | | "Premium Juice" | |
| | No. of Responses | Col. % | No. of Responses | Col. % |
| Does Commuicate this meaning | 163 | 81.1% | 89 | 41.2% |
| Does not Communicate this meaning | 31 | 15.4% | 114 | 52.8% |
| Don't know / not sure | 7 | 3.5% | 13 | 6.0% |
| Total | 201 | 100.0% | 216 | 100.0% |
| Pearson Chi-Square < 0.001 | | | | |
| Deception Rate = | 81.1% | | | |
| Net Deception Rate = | 39.9% | | | |

| **Product: D Apple Juice (Organic, Half Gallon)** | | | | |
|---|---|---|---|---|
| **CP_4. This product contains only juice and does not have an added preservative.** | | | | |
| | Test Group | | Control Group | |
| Response Options | "Premium 100% Juice" | | "Premium Juice" | |
| | No. of Responses | Col. % | No. of Responses | Col. % |
| Does Commuicate this meaning | 167 | 75.9% | 91 | 43.1% |
| Does not Communicate this meaning | 39 | 17.7% | 104 | 49.3% |
| Don't know / not sure | 14 | 6.4% | 16 | 7.6% |
| Total | 220 | 100.0% | 211 | 100.0% |
| Pearson Chi-Square < 0.001 | | | | |
| Deception Rate = | 75.9% | | | |
| Net Deception Rate = | 32.8% | | | |

77. Most respondents perceived the challenged "100%" claim to be communicating that "the company making the product did not add Vitamin C (in addition to the Vitamin C that comes naturally from the apples)." The deception rate was as high as 52.8% and the net deception rate was as high as 32.7%.

78. The tables for the five products are below. The differences in the results between the test and control groups are statistically significant (Pearson Chi-Square < 0.001), meaning that it is very unlikely that differences between the test and control groups are due to random sampling variation.

| | | | | |
|---|---|---|---|---|
| **Product: A. Apple Juice (10 fl. oz. PET Plastic)** | | | | |
| **CP_5: The company making the product did not add Vitamin C (in addition to the Vitamin C that comes naturally from the apples).** | | | | |
| | Test Group | | Control Group | |
| Response Options | "100% Apple Juice" | | "Apple Juice" | |
| | No. of Responses | Col. % | No. of Responses | Col. % |
| Does Commuicate this meaning | 107 | 47.1% | 49 | 21.5% |
| Does not Communicate this meaning | 97 | 42.7% | 162 | 71.1% |
| Don't know / not sure | 23 | 10.1% | 17 | 7.5% |
| Total | 227 | 100.0% | 228 | 100.0% |
| Pearson Chi-Square < 0.001 | | | | |
| Deception Rate = | 47.1% | | | |
| Net Deception Rate = | 25.6% | | | |

| | | | | |
|---|---|---|---|---|
| **Product: B. Apple Juice (Glass 10 fl. oz.)** | | | | |
| **CP_5: The company making the product did not add Vitamin C (in addition to the Vitamin C that comes naturally from the apples).** | | | | |
| | Test Group | | Control Group | |
| Response Options | "100% Apple Juice" | | "Apple Juice" | |
| | No. of Responses | Col. % | No. of Responses | Col. % |
| Does Commuicate this meaning | 93 | 43.9% | 39 | 19.3% |
| Does not Communicate this meaning | 100 | 47.2% | 154 | 76.2% |
| Don't know / not sure | 19 | 9.0% | 9 | 4.5% |
| Total | 212 | 100.0% | 202 | 100.0% |
| Pearson Chi-Square < 0.001 | | | | |
| Deception Rate = | 43.9% | | | |
| Net Deception Rate = | 24.6% | | | |

| **Product: C. Apple Juice (Half Gallon)** | | | | |
|---|---|---|---|---|
| **CP_5: The company making the product did not add Vitamin C (in addition to the Vitamin C that comes naturally from the apples).** | | | | |
| | Test Group | | Control Group | |
| Response Options | "Premium 100% Juice" | | "Premium Juice" | |
| | No. of Responses | Col. % | No. of Responses | Col. % |
| Does Commuicate this meaning | 114 | 52.8% | 43 | 20.1% |
| Does not Communicate this meaning | 86 | 39.8% | 152 | 71.0% |
| Don't know / not sure | 16 | 7.4% | 19 | 8.9% |
| Total | 216 | 100.0% | 214 | 100.0% |
| Pearson Chi-Square < 0.001 | | | | |
| Deception Rate = | 52.8% | | | |
| Net Deception Rate = | 32.7% | | | |

| **Product: D. Apple Juice (Organic, Half Gallon)** | | | | |
|---|---|---|---|---|
| **CP_5: The company making the product did not add Vitamin C (in addition to the Vitamin C that comes naturally from the apples).** | | | | |
| | Test Group | | Control Group | |
| Response Options | "Premium 100% Juice" | | "Premium Juice" | |
| | No. of Responses | Col. % | No. of Responses | Col. % |
| Does Commuicate this meaning | 95 | 43.2% | 49 | 23.2% |
| Does not Communicate this meaning | 104 | 47.3% | 147 | 69.7% |
| Don't know / not sure | 21 | 9.5% | 15 | 7.1% |
| Total | 220 | 100.0% | 211 | 100.0% |
| Pearson Chi-Square < 0.001 | | | | |
| Deception Rate = | 43.2% | | | |
| Net Deception Rate = | 20.0% | | | |

| **Product: E. Apple Juice (One Gallon)** | | | | |
|---|---|---|---|---|
| **CP_5: The company making the product did not add Vitamin C (in addition to the Vitamin C that comes naturally from the apples).** | | | | |
| | Test Group | | Control Group | |
| Response Options | "Premium 100% Juice" | | "Premium Juice" | |
| | No. of Responses | Col. % | No. of Responses | Col. % |
| Does Commuicate this meaning | 87 | 43.3% | 42 | 19.4% |
| Does not Communicate this meaning | 95 | 47.3% | 157 | 72.7% |
| Don't know / not sure | 19 | 9.5% | 17 | 7.9% |
| Total | 201 | 100.0% | 216 | 100.0% |
| Pearson Chi-Square < 0.001 | | | | |
| Deception Rate = | 43.3% | | | |
| Net Deception Rate = | 23.8% | | | |

79. The differences in the test and control group responses are statistically different (Pearson Chi-square, $p < 0.001$) for each of the cross-tabulations. In lay person's terms, there is close to zero probability that the differences in the responses obtained from the test and control group responses occurred by random chance. There is an extraordinarily high likelihood that the differences in the results occurred as a result of the presence of the "100%" claim in the test group and its absence in the control group.

## SECTION 10: DESCRIPTION OF THE MATERIALITY SURVEY

80. This section describes the main, substantive part of the Materiality Survey.

81. In conducting the Materiality Survey, I relied on the "referendum" question format. The purpose of the referendum question is to measure any materiality attributable to the presence or absence of the 100% Claims.

82. This question format has been used extensively in contingent valuation surveys, based on the prestigious scientific tradition memorialized in the Nobel Prize Winner Kenneth Arrow's report, prepared with other esteemed economists, called the Report of the NOAA Panel on Contingent Valuation.[18]

83. I did not conduct a contingent valuation survey in this litigation. However, the referendum question format used as part of contingent valuation methodology is useful for measuring any materiality attributable to a label claim. The referendum format is easily understood by respondents as an experience similar to voting in an election because respondents are asked to make a choice between two products, which is analogous to making a choice between two candidates running for office.

[18] Arrow, K., R. Solow, P. R. Portney, E. E. Leamer, R. Radner, and H. Schuman. 1993. "Report of the NOAA Panel on Contingent Valuation," Federal Register, January 15, vol. 58, no. 10, pp. 4601-4614.

84. The referendum question in my Materiality Survey measures consumers' preference to purchase either the Products (i) with the 100% claim or (ii) without the 100% claim. For purposes of discussion, the Products without the 100% claim are considered "cured" of the alleged deception.

85. The referendum survey asks respondents to state a preference for which of the two products – Products with versus those without the 100% claim – they would purchase if they were the only options, or else provide a no-preference response.

86. Because the only difference between the two available products is the absence or presence of the 100% claim, the difference in the share of respondents preferring to purchase the Products having the 100% claim is due to the presence of the claim since all other attributes of the products are held constant.

87. The referendum, therefore, is a test of the hypothesis that consumers prefer to purchase Products with a 100% claim over Products without one.

88. In my application of the referendum approach, I appropriately disguised the descriptions for the Test and Control products to prevent respondents from relying on pre-existing impressions and opinions about Defendant's at-issue Products. I removed references to Martinelli's branding elements that would have enabled respondents to discern that the tested products were based on Martinelli's-branded products, while describing key product features from the at-issue Products.

89. If I had not de-branded the product descriptions, my respondents would have potentially based their answers on previously developed opinions colored by brand loyalty rather than basing their answers on their understanding and preferences with respect to the presence or

absence of a 100% claim.[19] As my assignment was to measure any materiality solely attributable to the 100% claim, I appropriately took this step to neutralize pre-existing impressions and opinions based on brand loyalty.[20]

90. As documented in **Attachment E** "Survey Questionnaire"[21] and **Attachment F** "Online Screen Captures,"[22] the survey involves showing respondents the Test and Control product descriptions and then asking respondents which of the two they would prefer to purchase if they were the only products available, or select "Don't know / not sure."

91. All respondents were assigned to one of six survey versions to make a referendum selection. This is a 3 x 2 design. There are three Products tested – two Apple Juice products and one Sparkling Cider product. The three Products were selected to represent the diversity of Defendant's products, including diversity in the wording of the descriptors including the term

---

[19] "Brands represent enormously valuable pieces of legal property, **capable of influencing consumer behavior**, being bought and sold, and providing the security of sustained future revenues to their owner." [Emphasis added.] Kevin Lane Keller, "Measuring Brand Equity," in Rajiv Grover and Marco Vriens, The Handbook of Marketing Research: Uses, Misuses, and Future Advances, Chapter 26. Respondents' can be safely predicted to have varying levels of brand loyalty to the Products or competing products that could potentially influence their answers to the referendum question. By de-branding the product stimuli, I assured that my survey results would not be contaminated by pre-existing orientations to Defendant's brand, ensuring that my results reflect the isolation of preferences for products with and without an adequate disclosure.

[20] See M. Rappeport, 2012, "Design Issues for Controls" In S.S. Diamond and J.B. Swann (Eds.), Trademark and Deceptive Advertising Survey, American Bar Association. Rappeport also notes the use of a branded stimulus can introduce prior brand familiarity, advertising exposure, and pre-existing loyalty which can systematically blunt a consumer's sensitivity to the label claim being tested.

[21] This attachment provides the detailed specifications for the survey questionnaire, including skip logic and randomizations.

[22] This attachment shows the survey as experienced by respondents participating in the survey. It does not show the specifications which are documented in my actual survey questionnaires. **Attachments C** and **D** complement each other to provide comprehensive documentation of the survey questionnaire.

"100%." In addition to the three Products, there are two versions for each Product to rotate the order of the Test and Control products to neutralize any potential order effects.

92. Once respondents are assigned to one of three Products, the respondents are further assigned to one of two versions wherein the only difference lies in the order of the presentation of the Test product versus Control product (which, as mentioned, were randomly ordered). That is, in the final assignment stage, respondents were choosing between the "Product A" product (i.e., which either had or did not have the 100% claim) versus a "Product B" product (i.e., which, again, either had or did not have the 100% claim). Referendum votes for the Test Product (the one having the 100% claim) constitute evidence of the materiality of the 100% claim, in my expert opinion, because the only difference between the two products is the presence or absence of the 100% claim.

93. The referendum part of the survey started with an introduction to provide context and initial instructions for the respondent. The survey introduction makes clear that the respondents will be choosing between two products and that they are to "examine these APPLE JUICE BEVERAGES as would in a store considering them for a purchase."

94. The survey made clear that the two products are the same with respect to certain features, listed below, in order to make clear to the respondents that the two products are the same with respect to the key features by which such products are marketed. Respondents had the opportunity to view the ingredients of the two products. The relevant screen is below for one of the tested products, showing product information with and without the 100% claim.


Below are the descriptions on the front of the bottles for **APPLE JUICE A** and **APPLE JUICE B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| APPLE JUICE A | APPLE JUICE B |
|---|---|
| **100% Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** | **Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** |

You can view the ingredients for Apple Juice A by clicking here and for Apple Juice B by clicking here.

Please continue when done viewing.

95. The ingredients were displayed when respondents clicked on the link to view them.


Below are the descriptions on the front of the bottles for **APPLE JUICE A** and **APPLE JUICE B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| APPLE JUICE A | APPLE JUICE B |
|---|---|
| **100% Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** | **Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** |

You can view the ingredients for Apple Juice A by clicking here and for Apple Juice B by clicking here.

Please continue when done viewing.

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

96. Respondents were then shown the products again, except this time with the green shading (as used in the Consumer Perception Survey) to clarify the difference between Product A and Product B, as shown below.




97. Finally, respondents were asked to state a preference for which of the two products they would purchase. The referendum question included a "Don't know / not sure" response option to assure respondents that the researcher was not "demanding" a specific substantive answer.[23] I also reminded respondents that the "Don't know / not sure" option is available.

[23] Professor Diamond observes that the survey designer "can reduce the demand for an answer and … the inclination to hazard a guess just to comply" by using an explicit "don't know" response option. Shari S. Diamond, "Reference Guide on Survey Research," p. 390.




98. After the VOTE question, respondents were asked a confirmation question and then some final general classification questions.

## <u>SECTION 11: KEY FINDINGS FROM THE MATERIALITY SURVEY</u>

99. My Materiality Survey provides data supporting Plaintiffs' allegations that consumers' purchasing decisions were influenced by the alleged deception. Most consumers prefer to purchase the Product with the "100" claim over Products without the "100%" claim. The findings are consistent across the three different products that I tested. My research findings are consistent with Defendant's market research findings.[24]

100. By a factor of 11 to 1, consumers prefer to purchase the Products with the "100%" claim over Products without the "100%" claim. Summing responses across the three tested products, **92.0%** of the respondents stated a preference to purchase the Product with the "100%" claim, while only **8.0%** stated a preference for the Product without the "100" claim.

---

[24] MARTINELLIS_00003370. Four of top six reasons/attributes to buy Martinelli's products are related to the 100% juice concept, according to Defendant's research. *See* also MARTINELLIS_00000089 indicating that the "100% Juice" claim acts as a "barometer" to help consumers justify paying a higher price point for Martinelli's Products. Martinelli's qualitative research indicates that packaging elements related to "100% Apple Juice" and similar concepts about nature and purity are concepts recalled by consumers about Defendant's packaging. *See* MARTINELLIS_00000122.

101. As a reminder, the survey design involves random assignment of respondents to one of three products that I based on at-issue Products. The random assignment to the tested products was previously described in this expert report.

102. The table below provides a brief description of each of the three Products tested. The survey tested a smaller-size Product – the 10 fl. oz. apple juice that comes in a glass bottle – as well as a larger-size apple juice product that comes in a plastic half-gallon size. The survey also tested a Sparkling Apple Cider product in the champagne-style bottles used by Defendant and its competitors. As a result of testing a variety of at-issue Products having the “100%” claim, my materiality survey results are generalizable to all of the at-issue Products.

103. For each of three Products, the table documents the test claim that includes the “100%” descriptor and the control claim that does not have the “100%” descriptor, the number of responses collected and the response percentages.

104. The share of responses indicating a preference for the test product (with the “100%” claim) ranged between **87.4%** and **94.5%**.

**Materiality Survey Results by Product and Total (n=1,191 interviews)[25]**

| Product | Apple Juice (Glass, 10 fl. oz) | | Apple Juice (Half Gallon) | | Sparkling Apple Cider | | Total | |
|---|---|---|---|---|---|---|---|---|
| Test Claim | "100% Apple Juice" | | "Premium 100% Juice" | | "100% Juice From U.S. Grown Fresh Apples" | | | |
| Control Claim | "Apple Juice" | | "Premium Juice" | | "Juice From U.S. Grown Fresh Apples" | | | |
| | Responses | Col. % | Responses | Col. % | Responses | Col. % | Responses | Col. % |
| Voted for Product with Test Claim | 366 | 94.3% | 376 | 94.5% | 354 | 87.4% | 1,096 | 92.0% |
| Voted for Product with Control Claim | 22 | 5.7% | 22 | 5.5% | 51 | 12.6% | 95 | 8.0% |
| Total No. of Votes | 388 | 100.0% | 398 | 100.0% | 405 | 100.0% | 1,191 | 100.0% |

[25] The analysis excludes respondents whose responses did not satisfy my case inclusion rules, which resulted in "Don't know / not sure" cases being excluded from the analysis. Prior to the application of the case inclusion rules, there were 1,308 total responses, including 33 "Don't know / not sure" responses (2.5% of total). The analysis case list consists of 1,191 interviews. Cases were retained for the analysis based on the below logic: ELIGIBLE_2=1 AND W1=1 AND

105. The Working Papers (*i.e.*, cross-tabulations) showing the detailed results for the VOTE are attached.[26]

**SECTION 12: GENERAL INFORMATION ON THE USE OF CONJOINT SURVEYS & ANALYSIS IN THE LITIGATION CONTEXT**

106. I designed and conducted a choice-based conjoint survey and analysis to measure any economic loss solely attributable to the Defendant's use of the 100% Juice Claims.

107. My Conjoint Survey can reliably inform the importance of Defendant's use of the 100% Juice Claims to consumers and can be used to calculate the amount of overpayment by Class Members. In designing and conducting the conjoint survey and analysis, I have relied on generally accepted methodologies that would provide the Court information needed to assess the importance of the 100% Juice Claims to consumers, and the extent to which members of the proposed Class were harmed by overpaying for the Products marketed with the challenged claims.

108. Prior to the adoption of choice-based conjoint in marketing research, it was common for researchers to ask respondents to rank and rate new product concepts and features. The pioneering research in econometrics by Professor Daniel McFadden, in particular, resulted in the statistical foundations for choice-based conjoint analysis.[27] Since the 1980s, when

((Q_EXAMINE_REF_1_1=1 AND Q_EXAMINE_REF_1_2=1 AND VOTE_CONFIRM_1=1) OR (Q_EXAMINE_REF_2_1=1 AND Q_EXAMINE_REF_2_2=1 AND VOTE_CONFIRM_2=1) OR (Q_EXAMINE_REF_3_1=1 AND Q_EXAMINE_REF_3_2=1 AND VOTE_CONFIRM_3=1)) AND CP_BASIS=1. To put the logic in words, retained cases needed to have met the eligibility criteria, to have agreed to the quality pledge, to have been able to examine the products, confirmed their vote responses, and based their responses only on their understanding of the product packaging provided in the survey.

[26] Because the survey randomized the order of the test versus control products in the survey, the data for the VOTE questions must be de-rotated for analysis. The attached survey data set provides the necessary variables to accomplish the de-rotation.

[27] Professor McFadden was awarded the Nobel Prize in Economics in 1970 for his contributions to the statistical bases that made possible discrete choice statistical methodology.

microcomputer packages for conjoint analysis became available, the popularity of conjoint analysis accelerated in the field of consumer market research related to consumer goods, industrial goods, financial services, and other fields.[28] Choice-based conjoint, in contrast to ranking and rating methodologies, asks the respondent to express their preferences by choosing from sets of alternative concepts (such as product profiles). In doing so, respondents are asked to make "trade-off" decisions that reveal their real preferences for preferred goods that they would potentially purchase in the real marketplace.[29] As such, the respondent's experience in answering choice-based conjoint surveys is similar to what buyers actually do in the marketplace – that is, choosing a preferred product from a group of products.

---

*See* Chapter 4, "A Short History of Conjoint Analysis," in Bryan Orme (2010) Getting Started with Conjoint Analysis: Strategies for Product Design and Pricing Research, (2d Edition). Orme explains the appeal of choice-based conjoint analysis as an advance of ranking and rating exercises in the early 1970s – an appeal that has continued to today. *See id.* at p. 33.

> The concept of choice analysis was attractive: buyers did not rank or rate a series of products prior to purchase, they simply observed a set of available alternatives (again described in terms of conjoined features) and made a choice. From a theoretical and statistical standpoint, choice analysis was more defensible than ratings-based conjoint.

[28] Paul E. Orange and V. Srinivasan (1990) "Conjoint Analysis in Marketing: New Developments with Implications for Research and Practice," Conjoint Analysis in Marketing, American Marketing Association, pp. 3-19.

[29] "The CBC System for Choice-Based Conjoint Analysis," (Aug. 2017) Sawtooth Software Technical Paper Series accessed at https://content.sawtoothsoftware.com/assets/0891a76f-93d3-4838-a38d-8ac0a2cda519 (last accessed Dec. 20, 2024).

109. Choice-based conjoint, which is the specific methodology I used in this litigation, is the most widely used type of conjoint survey.[30] Over 18,000 conjoint surveys are estimated to take place each year in commercial applications.[31]

110. Conjoint surveys are also used widely in industry and government. While conjoint surveys and analyses have been common in market research since the 1980s for product development and other purposes, they are increasingly used in the public sector. For instance, the Food and Drug Administration uses the approach in regulatory benefit-risk assessments.[32] In another example, public health planners are increasingly using choice-based conjoint analyses to collect public input for health service planning, healthcare finance debates, and the treatment choices of individual patients, among other uses.[33]

---

[30] For technical information about the choice-based conjoint methodology that I propose to use, *see generally* the Sawtooth Software technical papers on choice-based conjoint available at https://sawtoothsoftware.com/resources/technical-papers. *See also* Bryan Orme (2014) Getting Started with Conjoint Analysis: Strategies for Product Design & Pricing Research, Third Edition; Bryan Orme and Keith Chrzan (2017) Becoming an Expert in Conjoint Analysis; and other references listed in **Attachment B**.

[31] Orme (2014) at p. 143. Wittink and Cattin estimate that about 400 conjoint analysis applications took place per year in the 1980s. D.R. Wittink and P. Cattin (1989) "Commercial Use of Conjoint Analysis: An Update," Journal of Marketing, 53 (July): 91-96. To my knowledge, there is not an accurate estimate of the number of conjoint surveys conducted annually in the U.S. since much of the research is commissioned by private corporations and, accordingly, constitute proprietary studies.

[32] F. Reed Johnson, Ph.D., and Mo Zhou, M.A., (2016) "Patient Preferences in Regulatory Benefit-Risk Assessments: A US Perspective", Value in Health, accessed at https://www.valueinhealthjournal.com/article/S1098-3015(16)30431-4/fulltext? (last accessed Dec. 20, 2024).

[33] Charles E. Cunningham, *et al.*, "Adaptive Choice-Based Conjoint Analysis: A New Patient-Centered Approach to the Assessment of Health Service Preferences", The Patient: Patient-Centered Outcomes Research, accessed at https://link.springer.com/article/10.2165/11537870-000000000-00000 (last accessed Dec. 20, 2024).

111. Conjoint survey and analysis methodology has been widely accepted by courts as being capable of measuring the overpayment associated with challenged labeling representations in false advertising class actions in accordance with the requirements of *Comcast Corp. v. Behrend*, 569 U.S. 27 (2013).[34]

112. I have employed a choice-based conjoint survey methodology in previously conducted surveys that have been accepted by courts.[35]

113. My use of conjoint survey and analysis in this litigation follows generally accepted practices in its use in the litigation context, in my expert opinion.

---

[34] *See*, *e.g.*, *Dzielak v. Whirlpool Corp.*, 2017 WL 1034197, at *6-8 (D.N.J. Mar. 17, 2017) (finding related methodology "passes muster under the *Daubert* considerations," including its "relationship to other established reliable techniques (particularly, the conjoint analysis technique of which it is a part)"); *In re: Lenovo Adware Litig.*, 2016 WL 6277245 (N.D. Cal. Oct. 27, 2016) (certifying class where damages model was based on conjoint analysis); *In re ConAgra Foods, Inc.*, 90 F. Supp. 3d 919, 1027-31 (C.D. Cal. 2015) (concluding an expert's "conjoint analysis is, at this stage, sufficiently reliable to be used in calculating class-wide damages"); *Guido v. L'Oreal USA, Inc.*, 2014 WL 6603730, at *4-8 (C.D. Cal. July, 24, 2014) (collecting cases and finding conjoint analysis satisfied class certification requirements of *Comcast*); *TV Interactive Data Corp. v. Sony Corp.*, 929 F. Supp. 2d 1006, 1020-26 (N.D. Cal. 2013) (denying motion to exclude conjoint analysis) *Microsoft Corp. v. Motorola, Inc.*, 904 F. Supp. 2d 1109, 1119-20 (W.D. Wash. 2012) (conjoint analysis survey was "admissible as relevant under FRE 401 and 402 and . . . sufficiently reliable under FRE 702 and *Daubert*"); *see also Khoday v. Symantec Corp.*, 2014 WL 1281600, at *10 (D. Minn. Mar. 13, 2014); *Sanchez-Knutson v. Ford Motor Co.*, 310 F.R.D. 529, 538-39 (S.D. Fla. 2015); *Brown v. Hain Celestial Group, Inc.*, 2014 WL 6483216, at *19 (N.D. Cal. Nov. 18, 2014); *In re Scotts EZ Seed Litig.*, 304 F.R.D. 397, 413-15 (S.D.N.Y. 2015); *Briseno v. ConAgra Foods, Inc.*, 844 F.3d 1121 (9th Cir. 2017).

[35] *See, e.g., Fitzhenry-Russell v. Dr. Pepper Snapple Grp., Inc.,* 326 F.R.D. 592 (N.D. Cal. 2018), *McMorrow v. Mondelez Int'l, Inc.,* No. 17-CV-2327-BAS-JLB, 2021 WL 859137 (S.D. Cal. Mar. 8, 2021), *Sharpe v. A&W Concentrate Co.,* No. 19-CV-768 (BMC), 2021 WL 3721392 (E.D.N.Y. July 23, 2021), *Favell v. University of Southern California*, No. 2:23-cv-00846-GW-MAR, 2024 WL 5694655 (C.D. Cal.), and *Cadena v. American Honda Company*, No.: 2:18-cv-04007-MWF-MAA.

## SECTION 13: THE SAMPLE DESIGN AND PROCEDURES FOR THE CONJOINT SURVEY

114. For the sample design of the Conjoint Survey, I followed the same processes and procedures that I employed in conducting the Consumer Perception and Materiality Surveys, described above in this expert report, including the same screening protocol as documented in the attached questionnaires for the three surveys.

## SECTION 14: SURVEY DEVELOPMENT

115. I carefully designed the conjoint survey to ensure that my conjoint analysis would be based on reliable information. In designing the conjoint survey, I used generally accepted practices that are customary in the survey research industry.[36] I used neutral, even-handed, unbiased, non-alarmist language throughout my survey. I provided non-leading survey question wording in the survey screener, in my instructions and context-setting for the respondents, and in the conjoint survey itself. I provided balanced and complete survey response options. I established a neutral marketplace context for consumers to make their choices among the product concepts (sometimes called "product alternatives") in my conjoint survey. I provided respondents with a "no buy" option in case none of the product concepts were acceptable. I provided no information that would enable respondents to identify the research objectives or the sponsor. Respondents, therefore, were incapable of providing strategic responses or answers motivated to "please" the researcher.

116. To ensure the proper construction of the surveys, I conducted qualitative research to collect feedback from consumers about my draft conjoint survey questionnaires. To collect this feedback, I conducted a type of qualitative research called "focus groups." Focus groups are used

[36] Peter Marsden and James Wright, (2010) Handbook of Survey Research (2d Edition); Norman Bradburn *et al.*, (2004) Asking Questions (2d Edition).

for various market research purposes, including the development of survey questionnaires. In my practice, I routinely conduct qualitative research because it is a best practice for survey questionnaire development.[37] I conduct the qualitative research because the survey respondents are the ultimate judge of whether the survey questions are clear, unbiased, and make sense to them as consumers. To prevent error in surveys, qualitative research based on focus groups and cognitive interviewing are the gold-standard methodology for testing survey questionnaires with respondents.[38] Both approaches provide opportunities for the researcher to hear directly from respondents about their experiences from participating in the research.

117. Qualitative research methods like focus groups and cognitive interviews are a much more involved and thorough procedure than simple "pretesting," which does not involve any

---

[37] Professor Diamond notes that "Focus groups can be used to find out how the survey population thinks about an issue, facilitating the construction of clear and understandable questions." Diamond (2011) at p. 388. My methodology for administering the focus groups is similar to those used in cognitive interviewing. According to one of the foremost experts in cognitive interviewing, Gordon Willis and his co-author:

> Cognitive interviewing is an evidence-based, qualitative method specifically designed to investigate whether a survey question—whether attitudinal, behavioral, or factual in nature—fulfills its intended purpose. The method relies on interviews with individuals who are specifically recruited. These individuals are presented with survey questions in much the same way as survey respondents will be administered the final draft of the questionnaire. Cognitive interviews are conducted before data collection (pretesting), during data collection, or even after the survey has been administered, as a quality assurance procedure.

*See* Gordon B. Willis and Anthony R. Artino, Jr. "What Do Our Respondents Think We're Asking? Using Cognitive Interviewing to Improve Medical Education Surveys." J Grad Med Educ. 2013 Sep; 5(3): 353–56.

[38] Gordon B. Willis (2005) Cognitive Interviewing: A Tool for Improving Questionnaire Design. Cognitive interviews are used extensively by the U.S. federal government in developing surveys for official statistical surveys. "Cognitive Interviewing", Center for Disease Control, accessed at https://www.cdc.gov/nchs/ccqder/question-evaluation/cognitive-interviewing.html (last accessed Dec. 20, 2024).

question-by-question conversation with respondents about their thought processes in forming and reporting answers to survey questions.

118. I conducted four focus groups to assist me in testing the conjoint survey questionnaire survey. I conducted the focus groups on August 22, 2025 with a total of 26 respondents (8 in the first session, 7 in the second session, 5 in the third session, and 6 in the fourth session). Each session lasted between 30 and 40 minutes.

119. The focus groups allowed me to collect respondents' feedback on the conjoint survey that I ultimately fielded (the data from which I relied on to calculate the final overpayment percentages). To conduct the focus groups, I showed the participants the draft conjoint survey, one screen at a time, using mock-ups of the survey that I created in PowerPoint. I paid participants $40 for their time.

120. I used Zoom to conduct the focus groups so that I could display the draft questionnaire and have a conversation with the participants to collect feedback.

121. I asked respondents the following questions during the discussion.

- Were the choices in the survey clearly displayed and understood?
- Did you answer the survey questions like you would when considering an actual purchase of the products?
- Were the choices in the survey realistic?
- Did you answer the survey questions like you would when considering an actual SPARKLING CIDER product for purchase?
- Were there any other brands that should have been in the survey?
- Were the price points in the choices sensible and make sense to you?
- Did the survey give you the information you needed for you to give a complete response?
- Are there any features you need to know more about to make your choices?

- The survey made all the products have the same size of 25.4 fluid ounces. Did this make sense to you? Would your choices have been different if the survey had shown the SPARKLING CIDER products in other sizes?

- The survey asked you to assume that all the products were in single bottles, not in packs. Did this make sense to you? Would your choices have been different if the survey had shown the SPARKLING CIDER products in packs of four or more?

- The survey asked you to assume that the products are the same except for the features shown in the survey. Did this make sense to you? Would your choices have been different if the survey had shown more features or were you able to make the assumption?

- Were the choice questions leading or biased in any way?

- Was the survey trying to get you to answer the survey questions in a certain way?

- Were there any words or concepts in the survey that you thought were vague? Any words that needed more explanation?

- Was there anything about the survey that was confusing to you?

- Were the survey questions presented in a format that made it easy or hard for you to answer?

- Which kind of company or organization do you think is paying me to do this survey?

122. The focus groups confirmed that my conjoint survey was appropriately designed and worded and that the respondents based their responses on the provided information. The focus groups assured me that the survey provided the appropriate context for making choices among the product concepts, that my selection of attributes and levels was complete, and the range of price points was sensible. The focus groups also confirmed that my respondents did not detect bias or leading questions. I did not make any changes to the conjoint survey as a result of conducting the focus groups interviews.

123. Specifically, I received feedback from focus group participants validating my design decision to standardize the choice tasks to feature a product size of 25.4 fl. oz. Participants

confirmed that their choices would not have changed if the survey had assumed a different product size.

124. No respondents speculated that my project was about a lawsuit or that it involved the Martinelli brand.

125. I did not make any changes to the design of the conjoint survey as a result of the focus groups.

## SECTION 15: PRETESTING THE CONJOINT SURVEY

126. As recommended by Professor Diamond in her "Reference Guide on Survey Research," I "pretested" (or sometimes called "piloted") the screening questionnaire and conjoint surveys with a representative sample of members of the study target population.[39]

127. For the pretest, Dynata administered the screening questionnaire and the conjoint survey collecting 117 conjoint survey completions on my behalf. After examining the data, I determined that the survey questionnaire was functioning as specified. After making this determination, I authorized Dynata to release the rest of the consumer sample for the full-scale data collection for the conjoint survey. All the interviews collected from the pretest and full-scale data collections are included in the files that I used for the final conjoint analyses and are attached electronically to my expert report. I did not remove any completed interviews from the data set that I have attached to my expert report.

## SECTION 16: DESCRIPTION OF THE CONJOINT SURVEY QUESTIONNAIRE

128. In this section, I focus on describing the actual conjoint survey as experienced by my respondents.

[39] Diamond (2011) at p. 388.

129. As I discussed above, conjoint surveys remain a generally accepted methodology in the marketing sciences. I took various steps to ensure that my conjoint survey would produce reliable data. My conjoint survey questionnaire follows generally accepted best practices. Among other things, I considered supply-side factors and real-world market transaction information from consumer transaction data for the at-issue Products. I designed the conjoint survey by considering best practices by marketing scientists specializing in conjoint surveys and analysis (Orange and Srinivasan, 1990; Orme, 2022; Orme and Chrzan, 2017; Sawtooth Software Technical Paper Series, 2009, 2017, among others).

130. I designed the conjoint survey in such a manner to provide a reliable and accurate measurement of the overpayment, if any, made by the proposed classes at the time and place of their purchases for the Products that is solely attributable to the 100% Claims.

131. **Attachment G** and **Attachment H** document the screening questionnaire and conjoint survey, with the former providing the specifications and the latter providing the online screen captures of the survey (showing the survey as experienced by respondents).

132. Below are the attributes and levels my conjoint survey used, with notes on display order and selection logic.

**Attributes/Features and Levels for the Choice-Based Conjoint Survey**[40]

| Attribute | Levels | Notes |
|---|---|---|
| Brand (4) | Select One: Martinelli's Sparkling Cider / Welch's Sparkling Cider / R.W. Knudsen Sparkling Crisp Apple Cider / Kedem Sparkling Apple Cider | Displayed Brand logos and brand names in text. Brand fixed as top feature. |
| Block 1 (3) | Select One: 100% Juice From U.S. Grown Fresh Apples / Juice From U.S. Grown Fresh Apples / 100% Juice From U.S. Grown Fresh Apples With Added Ingredient | Source of 1 level for Super-Attribute "Descriptions on Front of the Bottle"; Levels for 1 Test and 2 Control Levels. Randomize order within Super-Attribute. |
| Block 2 (3) | Select One: Contains No Alcohol / Non-Alcoholic / BLANK | Source of 1 level for Super-Attribute "Descriptions on Front of the Bottle". Randomize order within Super-Attribute. |
| Block 3 (from 7 Label Attributes) | Select One: No Sugar Added (2) / Not From Concentrate (2) / Non-GMO Project Verified (2) / Since 1868 (2) / In Perfect Taste (2) / Family Farmer Owned (2) / OU Kosher Certified (2) | Source of 2 or 3 levels for the Super-Attribute "Descriptions on Front of the Bottle." Randomize order within Super-Attribute. |
| Nutrition Facts & Ingredients | Keyed to the displayed Brand for a Product Concept. Does not count as a Sawtooth Attribute. | Available to respondent through the Hover feature. |
| Price (5) | Select One: $2.99 / $3.99 / $4.99 / $5.99 / $6.99 | Select 1 level. Price fixed at bottom. |

133. I provide documentation below on how my conjoint survey established a credible hypothetical marketplace for respondents, and how it presented the attributes and levels.

---

[40] Please see **Attachment G** Survey Questionnaire for the precise specifications for the conjoint survey.

134. **Establishing a Credible Hypothetical Marketplace.** After respondents completed the screening part of the survey and were determined to be eligible for the conjoint survey, they were shown a series of screens to prepare them to make product selections or select the "none" option. The first set of screens established a credible hypothetical marketplace and provided respondents with instructions on how to participate in the study.

135. Before making their first choice in my conjoint survey, respondents viewed fourteen (14) pages of screens to prepare them to make product choices (or select "none"). At a high level, the purposes of the introductory screens are as follows:

- To establish a hypothetical marketplace of Sparkling Apple Cider products.
- To provide instructions and guidance on how to interact with the online choice tasks, such as explaining there is a follow-up question after each choice is made and that respondents can view the nutrition facts and ingredients by hovering over a product.
- To provide respondents key assumptions, such as assuming that each Sparkling Apple Cider Product is a single glass bottle having 25.4 fluid ounces.
- To provide respondents background information on each attribute, such as showing respondents the logos of the brands and images of the nutrition facts and ingredients.

136. Through these introductory screens, which I created based on my experience in designing more than twenty conjoint surveys in the litigation context, I prepared respondents to be engaged with my conjoint survey and provide reliable response.

137. Early in the introduction screens, I provided a graphic visual representation of a typical bottle of Sparkling Apple Cider – without any branding elements. I provided this visual to remove any possible doubt about the type of product that the study concerns: Sparkling Juice that comes in a glass, champagne-style bottle. Below is the screen.

For this survey, we will ask you to consider purchasing several SPARKLING APPLE CIDER products.

SPARKLING APPLE CIDER products come in 25.4 fl. oz. champagne-style glass bottles.

They come in bottles that come in shapes like this one:



138. Below are two examples from the introductory screens where my survey is setting an appropriate context for making choices and for helping the respondent to understand the questionnaire format.

The survey will show you SPARKLING APPLE CIDER products with varying features and prices.

- You will have fourteen (14) chances to make a choice about the SPARKLING APPLE CIDER products you would purchase in real life. For each choice, you will select from three SPARKLING APPLE CIDER products.
- If you are using a mobile device to participate in this survey, please scroll to make sure you consider all three products before making your choices.
- Right after you make a choice, the survey will ask you a second question. You will be asked whether you would actually be willing to purchase the SPARKLING APPLE CIDER product at the price shown in the survey. Please base your answer on your knowledge of the market.

On the next screens, three 25.4 fl. oz. SPARKLING APPLE CIDER products will be presented. Each one has a separate set of features.

You will be asked to choose the 25.4 fl. oz. SPARKLING APPLE CIDER product you most prefer if there were no other options available AND all other features not mentioned in the exercise were the same across the options shown.

After you make a choice, you will be asked a second question about whether you would be willing to buy the 25.4 fl. oz. SPARKLING APPLE CIDER product that you selected for the indicated price, given your knowledge of the market.

139. Also, in the introduction screens, I took care to explain each attribute. I used two screens to display the brand attribute because I wanted to show the brand names both as text and as logos, with the logos being used to communicate branding visuals to the respondents. I selected the brands on the basis of Defendant's market research and my personal market research, such as visiting local grocery stores in the San Francisco Bay Area and via online searches at Target.com, Walmart.com, Safeway.com, Kroger.com, etc. Below is the second screen about brand (showing the logos).




140. I showed respondents the complete list of label claims that could be shown in the "super" attribute of "Descriptions on the Front of the Bottle." The order of the label claims was randomized both in the description of the attribute and in the product concepts. I sourced the label claims from those used on Defendant's at-issue Products and on competing brands that I used as levels for my brand attribute.

141. Each product concept in my concept survey shows a subset of three to five label claims: There are three levels specific to the litigated issues, as shown in the attribute/features table, and nine additional non-challenged claims that serve as "distractors," ensuring that respondents could not discern the study objectives and creating a credible marketplace of products. There is also one "BLANK" label claim represented as blank space on the screen, which I provided because I noticed that not all Sparkling Juice products market their products as free of alcohol.

**Description of the Label Claims Attribute**

DESCRIPTIONS ON FRONT OF THE BOTTLE

Each 25.4 fl. oz. SPARKLING APPLE CIDER product will have up to five descriptions that are on the front of the bottle. The descriptions for each product will come from this list of descriptions used on SPARKLING APPLE CIDER products.

- No Sugar Added
- Not From Concentrate
- Juice From U.S. Grown Fresh Apples
- Non-GMO Project Verified
- OU Kosher Certified
- Family Farmer Owned
- 100% Juice From U.S. Grown Fresh Apples
- Since 1868
- In Perfect Taste
- 100% Juice From U.S. Grown Fresh Apples With Added Ingredient
- Non-Alcoholic
- Contains No Alcohol

142. The price attribute is based on my understanding of the actual prices paid by proposed class members through my analysis of sales data and by my examination of documentation cited in **Attachment B** and elsewhere in this expert report. I also conducted web searches of the prices offered by Walmart, Target, Safeway, and Kroger. I also consulted with Mr. Colin Weir, Plaintiffs' damages expert, who also examined the sales data. I provided an appropriate range of prices in order to measure consumers' price sensitivity. The screen introducing the price points is shown below.

PRICE (NOT INCLUDING TAX) FOR 25.4 FL. OZ. (750ML)

The 25.4 fl. oz. SPARKLING APPLE CIDER products will vary in PRICE.
The PRICES shown in the survey include:

| | | | | |
|---|---|---|---|---|
| $2.99 | $3.99 | $4.99 | $5.99 | $6.99 |

The prices do not include tax or any shipping costs.

143. **Example of an Actual Choice Task.** Below is an example of a choice task using generally accepted practices for displaying three product concepts as columns and attributes as rows. Each choice task asks respondents to make a selection among the options provided and provides a "None" option. The survey reminds respondents of the assumption that the beverages are alike in all other respects besides the features shown in the survey. The Price attribute reminds respondents that all the products have the same size.

If these were your only options, which of these SPARKLING APPLE CIDER beverages would you choose?

*Choose by clicking the button at the bottom for the product you prefer.*

Remember that the features shown are the only ones important to you since the beverages are alike in all other respects.

13 / 14

| Product feature | Product A | Product B | Product C |
|---|---|---|---|
| Brand | KEDEM Sparkling Cider | Welch's Sparkling Cider | Martinelli's Sparkling Cider |
| Descriptions on Front of the Bottle | • Since 1868<br>• Non-Alcoholic<br>• OU Kosher Certified<br>• Non-GMO Project Verified<br>• Juice From U.S. Grown Fresh Apples | • Not From Concentrate<br>• Family Farmer Owned<br>• 100% Juice From U.S. Grown Fresh Apples<br>• OU Kosher Certified | • 100% Juice From U.S. Grown Fresh Apples<br>• Since 1868<br>• Family Farmer Owned<br>• Non-Alcoholic<br>• Non-GMO Project Verified |
| Nutrition Facts & Ingredients | Hover over to view | Hover over to view | Hover over to view |
| Price (not including tax) for 25.4 fl. oz. (750 ML) bottle | $2.99 | $3.99 | $4.99 |
| Select one for purchase | ○ | ○ | ○ |

Given your knowledge of the market, would you actually be willing to buy the product that you selected above for the indicated price?

○ Yes

○ No

144. Below is an example of a choice task where the respondent is using the "hover" feature to view the Nutrition Facts & Ingredients for a product alternative.


If these were your only options, which of these SPARKLING APPLE CIDER beverages would you choose?

*Choose by clicking the button at the bottom for the product you prefer.*

Remember that the features shown are the only ones important to you since the beverages are alike in all other respects.

6 / 14

| Product feature | Product A | Product B | Product C |
|---|---|---|---|
| Brand | Welch's Sparkling Cider | R W Knudsen Sparkling Crisp Apple Cider | Martinelli's Sparkling Cider |
| Descriptions on Front of the Bottle | • In Perfect Taste<br>• Contains No Alcohol<br>• 100% Juice From U.S. Grown Fresh Apples With Added Ingredient<br>• OU Kosher Certified<br>• Not From Concentrate | • No Sugar Added<br>• Juice From U.S. Grown Fresh Apples<br>• Non-Alcoholic<br>• Family Farmer Owned | • Contains No Alcohol<br>• Family Farmer Owned<br>• Not From Concentrate<br>• 100% Juice From U.S. Grown Fresh Apples With Added Ingredient<br>• OU Kosher Certified |
| Nutrition Facts & Ingredients | Hover over to view | Hover over to view | Hover over to view |
| Price (not including tax) for 25.4 fl. oz. (750 ML) bottle | $2.99 | | $2.99 |
| Select one for purchase | | ○ | ○ |

**Nutrition Facts**
About 3 servings per container
Serving size 8 FL OZ (240mL)
Amount per serving
Calories 110

| | % Daily Value* |
|---|---|
| Total Fat 0g | 0% |
| Sodium 10mg | 0% |
| Total Carbohydrate 27g | 10% |
| Total Sugars 27g | |
| Includes 0g Added Sugars | 0% |
| Protein 0g | |
| Calcium 30mg | 2% |
| Iron 0.6mg | 4% |
| Potassium 300mg | 6% |

INGREDIENTS: APPLE JUICE FROM CONCENTRATE (SPARKLING FILTERED WATER, APPLE JUICE CONCENTRATE), CITRIC ACID (FOR TARTNESS).

Given your knowledge of the market, would you [...] oduct that you selected above for the indicated price?

○ Yes

○ No

Continue

65%

145. **<u>Administering the 14 Choice Questions.</u>** My conjoint survey had 200 different blocks or sets of the 14 choice tasks.[41] Conjoint researchers call these "versions." Each respondent was assigned to one of the 200 versions. Each version consists of a set of 14 choice tasks, each of which reflects a random mix of attributes and levels.[42] The choice tasks were determined by a discrete choice methodology for creating an optimally efficient design. There are specific design elements of the choice exercises that help further the reliability of my conjoint surveys. Those are:

- The survey reminded respondents that unspecified features are the same across the options.
- The choice task cleanly presented the attributes and levels in a user-friendly, tabular format.
- After making a product selection, respondents were provided a "no buy" option so that respondents had the opportunity to "walk away" and not make a selection. The "no buy" option was presented on the same screen as the choice task. By providing this sort of dual-response option, I provided respondents a market realistic context.[43] The "no buy" option question is shown below:

Given your knowledge of the market, would you actually be willing to buy the product that you selected above for the indicated price?

◯ Yes

◯ No

---

[41] **<u>Attachment G</u>**, the conjoint survey questionnaire, has the detailed specifications provided to questionnaire programmers for how to display the choice tasks.

[42] I have attached the conjoint design showing the 200 versions in the choice-based design workbook and other attachments needed to conduct the conjoint analyses reported in this expert report.

[43] *See* "None Option/Dual-Response None", Sawtooth Software, Lighthouse Studio, accessed at https://sawtoothsoftware.com/help/lighthouse-studio/manual/cbc-none-option.html (last accessed Dec. 22, 2024).

146. These steps are generally accepted techniques in the field to prevent excessive cognitive burden on respondents and produce reliable responses from conjoint surveys.[44]

147. **Conjoint Survey Interview Sample Size.** I collected 562 conjoint survey completions. I have attached the conjoint data for all 562 completions. My price premium statistics are based on these n=562 completions, with the exception of the price premium estimates which I calculated for the combined California/New York State geographies. Of these 562 interviews, 114 were from California or New York State.

148. My interview sample size of 562 interview completions exceeded industry guidelines that recommend at least 300 conjoint interviews in total for robust quantitative research, as explained by Bryan Orme from Sawtooth Software.[45] Orme also recommends approximately 150 respondents for a given segment participating in the conjoint survey[46] (*e.g.*, my survey collected n=377 conjoint survey completions from past-12 month purchasers of Martinelli's Sparkling Apple Cider and n=442 completions with considering purchasing the Product in the next six months). By collecting 562 interviews for the conjoint analysis, I was able to analyze the data by subgroups of consumers, as reported later in m expert report.

149. **Blinded Research Design.** As a precaution against the potential risk for bias, the research objectives and study sponsor were neither disclosed nor discernible to the survey

[44] *See* Orme (2014); Orme and Chrzan (2017); Sawtooth Software Technical Paper Series, (2009, 2017), and other references listed in **Attachment B**.

[45] Bryan Orme, "Sample Size Issues for Conjoint Analysis", accessed at https://www.sawtoothsoftware.com/download/techpap/samplesz.pdf (last accessed Dec. 20, 2024).

[46] The n=150 guideline is only a guideline. Study-specific factors affect the required sample size to achieve precision in the estimates, including the number of choice tasks that a respondent is administered and the maximum number of levels in an attribute in the design.

respondents or to the survey firm that recruited the survey respondents for my conjoint survey (*i.e.*, blinded research design).[47]

**SECTION 17: DESCRIPTION OF THE ANALYTIC PLAN FOR ESTIMATING ANY ECONOMIC LOSS**

150. To calculate any overpayments attributable to the 100% Claims, I conducted an analysis called a "market simulation" using Sawtooth Software Lighthouse Studio. Sawtooth Software is the industry leader in market research for conjoint data collection and analysis software. Market simulations using conjoint data are a staple in marketing research science. Market simulations are a common deliverable at the conclusion of a choice-based conjoint study. Sawtooth's authors explain that:

> The simulator is used to convert raw conjoint (partworth utility) data into something much more managerially useful: simulated market choices. Products can be introduced within a simulated market scenario and the simulator reports the percentage of respondents projected to choose each product. A market simulator lets an analyst or manager conduct what-if games to investigate issues such as new product design, product positioning, and pricing strategy. Market simulators are commercially available or can be constructed using spreadsheet programs.[48]

151. In short, a market simulation tool is a "choice laboratory" for testing multiple real-world possibilities (*e.g.*, the market value of Defendant's Products absent the 100% Claims.

152. With respect to the analysis tools needed to analyze the survey data, the raw data created by a conjoint survey is fundamentally different from a non-conjoint survey data obtained

[47] Diamond (2011) at p. 374.

[48] Orme (2020) at p. 89; *see also* Joel Huber and Bryan Orme, "Dealing with Product Similarity in Conjoint Simulations," (1999) Sawtooth Software Research Paper Series, accessed at https://sawtoothsoftware.com/resources/technical-papers/dealing-with-product-similarity-in-conjoint-simulations (last accessed Dec. 22, 2024).

through a direct-questioning methodology that is typical in a marketing or public opinion survey. In a conventional survey data set, survey answers such as "yes" and "no" are coded into "1" and "2," making possible a straightforward count of survey responses. No "modeling" of the data is required to draw inferences. In contrast, a conjoint study leads to a set of utilities or part-worths that quantify the value respondents place on each level of each attribute (*e.g.*, for each price level for the "Price" attribute). To draw inferences from the utility data, conjoint analysis leverages Bayesian statistics (technically, Hierarchical Bayesian modeling) to provide individual respondent-level models.[49]

153. The overpayment statistics were estimated using part-worth utilities calculated in the Sawtooth Lighthouse Studio employing Hierarchical Bayesian models. The Sawtooth market simulation for calculating overpayment statistics due to the 100% Claims was based on the share of preference method.

154. My market simulations provide a statistically robust estimate of any overpayments that Class Members incurred. I present the overpayments in the form of fractions of the total prices paid by Class Members for the at-issue Products. For instance, an overpayment of 10% for products with the 100% Claims that sold for $5.00 is equivalent to $0.50.

155. My market simulation recognizes that the actual quantity of Defendant's at-issue Products supplied to the proposed classes is fixed as a matter of history. By using the actual prices paid by consumers, as well as the fixed quantity of at-issue Products supplied, my conjoint survey and my market simulation incorporated both demand- and supply-side factors and can reliably estimate the but-for-market value of the products.

[49] *See* Orme (2014) at Ch. 9, "Interpreting the Results of Conjoint Analysis."

156. My overpayment statistics are reported as a percentage of the products' price. The percentage represents the overpayment solely attributable to the 100% Claims. This percentage is generalizable and projectable to the proposed classes.

157. To calculate the overpayment statistics, I used market simulations to determine whether and to what extent the market-clearing prices for the Products *with* the 100% Claims would be lower or higher than the identical Products *with alternative But-For Claims that would potentially cure the Products of the alleged deception*, as shown below. The market simulations estimate what the market-clearing price would have been in two but-for scenarios where Defendant had used an alternative descriptor (i) without the "100%" claim or (ii) with additional information which cures the omission.

| Test Claim (**Actual Litigated Claim**) | But-For Alternative Claims |
|---|---|
| **100%** Juice From U.S. Grown Fresh Apples | Juice From U.S. Grown Fresh Apples |
| | 100% Juice From U.S. Grown Fresh Apples With Added Ingredient |

158. By this means, the market simulation reliably isolates any economic value associated with the 100% Claims.

159. In calculating the part-worth utilities and conducting the market simulations, I employed Sawtooth Software Lighthouse Studio (version 9.17.2).[50] I calculated the part-worth

[50] Sawtooth issues white papers documenting the methodology underlying the software that I employed for calculating the part-worth utilities using Hierarchical Bayes Analysis (HB) (*e.g.*, Sawtooth Software Technical Paper Series, 2017, "The CBC System for Choice-Based Conjoint Analysis, Version 9").

utilities[51] for the conjoint survey data using the standard default settings in the Sawtooth software, with certain modifications to add a price constraint.[52] The relevant screen captures from the Sawtooth settings are shown below.










---

[51] As discussed above, the raw data created by a conjoint survey is fundamentally different from non-conjoint survey data obtained through direct questioning. Because a conjoint study results in a set of utilities or part-worths, conjoint analysis leverages Bayesian statistical modeling to provide individual respondent-level models. *See* Orme (2014) at Ch. 9, "Interpreting the Results of Conjoint Analysis".

[52] I used these settings in Sawtooth for calculating the utilities: Number of iterations before using results: 20,000; Number of draws per respondent: 10,000. I also kept other default settings (*i.e.*, Total task weight for constant sum data:1; Estimate none if available: Yes; Variable coding: Effects; Target acceptance: 0.3; Random seed: 1). I also implemented price constraints in calculating the utilities so that all else being equal, respondents' selections would favor lower prices over higher prices.

## SECTION 18: KEY FINDINGS FROM THE CONJOINT SURVEY

160. **Analyses Specific to the But-for Scenario of the Removal of "100%" from "100% JUICE FROM U.S. GROWN FRESH APPLES."** My conjoint analysis supports my expert opinion that consumers paid a price premium for the at-issue Sparkling Cider Products solely attributable to Defendant's use of the "100%" Claim. That is, my conjoint survey establishes that proposed class members overpaid for the relevant at-issue Products because of the presence of the claim "100%" in the descriptor "100% JUICE FROM U.S. GROWN FRESH APPLES."

161. The market-clearing price for the relevant at-issue Products would have needed to be discounted by at least **7.29%** in order for the Products with and without the "100%" claim to have equivalent 50/50 market share. Or, put differently, I estimate that the market-clearing price for the Products would have needed to be lowered by **7.29%** at the original time and place of sale in the but-for world where the Defendant did not use the "100%" claim in the phrase "100% JUICE FROM U.S. GROWN FRESH APPLES" in its marketing. By this measure, proposed class members overpaid by **7.29%** solely because of the 100% Claim.

162. The **7.29%** overpayment estimate applies to all the at-issue Martinelli's Sparkling Cider products sold by Defendant in the specific geographies of the states of California and New York, as well as USA nationwide. The overpayment estimate for the subpopulation of California and New York consumers is 7.63%, which is statistically indistinguishable from the **7.29%** overpayment estimate for the nationwide USA estimate which I recommend for the calculation of any damages. Similarly, the overpayment rates are statistically indistinguishable when comparing the estimates for California and New York states compared to the rest of the U.S.[53]

[53] Comparing the standard errors for the shares of preference for the two geographical areas (California/New York versus the rest of the U.S.) for each price point used for the price premia

163. I conducted a series of sensitivity tests to determine whether the overpayment estimate of **7.29%** was consistent across various subpopulations and subgroups of respondents. I determined that my conjoint analysis results are statistically similar across the groups that I examined. Therefore, my price premium results are consistent across the below classifications of respondents:

a. Age (18-39, 40+ years).[54]

b. Gender (Male, Female).[55]

c. Educational Attainment (Less than a BA Degree, BA degree or higher).[56]

d. Urbanicity (Urban, Rural).[57]

e. Geography

   i. Based on the four Census Region.[58]

   ii. California/New York state residence versus Rest of U.S.

f. Past 12-month purchasers of Martinelli's Sparkling Apple Cider (Yes, No).[59]

---

estimates indicate that the shares of preference for the but-for Products (*i.e.*, those products without the "100%" claim) are statistically indistinguishable. Examination of the shares of preference for the but-for Products for the two geographies shows that the 95% confidence intervals have substantial overlap (indicating that any differences in the shares of preference are likely the result of sampling error and therefore are ignorable statistically).

[54] Based on variable D_AGE.

[55] Based on variable D_GENDER.

[56] Based on variable EDUC.

[57] Based on variable RUCA. Urban = "A large metropolitan area (over 1 million people)," "A large city (100,000 up to 1 million people)," "A small city or town (10,000 up to 100,000 people)." Rural = "A very small town or rural area (under 10,000 people)."

[58] The four U.S. Census Regions are specified at https://www.census.gov/programs-surveys/economic-census/guidance-geographies/levels.html#par_textimage_34. Last accessed on September 6, 2026.

[59] Based on variable S_SPARKLING_BRANDS_PURCHr2.

g. Would consider purchasing Martinelli's Sparkling Apple Cider in the next 6 months (Yes/No).[60]

h. Grocery Shopping Frequency (Once a week or less, More than once a week).[61]

i. Length of Interview (time spent on the conjoint tasks less than 2.17 minutes versus 2.17 minutes or more; *see below* for a fuller discussion).[62]

j. Root Likelihood Score (the bottom 20% versus the top 80%; *see below* for a fuller discussion).

164. Based on the above sensitivity tests, I conclude that that demographic and geographic characteristics are not determinative of the economic value that consumers place on the "100%" claim, nor are other factors based on paradata. The conjoint analysis shows, for instance, that the shares of preference for the challenged "100%" claim Products are not statistically varied by Census Region, nor by whether consumers reside in either California/New York versus the rest of the country.

165. I provide below additional discussion of two paradata-based sensitivity analyses that I conducted.

166. First, with respect to length of interview, I examined the length of time respondents spent answering the fourteen choice questions in the conjoint survey. Respondents who spent relatively little time on the conjoint survey potentially were less engaged in making their choices

---

[60] Based on variable S_SPARKLING_BRANDS_CONSIDERr2.

[61] Based on variable GROCERY_SHOP_FREQ.

[62] Based on variable BRAND_TIME, identifying respondents whose time spent was less than half the median time for participating in the conjoint exercise versus more than half the median time.

and, therefore, potentially made less cognitive effort. I defined potentially low-effort respondents as those whose length of time spent on the conjoint section is one half the median length of time.

167. My statistical analysis shows that removing these potentially low-effort respondents would not have had a statistically meaningful impact on the overpayment rate of **7.29%**. That is, the overpayment percentages are statistically similar whether including or excluding the respondents that completed the conjoint section relatively quickly. Accordingly, to be conservative, I included these potentially low-effort respondents in the analysis (rather than removing them from the analysis).

168. Second, I examined the Root Likelihood (RLH) scores of the respondents as a measurement of the consistency of the respondents' choices in the conjoint survey. Examining the RLH scores enabled me to identify respondents who may have made their choices randomly or near-randomly. Inattentive and low-effort respondents could potentially reduce the reliability and accuracy of the estimation statistics. I determined that the removal of the respondents having the lowest RLH scores did not have any statistically meaningful impact on the overpayment estimation statistics.[63] That is, the overpayment percentages are statistically similar whether including or excluding the respondents that completed the survey with lower RLH scores. Consequently, I determined that it is appropriate to not remove any cases from the analysis, which is the most conservative approach to adopt.

169. The conjoint survey results are shown below documenting how I arrived at an

[63] I conducted market simulations testing the removal of 20% of the respondents having the lowest RLH scores. There were not any statistically significant impacts on the overpayment estimation statistics under this scenario. Because of the insignificant impact of lower RLH scores on the estimations of shares of preference, I determined that the conservative approach of not removing any interviews from the analysis is preferable to justifying the removal of completions.

overpayment estimate of **7.29%**. I calculated the price premium (or alternatively "overpayment") for four product price points provided to respondents in the survey for which a non-modeled price premium can be calculated.[64] I averaged the price premium estimates for the four price points ($3.99, $4.99, $5.99, and $6.99).

170. My approach is deliberately conservative. An alternative to the averaging approach is to base the overpayment calculations exclusively on prices consumers paid for the at-issue Products. I understand from Mr. Colin Weir that proposed class members paid an average of approximately $3.44 (per unit) for the at-issue Product (~78 million units of single-bottle 25.4 fl. oz. Sparkling Cider), which had the preponderance of the sales nationwide.[65] By this alternative approach, I would have set the market simulation for a price paid at $3.99.[66] Using this parameter, the overpayment estimate is 14.62%, which is substantially higher than my recommended estimate of 7.29%. While the price-paid approach has statistical integrity and is defensible on its merits, I recommend the averaging approach because it produces the more conservative estimate.

[64] To calculate a price premium associated with the $2.99 price point, modelling would be required to estimate a but-for market-clearing price of less than $2.99. I determined that the conservative approach is to rely on the actual choices made by respondents for price points $3.99, $4.99, $5.99, and $6.99, instead of relying on modelled choices. The price points displayed to respondents are based on Mr. Colin Weir's analysis and my own analyses of the range of prices paid by proposed class members for the at-issue Products and for competing products.

[65] The estimated average prices paid by California and New York state proposed class members are comparable, $3.22 and $3.78, respectively, as estimated by Mr. Weir.

[66] Using the price point of $3.44 would have required modelling the but-for market-clearing price for the product without the "100%" claim. $3.99 is the lowest price point in the survey that generates a non-modelled overpayment statistic.

| Analysis of USA National Geography of the Target Population of Consumers Who Purchased Martinelli's Sparkling Apple Cider or Competing Sparkling Cider in the Last 12 Months or Would Consider Purchasing Martinelli's Sparkling Apple Cider in the Next 6 Months | | | |
|---|---|---|---|
| Estimating the Market-Clearing Price for Martinelli's Sparkling Cider in the But-For-World Where Defendant Used the Claim "Juice From U.S. Grown Fresh Apples" in place of "100% Juice From U.S. Grown Fresh Apples" | | | |
| Price Premium Estimates for Each Price Point in the Survey to Arrive at 50/50 Market Share Between the Products with the "100%" Claim versus without the "100% Claim (n=562) | | | |
| **A. Starting Point in Survey with the "100%" Claim** | **B. Market Price without the "100%" Claim** | **C. Price Premium (A - B)** | **Price Premium Percent (C / A)** |
| $3.99 | $3.41 | $0.58 | 14.62% |
| $4.99 | $4.69 | $0.30 | 6.03% |
| $5.99 | $5.68 | $0.31 | 5.15% |
| $6.99 | $6.76 | $0.23 | 3.35% |
| **Price Premium Average** | | | **7.29%** |
| Note: Analyses rely on Utility Set 1B Total Sample with Price Constraint | | | |

171. Below are the calculations for the overpayment rate estimate for California and New York.

| Analysis of California & New York State Geographies of of the Target Population of Consumers Who Purchased Martinelli's Sparkling Apple Cider or Competing Sparkling Cider in the Last 12 Months or Would Consider Purchasing Martinelli's Sparkling Apple Cider in the Next 6 Months | | | |
|---|---|---|---|
| Price Premium Estimates for Each Price Point in the Survey to Arrive at 50/50 Market Share Between the Products with "100%" Claim versus without the "100% Claim (n=114) | | | |
| **A. Starting Point in Survey with the "100%" Claim** | **B. Market Price without the "100%" Claim** | **C. Price Premium (A - B)** | **Price Premium Percent (C / A)** |
| $3.99 | $3.51 | $0.48 | 12.16% |
| $4.99 | $4.61 | $0.38 | 7.60% |
| $5.99 | $5.66 | $0.33 | 5.52% |
| $6.99 | $6.62 | $0.37 | 5.24% |
| **Price Premium Average** | | | **7.63%** |
| Note: Analyses rely on Utility Set 5 CA / NY States | | | |

172. **Analyses Specific to the But-for Scenario Substituting "100% JUICE FROM U.S. GROWN FRESH APPLES WITH ADDED INGREDIENT."** I also conducted market simulations to evaluate whether consumers would have paid a price premium for the at-issue Sparkling Cider Products in the but-for scenario where Defendant had included the language "WITH ADDED INGREDIENT" with the descriptor "100% JUICE FROM U.S. GROWN FRESH APPLES." Therefore, my market simulations assessed the extent to which the market-clearing price would have changed, if any, if Defendant had used "100% JUICE FROM U.S. GROWN FRESH APPLES WITH ADDED INGREDIENT" instead of "100% JUICE FROM U.S.

GROWN FRESH APPLES."

173. In this but-for scenario, the market-clearing price for the relevant at-issue Products would have needed to be discounted by at least **3.60%** in order for the Products with and without the "ADDED INGREDIENT" phrase to have equivalent 50/50 market share. Or, put differently, I estimate that the market-clearing price for the Products would have needed to be lowered by **3.60%** at the original time and place of sale in the but-for world where the Defendant included the phrase "WITH ADDED INGREDIENT" in its marketing. By this measure, proposed class members overpaid by **3.60%** solely because of the omission of the "WITH ADDED INGREDIENT" language.

174. The **3.60%** overpayment estimate applies to all the at-issue Martinelli's Sparkling Cider products sold by Defendant in the specific geographies of the states of California and New York, as well as the USA nationwide. The overpayment estimate for the subpopulation of California and New York consumers is 5.39%; however, the difference in the estimates is not statistically significant when comparing CA/NY to the rest of the U.S.[67]

175. I used the same "averaging" overpayment-estimate methodology described above to estimate the 3.60% overpayment rate resulting from Defendant's use of the "100%" claim in its marketing. The conjoint survey results below show how I arrived at an overpayment estimate of 3.60%.

[67] The 95% confidence intervals for the shares of preference in this two-product scenario overlap (when comparing CA/NY to rest of U.S.).

| Estimating the Market-Clearing Price for Martinelli's Sparkling Cider in the But-For-World Where Defendant Used the Claim "100% Juice From U.S. Grown Fresh Apples with Added Ingredient" in place of "100% Juice From U.S. Grown Fresh Apples" | | | |
|---|---|---|---|
| Price Premium Estimates for Each Price Point in the Survey to Arrive at 50/50 Market Share Between the Products with "100%" Claim versus the "100% with Added Ingredient" Claim (n=562) | | | |
| **A. Starting Point in Survey with the "100%" Claim** | **B. Market Price with the "100% With Added Ingredient" Claim** | **C. Price Premium (A - B)** | **Price Premium Percent (C / A)** |
| $3.99 | $3.71 | $0.28 | 7.04% |
| $4.99 | $4.84 | $0.15 | 3.04% |
| $5.99 | $5.83 | $0.16 | 2.63% |
| $6.99 | $6.87 | $0.12 | 1.70% |
| **Price Premium Average** | | | **3.60%** |

Note: Analyses rely on Utility Set 1B Total Sample with Price Constraint

176. Below are the calculations for the overpayment rate estimate for the states of California and New York.

| Analysis of California & New York State Geographies of of the Target Population of Consumers Who Purchased Martinelli's Sparkling Apple Cider or Competing Sparkling Cider in the Last 12 Months or Would Consider Purchasing Martinelli's Sparkling Apple Cider in the Next 6 Months | | | |
|---|---|---|---|
| Price Premium Estimates for Each Price Point in the Survey to Arrive at 50/50 Market Share Between the Products with "100%" Claim versus the "100% with Added Ingredient" Claim (n=114) | | | |
| **A. Starting Point in Survey with the "100%" Claim** | **B. Market Price with the "100% With Added Ingredient" Claim** | **C. Price Premium (A - B)** | **Price Premium Percent (C / A)** |
| $3.99 | $3.65 | $0.34 | 8.49% |
| $4.99 | $4.72 | $0.27 | 5.33% |
| $5.99 | $5.75 | $0.24 | 3.97% |
| $6.99 | $6.73 | $0.26 | 3.78% |
| **Price Premium Average** | | | **5.39%** |

Note: Analyses rely on Utility Set 5 CA / NY States

The facts and data that I considered for developing my opinions in this report are cited herein and/or listed in my attached list of considered materials. I reserve the right to modify my opinions if I were to be provided with additional information, and to supplement them if necessary to respond to criticisms or objections from the opposing party.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2026.

J. MICHAEL DENNIS, PH. D

**LIST OF ATTACHMENTS**

A Curriculum Vitae of J. Michael Dennis, Ph.D.

B List of Considered Materials

C Consumer Perception Survey Questionnaire

D Consumer Perception Survey Screen Captures

E Materiality Survey Questionnaire

F Materiality Survey Screen Captures

G Conjoint Survey Questionnaire

H Conjoint Survey Screen Captures

ADDITIONAL CONSUMER PERCEPTION SURVEY ATTACHMENTS

CP1 Cross-tabulations for Survey Questions CP_2 thru CP_5

CP2 Codebook for Raw Survey Data

CP3 Raw Survey Data for the CP Survey (ELECTRONIC SUBMISSION IN NATIVE FORMAT)

ADDITIONAL MATERIALITY SURVEY ATTACHMENTS

MAT1 Working Papers for the Materiality Survey Analyses

MAT2 Codebook for Raw Survey Data

MAT3 Raw Survey Data for the CP Survey (ELECTRONIC SUBMISSION IN NATIVE FORMAT)

ADDITIONAL CONJOINT SURVEY ATTACHMENTS

CJT1 Choice Based Conjoint Design (Workbook) (ELECTRONIC SUBMISSION IN NATIVE FORMAT)

CJT2A Utilities for 1B in CSV Format (ELECTRONIC SUBMISSION IN NATIVE FORMAT)

CJT2B Labels for Utilities for 1B (ELECTRONIC SUBMISSION IN NATIVE FORMAT)

CJT3 Codebook for the Conjoint Survey Data

CJT4 Raw Survey Data for the Conjoint Survey (ELECTRONIC SUBMISSION IN NATIVE FORMAT)

CJT5 Utility Report for 1A (ELECTRONIC SUBMISSION IN NATIVE FORMAT)

CJT6 Utility Report for 1B (ELECTRONIC SUBMISSION IN NATIVE FORMAT)

# CV FOR J. MICHAEL DENNIS PH.D.

274 Redwood Shores Parkway #529
Redwood City, CA 94065
JMDSTAT@gmail.com

Education

| | | | |
|---|---|---|---|
| University of Texas, Austin | Government | B.A. | 1984 |
| University of Texas, Austin | Government | M.A. | 1986 |
| University of Chicago | Political Science | Ph.D. | 1992 |

Employment

| | |
|---|---|
| 2014-Present | President and Owner, JMDSTAT Consulting Inc. |
| 2015-2025 | Senior Vice President, NORC |
| 2012-2014 | Managing Director, GfK Custom Research LLC (GfK acquired Knowledge Networks in January 2012) |
| 2009-2011 | Executive Vice President, Knowledge Networks |
| 2007- 2008 | Senior Vice President, Knowledge Networks, Inc |
| 2001-2006 | Vice President and Managing Director, Knowledge Networks, Inc |
| 2000-2001 | Vice President of Operations and Survey Research, Knowledge Networks, Inc. |
| 1999-2000 | Senior Scientist, Abt Associates Inc. |
| 1998-1999 | Senior Survey Director, Abt Associates Inc. |
| 1992-1998 | Survey Director, Abt Associates Inc |
| 1989-1992 | Research Assistant, Political Science Department, University of Chicago |

Selected Awards

- 2025 Recipient of NORC at the University of Chicago's Norman Bradburn Career Achievement Award.

Notable Past Projects

- 2020 Facebook Election Research Project, 2020-2022, NORC Director. Funded by Facebook Technologies, NORC's study director a national study examining the impact of social media on U.S. politics, democratic institutions, and elections.
- America in One Room (A1R), 2019, NORC Director. Funded by Helena Project and conducted under the supervision of Professors James Fishkin and Larry Diamond from the Center for Deliberative Democracy at Stanford University.
- Time-Sharing Experiments for the Social Sciences (TESS), 2016-2020, Co-Investigator, Funded by the National Science Foundation (Award No. 1628057). NORC's study director for approximately 140 hundred social science experiments funded by the TESS program.
- Demonstration of a Feasibility of Improving Scientific Literacy and Lifelong Learning through a Just-in-Time Dissemination Process, 2016-2020, Co-Investigator, Funded by National Aeronautics and Space Administration (NASA), (Grant No. F041712). NORC's director of the five-year survey project funded by NASA in collaboration with researchers from the Institute for Social Research, University of Michigan.
- GenForward Panel, 2016-Present. NORC Director, funded by John D. & Catherine T. MacArthur Foundation. NORC's study director for the University of Chicago polling panel of young adults in collaboration with the Black Youth Project and the Associated Press-NORC Center for Public Affairs Research.
- Connecting Health and Technology, 2013-2014, GfK Director, Funded by the American Legacy Foundation. GfK's Study Director responsible for the survey design and management of a custom panel study of 10,000 U.S. teens and young adults measuring the effectiveness of the Legacy "Truth" smoking prevention media campaign.

- Google Screenwise Research Panel 2011-2014, Director. Knowledge Networks' and later GfK's study director responsible for the design and implementation of a new custom panel of broadband households measuring how consumers use the internet.
- Time-Sharing Experiments for the Social Sciences (TESS), 2012-2016, Co-Investigator, Funded by the National Science Foundation (Award No. 1227179). Knowledge Networks/GfK's study director for more than two hundred social science experiments funded by the TESS program.
- American National Elections Studies 2007-2009 Panel Study, Knowledge Networks Principal Investigator, Funded by the National Science Foundation. The Knowledge Networks study director responsible for sampling, data collection methodology, and project management for a longitudinal study of approximately 2,500 households during the historic 2008 Presidential election.
- National Annenberg Election Survey 2007-2009, Knowledge Networks Director, Annenberg Public Policy Center, University of Pennsylvania. The Knowledge Networks study director responsible for project management for large-scale tracking study (20K interviews per wave) of the U.S. electorate during the historic 2008 Presidential election.
- National Immunization Survey, Abt Associates Data Collection Director, 1997-2000, Funded by the U.S. Centers for Disease Control and Prevention. Responsible for the data collection for the U.S. Federal government's largest random digit dialing telephone survey with approximately 1M households contacted each year.
- Project Network (First Followup), Abt Associates Project Director, Funded by the U.S. Social Security Administration. Led the project management team for this in-person field study.
- Estimation of the Number of Hard Core Drug Users in the U.S., Office of National Drug Control Policy
- Access to Kidney Transplantation, Agency for Health Care Policy and Research. Led the survey project management team for this in-person field study testing an experimental method for estimating hard core drug use.
- A Case Control Study of Stomach Cancer in Poland and Polish Americans, National Cancer Institute
- The Prevalence of Alcohol and Other Drug Abuse and Dependence in Short Term General Hospitals and the Impact of Abuse and Dependence on Hospital Utilization, Charges and Costs, National Institute of Alcohol Abuse and Alcoholism

Dissertation

"The Politics of Kidney Transplantation," Department of Political Science, University of Chicago, June 1992. Chair: Professor Jon Elster. Published at https://sites.google.com/site/jmichaeldennis/home.

Testimony at Deposition or Trial in Last Four Years

1. June 17, 2022. Expert Deposition. Hall v. Marriott International, Inc. U.S. District for the Southern District of California (Case No.: 3:19-cv-01715-JLS-AHG).
2. September 9, 2022. Trial Testimony. IN RE: FCA US LLC Monostable Electronic Gearshift Litigation. United States District Court, Eastern District of Michigan Southern Division (Case No. 16-md-02744).
3. September 19, 2022. Expert Deposition. Anne De Lacour et al. v. Colgate-Palmolive Co., and Tom's of Maine Inc. United States District Court, Southern District of New York (16 Civ. 8364 (RA) (AJP)).
4. January 24, 2023. Expert Deposition. IN RE: FOLGERS COFFEE MARKETING LITIGATION. U.S. District for the Western District of Missouri (Civil Action No.: 21-2984-MD-C-BP).
5. January 29, 2023. Expert Deposition. Bush et al. v Rust-Oleum Corp., U.S. District for the Northern District of California (Case No. 3:20-cv-03268-LB).
6. April 3, 2023. Expert Deposition. Freeman v. MAM USA Corp., U.S. District for the Northern District of Illinois, Eastern Division (Case No.: 1:20-cv-01834).
7. April 6, 2023. Expert Deposition. Barbera v. Olé Mexican Foods Inc., U.S. District for the Central District of California (Case No.: 5:20-cv-02324-JGB (SPx)).
8. April 14, 2023. Expert Deposition. Corbett et al. v. Pharmacare U.S., Inc., U.S. District for the Central District of California (Case No.: 3:21-cv-00137-JES-AHG).
9. April 21, 2023. Expert Deposition. Moore v. GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, Pfizer Inc., U.S. District Court for the Northern District of California (Case No.: 4:20-cv-09077-JSW).

10. May 25, 2023. Expert Deposition. Rusoff v. The Happy Group, Inc., U.S. District Court for the Northern District of California (Case No.: 4:21-cv-08084-YGR).
11. July 14, 2023. Expert Deposition. Miller et al. v. Travel Guard Group, Inc., AIG Travel, Inc., and National Union Fire Insurance Company of Pittsburgh, PA, U.S. District for the Northern District of California (Case No. 3:21-cv-09751-TLT).
12. September 22, 2023. Expert Deposition. Patane et al. v. Nestle Waters North America, Inc., U.S. District Court of Connecticut (Case No. 3:17-CV-01381 (JAM).
13. October 6, 2023. Expert Deposition. Cadena et al. v. American Honda Motor Company, Inc., U.S. District for the Central District of California (Case No.: 2:18-cv-04007-MWF-MAA).
14. October 16, 2023. Expert Deposition. Howard et al. v. Hain Celestial Group, Inc., U.S. District Court for the Northern District of California (Case No.: 3:22-cv-527-VC).
15. November 16, 2023. Expert Deposition. Glassman et al. v. Edgewell Personal Care, LLC., U.S. District Court for the Northern District of California (Case No.: 3:21-cv-07669-RS).
16. January 11, 2024. Expert Deposition. Iglesias et al. v. For Life Products, LLC., U.S. District Court for the Northern District of California (Case No.: 3:21-cv-01147-TSH).
17. March 14, 2024. Expert Deposition. Banks et al. v. R.C. Bigelow, Inc., U.S. District for the Central District of California (Case No. 20-cv-06208 DDP (RAOx)).
18. July 24, 2024. Expert Deposition. Sunderland et al. v. Pharmacare, U.S. and Pharmacare Laboratories PTY LTD., U.S. District Court for the Southern District of California (Case No.: 23cv1318-JES (AHG)).
19. August 2, 2024. Expert Deposition. Favell et al. v. University of Southern California, U.S. District Court for the Central District of California, Western Division (Case No.: 2:23-cv-00846-SPG-MAR).
20. October 14, 2024. Expert Deposition. VanCleave et al. v. Abbott Laboratories, Superior Court of the State of California, County of Santa Clara (Case No.: 19CV345045).
21. November 13, 2024. Expert Deposition. Wallenstein et al. v. Mondelez International, U.S. District Court for the Northern District of California (Case No.: 3:22-cv-06033).
22. February 5, 2024. Testimony at Trial. VanCleave et al. v. Abbott Laboratories, Superior Court of the State of California, County of Santa Clara (Case No.: 19CV345045).
23. April 29, 2025. Expert Deposition. Sinatro et al. v. Barilla America, Inc., U.S. District Court for the Northern District of California (Case No.: 3:22-cv-03460).
24. May 29, 2025. Expert Deposition. Cadena et al. v. American Honda Motor Company, Inc., U.S. District for the Central District of California (Case No.: 2:18-cv-04007-MWF-MAA).
25. June 18, 2025. Expert Deposition. Zinger et al. v. Bai Brands, LLC., U.S. District Court for the Southern District of New York. Case No. 24-cv-3993.
26. June 25, 2025. Expert Deposition. Swartz et al. Dave's Killer Bread, Inc, U.S. District Court for the Northern District of California (Case No.: 4:21-cv-10053-YGR).
27. July 1, 2025. Expert Deposition. Gershzown et al. v. Colgate-Palmolive Company, U.S. District Court for the Northern District of California (Case No.: 23-cv-04086-JCS).
28. August 26, 2025. Expert Deposition. IN RE: Nestle Boost Nutritional Drink Litigation, U.S. District Court for the Northern District of California (Case No. 4:21-cv-09812-JSC).
29. September 24, 2025. Expert Deposition. Sinatro et al. v. Barilla America, Inc., U.S. District Court for the Northern District of California (Case No.: 3:22-cv-03460).
30. December 3, 2025. Expert Deposition. Thomas et al. v. Walmart Inc., U.S. District Court for the Northern District of Illinois (Case No.: 1:23-cv-05315).
31. January 14, 2026. Expert Deposition. Favell et al. v. University of Southern California and 2U, Inc., U.S. District Court for the Central District of California, Western Division (Case No.: 2:23-cv-00846-SPG-MAR).
32. January 28, 2026. Expert Deposition. Axelrod et al. v. Lenovo (United States) Inc., U.S. District Court for the Northern District of California (Case No.: 4:21-cv-06770-JSW-RM).
33. February 11, 2026. Expert Deposition. Patel et al. v. GT's Living Foods, LLC., U.S. District Court for the Central District of California (Case 2:19-cv-10920).
34. March 3, 2026. Expert Deposition. Miller et al. v. Insinkerator LLC., U.S. District Court for the Northern District of Illinois, Eastern District (Case No. 1:23-cv-03797).
35. March 6, 2026. Expert Deposition. Newton et al. v. R.C.,Bigelow, U.S. District Court for the Eastern District of New York (Case No.: 2:22-cv-05660-LDH-SIL).
36. March 9, 2026. Expert Deposition. McCarrell et al. v. RugsUSA, LLC., U.S. District Court for the District of Oregon (Case No.: 3:25-cv-00454-AB).

37. March 20, 2026. Trial Testimony. Cadena et al. v. American Honda Motor Company, Inc., U.S. District for the Central District of California (Case No.: 2:18-cv-04007-MWF-MAA).
38. May 21, 2026. Expert Deposition. Favell et al. v. University of Southern California, U.S. District Court for the Central District of California, Western Division (Case No.: 2:23-cv-00846-SPG-MAR).
39. June 1-2, 2026. Expert Deposition. Zhang v. Penney OpCo LLC, L.A Superior Court (Case No. 24STCV15961).
40. June 16, 2026. Expert Deposition. John Cress v. Nexo Financial, LLC., U.S. District Court for the Northern District of California, San Francisco Division (Case No.: 3:23-cv-00882-TSH).
41. June 17, 2026. Expert Deposition. Rothman v. Equinox Holdings, Inc., U.S. District Court for the Central District of California, Western Division (Case No.: 2:20-cv-09760-CAS (MBKx)).

Publications

Fulton, B., Bilgen, I., Pineau, V., Liebert, L., King, D., & Dennis, M. 2022. "Evaluating Nonresponse Bias for a Hypernetwork Sample Generated from a Probability-Based Household Panel." Journal of Quantitative Methods, 6(2).

Michaels, Stuart, Vicki Pineau, Becky Reimer, Nadarajasundaram Ganesh, and J. Michael Dennis. 2019. Test of a Hybrid Method of Sampling the LGBT Population: Web Respondent Driven Sampling with Seeds from a Probability Sample. Journal of Official Statistics 35(4):731-752.

Cantrell J, Hair E. C., Smith, A., Bennett M., Rath, J.M., Thomas, R.K., Fahimi, M., Dennis, J.M., and Vallone, D. 2018. Recruiting and Retaining Youth and Young Adults: Challenges and Opportunities in Survey Research for Tobacco Control. Tobacco Control 27(2).

Josh Pasek, S. Mo Jang, Curtiss L. Cobb III, J. Michael Dennis, and Charles DiSogra. 2015. Can Marketing Data Aid Survey Research? Examining Accuracy and Completeness in Consumer-File Data. Public Opinion Quarterly. 78 (4): 889-916.

DiSogra, Charles. Curtiss Cobb, Elisa Chan, and J. Michael Dennis. 2011. "Calibrating Non-Probability Internet Samples with Probability Samples Using Early Adopter Characteristics." Joint Statistical Meetings: 4501-4515.

Baker, Reginald, Stephen J. Blumberg, J. Michael Brick, et al. 2010. AAPOR Report on Online Panels. Public Opinion Quarterly 74(4):711-781.

Sanders, Alan R., Douglas F. Levinson, Jubao Duan, et al. 2010. The Internet-based MGS2 Control Sample: Self Report of Mental Illness. American Journal of Psychiatry 167(7) 854-865.

Timothy Heeren, Erika M. Edwards, J. Michael Dennis, Sergei Rodkin, Ralph W. Hingson, and David L. Rosenbloom. 2008. "A Comparison of Results from an Alcohol Survey of a Pre-recruited Internet Panel and The National Epidemiological Survey on Alcohol and Related Conditions." Alcoholism: Clinical and Experimental Research 32(2): 1-8.

J. Michael Dennis and Rick Li. 2007. More Honest Answers to Surveys? A Study of Data Collection Mode Effects. Journal of Online Research 10(7):1-15.

Tom W. Smith and J. Michael Dennis. 2005. "Online versus In-Person: Experiments with Mode, Format, and Question Wordings." Public Opinion Pros, December. Available at www.publicopinionpros.com/from_field/2005/dec/smithkn.asp.

Etzel Cardeña, J. Michael Dennis, Mark Winkel, and Linda J. Skitka. 2005. "A Snapshot of Terror: Acute Posttraumatic Responses to the September 11 Attack." Journal of Post-Traumatic Stress 6(2):69-84.

William E. Schlenger, Juesta M. Caddell, Lori Ebert, B. Kathleen Jordan, Kathryn M. Rourke, David Wilson, Lisa Thalji, J. Michael Dennis, John A. Fairbank, Richard A. Kulka. 2002. "Psychological Reactions to Terrorist Attacks: Findings from the National Study of Americans' Reactions to September 11." Journal of the American Medical Association, 288(5): 1235-1244.

J. Michael Dennis. 2001. "Are Internet Panels Creating Professional Respondents?" Marketing Research Summer: 484-488.

J. Michael Dennis, Martin Frankel, Nancy A. Mathiowetz, Candice Saulsberry, Philip J. Smith, K.P. Srinath, Ann-Sofi Rodén, and Robert A. Wright. 1999. "Analysis of RDD Interviews by the Number of Call Attempts: The National Immunization Survey." Proceedings of the Section on Survey Research Methods, American Statistical Association.

J. Michael Dennis, Victor G. Coronado, Martin Frankel, Ann-Sofi Rodén, Candice Saulsberry, Howard Speizer, and Robert A. Wright. 1998. "The Use of an Intranet to Manage a Telephone Survey." Proceedings of the Section on Survey Research Methods, American Statistical Association.

Paul Buckley, J. Michael Dennis, Candice Saulsberry, Victor G. Coronado, Trena Ezzati-Rice, Edmond Maes, Ann-Sofi Rodén, and Robert A. Wright. 1998. "Managing 78 Simultaneous RDD Samples." Proceedings of the Section on Survey Research Methods, American Statistical Association.

Alan J. White, Ronald J. Ozminkowski, Andrea Hassol, J. Michael Dennis, and Michael Murphy. "The Effects of New York State's Ban on Multiple Listing for Cadaveric Kidney Transplantation." Health Services Research 33 (June, 1998).

Alan J. White, Ronald J. Ozminkowski, Andrea Hassol, J. Michael Dennis, and Michael Murphy. "The Relationship Between Multiple Listing and Cadaveric Kidney Transplantation and the Effects of a Multiple Listing Ban." Transplantation Reviews, II (April 1997): 76-84.

J. Michael Dennis, Ph.D. "Scarce Medical Resources: Hemodialysis and Kidney Transplantation," in Jon Elster, ed., Local Justice in America, New York, NY: Russell Sage Foundation, 1995.

J. Michael Dennis, Patricia Hanson, Ernest E. Hodge, Ruud A.F. Krom, Robert M. Veatch, "An Evaluation of the Ethics of Presumed Consent and a Proposal Based on Required Response," UNOS Update 10 (February, 1994): 10-15-18.

J. Michael Dennis. "Surgeons Under Surveillance: Dialysis and Transplantation in the U.S.," in Jon Elster and Nicolas Herpin, eds., The Ethics of Medical Choice, London: Pinter, 1994.

J. Michael Dennis. "The Colour of Genes in the U.S.," in Jon Elster and Nicolas Herpin, eds., The Ethics of Medical Choice, London: Pinter, 1994.

J. Michael Dennis. "Three Countries, Three Systems," in Jon Elster and Nicolas Herpin, eds., The Ethics of Medical Choice, London: Pinter, 1994.

Michael P. Battaglia, Mary Cay Burich, J. Michael Dennis, Marcia Russell, Hal Yahoo, Page Chapel, "The Prevalence of Alcohol and Other Drug Abuse and Dependence in Short-Term General Hospitals," 1993 Proceedings of the International Conference on Establishment Surveys, American Statistical Association (1993): 569-572.

J. Michael Dennis. "Government Regulations 'Politicizing' Transplantation," Nephrology News & Issues 6 (September 1992): 48.

J. Michael Dennis. "A Review of Centralized-Rule Making in American Transplantation," Transplantation Reviews 6 (April 1992): 130-137.

Selected Papers

Dennis, J. Michael, John Dombrowski, Kathleen Hall Jamieson, Josh Pasek and Kenneth Winneg. Disentangling Mode Effects and Mode Differences in Recruitment: Randomizing Survey Mode at the Margins and Testing Discontinuities. Presented at the 2019 Annual Meeting of the American Association for Public Opinion Research.

Bilgen, Ipek, J. Michael Dennis, Nada Ganesh, Edward Mulrow, Vicki Pineau, Mark Watts and Michael Yang. Estimation Methods for Combining Probability and Nonprobability Samples. Presented at the 2019 Annual Meeting of the American Association for Public Opinion Research.

Dennis, J. Michael, Stephanie Jwo, Rosalind Koff, Stuart Michaels, Vicki Pineau and Becky Reimer. Comparing Two RDS Approaches to Extend the Reach of a Probability-Based Panel. Presented at the 2019 Annual Meeting of the American Association for Public Opinion Research..

J. Michael Dennis. Panel-based Probability Alternatives for Sampling Racial and Ethnic Minorities. Presented at the 2018 Annual Meeting of the American Association for Public Opinion Research.

Ipek Bilgen, J. Michael Dennis, and Nada Ganesh. Examination of Nonresponse Follow-up (NRFU) Impact on AmeriSpeak Panel Data Quality and Study Estimates. Presented at the 2018 Annual Meeting of the American Association for Public Opinion Research.

Ipek Bilgen, J. Michael Dennis, and Lindsay Liebert. Nonresponse Follow-up Impact on AmeriSpeak Panel Sample Composition and Representativeness. July 19, 2024. NORC AmeriSpeak Working Paper.

David Sterrett, Dan Malato, Jennifer Benz, Ipek Bilgen, J. Michael Dennis, and Vicki Pineau. Exploring the Methodological Tradeoffs of Mixed-Mode Surveys with an Experimental Design. Presented at the 2018 Annual Meeting of the American Association for Public Opinion Research.

Ipek Bilgen, J. Michael Dennis, and Tom Smith. Comparing the Probability-Based AmeriSpeak Panel and the In-Person 2016 General Social Survey: Mode, Device, Item Wording Experiments. Presented at the 2018 Annual Meeting of the American Association for Public Opinion Research.

Nadarajasundaram Ganesh, Vicki Pineau, J. Michael Dennis. 2017. Managing Respondent Burden for a Household Panel using Permanent Random Number Sampling. Presented at the 2017 Annual Meeting of the American Association for Public Opinion Research.

Pineau, Vicki, J. Michael Dennis, Stuart Michaels, Sherry Emery, Nadarajasundaram Ganesh. 2017. Surveying Rare or Hidden Populations Using a Probability-based Household Panel. Presented at the 2017 Annual Meeting of the American Association for Public Opinion Research.

Pineau, Vicki, Paul J. Lavrakas, and J. Michael Dennis. 2017. Deploying a Total Survey Error (TSE) and Total Survey Quality (TSQ) Assessment of the AmeriSpeak® Panel. Presented at the 2017 Annual Meeting of the American Association for Public Opinion Research.

Reimer, Becky, Jennifer Benz, Trevor Tompson, Liz Kantor, Rosalind Koff, J. Michael Dennis, Emily Swanson, David Pace, 2017. Testing A New Methodology for Exit Polling: A National, Panel-based Experiment. Presented at the 2017 Annual Meeting of the American Association for Public Opinion Research.

Malato, Dan, Jennifer Benz, Trevor Tompson, J. Michael Dennis, Vicki Pineau, Nadarajasundaram Ganesh. 2017. Impact of Mixed-Mode Recruitment and Data Collection on Sample Representativeness and Survey Estimates for a Probability-based Household Panel. Presented at the 2017 Annual Meeting of the American Association for Public Opinion Research.

Barron, Martin and J. Michael Dennis. 2016. Multi-Client Household Panel Quality: The Case of AmeriSpeak." Presented at the 2016 Annual Meeting of the American Association for Public Opinion Research.

Ganesh, N., J. Michel Dennis, and Paul J. Lavrakas. 2016. Using Nonresponse Follow-up Recruitment to Help Build a Probability-based Research Panel. Presented at the 2016 Annual Meeting of the American Association for Public Opinion Research.

Dennis, J. Michael, Angela Fontes, Kean Chew, Paul J. Lavrakas, Nada Ganesh. 2015. "Boosting Probability-Based Web Survey Response Rates via Nonresponse Follow-Up." Presented at the 2015 Annual Meeting of the American Association for Public Opinion Research.

Dennis, J. Michael, Kathleen Connolley, and Stephanie Jwo. "Online Survey Sampling Solutions for Studies of LGB." Presented at the 2013 Chicago Annual Workshop on Biomeasures Collection in Population-Based Health and Aging Research hosted by the Chicago Core on Biomeasures in Population-Based Health and Aging Research (CCBAR), October 17, 2013.

Dennis, J. Michael, Curtiss Cobb III. "How Far Have We Come? The Lingering Digital Divide and Its Impact on the Representativeness of Internet Surveys." Presented at the 2013 Annual Meeting of the American Association for Public Opinion Research.

Dennis, J. Michael, Curtiss Cobb III, Michael Lawrence, and Jordon Peugh. "The Prevalence and Impact of Self-Selection Bias and Panel Conditioning on Smoker Studies Using Established Internet Panels." Presented at the 2013 Annual Meeting of the American Association for Public Opinion Research.

Pasek, Josh, J. Michael Dennis, and Curtiss Cobb III. "Consumer File Ancillary Data and Nonresponse Adjustment: Assessing the Consistency of Estimates Across Weighting Strategies." Presented at the 2013 Annual Meeting of the American Association for Public Opinion Research. Submitted for publication.

Pasek, Josh. Seung Mo Jang, Curtiss Cobb, Charles DiSogra and J. Michael Dennis. "Can Microtargeting Improve Survey Sampling? An Assessment of Accuracy and Bias in Consumer File Marketing Data." Presented at the 2012 Annual Meeting of the American Political Science Association.

Disogra, Charles. J. Michael Dennis and Mansour Fahimi. 2012 "Using Ancillary Information in National ABS Samples to Recruit Hard-to-Reach Young Adults and Hispanics." Presented at the 2012 Hard to Reach Conference sponsored by the American Statistical Association.

Lavrakas, Paul J. J. Michael Dennis, Jordan Peugh, Jeffrey Shand-Lubbers, Elissa Lee, Owen Charlebois and Mike Murakami. 2012 "An Experimental Investigation of the Effects of Noncontingent and Contingent Incentives in Recruiting a Long-Term Panel: Testing a Leverage Salience Theory Hypothesis." Presented at the 2012 Midwest Association for Public Opinion Research.

Pasek, Josh. Seung Mo Jang, Curtiss Cobb, Charles DiSogra and J. Michael Dennis. 2012 "How Accurate is Micro-Targeting? An Assessment of Marketing Data Bias for Political and Survey Purposes." Presented at the 2012Annual Conference of the American Association for Public Opinion Research and the 2012 Annual Conference of the American Political Science Association.

Dennis, J. Michael. Charles DiSogra and Erlina Hendarwan. 2012. "Using Ancillary Information to Stratify and Target Young Adults and Hispanics in National ABS Samples." Presented at the 2012 Annual Conference of the American Association for Public Opinion Research and the 2012 Hard to Reach Conference.

Pasek, Josh. S. Mo Jang, Curtiss Cobb, Charles DiSogra and J. Michael Dennis. 2012. "The Public According to Marketers: Imputing National Demographics From Marketing Data Linked to Address-Based Samples." Presented at the 2012 Annual Conference of the American Association for Public Opinion Research.

Shand-Lubbers, Jeff. J. Michael Dennis, Jordon Peugh, Liz Brisson and Zabe Bent. 2012 "The Use of Online Methodology to Inform Public Policy Planning: A Case Study from San Francisco." Presented at the 2012 Annual Conference of the American Association for Public Opinion Research.

Lavrakas, Paul. J. Michael Dennis, Jordon Peugh, Jeff Shand-Lubbers, Elissa Lee and Owen Charlebois. 2012. "Investigating Non-response Bias in a Non-response Bias Study." Presented at the 2012 Annual Conference of the American Association for Public Opinion Research.

Lavrakas, Paul. J. Michael Dennis, Jordon Peugh, Jeff Shand-Lubbers, Elissa Lee and Owen Charlebois. 2012. "Experimenting with Non-contingent and Contingent Incentives in a Media Measurement Panel." Presented at the 2012 Annual Conference of the American Association for Public Opinion Research.

DiSogra, Charles. Curtiss Cobb, Elisa Chan, and J. Michael Dennis. 2012 "Using Probability-Based Online Samples to Calibrate Non-Probability Opt-in Samples." Presented at the 2012 Annual Conference of the American Association for Public Opinion Research.

Dennis, J. Michael. Yelena Kruse, and Trevor Tompson. 2011. "Examination of Panel Conditioning Effects in a Web-Based 2007-2008 Election Study." Presented at the 2011 Annual Conference of the American Association for Public Opinion Research.

Zukin, Cliff, Jessica Godofsky, Carl Van Horn, Wendy Mansfield, and J. M. Dennis. 2011. "Can a Non-Probability Sample Ever be Useful for Representing a Population? Comparing Probability and Non-Probability Samples of Recent College Graduates." Presented at the 2011 Annual Conference of the American Association for Public Opinion Research. Available at http://www.knowledgenetworks.com/ganp/docs/aapor2011/aapor11-can-a-non-probability-sample.pdf

Baker, Reg. Stephen Blumberg, J. Michael Brick, Mick P. Couper, Melanie Courtright, J. Michael Dennis, Don Dillman, Martin R. Frankel, Philip Garland, Robert M. Groves, Courtney Kenned, Jon Krosnick, Sunghee Lee, Paul J. Lavrakas, Michael Link, Linda Piekarski, Kumar Rao, Douglas Rivers, Randall K. Thomas, and Dan Zahs. 2010 "AAPOR Report on Online Panels." The Final Report of the AAPOR Online Panel Task Force. Prepared for the American Association for Public Opinion Research, March, 2010.

Dennis, J. Michael, "Using Ancillary Data Available for Address-Based Sampling to Measure Self-Selection Bias" Paper presented to the International Workshop on Using Multi-level Data from Sample Frames, Auxiliary Databases, Paradata and Related Sources to Detect and Adjust for Nonresponse Bias in Surveys, Chicago, June, 2011.

Dennis, J. Michael, Jordon Peugh, and Pat Graham. 2010. "KnowledgePanel Calibration: Using KnowledgePanel to Improve the Sample Representativeness and Accuracy of Opt-in Panel Data." Available at http://www.knowledgenetworks.com/ganp/docs/KN-Calibration-Research-Note-2010-03-02.pdf

Dennis, J. Michael. 2010. "KnowledgePanel®: Processes & Procedures Contributing to Sample Representativeness & Tests for Self-Selection Bias." Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

Dennis, J. Michael, and Charles A. DiSogra. 2010. "Does Providing Internet Access to Non-Internet Households Affect Reported Media Behavior for Latinos and Non-Latinos? Results from a Six-Month Longitudinal Survey." Presented at the 2010 Annual Conference of the American Association for Public Opinion Research. Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

DiSogra, Charles, J. Michael Dennis, and Mansour Fahimi. 2010. "On the Quality of Ancillary Data Available for Address-Based Sampling." Presented at the 2010 Joint Statistical Meetings, Vancover. Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

Kruse, Yelena, Erlina Hendarwan, J. Michael Dennis, and Charles A. DiSogra. 2010. "Analysis of Late Responders to Probability-based Web Panel Recruitment and Panel Surveys." Presented at the 2010 Annual Conference of the American Association for Public Opinion Research. Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

Garrett, Joe, J. Michael Dennis, and Charles A. DiSogra. 2010. "Non-response Bias: Recent Findings from Address-based Panel Recruitment." Presented at the 2010 Annual Conference of the American Association for Public Opinion Research. Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

Dennis, J. Michael, Larry Osborn, and Karen Semans. March 2009. "Comparison Study of Early Adopter Attitudes and Online Behavior in Probability and Non-Probability Web Panels." Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

Dennis, J. Michael. 2009. "Description of Within-Panel Survey Sampling Methodology: The Knowledge Networks Approach." Available at http://www.knowledgenetworks.com/ganp/docs/KN-Within-Panel-Survey-Sampling-Methodology.pdf.

Dennis, J. Michael, Trevor Tompson, Mike Henderson, and Yelena Kruse. 2009. "Measures of Non-Traditional Media Consumption During the 2008 Presidential Campaign." Presented at the 2009 Annual Meeting of Midwest AAPOR, November 21, 2009.

Dennis, J. Michael, and Trevor Tompson. 2009. "Web Panel Studies of the 2008 Election: New Opportunities for Causal Analysis of Dynamic Change in the Electorate." Presented at the 2009 Annual Conference of the American Association for Public Opinion Research. Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

Kruse, Yelena, Mario Callegaro, J. Michael Dennis, Stefan Subias, Mike Lawrence, Charles DiSogra, and Trevor Tompson. 2009. "Panel Conditioning and Attrition in the AP-Yahoo! News Election Panel Study." Presented at the 2009 Annual Conference of the American Association for Public Opinion Research. Available at http://www.knowledgenetworks.com/ganp/reviewer-info.html.

J. Michael Dennis, Rick Li and Joe Hadfield. 2007. "Results of a Within-Panel Survey Experiment of Data Collection Mode Effects Using the General Social Survey's National Priority Battery." Presented at the 2007 Annual Conference of the American Association for Public Opinion Research.

J. Michael Dennis and Rick Li. 2005. "Results from a Knowledge Networks' Question Wording Experiment for Political Party Identification." Available at http://www.knowledgenetworks.com/ganp/docs/kn-party-id-experiment-022805.pdf

J. Michael Dennis, Cindy Chatt, Rick Li, Alicia Motta-Stanko, Paul Pulliam. 2005. "Data Collection Mode Effects Controlling for Sample Origins in a Panel Survey: Telephone versus Internet." Available at http://www.knowledgenetworks.com/ganp/rtimode.html.

J. Michael Dennis and Rick Li. 2004. "Health Condition Prevalence Rates Between National Health Interview Survey (NHIS) and Knowledge Networks (KN)." Available at http://www.knowledgenetworks.com/ganp/docs/KNvsNHIS2.pdf

J. Michael Dennis and Rick Li. 2004. "Weighting Procedures Used for the Veterans Administration Prescription Medication Study." Available at http://www.knowledgenetworks.com/ganp/docs/061604_Weighting-Description.pdf.

J.Michael Dennis, Rick Li, and Cindy Chatt, 2004. "Benchmarking Knowledge Networks' Web-Enabled Panel Survey of Selected GSS Questions Against GSS In-Person Interviews." Knowledge Networks Report, February 2004. Available at http://www.knowledgenetworks.com/ganp/docs/GSS02-DK-Rates-on-KN-Panel-v3.pdf

Vicky Pineau and J. Michael Dennis. 2004. "Methodology for Probability-Based Recruitment for a Web-Enabled Panel." Knowledge Networks Report

J. Michael Dennis. 2003. "Panel Attrition Impact: A Comparison of Responses to Attitudinal and Knowledge Questions about HIV Between Follow-up and Cross-Sectional Samples." Available at http://www.knowledgenetworks.com/ganp/docs/HIV-Study-Panel-Attrition-Impact-Research-Note-2003.pdf

J. Michael Dennis, Rick Li, J.R. DeShazo and Trudy Ann Cameron. 2003. "Correcting for Sample Bias in Internet Panel Surveys based on RDD Sampling." Presented at the Joint Statistical Meetings, August 2003

Dennis, J. Michael, Rick Li. 2003. "Effects of Panel Attrition on Survey Estimates." Presented at the 2003 Annual Conference for the American Association for Public Opinion Research.

Selected Workshops, Expert Panels, and Seminars

Workshop Participant. Mapping the Global Online Probability based Panel Landscape. RISCAPE Workshop. Amsterdam, Netherlands. December 11-12, 2019.

Member, Expert Panel. New Direction for the National Household Travel Survey. Sponsored by the Federal Highway Administration. 2018-Present.

Featured Speaker. AARP "Think In" on Surveys of Asian Americans and Pacific Islanders. July 23-24, 2018. Washington, DC.

Expert Panel Participant, National Survey of Family Growth, U.S. Centers for Disease Control and Prevention, April 30, 2018 – May 1, 2018.

Panel Participant and Featured Speaker. "Workshop: Harnessing Technology to Reduce Attrition in Panel Surveys." Inter-American Development Bank. Washington DC, October 2, 2017.

Featured Speaker. Briefing Congress on the Legal Services Corporation New Report on *The Justice Gap: Measuring the Unmet Civil Legal Needs of Low-Income Americans.* Russell Senate Building, Washington DC, June 14, 2017.

Panel Participant in an Invited Panel Session entitled "Better, Faster, Smarter – Maintaining Research Quality in a World of Intense Budget Pressure." Annual Meeting of the Southern Association for Public Opinion. October 10, 2013.

"The NCRM Network of Methodological Innovation Web surveys for the general population: How, why and when?" Workshop hosted by the University of Essex, Colchester, UK. Presented the paper "Recommendations for Establishing a National Online Panel in the UK." June 6-7, 2013.

"The Data Collection of the Future Has Already Started." Seminar hosted by Willem Saris, RECSM, Universitat Pompeu Fabra in Barcelona. Presented the paper "Best Practices for Population-Based Online Surveys: Review of U.S. Methods Research." July 2011.

"An International Workshop on Using Multi-level Data from Sample Frames, Auxiliary Databases, Paradata and Related Sources to Detect and Adjust for Nonresponse Bias in Surveys." Sponsored by the National Science Foundation and hosted by NORC in Chicago. June 2011.

"Innovative Survey Methods Workshop." Sponsored by the U.S. Department of Homeland Security and the Institute for Homeland Security Solutions. December 2009.

"Sample Representativeness: Implications for Administering and Testing Stated Preference Surveys." Sponsored by EPA Cooperative Agreement CR83299-01 with the National Center for Environmental Economics, U.S. Environmental Protection Agency. Hosted by the Resources for the Future. October 2, 2006.

"Recurring Surveys: Issues and Opportunities." Sponsored by the National Science Foundation. March 28-29, 2003.

Selected Guest Lecturer Assignments

George Washington University, University of California, Irvine, University of California, Berkeley, University of Michigan, University of Maryland, University of Pennsylvania, University of Southern California (USC), University of Texas, Austin, Stanford University.

Educational Honors

Century Fellowship, University of Chicago (1985-1988)
Phi Beta Kappa, University of Texas (1984-1985)
Honors in Government, University of Texas (1984)
Chapter President, Pi Sigma Alpha, University of Texas (1983-1984)
William Jennings Bryan Essay Winner, College of Liberal Arts, University of Texas (1983 and 1984)

Affiliations

American Association for Public Opinion Research (1992-), American Statistical Association, Member, AAPOR Online Task Force Report (2009-2010), Chairman, Presumed Consent Subcommittee, Ethics Committee, UNOS (1992-1995), Member of Ethics Committee, the United Network for Organ Sharing (1992-1995), Member of Region 7, the United Network for Organ Sharing (1992-1995), American Political Science Association (1985-1994)

**ATTACHMENT B**

**LIST OF CONSIDERED MATERIALS**

Other citations are in the main body of my expert report.

Amended Class Action Complaint
MARTINELLIS_00001586-1616
MARTINELLIS_00000002-58
MARTINELLIS_00000060-95
MARTINELLIS_00000096-151
MARTINELLIS_00000152-202
MARTINELLIS_00003349-3401
MARTINELLIS_00000366
MARTINELLIS_00000404
MARTINELLIS_00000527
MARTINELLIS_00001034
MARTINELLIS_00001136
MARTINELLIS_00001618
MARTINELLIS_00001622
MARTINELLIS_00001623
MARTINELLIS_00001625
MARTINELLIS_00001651
MARTINELLIS_00003349

Martinelli's Second Supplemental Responses

Ramirez v. Martinelli's - Martinelli's Third Supplemental Responses to Plaintiffs

## Conjoint Analysis and Survey Literature


"Cognitive Interviewing", Center for Disease Control, accessed at https://www.cdc.gov/nchs/ccqder/question-evaluation/cognitive-interviewing.html (last accessed Dec. 20, 2024).

"The CBC System for Choice-Based Conjoint Analysis", August 2017, Sawtooth Software Technical Paper Series, accessed at https://content.sawtoothsoftware.com/assets/0891a76f-93d3-4838-a38d-8ac0a2cda519 (last accessed Dec. 20, 2024).

"None Option/Dual-Response None", Sawtooth Software, Lighthouse Studio, accessed at https://sawtoothsoftware.com/help/lighthouse-studio/manual/cbc-none-option.html (last accessed Dec. 22, 2024).

Bryan Orme, "Sample Size Issues for Conjoint Analysis", Sawtooth Software, accessed at https://www.sawtoothsoftware.com/download/techpap/samplesz.pdf (last accessed Dec. 20, 2024).

Bryan Orme, “Market Simulators for Conjoint Analysis,” Sawtooth Software, accessed at https://content.sawtoothsoftware.com/assets/94da3377-3f7b-49fc-afaf-a65953763d25 (last accessed Dec. 22, 2024).

Joel Huber and Bryan Orme, “Dealing with Product Similarity in Conjoint Simulations,” (1999) Sawtooth Software Research Paper Series, accessed at https://sawtoothsoftware.com/resources/technical-papers/dealing-with-product-similarity-in-conjoint-simulations (last accessed Dec. 22, 2024).

Shari Seidman Diamond, “Reference Guide on Survey Research”, Northwestern University, accessed at https://wwws.law.northwestern.edu/faculty/fulltime/diamond/papers/referenceguidesurveyresearch.pdf (last accessed Dec. 20, 2024).

Rajeev Kohli, *et al.*, (Aug. 3, 2006) “Integrating Conjoint Analysis and Engineering Design”, Columbia Business School, accessed at https://business.columbia.edu/sites/default/files-efs/pubfiles/2278/kohli_wadhwa_and_christian.pdf (last accessed Dec. 20, 2024).

Gordon B. Willis and Anthony R. Artino, Jr. “What Do Our Respondents Think We’re Asking? Using Cognitive Interviewing to Improve Medical Education Surveys.” J Grad Med Educ. 2013 Sep; 5(3): 353–56, accessed at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3771159/ (last accessed Dec. 20, 2024).

F. Reed Johnson, Ph.D., and Mo Zhou, M.A., (2016) “Patient Preferences in Regulatory Benefit-Risk Assessments: A US Perspective”, Value in Health, accessed at https://www.valueinhealthjournal.com/article/S1098-3015(16)30431-4/fulltext?_ (last accessed Dec. 20, 2024).

Charles E. Cunningham, *et al.*, “Adaptive Choice-Based Conjoint Analysis: A New Patient-Centered Approach to the Assessment of Health Service Preferences”, The Patient: Patient-Centered Outcomes Research, accessed at https://link.springer.com/article/10.2165/11537870-000000000-00000 (last accessed Dec. 20, 2024).

Wann Yih Wu, *et al.*, “Applying Conjoint Analysis to Evaluate Consumer Preferences toward Subcompact Cars,” Expert Systems with Applications 41 (2014): 2782-2792.

Green, P., Srinivasan, V. (1978) “Conjoint Analysis in Consumer Research: Issues and Outlook”, *Journal of Consumer Research* (Oxford).

Green, P., Srinivasan, V. (1990) “Conjoint Analysis in Marketing: New Developments with Implications for Research and Practice,” *Conjoint Analysis in Marketing* (American Marketing Association).

Wittink, D., Cattin, P. (1989) “Commercial Use of Conjoint Analysis: An Update”, *Journal of Marketing* 53 (July): 91-96.

Ofek, E., Toubia, O. (2014) “Conjoint Analysis: A Do It Yourself Guide”, *Harvard Business Review* (Aug)

Gordon B. Willis (2005) *Cognitive Interviewing: A Tool for Improving Questionnaire Design*, (Sage Publications Ltd.).

Grove, R. (2011) *Survey Methodology*, Second Edition (Wiley).

Marsen, P., Wright, J., (2010) *Handbook of Survey Research*, Second Edition (Emerald).

Bradburn, N. (2004) *Asking Questions*, Second Edition (Jossey-Bass).

Orme, B. (2020) *Getting Started with Conjoint Analysis*, Fourth Edition (Research Publishers LLC).

Orme, B. (2014) *Getting Started with Conjoint Analysis: Strategies for Product Design & Pricing Research*, Third Edition, (Research Publishers LLC).

Orme, B. (2010) *Getting Started with Conjoint Analysis: Strategies for Product Design and Pricing Research*, Second Edition (Research Publishers LLC).

Tourangeau, R., Rips, L., Rasinski, K. (2000) *The Psychology of Survey Response,* (Cambridge Univ. Press).

Bernheim, B., Whinston, M. (2008) *Microeconomics* (McGraw-Hill Irwin).

Orme, B., Chrzan, K. (2017) *Becoming an Expert in Conjoint Analysis* (Sawtooth Software, Inc.).

Allen, M., Hall., R., and Lazear, V. (2011) *"Reference Guide on Estimation of Economic Damages,"* Reference Manual on Scientific Evidence (National Academies Press).

Diamond, S. (2011) *"Reference Guide on Survey Research,"* Reference Manual on Scientific Evidence (National Academies Press).

Sawtooth Glossary of Terms 2025.10.12.pdf

# ATTACHMENT C

## CONSMER PERCEPTION SURVEY QUESTIONNAIRE

THE LIST OF PRODUCT GROUPS IS SHOWN BELOW. THE QUESTION WORDING IS THE SAME FOR ALL THE CONSUMER PERCEPTION QUESTIONS. THE LOGIC AND APPENDIX SHOW YOU WHAT INFORMATION TO INSERT INTO THE SURVEY QUESTIONS BASED ON THE ASSIGNED PRODUCT GROUP.

| | PRODUCT | PRODUCT GROUP | Product Type | Description of Product |
|---|---|---|---|---|
| 1 | A | A_TEST | JUICE | Apple Juice (10 FL OZ PET PLASTIC) |
| 2 | | A_CONTROL | JUICE | |
| 3 | B | B_TEST | JUICE | Apple Juice (10 FL OZ GLASS W/OUT LABEL) |
| 4 | | B_CONTROL | JUICE | |
| 5 | C | C_TEST | JUICE | Apple Juice (Half Gallon) |
| 6 | | C_CONTROL | JUICE | |
| 7 | D | D_TEST | JUICE | Apple Juice (Organic) (Half Gallon) |
| 8 | | D_CONTROL | JUICE | |
| 9 | E | E_TEST | JUICE | Apple Juice (Gallon) |
| 10 | | E_CONTROL | JUICE | |

## SCREENER SECTION

---

Thank you for participating in this survey about consumer products.

Please take your time in answering the survey questions. **Please don't guess.**

---

**[ASK ALL]**
**[PROMPT]**
**P_STATE**

[ASK ALL]
[PROMPT]P_STATE

Let's start with an easy question. Where do you live?

[Dropdown of U.S. States, including Washington DC, include a Not in USA option]

**TERMINATE IF NOT IN USA**

D_GENDER.

Please indicate your gender.

- Male
- Female
- Non-binary

---

D_AGE

What is your age?

Less than 18.........1 → **TERMINATE**
18-29 ..................2
30-39...................3
40-49...................4
50-59...................5
60-69...................6
70-84 ...................7
85 AND OVER .........8

**TERMINATE IF UNDER AGE 18**

---

[CAPTCHA TEST]

---

D_HISPAN. [SINGLE SELECT]

Are you of Hispanic, Latino, or of Spanish origin?

- Yes
- No

---

RACE. [SINGLE SELECT]

What do you consider to be your race?

- White
- Black or African American
- American Indian or Alaska Native
- Asian
- Native Hawaiian or Other Pacific Islander
- Multi-racial
- Some other race
- Prefer not to say

----------------------------------------------------------------------------------------------------------------

EDUC. What is the highest level of education that you have completed?

- Less than High School
- High School or GED
- Completed Technical or Trade School
- Some College
- College degree (4 year)
- Post-graduate course work or degree

**NO TERMINATIONS**

---------------------------------------------

INSERT NEW SCREEN.

Thank you for telling us about yourself.

--------------------------------------------------------------------

SINGLE SELECT. DISPLAY THE NUMBERING OF THE RESPONSE OPTIONS SO THAT RESPONDENTS CAN SEE THE RESPONSE OPTION NUMBER.

**ATTENTION_CHECK.** This question is for quality control to make sure you are understanding the survey.

Please select "Somewhat easy" (the second answer).

- 1: Very difficult
- 2: Somewhat difficult
- 3: Neither difficult nor easy
- 4: Somewhat easy → **PROCEED TO NEXT QUESTION**
- 5: Very easy

**TERMINATE IF** '4: Somewhat easy' **IS NOT SELECTED**

---------------------------------------------------------------------------------------------------------

**[SINGLE SELECT]**

**S0**

How much of the grocery shopping do you do for your household? Please select one.

- All of it
- Most of it
- About half
- Not much of it
- None of it → TERMINATE

**TERMINATE IF R SELECTS 'None of it'**

-----------------------------------------------------------------------------------------------------------

[SELECT ALL THAT APPLY; RANDOMIZE RSPONSE LIST, BUT ANCHOR 'NONE OF THESE'. CANNOT SELECT A PRODUCT AND NONE OF THESE]

**PAST_SURVEY**

Have you taken any surveys or participated in other kinds of research in the last 30 days on any of these topics? Please select all that apply.

- Hair care products
- Toothpaste/Oral care
- Apple juice or apple cider → **TERMINATE**
- Sporting goods or outdoor gear
- Advertisements on TV
- Vacation cruises/vacation resorts
- Snack food products
- Skin care products
- Clothing
- Websites you visit
- Video Games

- None of these

**TERMINATE IF R SELECTS 'Apple juice or cider'**

---

[ASK ALL]

**S1.**

Have you purchased, or not purchased, any of these types of food, beverage, and health products in the **past 12 months**?

Some of these are not common products, so please select **YES** only if you are absolutely sure you purchased the product. Select **NO** if you did not purchase the product.

[RANDOMIZE RESPONSE LIST]

| | Yes | No | |
|---|---|---|---|
| Apple Juice (bottled) | [ ] | [ ] | |
| Sparkling Apple Cider (in champagne-style glass bottles) | | [ ] | [ ] |
| Smoothies | [ ] | [ ] | |
| Packaged Fruit Snacks (like raisins, apricots) | [ ] | [ ] | |
| Packaged Yogurt-covered Fruits or Nuts | [ ] | [ ] | |
| Packaged Nuts (like peanuts, almonds, cashews) | [ ] | [ ] | |
| Meal Substitute Bars | [ ] | [ ] | |
| Chometines | [ ] | [ ] | |
| Protein Bars | [ ] | [ ] | |
| Jerky | [ ] | [ ] | |
| Granola Bars | [ ] | [ ] | |
| Energy Bars/Energy Drinks | [ ] | [ ] | |
| Weight Loss/Management Bars or Drinks | [ ] | [ ] | |

**PROCEED IF SELECTED 'Yes' for "Apple Juice" but did not select 'Yes' for 'Chometimes'**

**TERMINATE IF R DOES NOT SELECT "Yes" FOR "Apple Juice"**

**TERMINATE ALL CASES THAT SELECT 'Yes' FOR 'Chometimes'**

-----------------------------------------------------------------------------------------------

----------------------------------------------------------------------------------------------------

[MULTI – SELECT. ASK IF S_1 = 'Yes' FOR "Apple Juice'. RANDOMIZE RESPONSE LIST BUT ANCHOR 'None of these']

S3_JUICE.

We have a few questions about your purchases of **APPLE JUICE (bottled).**

Please select any applicable reasons why you have purchased **APPLE JUICE (bottled) in the last 12 months** (not for resale).

Please select any that apply to you.

- For your personal consumption
- For mixing with other beverages
- For consumption by any children in your household
- For packed lunches
- For on-the-go consumption away from home
- For special occasions
- For consumption at home
- For cooking and baking
- For gifts
- None of these EXCLUSIVE ANCHOR

NO TERMINATIONS

----------------------------------------------------------------------------------------------------

[ASK IF S_1 = 'Yes' for "Apple Juice'. MULTI-SELECT. RANDOMIZE RESPONSE LIST.]

S_JUICE_BRANDS_PURCH.

Please indicate which brand or brands of **APPLE JUICE (bottled)** you have purchased in the last 12 months (not for resale). Please select all that apply.

- Tree Top
- Martinelli's
- Mott's
- Simply Apple
- Langer's
- R.W. Knudsen
- Sylvage → **TERMINATE**
- Private Label/Store Brands ANCHOR
- Other brands ANCHOR
- None of these ANCHOR EXCLUSIVE

**TERMINATE IF 'Sylvage' IS SELECTED**

---

[ASK IF S_1 = ‘Yes’ for “Apple Juice’. MULTI-SELECT. RANDOMIZE RESPONSE LIST.]

S_JUICE_BRANDS_CONSIDER.

Please indicate which brand or brands of **APPLE JUICE (bottled)** you would consider purchasing in the **next 6 months** (not for resale).

- Tree Top
- Martinelli’s
- Mott’s
- Simply Apple
- Langer’s
- R.W. Knudsen
- Private Label/Store Brands ANCHOR
- Other brands ANCHOR
- None of these ANCHOR EXCLUSIVE

-----------------------------------------------------------------------------------------------------------

[ASK IF S_1 = 'Yes' for "SPARKLING APPLE CIDER'. MULTI-SELECT]

S3_SPARKLING.

We have a few questions about your purchases of **SPARKLING APPLE CIDER** (in 25.4 fl. oz. champagne-style glass bottles).

Please select any applicable reasons why you have purchased **SPARKLING APPLE CIDER (bottled) in the last 12 months** (not for resale).

Please select any that apply to you.

- For your personal consumption
- For mixing with other beverages
- For consumption by any children in your household
- For packed lunches
- For on-the-go consumption away from home
- For special occasions/celebrations
- For cooking and baking
- For gifts
- None of these ANCHOR EXCLUSIVE

NO TERMINATIONS

---------------------------------------------------------------------------------------------------------

[ASK IF S_1 = 'Yes' for "Sparkling Apple Cider'. MULTI-SELECT. RANDOMIZE RESPONSE LIST.]

S_SPARKLING_BRANDS_PURCH.

Please indicate which brand or brands of **SPARKLING APPLE CIDER** (in 25.4 fl. oz. champagne-style glass bottles) you have purchased in the **last 12 months** (not for resale). Please select all that apply.

- Welch's Sparkling Apple Cider
- Martinelli's Sparkling Apple Cider
- R.W. Knudsen Sparkling Crisp Apple Cider
- Kedem Sparkling Apple Cider
- Private Label/Store Brands ANCHOR
- Other brands ANCHOR
- None of these ANCHOR EXCLUSIVE

----------------------------------------------------------------------------------------------------

[ASK IF S_1 = 'Yes' for "Sparkling Apple Cider'. MULTI-SELECT. RANDOMIZE RESPONSE LIST.]

S_SPARKLING_BRANDS_CONSIDER.

Please indicate which brand or brands of **SPARKLING APPLE CIDER** (in 25.4 fl. oz. champagne-style glass bottles) you would consider purchasing in the **next 6 months** (not for resale).

- o Welch's Sparkling Apple Cider
- o Martinelli's Sparkling Apple Cider
- o R.W. Knudsen Sparkling Crisp Apple Cider
- o Kedem Sparkling Apple Cider
- o Private Label/Store Brands ANCHOR
- o Other brands ANCHOR
- o None of these ANCHOR EXCLUSIVE

---

CREATE DOV FOR IDENTIFYING RESPONDENTS WHO ARE ELIGIBLE FOR THE SURVEY

CREATE DOV 'ELIGIBLE_JUICE' = 1 WHERE EITHER

S_JUICE_BRANDS_PURCH = ONE OR MORE OF THESE RESPONSES:

- o Tree Top
- o Martinelli's
- o Mott's
- o Simply Apple
- o Langer's
- o R.W. Knudsen
- o Private Label/Store Brands
- o Other brands

OR

S_JUICE_BRANDS_CONSIDER = Martinelli's

-----------------------------------------------------------------------------------------------------

[DISABLE BACK BUTTON]

This survey asks consumers about **APPLE BEVERAGE PRODUCTS.**

-----------------------------------------------------------------------------------------

[SINGLE SELECT. RANDOMIZE RESPONSE OPTIONS; ANCHOR DON'T KNOW AT BOTTOM. DISABLE BACK BUTTON]

S_CONFIRM.

Please confirm your understanding of this survey. **What is this survey about?** Please select one.

- Retirement planning
- Apple beverage products → **PROCEED TO NEXT QUESTION**
- Protein drinks
- Favorite vacation destinations

- Don't know

**TERMINATE IF R DOES NOT SELECT PRODUCT 'Apple beverage products'**

---

-----------------------------------------------------------------------------------------------------------

[SINGLE SELECT]

W1.

You have been selected to participate in our survey project.

To participate in this survey, you must agree to these instructions.

- Answer the questions with your honest answers and opinions. Do not guess.
- Answer the questions by yourself and without asking anybody else for help.
- Answer the questions without getting help from a website or other materials.
- Answer all the questions in one sitting and not stopping in the middle.

Do you agree to our instructions?

- Yes, I agree to do this
- No, I do not agree to do this →**TERMINATE**

**TERMINATE ALL CASES THAT DO NOT AGREE**

**CREATE DOV 'ELIGIBLE_CONJOINT_2' = 1 WHERE W1 = YES**

**SCREENER IS COMPLETE**

-----------------------------------------------------------------------------------------------------------

**CONSUMER PERCEPTION SURVEY QUESTONNAIRE**

**INTRODUCTION FOR ALL GROUPS**

---------------------------------------------------------------------------------------------------------------

[NEW SCREEN. PUT IN 10-SECOND SPEED BUMP]

For this survey, we will be showing you several **APPLE JUICE PRODUCTS**.

For each product, please suppose you are considering the product for purchase like you usually would when shopping for **APPLE JUICE PRODUCTS**.

Because we want you to take your time, you might need to wait a few seconds before going to the next screen.

---------------------------------------------------------------------------------------------------------------

We will ask you questions about three different **APPLE JUICE PRODUCTS**. Please provide your honest responses when considering each of the three **APPLE JUICE PRODUCTS**.

---------------------------------------------------------------------------------------------------------------

[NEW SCREEN. PUT IN 10-SECOND SPEED BUMP]

It is very important that you complete the rest of the survey in one sitting – without any interruption. We need about five minutes of your uninterrupted time.

If you cannot take our survey in one sitting, please quit the survey now and come back another time to complete the survey when you have more time.

---------------------------------------------------------------------------------------------------------------

[NEW SCREEN. PUT IN 10-SECOND SPEED BUMP]

In answering the survey questions about the product we show you, please **base your answers <u>only</u> on the product information that we show you.**

---

RUN THE BELOW SURVEY MODULE FOR EACH OF THE THREE PRODUCT GROUPS TO WHICH THE R WAS RANDOMLY ASSIGNED.

CONSUMER PERCEPTION MODULE TO ADMINISTER THREE TIMES PER RESPONDENT / ONCE FOR EACH ASSIGNED PRODUCT GROUP.

Please examine this **APPLE JUICE PRODUCT** as you would in a store considering a product for purchase.

The product comes in this bottle (shown below). The labels are removed so that you can see the bottle shape and what the juice product looks like in the container.

[INSERT **PRODUCT IMAGE** FOR THE ASSIGNED PRODUCT NAME. SEE ATTACHED IMAGE GLOSSARY. 10 SECOND SPEED BUMP. SHOW THE APPROPRIATE PRODUCT IMAGE BASED ON GROUP NUMBER. FILL UP THE SCREEN WITH IMAGE. NO NEED FOR BEING ABLE TO ENLARGE IMAGE.]

PRODUCT IMAGE GOES HERE

-----------------------------------------------------------------------------------------------------------

Q_EXAMINE_1.

Were you able to examine the product?

- ○ Yes
- ○ No

**NO TERMINATIONS**

-------------------------------------------------------------------------------------------------------

[10 SECOND SPEED BUMP]

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for **APPLE JUICE PRODUCTS.**



You can click here to view the ingredients. SHOW IN POP-UP BOX THE INGREDIENTS LIST IF R CLICKS ON THE LINK. THE LIST OF INGREDIENTS IS SHOWN BELOW FOR THE PRODUCTS.

PRODUCTS A THRU E, SHOW THESE ALL-CAPS WORDS:

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

PRODUCTS F THRU J, SHOW THESE ALL-CAPS WORDS:

INGREDIENTS: **PASTEURIZED** CARBONATED APPLE JUICE, VITAMIN C.

PRODUCT K, SHOW THESE ALL-CAPS WORDS:

INGREDIENTS: **PASTEURIZED** CARBONATED APPLE JUICE, FILTERED WATER (SUFFICIENT TO RECONSTITUTE JUICE CONCENTRATE), CONCENTRATED CHERRY JUICE, VITAMIN C.

PUT IN PAGE / SCREEN BREAK HERE

-----------------------------------------------------------------------------------------------------------

This time, please examine the **GREEN** content on the bottle like you would when considering an apple juice product for purchase.

The descriptions on the front of the container are shown below.

[INSERT DESCRIPTIONS 2 FOR THE ASSIGNED PRODUCT NAME].

-----------------------------------------------------------------------------------------------

SINGLE SELECT

Q_EXAMINE_2.

Were you able to examine the **GREEN** content?

- Yes
- No

[INSERT DESCRIPTIONS 2 FOR THE ASSIGNED PRODUCT NAME].

**NO TERMINATIONS AT Q_EXAMINE_2**

---------------------------------------------------------------------------------------------------

[10 SECOND SPEED BUMP]

We will show you some possible ways that people might or might not understand the meaning of the **GREEN** content on the container shopping for **APPLE JUICE PRODUCTS.**

We want you to tell us whether you think the **GREEN** content **does communicate** or **does not communicate** that meaning.

There are no right answers or wrong answers. We just want your honest opinions.

If you do not have an opinion, please select “Don’t know / not sure.”

---------------------------------------------------------------------------------------------------

- 20-SECOND SPEED BUMP FOR EACH QUESTION
- MEASURE THE LENGTH OF TIME SPENT ON SCREEN FOR EACH QUESTION
- RANDOMIZE THE ORDER OF QUESTIONS CP_2 THRU CP_5.

KEEP CP_1_PRACTICE FIXED AS THE FIRST CP QUESTION.

**PERCEPTION STATEMENTS**

CP_1_PRACTICE MEANING: The product will have a refreshing taste.

CP_2 MEANING: The product is on sale.

CP_3 MEANING: The product contains only juice and does <u>not</u> have an additional ingredient (in addition to the juice).

CP_4 MEANING: This product contains only juice and does <u>not</u> have an added preservative.

CP_5 MEANING: The company making the product did <u>not</u> add Vitamin C (in addition to the Vitamin C that comes naturally from the apples).

--------------------------------------------------------------------------------

NEW SCREEN. SHOW THIS SCREEN ONLY ON THE FIRST TIME THE MODULE IS SHOWN TO R. ON SECOND AND THIRD PASS, DO NOT SHOW. NO QUESTION ASKED. DISPLAY THE BELOW INFORMATION.

You will be shown questions with these answer choices:

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

---------------------------------------------------------------------------------------------

NEXT SCREEN. NO DATA COLLECTED. SHOW THIS SCREEN ONLY ON THE FIRST TIME THE MODULE IS SHOWN TO R. ON SECOND AND THIRD PASS, DO NOT SHOW.

Let's start with a practice question to give you a chance to become familiar with how we are asking the survey questions.

-------------------------------------------------------------------------------

---

SP. 20-SECOND SPEED BUMP. SHOW THIS SCREEN ONLY ON THE FIRST TIME THE MODULE IS SHOWN TO R. ON SECOND AND THIRD PASS, DO NOT SHOW.

**CP_1_PRACTICE.**

INSERT HERE DESCRIPTIONS 2

Considering the product we showed you, does the **GREEN** content communicate or not communicate this **meaning** to you, or do you not have an opinion?

| **Meaning: The product will have a refreshing taste.** |
|---|

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Please note that if you believe that the content in **GREEN** is communicating that the apple juice will have a refreshing taste, then please select "Does communicate this meaning."

If you believe that the content in **GREEN** is NOT communicating that the apple juice will have a refreshing taste, then please select "Does not communicate this meaning."

If you do not have an opinion, please select "Don't know / not sure."

---

NEW SCREEN

Thanks for your answer.

Please take your time in answering our survey questions and base your answers on your understanding of the product packaging we have shown you.

---

SP. 20-SECOND SPEED BUMP.

**CP_2.**

SHOW DESCRIPTIONS 2

Considering the product we showed you, does the **GREEN** content communicate or not communicate this **meaning** to you, or do you not have an opinion?

| **Meaning: The product is on sale.** |
| --- |

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

---------------------------------------------------------------------------------------------------------

**CP_3.**

SHOW DESCRIPTIONS 2

Considering the product we showed you, does the **GREEN** content communicate or not communicate this **meaning** to you, or do you not have an opinion?

| **Meaning: The product contains only juice and does not have an additional ingredient (in addition to the juice).** |
| --- |

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

---------------------------------------------------------------------------------------------------------

**CP_4.**

SHOW DESCRIPTIONS 2

Considering the product we showed you, does the **GREEN** content communicate or not communicate this **meaning** to you, or do you not have an opinion?

| |
|---|
| **Meaning: The product contains only juice and does not have an added preservative.** |

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

---------------------------------------------------------------------------------------------------------------

**CP_5.**

SHOW DESCRIPTIONS 2

Considering the product we showed you, does the **GREEN** content communicate or not communicate this **meaning** to you, or do you not have an opinion?

| |
|---|
| **Meaning: The company making the product did not add Vitamin C (in addition to the Vitamin C that comes naturally from the apples).** |

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

---------------------------------------------------------------------------------------------------------------

**ONCE ALL THREE PRODUCTS ARE SURVEYED, THEN PROCEED.**

**UNTIL THEN, LOOP UNTIL MODULE IS ADMINISTERED TO ASSIGNED PRODUCTS.**

**FINAL QUESTIONNAIRE SECTION**

**[POST CONSUMER PERCEPTION PART OF THE SURVEY**
**SHOW THIS FINAL QUEX MODULE TO ALL RESPONDENTS COMPLETING MAIN STUDY]**

**-----------------------------------------------------------------------------------------**
NEW SCREEN:

Thanks for your answers. You are almost done!
-----------------------------------------------------------------------------------------

[SP]

**CP_BASIS.**

When answering the questions about your understanding of the **APPLE JUICE PRODUCTS**, did you or did you not base your answe~~rs~~ on the product content we showed you in the survey?

- ○ Yes, my answers <u>were based</u> on the product content shown in the survey
- ○ No, my answers <u>were not based</u> on the product shown in the survey

-----------------------------------------------------------------------------------------

---------------------------------------------------------------------------------------------------------------
[SP]

**RUCA.**

Which of the descriptions below best describes the area where you live? Please select one.

- ○ A large metropolitan area (over 1 million people)
- ○ A large city (100,000 up to 1 million people)
- ○ A small city or town (10,000 up to 100,000 people)
- ○ A very small town or rural area (under 10,000 people)
- ○ Not sure

---------------------------------------------------------------------------------------

**FIRST_PURCH.**

Please indicate when you made your first purchase of an **APPLE JUICE PRODUCT** or select "Don't know / not sure."

- In the past 12 months
- 1 to 5 years ago
- 6 to 9 years ago
- 10 or more years ago

- Don't know / not sure [ANCHOR]

**HOW_FREQ_PURCH.**

Please think about when you purchased an **APPLE JUICE PRODUCT** since 2020. How frequently, or not frequently, have you been purchasing APPLE JUICE PRODUCTS?

- Rarely
- Somewhat rarely
- Somewhat frequently
- Frequently
- Don’t know / not sure

## FINAL SIGN OFF SCREEN

**Thanks for Your Help in Answering All Our Survey Questions.**

**GLOSSARY TO USE TO POPULATE THE SURVEY WITH THE RIGHT CONTENT AND IMAGES**

**SEE BELOW THE INFORMATION NEEDED FOR EACH PRODUCT GROUP, INCLUDING THE IMAGE TO SHOW, DESCRIPTION 1 AND DESCRIPTION 2**

**A_TEST**



**A_TEST**

| Apple Juice (10 FL OZ PET PLASTIC) |
| --- |
| TEST |

DESCRIPTIONS 1 BELOW

**100% Apple Juice**

**Drink Your Apple A Day**

**10 fl. oz. / 296mL**

DESCRIPTIONS 2 BELOW

**100% Apple Juice**

**Drink Your Apple A Day**

**10 fl. oz. / 296mL**

**A_CONTROL**

**SAME IMAGE AS A_TEST**

DESCRIPTIONS 1 BELOW

| |
|---|
| **Apple Juice** |
| **Drink Your Apple A Day** |
| **10 fl. oz. / 296mL** |

DESCRIPTIONS 2 BELOW

| |
|---|
| **Apple Juice** |
| **Drink Your Apple A Day** |
| **10 fl. oz. / 296mL** |

**B_TEST**



DESCRIPTIONS 1 BELOW

**100% Apple Juice**

**Drink Your Apple A Day**

**10 fl. oz. / 296mL**

DESCRIPTIONS 2 BELOW

**100% Apple Juice**

**Drink Your Apple A Day**

**10 fl. oz. / 296mL**

**B_CONTROL**

**Same image as B_TEST**

DESCRIPTIONS 1 BELOW

**Apple Juice**

**Drink Your Apple A Day**

**10 fl. oz. / 296mL**

DESCRIPTIONS 2 BELOW

**Apple Juice**

**Drink Your Apple A Day**

**10 fl. oz. / 296mL**

**C_TEST**



DESCRIPTIONS 1 BELOW

**Premium 100% Juice**

**Not From Concentrate**

**Apple Juice**

**From U.S. Grown Fresh Apples**

**Drink Your Apple A Day**

**Half Gallon (1.9L)**

DESCRIPTIONS 2 BELOW

**Premium 100% Juice**

**Not From Concentrate**

**Apple Juice**

**From U.S. Grown Fresh Apples**

**Drink Your Apple A Day**

**Half Gallon (1.9L)**

**C_CONTROL**



DESCRIPTIONS 1 BELOW

**Premium Juice**

**Not From Concentrate**

**Apple Juice**

**From U.S. Grown Fresh Apples**

**Drink Your Apple A Day**

**Half Gallon (1.9L)**

DESCRIPTIONS 2 BELOW

**Premium Juice**

**Not From Concentrate**

**Apple Juice**

**From U.S. Grown Fresh Apples**

**Drink Your Apple A Day**

**Half Gallon (1.9L)**

**D_TEST**



DESCRIPTIONS 1 BELOW

| |
|---|
| **Premium 100% Juice** |
| **Not From Concentrate** |
| **Apple Juice** |
| **From U.S. Grown Fresh Apples** |
| **Drink Your Apple A Day** |
| **Half Gallon (1.9L)** |

| DESCRIPTIONS 2 BELOW |
|---|
| **Premium 100% Juice**<br><br>**Not From Concentrate**<br><br>**Organic Apple Juice**<br><br>**From U.S. Grown Fresh Apples**<br><br>**Drink Your Apple A Day**<br><br>**Half Gallon (1.9L)** |

**D_CONTROL**

**USE THE IMAGE FROM D_TEST**

DESCRIPTIONS 1 BELOW

| |
|---|
| **Premium Juice** |
| **Not From Concentrate** |
| **Apple Juice** |
| **From U.S. Grown Fresh Apples** |
| **Drink Your Apple A Day** |
| **Half Gallon (1.9L)** |

| DESCRIPTIONS 2 BELOW |
|---|
| **Premium Juice** |
| **Not From Concentrate** |

**Organic Apple Juice**

**From U.S. Grown Fresh Apples**

**Drink Your Apple A Day**

**Half Gallon (1.9L)**

**E_TEST**



DESCRIPTIONS 1 BELOW

| |
|---|
| **Premium 100% Juice** |
| **Not From Concentrate** |
| **Apple Juice** |

**From U.S. Grown Fresh Apples**

**Drink Your Apple A Day**

**Half Gallon (1.9L)**

DESCRIPTIONS 2 BELOW

**Premium 100% Juice**

**Not From Concentrate**

**Apple Juice**

**From U.S. Grown Fresh Apples**

**Drink Your Apple A Day**

**1 Gallon (3.785 L)**

**E_CONTROL**

**Use the same image as E_TEST.**

DESCRIPTIONS 1 BELOW

| |
|---|
| **Premium Juice** |
| **Not From Concentrate** |
| **Apple Juice** |
| **From U.S. Grown Fresh Apples** |
| **Drink Your Apple A Day** |
| **Half Gallon (1.9L)** |

DESCRIPTIONS 2 BELOW

| |
|---|
| **Premium Juice** |
| **Not From Concentrate** |

**Apple Juice**

**From U.S. Grown Fresh Apples**

**Drink Your Apple A Day**

**1 Gallon (3.785 L)**

**CONSUMER PERCEPTION CROSS-TABULATIONS**

TOTAL SAMPLE

INCLUDING CASES WHERE CP_= DOES COMMUNICATE THE PRODUCT IS ON SALE

CP QUESTIONS BY TEST AND CONTROL STIMULUS AND BY APPLE JUICE PRODUCT

| | | | Assign_Brands_Postr2 Assign_Brands_Postr2: Apple Juice (10 FL OZ GLASS W/OUT LABEL) - Randomly assign 3 | | | |
|---|---|---|---|---|---|---|
| | | | 1 Test | 2 Control 1 | Total | ODDS RATIOS |
| CP_2_2 CP_2_2: Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion? Meaning: The product is on sale. | 1 Does communicate this meaning | Count | 42 | 54 | 96 | |
| | | % | 15.1% | 19.4% | 17.3% | |
| | 2 Does not communicate this meaning | Count | 224 | 217 | 441 | |
| | | % | 80.6% | 78.1% | 79.3% | |
| | 3 Don't know / not sure | Count | 12 | 7 | 19 | |
| | | % | 4.3% | 2.5% | 3.4% | |
| | Total | Count | 278 | 278 | 556 | |
| | | % | 100.0% | 100.0% | 100.0% | |
| CP_3_2 CP_3_2: Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion? Meaning: The product contains only juice and does... | 1 Does communicate this meaning | Count | 240 | 135 | 375 | |
| | | % | 86.3% | 48.6% | 67.4% | 177.8% |
| | 2 Does not communicate this meaning | Count | 29 | 131 | 160 | |
| | | % | 10.4% | 47.1% | 28.8% | |
| | 3 Don't know / not sure | Count | 9 | 12 | 21 | |
| | | % | 3.2% | 4.3% | 3.8% | |
| | Total | Count | 278 | 278 | 556 | |
| | | % | 100.0% | 100.0% | 100.0% | |
| CP_4_2 CP_4_2: Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion? Meaning: The product contains only juice and does... | 1 Does communicate this meaning | Count | 238 | 118 | 356 | 201.7% |
| | | % | 85.6% | 42.4% | 64.0% | |
| | 2 Does not communicate this meaning | Count | 29 | 146 | 175 | |
| | | % | 10.4% | 52.5% | 31.5% | |
| | 3 Don't know / not sure | Count | 11 | 14 | 25 | |
| | | % | 4.0% | 5.0% | 4.5% | |
| | Total | Count | 278 | 278 | 556 | |
| | | % | 100.0% | 100.0% | 100.0% | |
| CP_5_2 CP_5_2: Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion? Meaning: The company making the product did not add... | 1 Does communicate this meaning | Count | 133 | 85 | 218 | 156.5% |
| | | % | 47.8% | 30.6% | 39.2% | |
| | 2 Does not communicate this meaning | Count | 124 | 177 | 301 | |
| | | % | 44.6% | 63.7% | 54.1% | |
| | 3 Don't know / not sure | Count | 21 | 16 | 37 | |
| | | % | 7.6% | 5.8% | 6.7% | |
| | Total | Count | 278 | 278 | 556 | |
| | | % | 100.0% | 100.0% | 100.0% | |
| | | | | | AJ 10 FL OZ PLASTIC AVG | 178.6% |

| | | | Assign_Brands_Postr3 Assign_Brands_Postr3: Apple Juice (Half Gallon) - Randomly assign 3 | | | |
|---|---|---|---|---|---|---|
| | | | 1 Test | 2 Control 1 | Total | |
| CP_2_3 CP_2_3: Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion? Meaning: The product is on sale. | 1 Does communicate this meaning | Count | 40 | 44 | 84 | |
| | | % | 14.2% | 15.6% | 14.9% | |
| | 2 Does not communicate this meaning | Count | 238 | 227 | 465 | |
| | | % | 84.4% | 80.5% | 82.4% | |
| | 3 Don't know / not sure | Count | 4 | 11 | 15 | |
| | | % | 1.4% | 3.9% | 2.7% | |
| | Total | Count | 282 | 282 | 564 | |
| | | % | 100.0% | 100.0% | 100.0% | |
| CP_3_3 CP_3_3: Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion? Meaning: The product contains only juice and does... | 1 Does communicate this meaning | Count | 234 | 152 | 386 | |
| | | % | 83.0% | 53.9% | 68.4% | 153.9% |
| | 2 Does not communicate this meaning | Count | 34 | 114 | 148 | |
| | | % | 12.1% | 40.4% | 26.2% | |
| | 3 Don't know / not sure | Count | 14 | 16 | 30 | |
| | | % | 5.0% | 5.7% | 5.3% | |
| | Total | Count | 282 | 282 | 564 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | % | 100.0% | 100.0% | 100.0% | |
| CP_4_3 CP_4_3: Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion? Meaning: The product contains only juice and does... | 1 Does communicate this meaning | Count | 228 | 145 | 373 | 157.2% |
| | | % | 80.9% | 51.4% | 66.1% | |
| | 2 Does not communicate this meaning | Count | 41 | 122 | 163 | |
| | | % | 14.5% | 43.3% | 28.9% | |
| | 3 Don't know / not sure | Count | 13 | 15 | 28 | |
| | | % | 4.6% | 5.3% | 5.0% | |
| | Total | Count | 282 | 282 | 564 | |
| | | % | 100.0% | 100.0% | 100.0% | |
| CP_5_3 CP_5_3: Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion? Meaning: The company making the product did not add... | 1 Does communicate this meaning | Count | 156 | 83 | 239 | 188.0% |
| | | % | 55.3% | 29.4% | 42.4% | |
| | 2 Does not communicate this meaning | Count | 106 | 174 | 280 | |
| | | % | 37.6% | 61.7% | 49.6% | |
| | 3 Don't know / not sure | Count | 20 | 25 | 45 | |
| | | % | 7.1% | 8.9% | 8.0% | |
| | Total | Count | 282 | 282 | 564 | |
| | | % | 100.0% | 100.0% | 100.0% | |

166.4%

| | | | Assign_Brands_Postr4 Assign_Brands_Postr4: Apple Juice (Organic) (Half Gallon) - Randomly assign 3 | | | |
|---|---|---|---|---|---|---|
| | | | 1 Test | 2 Control 1 | Total | |
| CP_2_4 CP_2_4: Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion? Meaning: The product is on sale. | 1 Does communicate this meaning | Count | 35 | 40 | 75 | |
| | | % | 12.5% | 14.3% | 13.4% | |
| | 2 Does not communicate this meaning | Count | 238 | 233 | 471 | |
| | | % | 84.7% | 83.2% | 84.0% | |
| | 3 Don't know / not sure | Count | 8 | 7 | 15 | |
| | | % | 2.8% | 2.5% | 2.7% | |
| | Total | Count | 281 | 280 | 561 | |
| | | % | 100.0% | 100.0% | 100.0% | |
| CP_3_4 CP_3_4: Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion? Meaning: The product contains only juice and does... | 1 Does communicate this meaning | Count | 229 | 132 | 361 | |
| | | % | 81.5% | 47.1% | 64.3% | 172.9% |
| | 2 Does not communicate this meaning | Count | 39 | 127 | 166 | |
| | | % | 13.9% | 45.4% | 29.6% | |
| | 3 Don't know / not sure | Count | 13 | 21 | 34 | |
| | | % | 4.6% | 7.5% | 6.1% | |
| | Total | Count | 281 | 280 | 561 | |
| | | % | 100.0% | 100.0% | 100.0% | |
| CP_4_4 CP_4_4: Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion? Meaning: The product contains only juice and does.... | 1 Does communicate this meaning | Count | 220 | 134 | 354 | 164.2% |
| | | % | 78.3% | 47.9% | 63.1% | |
| | 2 Does not communicate this meaning | Count | 44 | 124 | 168 | |
| | | % | 15.7% | 44.3% | 29.9% | |
| | 3 Don't know / not sure | Count | 17 | 22 | 39 | |
| | | % | 6.0% | 7.9% | 7.0% | |
| | Total | Count | 281 | 280 | 561 | |
| | | % | 100.0% | 100.0% | 100.0% | |
| CP_5_4 CP_5_4: Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion? Meaning: The company making the product did not add... | 1 Does communicate this meaning | Count | 132 | 85 | 217 | 155.3% |
| | | % | 47.0% | 30.4% | 38.7% | |
| | 2 Does not communicate this meaning | Count | 121 | 178 | 299 | |
| | | % | 43.1% | 63.6% | 53.3% | |
| | 3 Don't know / not sure | Count | 28 | 17 | 45 | |
| | | % | 10.0% | 6.1% | 8.0% | |
| | Total | Count | 281 | 280 | 561 | |
| | | % | 100.0% | 100.0% | 100.0% | |

164.1%

Assign_Brands_Postr5 Assign_Brands_Postr5: Apple Juice (Gallon) - Randomly assign 3

| | | | 1 Test | 2 Control 1 | Total | |
|---|---|---|---|---|---|---|
| CP_2_5 CP_2_5: Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion? Meaning: The product is on sale. | 1 Does communicate this meaning | Count | 46 | 27 | 73 | |
| | | % | 16.7% | 9.8% | 13.2% | |
| | 2 Does not communicate this meaning | Count | 219 | 235 | 454 | |
| | | % | 79.6% | 85.1% | 82.4% | |
| | 3 Don't know / not sure | Count | 10 | 14 | 24 | |
| | | % | 3.6% | 5.1% | 4.4% | |
| | Total | Count | 275 | 276 | 551 | |
| | | % | 100.0% | 100.0% | 100.0% | |
| CP_3_5 CP_3_5: Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion? Meaning: The product contains only juice and does... | 1 Does communicate this meaning | Count | 231 | 124 | 355 | |
| | | % | 84.0% | 44.9% | 64.4% | 187.0% |
| | 2 Does not communicate this meaning | Count | 33 | 137 | 170 | |
| | | % | 12.0% | 49.6% | 30.9% | |
| | 3 Don't know / not sure | Count | 11 | 15 | 26 | |
| | | % | 4.0% | 5.4% | 4.7% | |
| | Total | Count | 275 | 276 | 551 | |
| | | % | 100.0% | 100.0% | 100.0% | |
| CP_4_5 CP_4_5: Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion? Meaning: The product contains only juice and does... | 1 Does communicate this meaning | Count | 225 | 128 | 353 | 175.8% |
| | | % | 81.8% | 46.4% | 64.1% | |
| | 2 Does not communicate this meaning | Count | 41 | 133 | 174 | |
| | | % | 14.9% | 48.2% | 31.6% | |
| | 3 Don't know / not sure | Count | 9 | 15 | 24 | |
| | | % | 3.3% | 5.4% | 4.4% | |
| | Total | Count | 275 | 276 | 551 | |
| | | % | 100.0% | 100.0% | 100.0% | |
| CP_5_5 CP_5_5: Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion? Meaning: The company making the product did not add... | 1 Does communicate this meaning | Count | 134 | 77 | 211 | 174.0% |
| | | % | 48.7% | 27.9% | 38.3% | |
| | 2 Does not communicate this meaning | Count | 119 | 181 | 300 | |
| | | % | 43.3% | 65.6% | 54.4% | |
| | 3 Don't know / not sure | Count | 22 | 18 | 40 | |
| | | % | 8.0% | 6.5% | 7.3% | |
| | Total | Count | 275 | 276 | 551 | |
| | | % | 100.0% | 100.0% | 100.0% | |

178.9%

# ATTACHMENT D

# Consumer Perception Survey Screen Captures

Thank you for participating in this survey about consumer products.
Please take your time in answering the survey questions. Please don't guess.

Let's start with an easy question. Where do you live?

Select one...

Please indicate your gender.

- ◯ Male
- ◯ Female
- ◯ Non-binary

What is your age?

- ◯ Less than 18
- ◯ 18-29
- ◯ 30-39
- ◯ 40-49
- ◯ 50-59
- ◯ 60-69
- ◯ 70-84
- ◯ 85 and over


I am human
hCaptcha
Privacy - Terms

Are you of Hispanic, Latino, or of Spanish origin?

- ◯ Yes
- ◯ No

What do you consider to be your race?

- ◯ White
- ◯ Black or African American
- ◯ American Indian or Alaska Native
- ◯ Asian
- ◯ Native Hawaiian or Other Pacific Islander
- ◯ Multi-racial
- ◯ Some other race
- ◯ Prefer not to say

What is the highest level of education that you have completed?

- ◯ Less than High School
- ◯ High School or GED
- ◯ Completed Technical or Trade School
- ◯ Some College
- ◯ College degree (4 year)
- ◯ Post-graduate course work or degree

Thank you for telling us about yourself.

This question is for quality control to make sure you are understanding the survey.

Please select "Somewhat easy" (the fourth answer).

- ◯ Very difficult
- ◯ Somewhat difficult
- ◯ Neither difficult nor easy
- ◯ Somewhat easy
- ◯ Very easy

How much of the grocery shopping do you do for your household?
Please select one.

- ◯ All of it
- ◯ Most of it
- ◯ About half
- ◯ Not much of it
- ◯ None of it

Have you taken any surveys or participated in other kinds of research in the last 30 days on any of these topics?

Please select all that apply.

- [ ] Snack food products
- [ ] Apple juice or apple cider
- [ ] Sporting goods or outdoor gear
- [ ] Skin care products
- [ ] Clothing
- [ ] Toothpaste/Oral care
- [ ] Hair care products
- [ ] Video Games
- [ ] Advertisements on TV
- [ ] Websites you visit
- [ ] Vacation cruises/vacation resorts
- [ ] None of these

Have you purchased, or not purchased, any of these types of food, beverage, and health products in the past 12 months?

Some of these are not common products, so please select YES only if you are absolutely sure you purchased the product. Select NO if you did not purchase the product.

| | Yes | No |
|---|---|---|
| Weight Loss/Management Bars or Drinks | ◯ | ◯ |
| Packaged Fruit Snacks (like raisins, apricots) | ◯ | ◯ |
| Energy Bars/Energy Drinks | ◯ | ◯ |
| Smoothies | ◯ | ◯ |
| Packaged Yogurt-covered Fruits or Nuts | ◯ | ◯ |
| Apple Juice (bottled) | ◯ | ◯ |
| Chometines | ◯ | ◯ |
| Granola Bars | ◯ | ◯ |
| Meal Substitute Bars | ◯ | ◯ |
| Jerky | ◯ | ◯ |
| Packaged Nuts (like peanuts, almonds, cashews) | ◯ | ◯ |
| Protein Bars | ◯ | ◯ |
| Sparkling Apple Cider (in champagne-style glass bottles) | ◯ | ◯ |

We have a few questions about your purchases of APPLE JUICE (bottled).

Please select any applicable reasons why you have purchased APPLE JUICE (bottled) in the last 12 months (not for resale).
Please select any that apply to you.

- ☐ For consumption by any children in your household
- ☐ For gifts
- ☐ For packed lunches
- ☐ For your personal consumption
- ☐ For on-the-go consumption away from home
- ☐ For special occasions
- ☐ For cooking and baking
- ☐ For consumption at home
- ☐ For mixing with other beverages
- ☐ None of these

This survey asks consumers about APPLE BEVERAGE PRODUCTS.

Please confirm your understanding of this survey. What is this survey about?

Please select one.

- ○ Apple beverage products
- ○ Retirement planning
- ○ Protein drinks
- ○ Favorite vacation destinations
- ○ Don’t know

You have been selected to participate in our survey project.

To participate in this survey, you must agree to these instructions.

- Answer the questions with your honest answers and opinions. Do not guess.
- Answer the questions by yourself and without asking anybody else for help.
- Answer the questions without getting help from a website or other materials.
- Answer all the questions in one sitting and not stopping in the middle.

Do you agree to our instructions?

○ Yes, I agree to do this

○ No, I do not agree to do this

For this survey, we will be showing you several APPLE JUICE PRODUCTS.

For each product, please suppose you are considering the product for purchase like you usually would when shopping for APPLE JUICE PRODUCTS.

Because we want you to take your time, you might need to wait a few seconds before going to the next screen.

We will ask you questions about three different APPLE JUICE PRODUCTS. Please provide your honest responses when considering each of the three APPLE JUICE PRODUCTS.

It is very important that you complete the rest of the survey in one sitting – without any interruption. We need about five minutes of your uninterrupted time.

If you cannot take our survey in one sitting, please quit the survey now and come back another time to complete the survey when you have more time.

In answering the survey questions about the product we show you, please base your answers only on the product information that we show you.

# APPLE JUICE (10 FL OZ PET PLASTIC)

Please examine this APPLE JUICE PRODUCT as you would in a store considering a product for purchase.

The product comes in this bottle (shown below). The labels are removed so that you can see the bottle shape and what the juice product looks like in the container.



Were you able to examine the product?

○ Yes

○ No

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| 100% Apple Juice |
| Drink Your Apple A Day |
| 10 fl. oz. / 296mL |

You can click here to view the ingredients.

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| 100% Apple Juice |
| Drink Your Apple A Day |
| 10 fl. oz. / 296mL |

You can click here to view the ingredients.

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

This time, please examine the GREEN content on the bottle like you would when considering an apple juice product for purchase. The descriptions on the front of the container are shown below.

| |
|---|
| 100% Apple Juice |
| Drink Your Apple A Day |
| 10 fl. oz. / 296mL |

Were you able to examine the GREEN content?

- ◯ Yes
- ◯ No

100% Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Please examine this APPLE JUICE PRODUCT as you would in a store considering a product for purchase.

The product comes in this bottle (shown below). The labels are removed so that you can see the bottle shape and what the juice product looks like in the container.



Were you able to examine the product?

- ◯ Yes
- ◯ No

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| Apple Juice |
| Drink Your Apple A Day |
| 10 fl. oz. / 296mL |

You can click here to view the ingredients.

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

You can click here to view the ingredients.

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

This time, please examine the GREEN content on the bottle like you would when considering an apple juice product for purchase. The descriptions on the front of the container are shown below.

| |
|---|
| Apple Juice |
| Drink Your Apple A Day |
| 10 fl. oz. / 296mL |

Were you able to examine the GREEN content?

- ◯ Yes
- ◯ No

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Please examine this APPLE JUICE PRODUCT as you would in a store considering a product for purchase.

The product comes in this bottle (shown below). The labels are removed so that you can see the bottle shape and what the juice product looks like in the container.



Were you able to examine the product?

- ◯ Yes
- ◯ No

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

You can click here to view the ingredients.

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| Premium Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

You can click here to view the

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

This time, please examine the <u>GREEN</u> content on the bottle like you would when considering an apple juice product for purchase. The descriptions on the front of the container are shown below.

| |
|---|
| <u>Premium Juice</u> |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

Were you able to examine the GREEN content?

- ◯ Yes
- ◯ No

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

We will show you some possible ways that people might or might not understand the meaning of the GREEN content on the container shopping for APPLE JUICE PRODUCTS.

We want you to tell us whether you think the GREEN content does communicate or does not communicate that meaning.

There are no right answers or wrong answers. We just want your honest opinions.

If you do not have an opinion, please select "Don't know / not sure."

You will be shown questions with these answer choices:

- Does communicate this meaning
- Does not communicate this meaning
- Don’t know / not sure

Let's start with a practice question to give you a chance to become familiar with how we are asking the survey questions.

100% Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product will have a refreshing taste.

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Please note that if you believe that the content in GREEN is communicating that the apple juice will have a refreshing taste, then please select "Does communicate this meaning."

If you believe that the content in GREEN is NOT communicating that the apple juice will have a refreshing taste, then please select "Does not communicate this meaning."

If you do not have an opinion, please select "Don't know / not sure."

Thanks for your answer.

Please take your time in answering our survey questions and base your answers on your understanding of the product packaging we have shown you.

100% Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The company making the product did not add Vitamin C (in addition to the Vitamin C that comes naturally from the apples).

- ○ Does communicate this meaning
- ○ Does not communicate this meaning
- ○ Don't know / not sure

100% Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product is on sale.

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

100% Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an additional ingredient (in addition to the juice).

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don’t know / not sure

100% Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an added preservative.

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product is on sale.

- ○ Does communicate this meaning
- ○ Does not communicate this meaning
- ○ Don’t know / not sure

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The company making the product did not add Vitamin C (in addition to the Vitamin C that comes naturally from the apples).

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don't know / not sure

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an added preservative.

- ○ Does communicate this meaning
- ○ Does not communicate this meaning
- ○ Don't know / not sure

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an additional ingredient (in addition to the juice).

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don't know / not sure

Premium 100% Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product is on sale.

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don't know / not sure

Premium 100% Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an additional ingredient (in addition to the juice).

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Premium 100% Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an additional ingredient (in addition to the juice).

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Premium 100% Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an added preservative.

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don't know / not sure

# APPLE JUICE (10 FL OZ GLASS W/OUT LABEL)

Please examine this APPLE JUICE PRODUCT as you would in a store considering a product for purchase.

The product comes in this bottle (shown below). The labels are removed so that you can see the bottle shape and what the juice product looks like in the container.



Were you able to examine the product?

- ◯ Yes
- ◯ No

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| Apple Juice |
| Drink Your Apple A Day |
| 10 fl. oz. / 296mL |

You can click here to view the ingredients.

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| Apple Juice |
| Drink Your Apple A Day |
| 10 fl. oz. / 296mL |

You can click here to view the ingredients.

Continue

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

33%

This time, please examine the GREEN content on the bottle like you would when considering an apple juice product for purchase. The descriptions on the front of the container are shown below.

| |
|---|
| Apple Juice |
| Drink Your Apple A Day |
| 10 fl. oz. / 296mL |

Were you able to examine the GREEN content?

- ◯ Yes
- ◯ No

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Please examine this APPLE JUICE PRODUCT as you would in a store considering a product for purchase.

The product comes in this bottle (shown below). The labels are removed so that you can see the bottle shape and what the juice product looks like in the container.



Were you able to examine the product?

- ○ Yes
- ○ No

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| 100% Apple Juice |
| Drink Your Apple A Day |
| 10 fl. oz. / 296mL |

You can click here to view the ingredients.

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| 100% Apple Juice |
| Drink Your Apple A Day |
| 10 fl. oz. / 296mL |

You can click here to view the ingredients.

Continue

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

35%

This time, please examine the GREEN content on the bottle like you would when considering an apple juice product for purchase. The descriptions on the front of the container are shown below.

| |
|---|
| 100% Apple Juice |
| Drink Your Apple A Day |
| 10 fl. oz. / 296mL |

Were you able to examine the GREEN content?

- ◯ Yes
- ◯ No

| |
|---|
| 100% Apple Juice |
| Drink Your Apple A Day |
| 10 fl. oz. / 296mL |

Please examine this APPLE JUICE PRODUCT as you would in a store considering a product for purchase.

The product comes in this bottle (shown below). The labels are removed so that you can see the bottle shape and what the juice product looks like in the container.



Were you able to examine the product?

- ◯ Yes
- ◯ No

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| Premium Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

You can click here to view the ingredients.

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| Premium Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

You can click here to view the ingredients.

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

This time, please examine the GREEN content on the bottle like you would when considering an apple juice product for purchase. The descriptions on the front of the container are shown below.

| |
|---|
| Premium Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

Were you able to examine the GREEN content?

- ◯ Yes
- ◯ No

| |
|---|
| Premium Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

We will show you some possible ways that people might or might not understand the meaning of the GREEN content on the container shopping for APPLE JUICE PRODUCTS.

We want you to tell us whether you think the GREEN content does communicate or does not communicate that meaning.

There are no right answers or wrong answers. We just want your honest opinions.

If you do not have an opinion, please select "Don't know / not sure."

You will be shown questions with these answer choices:

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Let’s start with a practice question to give you a chance to become familiar with how we are asking the survey questions.

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product will have a refreshing taste.

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don't know / not sure

Please note that if you believe that the content in GREEN is communicating that the apple juice will have a refreshing taste, then please select "Does communicate this meaning."

If you believe that the content in GREEN is NOT communicating that the apple juice will have a refreshing taste, then please select "Does not communicate this meaning."

If you do not have an opinion, please select "Don't know / not sure."

Thanks for your answer.

Please take your time in answering our survey questions and base your answers on your understanding of the product packaging we have shown you.

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product is on sale.

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an added preservative.

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The company making the product did not add Vitamin C (in addition to the Vitamin C that comes naturally from the apples).

- ○ Does communicate this meaning
- ○ Does not communicate this meaning
- ○ Don't know / not sure

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an additional ingredient (in addition to the juice).

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don't know / not sure

100% Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an additional ingredient (in addition to the juice).

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don't know / not sure

100% Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an added preservative.

- Does communicate this meaning
- Does not communicate this meaning
- Don’t know / not sure

100% Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product is on sale.

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don't know / not sure

100% Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The company making the product did not add Vitamin C (in addition to the Vitamin C that comes naturally from the apples).

- ○ Does communicate this meaning
- ○ Does not communicate this meaning
- ○ Don’t know / not sure

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product is on sale.

- ○ Does communicate this meaning
- ○ Does not communicate this meaning
- ○ Don't know / not sure

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The company making the product did not add Vitamin C (in addition to the Vitamin C that comes naturally from the apples).

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an added preservative.

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don't know / not sure

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an additional ingredient (in addition to the juice).

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don't know / not sure

# APPLE JUICE (HALF GALLON)

Please examine this APPLE JUICE PRODUCT as you would in a store considering a product for purchase.

The product comes in this bottle (shown below). The labels are removed so that you can see the bottle shape and what the juice product looks like in the container.



Were you able to examine the product?

- ◯ Yes
- ◯ No

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| Premium Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

You can click here to view the ingredients.

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| Premium Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

You can click here to view the

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

This time, please examine the GREEN content on the bottle like you would when considering an apple juice product for purchase. The descriptions on the front of the container are shown below.

| |
|---|
| Premium Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

Were you able to examine the GREEN content?

- ◯ Yes
- ◯ No

| |
|---|
| Premium Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

Please examine this APPLE JUICE PRODUCT as you would in a store considering a product for purchase.

The product comes in this bottle (shown below). The labels are removed so that you can see the bottle shape and what the juice product looks like in the container.



Were you able to examine the product?

- ◯ Yes
- ◯ No

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| Premium Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

You can click here to view the ingredients.

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

You can click here to view the ingredients.

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

This time, please examine the GREEN content on the bottle like you would when considering an apple juice product for purchase. The descriptions on the front of the container are shown below.

| |
|---|
| Premium Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

Were you able to examine the GREEN content?

- ◯ Yes
- ◯ No

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Please examine this APPLE JUICE PRODUCT as you would in a store considering a product for purchase.

The product comes in this bottle (shown below). The labels are removed so that you can see the bottle shape and what the juice product looks like in the container.



Were you able to examine the product?

- ◯ Yes
- ◯ No

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| Premium 100% Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

You can click here to view the ingredients.

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| Premium 100% Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

You can click here to view the ingredients.

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

This time, please examine the GREEN content on the bottle like you would when considering an apple juice product for purchase. The descriptions on the front of the container are shown below.

| |
|---|
| Premium 100% Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

Were you able to examine the GREEN content?

- Yes
- No

| |
|---|
| Premium 100% Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

We will show you some possible ways that people might or might not understand the meaning of the GREEN content on the container shopping for APPLE JUICE PRODUCTS.

We want you to tell us whether you think the GREEN content does communicate or does not communicate that meaning.

There are no right answers or wrong answers. We just want your honest opinions.

If you do not have an opinion, please select "Don't know / not sure."

You will be shown questions with these answer choices:

- Does communicate this meaning
- Does not communicate this meaning
- Don’t know / not sure

Let's start with a practice question to give you a chance to become familiar with how we are asking the survey questions.

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product will have a refreshing taste.

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don't know / not sure

Please note that if you believe that the content in GREEN is communicating that the apple juice will have a refreshing taste, then please select "Does communicate this meaning."

If you believe that the content in GREEN is NOT communicating that the apple juice will have a refreshing taste, then please select "Does not communicate this meaning."

If you do not have an opinion, please select "Don't know / not sure."

Thanks for your answer.

Please take your time in answering our survey questions and base your answers on your understanding of the product packaging we have shown you.

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an additional ingredient (in addition to the juice).

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an added preservative.

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The company making the product did not add Vitamin C (in addition to the Vitamin C that comes naturally from the apples).

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product is on sale.

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don't know / not sure

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The company making the product did not add Vitamin C (in addition to the Vitamin C that comes naturally from the apples).

- ○ Does communicate this meaning
- ○ Does not communicate this meaning
- ○ Don't know / not sure

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product is on sale.

- ○ Does communicate this meaning
- ○ Does not communicate this meaning
- ○ Don’t know / not sure

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an additional ingredient (in addition to the juice).

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

| |
|---|
| Premium Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an added preservative.

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don’t know / not sure

Premium 100% Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The company making the product did not add Vitamin C (in addition to the Vitamin C that comes naturally from the apples).

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Premium 100% Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an additional ingredient (in addition to the juice).

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don't know / not sure

Premium 100% Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product is on sale.

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don’t know / not sure

| |
|---|
| Premium 100% Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an added preservative.

- ○ Does communicate this meaning
- ○ Does not communicate this meaning
- ○ Don't know / not sure

# APPLE JUICE (ORGANIC) (HALF GALLON)

Please examine this APPLE JUICE PRODUCT as you would in a store considering a product for purchase.

The product comes in this bottle (shown below). The labels are removed so that you can see the bottle shape and what the juice product looks like in the container.



Were you able to examine the product?

- Yes
- No

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| Apple Juice |
| Drink Your Apple A Day |
| 10 fl. oz. / 296mL |

You can click here to view the ingredients.

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

You can click here to view the ingredients.

Continue

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

33%

This time, please examine the GREEN content on the bottle like you would when considering an apple juice product for purchase. The descriptions on the front of the container are shown below.

| |
|---|
| Apple Juice |
| Drink Your Apple A Day |
| 10 fl. oz. / 296mL |

Were you able to examine the GREEN content?

- ◯ Yes
- ◯ No

| |
|---|
| Apple Juice<br><br>Drink Your Apple A Day<br><br>10 fl. oz. / 296mL |

Please examine this APPLE JUICE PRODUCT as you would in a store considering a product for purchase.

The product comes in this bottle (shown below). The labels are removed so that you can see the bottle shape and what the juice product looks like in the container.



Were you able to examine the product?

- ◯ Yes
- ◯ No

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| Premium Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

You can click here to view the ingredients.

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

You can click here to view the ingredients.

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

This time, please examine the GREEN content on the bottle like you would when considering an apple juice product for purchase. The descriptions on the front of the container are shown below.

| |
|---|
| Premium Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

Were you able to examine the GREEN content?

- Yes
- No

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Please examine this APPLE JUICE PRODUCT as you would in a store considering a product for purchase.

The product comes in this bottle (shown below). The labels are removed so that you can see the bottle shape and what the juice product looks like in the container.



Were you able to examine the product?

- ◯ Yes
- ◯ No

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| Premium Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

You can click here to view the ingredients.

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| Premium Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

You can click here to view the ingredients.

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

This time, please examine the GREEN content on the bottle like you would when considering an apple juice product for purchase. The descriptions on the front of the container are shown below.

| |
|---|
| Premium Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

Were you able to examine the GREEN content?

- Yes
- No

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

We will show you some possible ways that people might or might not understand the meaning of the GREEN content on the container shopping for APPLE JUICE PRODUCTS.

We want you to tell us whether you think the GREEN content does communicate or does not communicate that meaning.

There are no right answers or wrong answers. We just want your honest opinions.

If you do not have an opinion, please select "Don't know / not sure."

You will be shown questions with these answer choices:

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Let’s start with a practice question to give you a chance to become familiar with how we are asking the survey questions.

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product will have a refreshing taste.

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don't know / not sure

Please note that if you believe that the content in GREEN is communicating that the apple juice will have a refreshing taste, then please select "Does communicate this meaning."

If you believe that the content in GREEN is NOT communicating that the apple juice will have a refreshing taste, then please select "Does not communicate this meaning."

If you do not have an opinion, please select "Don't know / not sure."

Thanks for your answer.

Please take your time in answering our survey questions and base your answers on your understanding of the product packaging we have shown you.

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The company making the product did not add Vitamin C (in addition to the Vitamin C that comes naturally from the apples).

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don't know / not sure

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an added preservative.

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

| |
|---|
| Apple Juice<br><br>Drink Your Apple A Day<br><br>10 fl. oz. / 296mL |

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

| |
|---|
| Meaning: The product contains only juice and does not have an additional ingredient (in addition to the juice). |

- ○ Does communicate this meaning
- ○ Does not communicate this meaning
- ○ Don’t know / not sure

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product is on sale.

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The company making the product did not add Vitamin C (in addition to the Vitamin C that comes naturally from the apples).

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product is on sale.

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an additional ingredient (in addition to the juice).

- ○ Does communicate this meaning
- ○ Does not communicate this meaning
- ○ Don't know / not sure

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an added preservative.

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don't know / not sure

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an additional ingredient (in addition to the juice).

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don’t know / not sure

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The company making the product did not add Vitamin C (in addition to the Vitamin C that comes naturally from the apples).

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product is on sale.

- ○ Does communicate this meaning
- ○ Does not communicate this meaning
- ○ Don't know / not sure

Premium Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an added preservative.

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

# Apple Juice (Gallon)

Please examine this APPLE JUICE PRODUCT as you would in a store considering a product for purchase.

The product comes in this bottle (shown below). The labels are removed so that you can see the bottle shape and what the juice product looks like in the container.



Were you able to examine the product?

- ◯ Yes
- ◯ No

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| Apple Juice |
| Drink Your Apple A Day |
| 10 fl. oz. / 296mL |

You can click here to view the ingredients.

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| Apple Juice<br><br>Drink Your Apple A Day<br><br>10 fl. oz. / 296mL |

You can click here to view the ingredients.

Continue

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

33%

This time, please examine the GREEN content on the bottle like you would when considering an apple juice product for purchase. The descriptions on the front of the container are shown below.

| |
|---|
| Apple Juice |
| Drink Your Apple A Day |
| 10 fl. oz. / 296mL |

Were you able to examine the GREEN content?

- ◯ Yes
- ◯ No

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Please examine this APPLE JUICE PRODUCT as you would in a store considering a product for purchase.

The product comes in this bottle (shown below). The labels are removed so that you can see the bottle shape and what the juice product looks like in the container.



Were you able to examine the product?

- ◯ Yes
- ◯ No

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| Apple Juice |
| Drink Your Apple A Day |
| 10 fl. oz. / 296mL |

You can click here to view the ingredients.

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| Apple Juice |
| Drink Your Apple A Day |
| 10 fl. oz. / 296mL |

You can click here to view the ingredients.

Continue

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

35%

This time, please examine the GREEN content on the bottle like you would when considering an apple juice product for purchase. The descriptions on the front of the container are shown below.

| |
|---|
| Apple Juice |
| Drink Your Apple A Day |
| 10 fl. oz. / 296mL |

Were you able to examine the GREEN content?

- ◯ Yes
- ◯ No

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Please examine this APPLE JUICE PRODUCT as you would in a store considering a product for purchase.

The product comes in this bottle (shown below). The labels are removed so that you can see the bottle shape and what the juice product looks like in the container.



Were you able to examine the product?

- ◯ Yes
- ◯ No

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| Premium 100% Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

You can click here to view the ingredients.

Next, we will show you a list of the descriptions on the front of the product. These are the words on the container that you would see when shopping for APPLE JUICE PRODUCTS.

| |
|---|
| Premium 100% Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

You can click here to view the ingredients.

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

This time, please examine the GREEN content on the bottle like you would when considering an apple juice product for purchase. The descriptions on the front of the container are shown below.

| |
|---|
| Premium 100% Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

Were you able to examine the GREEN content?

- ◯ Yes
- ◯ No

| |
|---|
| Premium 100% Juice |
| Not From Concentrate |
| Apple Juice |
| From U.S. Grown Fresh Apples |
| Drink Your Apple A Day |
| Half Gallon (1.9L) |

We will show you some possible ways that people might or might not understand the meaning of the GREEN content on the container shopping for APPLE JUICE PRODUCTS.

We want you to tell us whether you think the GREEN content does communicate or does not communicate that meaning.

There are no right answers or wrong answers. We just want your honest opinions.

If you do not have an opinion, please select "Don't know / not sure."

You will be shown questions with these answer choices:

- Does communicate this meaning
- Does not communicate this meaning
- Don’t know / not sure

Let's start with a practice question to give you a chance to become familiar with how we are asking the survey questions.

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product will have a refreshing taste.

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don't know / not sure

Please note that if you believe that the content in GREEN is communicating that the apple juice will have a refreshing taste, then please select "Does communicate this meaning."

If you believe that the content in GREEN is NOT communicating that the apple juice will have a refreshing taste, then please select "Does not communicate this meaning."

If you do not have an opinion, please select "Don't know / not sure."

Thanks for your answer.

Please take your time in answering our survey questions and base your answers on your understanding of the product packaging we have shown you.

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The company making the product did not add Vitamin C (in addition to the Vitamin C that comes naturally from the apples).

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an additional ingredient (in addition to the juice).

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product is on sale.

- ○ Does communicate this meaning
- ○ Does not communicate this meaning
- ○ Don't know / not sure

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an added preservative.

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product is on sale.

- Does communicate this meaning
- Does not communicate this meaning
- Don’t know / not sure

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The company making the product did not add Vitamin C (in addition to the Vitamin C that comes naturally from the apples).

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an additional ingredient (in addition to the juice).

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Apple Juice

Drink Your Apple A Day

10 fl. oz. / 296mL

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an added preservative.

- ◯ Does communicate this meaning
- ◯ Does not communicate this meaning
- ◯ Don’t know / not sure

Premium 100% Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an additional ingredient (in addition to the juice).

- Does communicate this meaning
- Does not communicate this meaning
- Don’t know / not sure

Premium 100% Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product is on sale.

- ○ Does communicate this meaning
- ○ Does not communicate this meaning
- ○ Don't know / not sure

Premium 100% Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The company making the product did not add Vitamin C (in addition to the Vitamin C that comes naturally from the apples).

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Premium 100% Juice

Not From Concentrate

Apple Juice

From U.S. Grown Fresh Apples

Drink Your Apple A Day

Half Gallon (1.9L)

Considering the product we showed you, does the GREEN content communicate or not communicate this meaning to you, or do you not have an opinion?

Meaning: The product contains only juice and does not have an added preservative.

- Does communicate this meaning
- Does not communicate this meaning
- Don't know / not sure

Thanks for your answers. You are almost done!

When answering the questions about your understanding of the APPLE JUICE PRODUCTS, did you or did you not base your answers on the product content we showed you in the survey?

- ◯ Yes, my answers were based on the product content shown in the survey
- ◯ No, my answers were not based on the product shown in the survey

Which of the descriptions below best describes the area where you live?
Please select one.

- ◯ A large metropolitan area (over 1 million people)
- ◯ A large city (100,000 up to 1 million people)
- ◯ A small city or town (10,000 up to 100,000 people)
- ◯ A very small town or rural area (under 10,000 people)
- ◯ Not sure

Please indicate when you made your first purchase of an APPLE JUICE PRODUCT or select "Don't know / not sure."

- In the past 12 months
- 1 to 5 years ago
- 6 to 9 years ago
- 10 or more years ago
- Don't know / not sure

Please think about when you purchased an APPLE JUICE PRODUCT since 2020. How frequently, or not frequently, have you been purchasing APPLE JUICE PRODUCTS?

- ○ Rarely
- ○ Somewhat rarely
- ○ Somewhat frequently
- ○ Frequently
- ○ Don't know / not sure

Thanks for Your Help in Answering All Our Survey Questions.

**ATTACHMENT E**

**MATERIALITY SURVEY QUESTIONNAIRE**

**SCREENER SECTION**

---------------------------------------------------------------------------------------------------------------

Thank you for participating in this survey about consumer products.

Please take your time in answering the survey questions. **Please don't guess.**

---------------------------------------------------------------------------------------------------------------

**[ASK ALL]**
**[PROMPT]**
**P_STATE**

[ASK ALL]
[PROMPT]P_STATE

Let's start with an easy question. Where do you live?

[Dropdown of U.S. States, including Washington DC, include a Not in USA option]

**TERMINATE IF NOT IN USA**

D_GENDER.

Please indicate your gender.

- o Male
- o Female
- o Non-binary

---------------------------------------------------------------------------------------------------------------------------

D_AGE

What is your age?

Less than 18.........1 → **TERMINATE**
18-29 ..................2
30-39...................3
40-49...................4
50-59...................5
60-69...................6
70-84 ...................7
85 AND OVER .........8

**TERMINATE IF UNDER AGE 18**

---------------------------------------------------------------------------------------------------------------------------

[CAPTCHA TEST. DYNATA, PLEASE USE YOUR STANDARD CAPTCHA TEST.

---------------------------------------------------------------------------------------------------------------------------

D_HISPAN. [SINGLE SELECT]

Are you of Hispanic, Latino, or of Spanish origin?

- o Yes
- o No

---------------------------------------------------------------------------------------------------------------------------

RACE. [SINGLE SELECT]

What do you consider to be your race?

- White
- Black or African American
- American Indian or Alaska Native
- Asian
- Native Hawaiian or Other Pacific Islander
- Multi-racial
- Some other race
- Prefer not to say

---

EDUC. What is the highest level of education that you have completed?

- Less than High School
- High School or GED
- Completed Technical or Trade School
- Some College
- College degree (4 year)
- Post-graduate course work or degree

**NO TERMINATIONS**

---

INSERT NEW SCREEN.

Thank you for telling us about yourself.

---

SINGLE SELECT. DISPLAY THE NUMBERING OF THE RESPONSE OPTIONS SO THAT RESPONDENTS CAN SEE THE RESPONSE OPTION NUMBER.

**ATTENTION_CHECK.** This question is for quality control to make sure you are understanding the survey.

Please select "Somewhat easy" (the fourth answer).

- 1: Very difficult
- 2: Somewhat difficult
- 3: Neither difficult nor easy
- 4: Somewhat easy → **PROCEED TO NEXT QUESTION**
- 5: Very easy

**TERMINATE IF** '4: Somewhat easy' **IS NOT SELECTED**

---

**[SINGLE SELECT]**

**S0**

How much of the grocery shopping do you do for your household? Please select one.

- All of it
- Most of it
- About half
- Not much of it
- None of it → TERMINATE

**TERMINATE IF R SELECTS 'None of it'**

-----------------------------------------------------------------------------------------------------------

[SELECT ALL THAT APPLY; RANDOMIZE RSPONSE LIST, BUT ANCHOR 'NONE OF THESE'. CANNOT SELECT A PRODUCT AND NONE OF THESE]

**PAST_SURVEY**

Have you taken any surveys or participated in other kinds of research in the last 30 days on any of these topics? Please select all that apply.

- Hair care products
- Toothpaste/Oral care
- Apple juice or apple cider → **TERMINATE**
- Sporting goods or outdoor gear
- Advertisements on TV
- Vacation cruises/vacation resorts
- Snack food products
- Skin care products
- Clothing
- Websites you visit
- Video Games

- None of these

**TERMINATE IF R SELECTS 'Apple juice or cider'**

---

[ASK ALL]

**S1.**

Have you purchased, or not purchased, any of these types of food, beverage, and health products in the **past 12 months**?

Some of these are not common products, so please select **YES** only if you are absolutely sure you purchased the product. Select **NO** if you did not purchase the product.

[RANDOMIZE RESPONSE LIST]

| | Yes | No |
|---|---|---|
| Apple Juice (bottled) | [ ] | [ ] |
| Sparkling Apple Cider (in champagne-style glass bottles) | [ ] | [ ] |
| Smoothies | [ ] | [ ] |
| Packaged Fruit Snacks (like raisins, apricots) | [ ] | [ ] |
| Packaged Yogurt-covered Fruits or Nuts | [ ] | [ ] |
| Packaged Nuts (like peanuts, almonds, cashews) | [ ] | [ ] |
| Meal Substitute Bars | [ ] | [ ] |
| Chometines | [ ] | [ ] |
| Protein Bars | [ ] | [ ] |

| | | |
|---|---|---|
| Jerky | [ ] | [ ] |
| Granola Bars | [ ] | [ ] |
| Energy Bars/Energy Drinks | [ ] | [ ] |
| Weight Loss/Management Bars or Drinks | [ ] | [ ] |

**PROCEED IF SELECTED ‘Yes’ for “Apple Juice” or “Sparkling Apple Cider” but did not select ‘Yes’ for ‘Chometimes’**

**TERMINATE IF R DOES NOT SELECT “Yes” FOR “Apple Juice” OR “Yes” FOR “Sparkling Apple Cider”**

**TERMINATE ALL CASES THAT SELECT ‘Yes’ FOR ‘Chometimes’**

-----------------------------------------------------------------------------------------------------

---------------------------------------------------------------------------------------------------

[MULTI – SELECT. ASK IF S_1 = 'Yes' FOR "Apple Juice'. RANDOMIZE RESPONSE LIST BUT ANCHOR 'None of these']

S3_JUICE.

We have a few questions about your purchases of **APPLE JUICE (bottled).**

Please select any applicable reasons why you have purchased **APPLE JUICE (bottled) in the last 12 months** (not for resale).

Please select any that apply to you.

- For your personal consumption
- For mixing with other beverages
- For consumption by any children in your household
- For packed lunches
- For on-the-go consumption away from home
- For special occasions
- For consumption at home
- For cooking and baking
- For gifts
- None of these EXCLUSIVE ANCHOR

NO TERMINATIONS

------------------------------------------------------------------------------------------------------------

[ASK IF S_1 = 'Yes' for "Apple Juice'. MULTI-SELECT. RANDOMIZE RESPONSE LIST.]

S_JUICE_BRANDS_PURCH.

Please indicate which brand or brands of **APPLE JUICE (bottled)** you have purchased in the last 12 months (not for resale). Please select all that apply.

- Tree Top
- Martinelli's
- Mott's
- Simply Apple
- Langer's
- R.W. Knudsen
- Sylvage → **TERMINATE**
- Private Label/Store Brands ANCHOR
- Other brands ANCHOR
- None of these ANCHOR EXCLUSIVE

**TERMINATE IF 'Sylvage' IS SELECTED**

---

[ASK IF S_1 = 'Yes' for "Apple Juice". MULTI-SELECT. RANDOMIZE RESPONSE LIST.]

S_JUICE_BRANDS_CONSIDER.

Please indicate which brand or brands of **APPLE JUICE (bottled)** you would consider purchasing in the **next 6 months** (not for resale).

- Tree Top
- Martinelli's
- Mott's
- Simply Apple
- Langer's
- R.W. Knudsen
- Private Label/Store Brands ANCHOR
- Other brands ANCHOR
- None of these ANCHOR EXCLUSIVE

--------------------------------------------------------------------------------------------------------

[ASK IF S_1 = 'Yes' for "SPARKLING APPLE CIDER'. MULTI-SELECT]

S3_SPARKLING.

We have a few questions about your purchases of **SPARKLING APPLE CIDER** (in 25.4 fl. oz. champagne-style glass bottles).

Please select any applicable reasons why you have purchased **SPARKLING APPLE CIDER (bottled) in the last 12 months** (not for resale).

Please select any that apply to you.

- For your personal consumption
- For mixing with other beverages
- For consumption by any children in your household
- For packed lunches
- For on-the-go consumption away from home
- For special occasions/celebrations
- For cooking and baking
- For gifts
- None of these ANCHOR EXCLUSIVE

NO TERMINATIONS

---------------------------------------------------------------------------------------------------------

[ASK IF S_1 = 'Yes' for "Sparkling Apple Cider'. MULTI-SELECT. RANDOMIZE RESPONSE LIST.]

S_SPARKLING_BRANDS_PURCH.

Please indicate which brand or brands of **SPARKLING APPLE CIDER** (in 25.4 fl. oz. champagne-style glass bottles) you have purchased in the **<u>last 12 months</u>** (not for resale). Please select all that apply.

- Welch's Sparkling Apple Cider
- Martinelli's Sparkling Apple Cider
- R.W. Knudsen Sparkling Crisp Apple Cider
- Kedem Sparkling Apple Cider
- Private Label/Store Brands ANCHOR
- Other brands ANCHOR
- None of these ANCHOR EXCLUSIVE

---------------------------------------------------------------------------------------------------

[ASK IF S_1 = 'Yes' for "Sparkling Apple Cider'. MULTI-SELECT. RANDOMIZE RESPONSE LIST.]

S_SPARKLING_BRANDS_CONSIDER.

Please indicate which brand or brands of **SPARKLING APPLE CIDER** (in 25.4 fl. oz. champagne-style glass bottles) you would consider purchasing in the **next 6 months** (not for resale).

- Welch's Sparkling Apple Cider
- Martinelli's Sparkling Apple Cider
- R.W. Knudsen Sparkling Crisp Apple Cider
- Kedem Sparkling Apple Cider
- Private Label/Store Brands ANCHOR
- Other brands ANCHOR
- None of these ANCHOR EXCLUSIVE

---

CREATE DOV FOR IDENTIFYING RESPONDENTS WHO ARE ELIGIBLE FOR THE SPARKLING CIDER PRODUCTS

CREATE DOV 'ELIGIBLE_JUICE' = 1 WHERE EITHER

S_JUICE_BRANDS_PURCH = ONE OR MORE OF THESE RESPONSES:

- Tree Top
- Martinelli's
- Mott's
- Simply Apple
- Langer's
- R.W. Knudsen
- Private Label/Store Brands
- Other brands

OR

S_JUICE_BRANDS_CONSIDER = Martinelli's

CREATE DOV 'ELIGIBLE_SPARKLING = 1 WHERE EITHER:

S_SPARKLING_BRANDS_PURCH = ONE OF MORE OF THESE RESPONSES:

- Welch's Sparkling Apple Cider
- Martinelli's Sparkling Apple Cider

- R.W. Knudsen Sparkling Crisp Apple Cider
- Kedem Sparkling Apple Cider
- Private Label/Store Brands ANCHOR
- Other brands ANCHOR

OR

- S_SPARKLING_BRANDS_CONSIDER = Martinelli's Sparkling Apple Cider

CREATE DOV 'SURVEY" WHERE
1 = Referendum Apple Juice 10 fl oz.
2 = Referendum Apple Juice Half Gallon
3 = Referendum Sparkling Cider

ASSIGNMENT RULES FOR DOV 'SURVEY' ARE BELOW

- IF ELIGIBLE_JUICE = 1 AND ELIGIBLE_SPARKLING NOT EQUAL 1, THEN RANDOMLY ASSIGN R TO EITHER SURVEY = 1 OR SURVEY = 2.

- IF ELIGIBLE_JUICE NOT EQUAL 1 AND ELIGIBLE_SPARKLING = 1, THEN RANDOMLY ASSIGN R TO SURVEY = 3.

- IF ELIGIBLE_JUICE = 1 AND ELIGIBLE_SPARKLING = 1, THEN RANDOMLY ASSIGN R TO ONE OF THE THREE SURVEYS (SURVEY = 1 OR 2 OR 3.

- PLEASE NOTE THAT A RESPONDENT IS ASSIGNED TO ONLY ONE SURVEY.

---

[DISABLE BACK BUTTON]

This survey asks consumers about **APPLE BEVERAGE PRODUCTS.**

---

[SINGLE SELECT. RANDOMIZE RESPONSE OPTIONS; ANCHOR DON'T KNOW AT BOTTOM. DISABLE BACK BUTTON]

S_CONFIRM.

Please confirm your understanding of this survey. **What is this survey about?** Please select one.

- Retirement planning
- Apple beverage products → **PROCEED TO NEXT QUESTION**
- Protein drinks
- Favorite vacation destinations

- Don't know

**TERMINATE IF R DOES NOT SELECT PRODUCT 'Apple beverage products'**

---------------------------------------------------------------------------------------------------------

[SINGLE SELECT]

W1.

You have been selected to participate in our survey project.

To participate in this survey, you must agree to these instructions.

- Answer the questions with your honest answers and opinions. Do not guess.
- Answer the questions by yourself and without asking anybody else for help.
- Answer the questions without getting help from a website or other materials.
- Answer all the questions in one sitting and not stopping in the middle.

Do you agree to our instructions?

- Yes, I agree to do this
- No, I do not agree to do this **→TERMINATE**

**TERMINATE ALL CASES THAT DO NOT AGREE**

**CREATE DOV 'ELIGIBLE_2' = 1 WHERE W1 = YES**

**SCREENER IS COMPLETE**

**---------------------------------------------------------------------------------------------------------**

**START OF SURVEY REFERENDUM 1 APPLE JUICE 10 FL. OZ.**

**ADMINISTER IF ELIGIBLE_2 = 1 AND SURVEY = 1 REFERENDUM APPLE JUICE 10 FL OZ.**

**CREATE DOV 'ORDER_PRODUCT_1' WHERE**

**1 = PRODUCT A has "100%" Claim / PRODUCT B does not have "100%" Claim**
**2 = PRODUCT A does not have a "100%" Claim / PRODUCT B has a "100%" Claim**

**DOV 'ORDER_PRODUCT_1' IS USED TO DETERMINE THE ORDER IN WHICH THE TWO PRODUCTS ARE DISPLAYED TO RESPONDENTS.**

**USE LEAST FILL APPROACH TO RANDOMLY ASSIGN RESPONDENTS TO ORDER_PRODUCT_1 = 1 OR 2**

---------------------------------------------------------------------------------------------------------------
[NEW SCREEN. NO QUESTION ASKED.]

We have one more question we want to ask you.

-------------------------------------------------------------------------------------------------------------
[10 SECOND SPEED BUMP.]

Suppose you are going shopping for **APPLE JUICE BEVERAGES** at the store where you normally buy such products.

We are going to show you two products – **APPLE JUICE A** and **APPLE JUICE B** – and then ask you which of the two you would prefer to purchase.

Please examine the two products like you were shopping and considering them for purchase.

Because we want you to take your time, it might take a few seconds before you can see the next screen or question for the rest of the survey.

----------------------------------------------------------------------------------------------------

[NEW SCREEN. PUT IN 10-SECOND SPEED BUMP]

When answering the survey questions about the products we show you, please base your answers only on the information shown **in this survey.**

----------------------------------------------------------------------------------------------------

[NEW SCREEN. PUT IN 10-SECOND SPEED BUMP]

Please examine these **APPLE JUICE BEVERAGES** as you would in a store considering a product for purchase. You can click on the image to enlarge it.

**APPLE JUICE A** and **APPLE JUICE B** come in this bottle (shown below). The information on the bottles is removed so that you can see the bottle shape and what the juice product looks like in the container.



---------------------------------------------------------------------------------------------------------

[10 SECOND SPEED BUMP. NO SURVEY QUESTION HERE.]

**DISPLAY IMAGES BASED ON ASSIGNED DOV 'ORDER_PRODUCT_1' = 1 OR 2**
**1 = PRODUCT A has "100%" Claim / PRODUCT B does not have "100%" Claim**
**2 = PRODUCT A does not have "100%" Claim / PRODUCT B has "100%" Claim**
**ENABLE R TO CLICK ON IMAGE TO ENLARGE IT 2X IN A POP-UP BOX**

**IF R CLICKS ON 'HERE' FOR APPLE JUICE A OR JUICE B, SHOW POP-UP BOX HAVING THIS INFORMATION SHOWN BELOW (LEAVE IN ALL CAPS):**

| INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C. |
|---|

Below are the descriptions on the front of the bottles for **APPLE JUICE A** and **APPLE JUICE B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| **APPLE JUICE A** | **APPLE JUICE B** |
|---|---|
| DISPLAY **"100%" / No "100%"** **(NO GREEN TEXT)** | DISPLAY **"100%" / No "100%"** **(NO GREEN TEXT)** |

You can view the ingredients for Apple Juice A by clicking **here** and for Apple Juice B by clicking **here**.

Please continue when done viewing.

**IMAGE WITH 100% CLAIM, SHOW:**

| |
|---|
| **100% Apple Juice** |
| **Drink Your Apple A Day** |
| **10 fl. oz. / 296mL** |

**IMAGE WITHOUT 100% CLAIM, SHOW:**

| |
|---|
| **Apple Juice** |
| **Drink Your Apple A Day** |

| |
|---|
| **10 fl. oz. / 296mL** |

---------------------------------------------------------------------------------------------

[10-SECOND SPEED BUMP. **DISPLAY IMAGES BASED ON ASSIGNED DOV 'ORDER_PRODUCT_1' = 1 OR 2**
**1 = PRODUCT A has "100%" Claim / PRODUCT B does not have "100%" Claim**
**2 = PRODUCT A does not have "100%" Claim / PRODUCT B has "100%" Claim**

Q_EXAMINE_REF_1_1.

Were you able to view **APPLE JUICE A** and **APPLE JUICE B?**

- Yes
- No

| **APPLE JUICE A** | **APPLE JUICE B** |
|---|---|
| DISPLAY **"100%" / No "100%"** **(NO GREEN TEXT)** | DISPLAY "**100%" / No "100%"** **(NO GREEN TEXT)** |

**NO TERMINATIONS**

---------------------------------------------------------------------------------------------------------------------
[10 SECOND SPEED BUMP. NO SURVEY QUESTION HERE. ]

The two products are the same in every way (same container type and top, size, price, availability) **except for one difference**.

On the next screen, you can see that the difference between **APPLE JUICE A** and **APPLE JUICE B** is in the **GREEN** descriptions of the products on the front of the container.

Please consider the **GREEN** descriptions**.**

You can zoom in and view the descriptions by clicking on the images.

Please continue to the next screen to see the descriptions for **APPLE JUICE A** and **APPLE JUICE B.**

--------------------------------------------------------------------------------------------------

[10 SECOND SPEED BUMP. NO SURVEY QUESTION HERE.
**DISPLAY IMAGES BASED ON ASSIGNED DOV 'ORDER_PRODUCT_1' = 1 OR 2**
**1 = PRODUCT A has "100%" Claim / PRODUCT B does not have "100%" Claim**
**2 = PRODUCT A does not have "100%" Claim / PRODUCT B has "100%" Claim**
]

Please consider the **GREEN** descriptions on the front of the products.

**APPLE JUICE A**

DISPLAY **"100%" / No "100%"**
**(HAS GREEN TEXT)**

**APPLE JUICE B**

DISPLAY **"100%" / No "100%"**
**(HAS GREEN TEXT)**

**NO TERMINATIONS**

Please continue when done viewing.

**IMAGE WITH 100% CLAIM, SHOW:**

| |
|---|
| **100% Apple Juice** |
| **Drink Your Apple A Day** |
| **10 fl. oz. / 296mL** |

**IMAGE WITHOUT 100% CLAIM, SHOW:**

| |
|---|
| **Apple Juice** |
| **Drink Your Apple A Day** |

**10 fl. oz. / 296mL**

---

Q_EXAMINE_REF_1_2.

Were you able to view the **GREEN** content for **APPLE JUICE A** and **APPLE JUICE B?**

- Yes
- No

**APPLE JUICE A**

DISPLAY **"100%" / No "100%"**
**(HAS GREEN TEXT)**

**APPLE JUICE B**

DISPLAY "**100%" / No "100%"**
**(HAS GREEN TEXT)**

**NO TERMINATIONS**

**IMAGE WITH 100% CLAIM, SHOW:**

**100% Apple Juice**

**Drink Your Apple A Day**

**10 fl. oz. / 296mL**

**IMAGE WITHOUT 100% CLAIM, SHOW:**

**Apple Juice**

**Drink Your Apple A Day**

**10 fl. oz. / 296mL**

---

[SINGLE SELECT. PLEASE PLACE A RADIO BUTTON BELOW EACH IMAGE. THE IMAGES NEED TO BE SIDE BY SIDE]. SHOW IMAGES WITHOUT GREEN TEXT.
**DISPLAY IMAGES BASED ON ASSIGNED DOV 'ORDER_PRODUCT_1' = 1 OR 2**
**1 = PRODUCT A has "100%" Claim / PRODUCT B does not have "100%" Claim**
**2 = PRODUCT A does not have "100%" Claim / PRODUCT B has "100%" Claim**

VOTE_1.

If these products were your only options, would you prefer to buy **APPLE JUICE A** or **APPLE JUICE B**?

Please indicate which one you would prefer to purchase or else select "Don't know / not sure." You can click an image to enlarge it.

**APPLE JUICE A**

DISPLAY **"100%" / No "100%"**
**(NO GREEN TEXT)**
**O**

**APPLE JUICE B**

DISPLAY "**100%" / No "100%"**
**(NO GREEN TEXT)**
**O**

o Don't know / not sure

---

ASK IF VOTE_1 DOES NOT EQUAL 'Don't Know / Not Sure'. IF VOTE_1 = 'Dk/Not Sure," GO TO FINAL QUEX BATTERY.
SINGLE SELECT.

VOTE_CONFIRM_1.

You said you would prefer to purchase **APPLE JUICE [INSERT A OR B DEPENDING ON RESPONSE TO VOTE QUESTION]**.

[SHOW PRODUCT IMAGE THAT WAS SELECTED FROM THE BELOW OPTIONS]

**IMAGE WITH 100% CLAIM, SHOW:**

| |
|---|
| **100% Apple Juice** |

**Drink Your Apple A Day**

**10 fl. oz. / 296mL**

**IMAGE WITHOUT 100% CLAIM, SHOW:**

**Apple Juice**

**Drink Your Apple A Day**

**10 fl. oz. / 296mL**

Please confirm your answer, or else correct your answer.

- I am confirming my answer
- I meant to select the other **APPLE JUICE** Product
- I meant to answer “Don’t know / not sure”

NO TERMINATIONS

GO TO FINAL QUESTIONNAIRE BATTERY.

----------------------------------------------------------------------------------------------------------------
------------------------------

**START OF SURVEY REFERENDUM 2 APPLE JUICE HALF GALLON**

**ADMINISTER IF ELIGIBLE_2 = 1 AND SURVEY = 2 REFERENDUM APPLE JUICE HALF GALLON**

**CREATE DOV 'ORDER_PRODUCT_2' WHERE**

**1 = PRODUCT A has "100%" Claim / PRODUCT B does not have "100%" Claim**
**2 = PRODUCT A does not have a "100%" Claim / PRODUCT B has a "100%" Claim**

**DOV 'ORDER_PRODUCT_2' IS USED TO DETERMINE THE ORDER IN WHICH THE TWO PRODUCTS ARE DISPLAYED TO RESPONDENTS.**

**USE LEAST FILL APPROACH TO RANDOMLY ASSIGN RESPONDENTS TO ORDER_PRODUCT_2 = 1 OR 2**

---

[NEW SCREEN. NO QUESTION ASKED.]

We have one more question we want to ask you.

---

[10 SECOND SPEED BUMP.]

Suppose you are going shopping for **APPLE JUICE BEVERAGES** at the store where you normally buy such products.

We are going to show you two products – **APPLE JUICE A** and **APPLE JUICE B** – and then ask you which of the two you would prefer to purchase.

Please examine the two products like you were shopping and considering them for purchase.

Because we want you to take your time, it might take a few seconds before you can see the next screen or question for the rest of the survey.

---------------------------------------------------------------------------------------------------------

[NEW SCREEN. PUT IN 10-SECOND SPEED BUMP]

When answering the survey questions about the products we show you, please base your answers only on the information shown **in this survey.**

---------------------------------------------------------------------------------------------------------

[NEW SCREEN. PUT IN 10-SECOND SPEED BUMP]

Please examine these **APPLE JUICE BEVERAGES** as you would in a store considering a product for purchase. You can click on the image to enlarge it.

**APPLE JUICE A** and **APPLE JUICE B** come in this bottle (shown below). The information on the bottles is removed so that you can see the bottle shape and what the juice product looks like in the container.



----------------------------------------------------------------------------------------------------

[10 SECOND SPEED BUMP. NO SURVEY QUESTION HERE.]

**DISPLAY IMAGES BASED ON ASSIGNED DOV 'ORDER_PRODUCT_2' = 1 OR 2**
**1 = PRODUCT A has "100%" Claim / PRODUCT B does not have "100%" Claim**
**2 = PRODUCT A does not have a "100%" Claim / PRODUCT B has a "100%" Claim**

**ENABLE R TO CLICK ON IMAGE TO ENLARGE IT 2X IN A POP-UP BOX**

**IF R CLICKS ON 'HERE' FOR APPLE JUICE A OR B, SHOW POP-UP BOX HAVING THIS INFORMATION SHOWN BELOW (LEAVE IN ALL CAPS):**

| |
|---|
| INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C. |

Below are the descriptions on the front of the bottles for **APPLE JUICE A** and **APPLE JUICE B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| **APPLE JUICE A** | **APPLE JUICE B** |
|---|---|
| DISPLAY **"100%" / No "100%"**<br>**(NO GREEN TEXT)** | DISPLAY "**100%" / No "100%"**<br>**(NO GREEN TEXT)** |

You can view the ingredients for Apple Juice A by clicking **here** and for Apple Juice B by clicking **here**.

Please continue when done viewing.

**IMAGE WITH 100% CLAIM, SHOW:**

| |
|---|
| **Premium 100% Juice** |
| **Not From Concentrate** |
| **Apple Juice** |
| **From U.S. Grown Fresh Apples** |
| **Drink Your Apple A Day** |
| **Half Gallon (1.9L)** |

**IMAGE WITHOUT 100% CLAIM, SHOW:**

| |
|---|
| **Premium Juice** |
| **Not From Concentrate** |
| **Apple Juice** |
| **From U.S. Grown Fresh Apples** |
| **Drink Your Apple A Day** |
| **Half Gallon (1.9L)** |

-----------------------------------------------------------------------------------------------

[10-SECOND SPEED BUMP. **DISPLAY IMAGES BASED ON ASSIGNED DOV 'ORDER_PRODUCT_2' = 1 OR 2**

**1 = PRODUCT A has "100%" Claim / PRODUCT B does not have "100%" Claim**

**2 = PRODUCT A does not have "100%" Claim / PRODUCT B has "100%" Claim**

Q_EXAMINE_REF_2_1.

Were you able to view **APPLE JUICE A** and **APPLE JUICE B?**

- Yes
- No

| **APPLE JUICE A** | **APPLE JUICE B** |
|---|---|
| DISPLAY **"100%" / No "100%" (NO GREEN TEXT)** | DISPLAY "**100%" / No "100%" (NO GREEN TEXT)** |

**NO TERMINATIONS**

-----------------------------------------------------------------------------------------------------------------------

[10 SECOND SPEED BUMP. NO SURVEY QUESTION HERE. ]

The two products are the same in every way (same container type and top, size, price, availability) **except for one difference**.

On the next screen, you can see that the difference between **APPLE JUICE A** and **APPLE JUICE B** is in the **GREEN** descriptions of the products on the front of the container.

Please consider the **GREEN** descriptions**.**

You can zoom in and view the descriptions by clicking on the images.

Please continue to the next screen to see the descriptions for **APPLE JUICE A** and **APPLE JUICE B.**

-----------------------------------------------------------------------------------------------

[10 SECOND SPEED BUMP. NO SURVEY QUESTION HERE.
**DISPLAY IMAGES BASED ON ASSIGNED DOV 'ORDER_PRODUCT_2' = 1 OR 2**
**1 = PRODUCT A has "100%" Claim / PRODUCT B does not have "100%" Claim**
**2 = PRODUCT A does not have "100%" Claim / PRODUCT B has "100%" Claim**
]

Please consider the **GREEN** descriptions on the front of the products.

**APPLE JUICE A**

DISPLAY **"100%" / No "100%"**
**(HAS GREEN TEXT)**

**APPLE JUICE B**

DISPLAY **"100%" / No "100%"**
**(HAS GREEN TEXT)**

**NO TERMINATIONS**

Please continue when done viewing.

**IMAGE WITH 100% CLAIM, SHOW:**

| |
|---|
| **Premium 100% Juice** |
| **Not From Concentrate** |
| **Apple Juice** |
| **From U.S. Grown Fresh Apples** |
| **Drink Your Apple A Day** |
| **Half Gallon (1.9L)** |

**IMAGE WITHOUT 100% CLAIM, SHOW:**

| |
|---|
| **Premium Juice** |
| **Not From Concentrate** |

**Apple Juice**

**From U.S. Grown Fresh Apples**

**Drink Your Apple A Day**

**Half Gallon (1.9L)**

---

Q_EXAMINE_REF_2_2.

Were you able to view the **GREEN** content for **APPLE JUICE A** and **APPLE JUICE B?**

- Yes
- No

**APPLE JUICE A**

DISPLAY "**100%" / No "100%"**
**(HAS GREEN TEXT)**

**APPLE JUICE B**

DISPLAY "**100%" / No "100%"**
**(HAS GREEN TEXT)**

**NO TERMINATIONS**

**IMAGE WITH 100% CLAIM, SHOW:**

**Premium 100% Juice**

**Not From Concentrate**

**Apple Juice**

**From U.S. Grown Fresh Apples**

**Drink Your Apple A Day**

**Half Gallon (1.9L)**

**IMAGE WITH<u>OUT</u> 100% CLAIM, SHOW:**

| |
|---|
| **Premium Juice** |
| **Not From Concentrate** |
| **Apple Juice** |
| **From U.S. Grown Fresh Apples** |
| **Drink Your Apple A Day** |
| **Half Gallon (1.9L)** |

------------------------------------------------------------------------------------------------------------------
--------------------------------

[SINGLE SELECT. PLEASE PLACE A RADIO BUTTON BELOW EACH IMAGE. THE IMAGES NEED TO BE SIDE BY SIDE]. SHOW IMAGES WITHOUT GREEN TEXT.
**DISPLAY IMAGES BASED ON ASSIGNED DOV 'ORDER_PRODUCT_2' = 1 OR 2**
**1 = PRODUCT A has "100%" Claim / PRODUCT B does not have "100%" Claim**
**2 = PRODUCT A does not have "100%" Claim / PRODUCT B has "100%" Claim**

VOTE_2.

If these products were your only options, would you prefer to buy **APPLE JUICE A** or **APPLE JUICE B**?

Please indicate which one you would prefer to purchase or else select "Don't know / not sure." You can click an image to enlarge it.

| **APPLE JUICE A** | **APPLE JUICE B** |
|---|---|
| DISPLAY **"100%" / No "100%"** **(NO GREEN TEXT)** | DISPLAY "**100%" / No "100%"** **(NO GREEN TEXT)** |
| **O** | **O** |

o Don't know / not sure

----------------------------------------------------------------------------------------------------------

ASK IF VOTE_2 DOES NOT EQUAL 'Don't Know / Not Sure'. IF VOTE_2 = 'Dk/Not Sure," GO TO FINAL QUEX BATTERY.
SINGLE SELECT.

VOTE_CONFIRM_2.

You said you would prefer to purchase **APPLE JUICE [INSERT A OR B DEPENDING ON RESPONSE TO VOTE QUESTION]**.

[SHOW PRODUCT IMAGE THAT WAS SELECTED FROM THE BELOW OPTIONS]

**IMAGE WITH 100% CLAIM, SHOW:**

| |
|---|
| **Premium 100% Juice**<br><br>**Not From Concentrate** |

| |
|---|
| **Apple Juice** |
| **From U.S. Grown Fresh Apples** |
| **Drink Your Apple A Day** |
| **Half Gallon (1.9L)** |

**IMAGE WITHOUT 100% CLAIM, SHOW:**

| |
|---|
| **Premium Juice** |
| **Not From Concentrate** |
| **Apple Juice** |
| **From U.S. Grown Fresh Apples** |
| **Drink Your Apple A Day** |
| **Half Gallon (1.9L)** |

Please confirm your answer, or else correct your answer.

- ○ I am confirming my answer
- ○ I meant to select the other **APPLE JUICE** Product
- ○ I meant to answer "Don't know / not sure"

NO TERMINATIONS

GO TO FINAL QUESTIONNAIRE BATTERY.

**--------------------------------------------------------------------------------**

--------------------------------------------------------------------------------------------------

**START OF SURVEY REFERENDUM 3 SPARKLING CIDER**

**ADMINISTER IF ELIGIBLE_2 = 1 AND SURVEY = 3 REFERENDUM SPARKLING CIDER**

**CREATE DOV 'ORDER_PRODUCT_3' WHERE**

**1 = PRODUCT A has "100%" Claim / PRODUCT B does not have "100%" Claim**
**2 = PRODUCT A does not have a "100%" Claim / PRODUCT B has a "100%" Claim**

**DOV 'ORDER_PRODUCT_3' IS USED TO DETERMINE THE ORDER IN WHICH THE TWO PRODUCTS ARE DISPLAYED TO RESPONDENTS.**

**USE LEAST FILL APPROACH TO RANDOMLY ASSIGN RESPONDENTS TO ORDER_PRODUCT_3 = 1 OR 2**

---

[NEW SCREEN. NO QUESTION ASKED.]

We have one more question we want to ask you.

---

[10 SECOND SPEED BUMP.]

Suppose you are going shopping for **SPARKLING APPLE CIDER BEVERAGES** at the store where you normally buy such products.

We are going to show you two products – **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B** – and then ask you which of the two you would prefer to purchase.

Please examine the two products like you were shopping and considering them for purchase.

Because we want you to take your time, it might take a few seconds before you can see the next screen or question for the rest of the survey.

---------------------------------------------------------------------------------------------------------

[NEW SCREEN. PUT IN 10-SECOND SPEED BUMP]

When answering the survey questions about the products we show you, please base your answers only on the information shown **in this survey.**

---------------------------------------------------------------------------------------------------------

[NEW SCREEN. PUT IN 10-SECOND SPEED BUMP]

Please examine these **SPARKLING APPLE CIDER BEVERAGES** as you would in a store considering a product for purchase. You can click on the image to enlarge it.

**SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B** come in this bottle (shown below). The information on the bottles is removed so that you can see the bottle shape and what the juice product looks like in the container.



---------------------------------------------------------------------------------------------------

[10 SECOND SPEED BUMP. NO SURVEY QUESTION HERE.]

**DISPLAY IMAGES BASED ON ASSIGNED DOV 'ORDER_PRODUCT_3' = 1 OR 2**
**1 = PRODUCT A has "100%" Claim / PRODUCT B does not have "100%" Claim**
**2 = PRODUCT A does not have a "100%" Claim / PRODUCT B has a "100%" Claim**
**ENABLE R TO CLICK ON IMAGE TO ENLARGE IT 2X IN A POP-UP BOX**

**IF R CLICKS ON 'HERE', SHOW POP-UP BOX HAVING THIS INFORMATION SHOWN BELOW (LEAVE IN ALL CAPS):**

| |
|---|
| INGREDIENTS: **PASTEURIZED** CARBONATED APPLE JUICE, VITAMIN C. |

Below are the descriptions on the front of the bottles for **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| **SPARKLING APPLE CIDER A** | **SPARKLING APPLE CIDER B** |
|---|---|
| DISPLAY **"100%" / No "100%"**<br>**(NO GREEN TEXT)** | DISPLAY "**100%" / No "100%"**<br>**(NO GREEN TEXT)** |

You can view the ingredients for Sparkling Apple Cider A by clicking **here** and for Sparkling Apple Cider B by clicking **here**.

Please continue when done viewing.

**IMAGE WITH 100% CLAIM, SHOW:**

| |
|---|
| **In Perfect Taste** |

**Sparkling Cider**

**100% Juice From U.S. Grown Fresh Apples**

**25.4 fl. oz. (750 mL)**

**IMAGE WITHOUT 100% CLAIM, SHOW:**

**In Perfect Taste**

**Sparkling Cider**

**Juice From U.S. Grown Fresh Apples**

**25.4 fl. oz. (750 mL)**

------------------------------------------------------------------------------------------

[10-SECOND SPEED BUMP. **DISPLAY IMAGES BASED ON ASSIGNED DOV 'ORDER_PRODUCT_2' = 1 OR 2**
**1 = PRODUCT A has "100%" Claim / PRODUCT B does not have "100%" Claim**
**2 = PRODUCT A does not have "100%" Claim / PRODUCT B has "100%" Claim**

Q_EXAMINE_REF_3_1.

Were you able to view **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B?**

- Yes
- No

| **SPARKLING APPLE CIDER A** | **SPARKLING APPLE CIDER B** |
|---|---|
| DISPLAY **“100%” / No “100%”** **(NO GREEN TEXT)** | DISPLAY **“100%” / No “100%”** **(NO GREEN TEXT)** |

**NO TERMINATIONS**

------------------------------------------------------------------------------------------------------------

[10 SECOND SPEED BUMP. NO SURVEY QUESTION HERE. ]

The two products are the same in every way (same container type and top, size, price, availability) **except for one difference**.

On the next screen, you can see that the difference between **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B** is in the **GREEN** descriptions of the products on the front of the container.

Please consider the **GREEN** descriptions**.**

You can zoom in and view the descriptions by clicking on the images.

Please continue to the next screen to see the descriptions for **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B.**

------------------------------------------------------------------------------------------

[10 SECOND SPEED BUMP. NO SURVEY QUESTION HERE.
**DISPLAY IMAGES BASED ON ASSIGNED DOV 'ORDER_PRODUCT_3' = 1 OR 2**
**1 = PRODUCT A has "100%" Claim / PRODUCT B does not have "100%" Claim**
**2 = PRODUCT A does not have "100%" Claim / PRODUCT B has "100%" Claim**
]

Please consider the <u>**GREEN**</u> descriptions on the front of the products.

| <u>**SPARKLING APPLE CIDER A**</u> | <u>**SPARKLING APPLE CIDER B**</u> |
|---|---|
| DISPLAY **"100%" / No "100%" (HAS GREEN TEXT)** | DISPLAY **"100%" / No "100%" (HAS GREEN TEXT)** |

**NO TERMINATIONS**

Please continue when done viewing.

**IMAGE WITH 100% CLAIM, SHOW:**

**In Perfect Taste**

**Sparkling Cider**

**100% Juice From U.S. Grown Fresh Apples**

**25.4 fl. oz. (750 mL)**

**IMAGE WITH<u>OUT</u> 100% CLAIM, SHOW:**

| |
|---|
| **In Perfect Taste** |
| **Sparkling Cider** |
| **Juice From U.S. Grown Fresh Apples** |
| **25.4 fl. oz. (750 mL)** |

---

Q_EXAMINE_REF_3_2.

Were you able to view the **GREEN** content for **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B?**

- Yes
- No

**SPARKLING APPLE CIDER A**

DISPLAY **"100%" / No "100%"**
**(HAS GREEN TEXT)**

**SPARKLING APPLE CIDER B**

DISPLAY **"100%" / No "100%"**
**(HAS GREEN TEXT)**

**NO TERMINATIONS**

**IMAGE WITH 100% CLAIM, SHOW:**

| |
|---|
| **In Perfect Taste** |
| **Sparkling Cider** |

| |
|---|
| 100% Juice From U.S. Grown Fresh Apples |
| 25.4 fl. oz. (750 mL) |

**IMAGE WITHOUT 100% CLAIM, SHOW:**

| | |
|---|---|
| In Perfect Taste | |
| Sparkling Cider | |
| Juice From U.S. Grown Fresh | Apples |
| 25.4 fl. oz. (750 mL) | |

---------------------------------------------------------------------------------------------------------------------------

[SINGLE SELECT. PLEASE PLACE A RADIO BUTTON BELOW EACH IMAGE. THE IMAGES NEED TO BE SIDE BY SIDE]. SHOW IMAGES WITHOUT GREEN TEXT.
**DISPLAY IMAGES BASED ON ASSIGNED DOV 'ORDER_PRODUCT_3' = 1 OR 2**
**1 = PRODUCT A has "100%" Claim / PRODUCT B does not have "100%" Claim**
**2 = PRODUCT A does not have "100%" Claim / PRODUCT B has "100%" Claim**

VOTE_3.

If these products were your only options, would you prefer to buy **SPARKLING APPLE CIDER A** or **SPARKLING APPLE CIDER B**?

Please indicate which one you would prefer to purchase or else select "Don't know / not sure." You can click an image to enlarge it.

**SPARKLING APPLE CIDER A**

DISPLAY **"100%" / No "100%"**
**(NO GREEN TEXT)**
**O**

**SPARKLING APPLE CIDER B**

DISPLAY **"100%" / No "100%"**
**(NO GREEN TEXT)**
**O**

o Don't know / not sure

---

ASK IF VOTE_3 DOES NOT EQUAL 'Don't Know / Not Sure'. IF VOTE_2 = 'Dk/Not Sure," GO TO FINAL QUEX BATTERY.
SINGLE SELECT.

VOTE_CONFIRM_3.

You said you would prefer to purchase **SPARKLING APPLE CIDER [INSERT A OR B DEPENDING ON RESPONSE TO VOTE QUESTION]**.

[SHOW PRODUCT IMAGE THAT WAS SELECTED FROM THE BELOW OPTIONS]

**IMAGE WITH 100% CLAIM, SHOW:**

| |
|---|
| **In Perfect Taste** |
| **Sparkling Cider** |
| **100% Juice From U.S. Grown Fresh Apples** |
| **25.4 fl. oz. (750 mL)** |

**IMAGE WITHOUT 100% CLAIM, SHOW:**

| |
|---|
| **In Perfect Taste**<br><br>**Sparkling Cider**<br><br>**Juice From U.S. Grown Fresh Apples**<br><br>**25.4 fl. oz. (750 mL)** |

Please confirm your answer, or else correct your answer.

- I am confirming my answer
- I meant to select the other **APPLE JUICE** Product
- I meant to answer “Don’t know / not sure”

NO TERMINATIONS

GO TO FINAL QUESTIONNAIRE BATTERY.
------------------------------------------------------------------------------------------------------------------------

**FINAL QUESTIONNAIRE SECTION**

**SHOW THIS FINAL QUEX MODULE TO ALL RESPONDENTS COMPLETING MAIN STUDY]**

**------------------------------------------------------------------------------------------**
NEW SCREEN:

Thanks for your answers. You are almost done!
------------------------------------------------------------------------------------------

[SP]

**CP_BASIS.**

When answering the questions about your understanding of the **APPLE JUICE PRODUCTS**, did you or did you not base your answer~~rs~~ on the product content we showed you in the survey?

- Yes, my answers <u>were based</u> on the product content shown in the survey
- No, my answers <u>were not based</u> on the product shown in the survey

------------------------------------------------------------------------------------------

[SP]

---

-----------------------------------------------------------------------------------------------
[SP]

**RUCA.**

Which of the descriptions below best describes the area where you live? Please select one.

- o A large metropolitan area (over 1 million people)
- o A large city (100,000 up to 1 million people)
- o A small city or town (10,000 up to 100,000 people)
- o A very small town or rural area (under 10,000 people)
- o Not sure

--------------------------------------------------------------------------------------

**FIRST_PURCH.**

Please indicate <u>when</u> you made your <u>first purchase</u> of an **APPLE JUICE PRODUCT** or select "Don't know / not sure."

- o In the past 12 months
- o 1 to 5 years ago
- o 6 to 9 years ago
- o 10 or more years ago

- o Don't know / not sure [ANCHOR]

-----------------------------------------------------------------------------------------------

**HOW_FREQ_PURCH.**

Please think about when you purchased an **APPLE JUICE PRODUCT** since 2020. How frequently, or not frequently, have you been purchasing APPLE JUICE PRODUCTS?

- o Rarely
- o Somewhat rarely
- o Somewhat frequently
- o Frequently
- o Don't know / not sure

## FINAL SIGN OFF SCREEN

**Thanks for Your Help in Answering All Our Survey Questions.**

# ATTACHMENT F

# Materiality Survey Screen Captures

Thank you for participating in this survey about consumer products.
Please take your time in answering the survey questions. **Please don't guess.**

Let's start with an easy question. Where do you live?

Select one...

What is your age?

- ◯ Less than 18
- ◯ 18-29
- ◯ 30-39
- ◯ 40-49
- ◯ 50-59
- ◯ 60-69
- ◯ 70-84
- ◯ 85 and over

I am human

hCaptcha

Privacy - Terms

Are you of Hispanic, Latino, or of Spanish origin?

- ○ Yes
- ○ No

What do you consider to be your race?

- White
- Black or African American
- American Indian or Alaska Native
- Asian
- Native Hawaiian or Other Pacific Islander
- Multi-racial
- Some other race
- Prefer not to say

What is the highest level of education that you have completed?

- Less than High School
- High School or GED
- Completed Technical or Trade School
- Some College
- College degree (4 year)
- Post-graduate course work or degree

Thank you for telling us about yourself.

This question is for quality control to make sure you are understanding the survey.

Please select “Somewhat easy” (the fourth answer).

- 1: Very difficult
- 2: Somewhat difficult
- 3: Neither difficult nor easy
- 4: Somewhat easy
- 5: Very easy

How much of the grocery shopping do you do for your household?

Please select one.

- All of it
- Most of it
- About half
- Not much of it
- None of it

Have you taken any surveys or participated in other kinds of research in the last 30 days on any of these topics?

Please select all that apply.

- [ ] Apple juice or apple cider
- [ ] Toothpaste/Oral care
- [ ] Advertisements on TV
- [ ] Sporting goods or outdoor gear
- [ ] Video Games
- [ ] Snack food products
- [ ] Skin care products
- [ ] Websites you visit
- [ ] Hair care products
- [ ] Clothing
- [ ] Vacation cruises/vacation resorts
- [ ] None of these

Have you purchased, or not purchased, any of these types of food, beverage, and health products in the **past 12 months**?

Some of these are not common products, so please select **YES** only if you are absolutely sure you purchased the product. Select **NO** if you did not purchase the product.

| | Yes | No |
|---|---|---|
| Packaged Yogurt-covered Fruits or Nuts | ◯ | ◯ |
| Chometines | ◯ | ◯ |
| Protein Bars | ◯ | ◯ |
| Meal Substitute Bars | ◯ | ◯ |
| Packaged Fruit Snacks (like raisins, apricots) | ◯ | ◯ |
| Energy Bars/Energy Drinks | ◯ | ◯ |
| Sparkling Apple Cider (in champagne-style glass bottles) | ◯ | ◯ |
| Apple Juice (bottled) | ◯ | ◯ |
| Granola Bars | ◯ | ◯ |
| Jerky | ◯ | ◯ |
| Packaged Nuts (like peanuts, almonds, cashews) | ◯ | ◯ |
| Smoothies | ◯ | ◯ |
| Weight Loss/Management Bars or Drinks | ◯ | ◯ |

We have a few questions about your purchases of **APPLE JUICE (bottled).**

Please select any applicable reasons why you have purchased **APPLE JUICE (bottled) in the last 12 months** (not for resale).

Please select any that apply to you.

- [ ] For consumption at home
- [ ] For on-the-go consumption away from home
- [ ] For consumption by any children in your household
- [ ] For special occasions
- [ ] For packed lunches
- [ ] For gifts
- [ ] For your personal consumption
- [ ] For mixing with other beverages
- [ ] For cooking and baking
- [ ] None of these

Please indicate which brand or brands of **APPLE JUICE (bottled)** you have purchased in the last 12 months (not for resale).
Please select all that apply.

- ☐ Martinelli's
- ☐ Mott's
- ☐ Sylvage
- ☐ R.W. Knudsen
- ☐ Simply Apple
- ☐ Tree Top
- ☐ Langer's
- ☐ Private Label/Store Brands
- ☐ Other brands
- ☐ None of these

Please indicate which brand or brands of **APPLE JUICE (bottled)** you would consider purchasing in the **next 6 months** (not for resale).

- [ ] Tree Top
- [ ] Mott's
- [ ] Martinelli's
- [ ] Langer's
- [ ] R.W. Knudsen
- [ ] Simply Apple
- [ ] Private Label/Store Brands
- [ ] Other brands
- [ ] None of these

We have a few questions about your purchases of **SPARKLING APPLE CIDER** (in 25.4 fl. oz. champagne-style glass bottles).

Please select any applicable reasons why you have purchased **SPARKLING APPLE CIDER (bottled) in the last 12 months** (not for resale).

Please select any that apply to you.

- ☐ For your personal consumption
- ☐ For mixing with other beverages
- ☐ For consumption by any children in your household
- ☐ For packed lunches
- ☐ For on-the-go consumption away from home
- ☐ For special occasions/celebrations
- ☐ For cooking and baking
- ☐ For gifts
- ☐ None of these

Please indicate which brand or brands of **SPARKLING APPLE CIDER** (in 25.4 fl. oz. champagne-style glass bottles) you have purchased in the **last 12 months** (not for resale).

Please select all that apply.

- ☐ Martinelli's Sparkling Apple Cider
- ☐ R.W. Knudsen Sparkling Crisp Apple Cider
- ☐ Welch's Sparkling Apple Cider
- ☐ Kedem Sparkling Apple Cider
- ☐ Private Label/Store Brands
- ☐ Other brands
- ☐ None of these

Please indicate which brand or brands of **SPARKLING APPLE CIDER** (in 25.4 fl. oz. champagne-style glass bottles) you would consider purchasing in the **next 6 months** (not for resale).

- ☐ R.W. Knudsen Sparkling Crisp Apple Cider
- ☐ Welch's Sparkling Apple Cider
- ☐ Kedem Sparkling Apple Cider
- ☐ Martinelli's Sparkling Apple Cider
- ☐ Private Label/Store Brands
- ☐ Other brands
- ☐ None of these

This survey asks consumers about **APPLE BEVERAGE PRODUCTS.**

Please confirm your understanding of this survey. **What is this survey about?**

Please select one

- Retirement planning
- Protein drinks
- Apple beverage products
- Favorite vacation destinations
- Don’t know

You have been selected to participate in our survey project.

To participate in this survey, you must agree to these instructions.

- Answer the questions with your honest answers and opinions. Do not guess.
- Answer the questions by yourself and without asking anybody else for help.
- Answer the questions without getting help from a website or other materials.
- Answer all the questions in one sitting and not stopping in the middle.

Do you agree to our instructions?

◯ Yes, I agree to do this

◯ No, I do not agree to do this

REFERENDUM: APPLE JUICE 10 FL. OZ,
APPLE JUICE A with “100%” Claim

We have one more question we want to ask you.

Suppose you are going shopping for **APPLE JUICE BEVERAGES** at the store where you normally buy such products.

We are going to show you two products – **APPLE JUICE A** and **APPLE JUICE B** – and then ask you which of the two you would prefer to purchase.

Please examine the two products like you were shopping and considering them for purchase.

Because we want you to take your time, it might take a few seconds before you can see the next screen or question for the rest of the survey.

When answering the survey questions about the products we show you, please base your answers only on the information shown **in this survey.**

Please examine these **APPLE JUICE BEVERAGES** as you would in a store considering a product for purchase. You can click on the image to enlarge it.

**APPLE JUICE A** and **APPLE JUICE B** come in this bottle (shown below). The information on the bottles is removed so that you can see the bottle shape and what the juice product looks like in the container.



Below are the descriptions on the front of the bottles for **APPLE JUICE A** and **APPLE JUICE B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| **APPLE JUICE A** | **APPLE JUICE B** |
|---|---|
| **100% Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** | **Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** |

You can view the ingredients for Apple Juice A by clicking here and for Apple Juice B by clicking here.

Please continue when done viewing.

Below are the descriptions on the front of the bottles for **APPLE JUICE A** and **APPLE JUICE B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| **APPLE JUICE A** | **APPLE JUICE B** |
|---|---|
| **100% Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** | **Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** |

You can view the ingredients for Apple Juice A by clicking here and for Apple Juice B by clicking here.

Please continue when done viewing.

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

Below are the descriptions on the front of the bottles for **APPLE JUICE A** and **APPLE JUICE B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| **APPLE JUICE A** | **APPLE JUICE B** |
|---|---|
| **100% Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** | **Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** |

You can view the ingredients for Apple Juice A by clicking here and for Apple Juice B by clicking here.

Please continue when done viewing.

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

Were you able to view **APPLE JUICE A** and **APPLE JUICE B?**

| **APPLE JUICE A** | **APPLE JUICE B** |
|---|---|
| **100% Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** | **Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** |

◯ Yes

◯ No

The two products are the same in every way (same container type and top, size, price, availability) **except for one difference**.

On the next screen, you can see that the difference between **APPLE JUICE A** and **APPLE JUICE B** is in the **GREEN** descriptions of the products on the front of the container.

Please consider the **GREEN** descriptions.

You can zoom in and view the descriptions by clicking on the images.

Please continue to the next screen to see the descriptions for **APPLE JUICE A** and **APPLE JUICE B.**

Please consider the GREEN descriptions on the front of the products.

| APPLE JUICE A | APPLE JUICE B |
| --- | --- |
| 100% Apple Juice<br>Drink Your Apple A Day<br>10 fl. oz. / 296mL | Apple Juice<br>Drink Your Apple A Day<br>10 fl. oz. / 296mL |

Please continue when done viewing.


×
APPLE JUICE A
100% Apple Juice
Drink Your Apple A Day
10 fl. oz. / 296mL

×

# APPLE JUICE B

**Apple Juice**

**Drink Your Apple A Day**

**10 fl. oz. / 296mL**

Were you able to view the GREEN content for **APPLE JUICE A** and **APPLE JUICE B?**

| APPLE JUICE A | APPLE JUICE B |
| --- | --- |
| **100% Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** | **Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** |

- Yes
- No

If these products were your only options, would you prefer to buy **APPLE JUICE A** or **APPLE JUICE B**?

Please indicate which one you would prefer to purchase or else select "Don't know / not sure." You can click an image to enlarge it.

| **APPLE JUICE A** | **APPLE JUICE B** |
| --- | --- |
| **100% Apple Juice<br>Drink Your Apple A Day<br>10 fl. oz. / 296mL** | **Apple Juice<br>Drink Your Apple A Day<br>10 fl. oz. / 296mL** |
| ○ | ○ |

○ Don't know / not sure

You said you would prefer to purchase **APPLE JUICE A**.

**100% Apple Juice**
**Drink Your Apple A Day**
**10 fl. oz. / 296mL**

Please confirm your answer, or else correct your answer.

- I am confirming my answer
- I meant to select the other **APPLE JUICE** Product
- I meant to answer "Don't know / not sure"

REFERENDUM: APPLE JUICE 10 FL. OZ,
APPLE JUICE B with “100%” Claim

We have one more question we want to ask you.

Suppose you are going shopping for **APPLE JUICE BEVERAGES** at the store where you normally buy such products.

We are going to show you two products – **APPLE JUICE A** and **APPLE JUICE B** – and then ask you which of the two you would prefer to purchase.

Please examine the two products like you were shopping and considering them for purchase.

Because we want you to take your time, it might take a few seconds before you can see the next screen or question for the rest of the survey.

When answering the survey questions about the products we show you, please base your answers only on the information shown **in this survey.**

Please examine these **APPLE JUICE BEVERAGES** as you would in a store considering a product for purchase. You can click on the image to enlarge it.

**APPLE JUICE A** and **APPLE JUICE B** come in this bottle (shown below). The information on the bottles is removed so that you can see the bottle shape and what the juice product looks like in the container.



Below are the descriptions on the front of the bottles for **APPLE JUICE A** and **APPLE JUICE B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| APPLE JUICE A | APPLE JUICE B |
|---|---|
| **Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** | **100% Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** |

You can view the ingredients for Apple Juice A by clicking here and for Apple Juice B by clicking here.

Please continue when done viewing.

Below are the descriptions on the front of the bottles for **APPLE JUICE A** and **APPLE JUICE B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| **APPLE JUICE A** | **APPLE JUICE B** |
|---|---|
| **Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** | **100% Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** |

You can view the ingredients for Apple Juice A by clicking here and for Apple Juice B by clicking here.

Please continue when done viewing

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

Below are the descriptions on the front of the bottles for **APPLE JUICE A** and **APPLE JUICE B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| **APPLE JUICE A** | **APPLE JUICE B** |
|---|---|
| **Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** | **100% Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** |

You can view the ingredients for Apple Juice A by clicking here and for Apple Juice B by clicking here.

Please continue when done viewing.

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

Were you able to view **APPLE JUICE A** and **APPLE JUICE B?**

| **APPLE JUICE A** | **APPLE JUICE B** |
| --- | --- |
| **Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** | **100% Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL** |

- ◯ Yes
- ◯ No

The two products are the same in every way (same container type and top, size, price, availability) **except for one difference**.

On the next screen, you can see that the difference between **APPLE JUICE A** and **APPLE JUICE B** is in the **GREEN** descriptions of the products on the front of the container.

Please consider the **GREEN** descriptions.

You can zoom in and view the descriptions by clicking on the images.

Please continue to the next screen to see the descriptions for **APPLE JUICE A** and **APPLE JUICE B.**

Please consider the GREEN descriptions on the front of the products.

| APPLE JUICE A | APPLE JUICE B |
| --- | --- |
| Apple Juice<br>Drink Your Apple A Day<br>10 fl. oz. / 296mL | 100% Apple Juice<br>Drink Your Apple A Day<br>10 fl. oz. / 296mL |

Please continue when done viewing.

×

# APPLE JUICE A

**Apple Juice**
**Drink Your Apple A Day**
**10 fl. oz. / 296mL**

×

# APPLE JUICE B

**100% Apple Juice**

**Drink Your Apple A Day**

**10 fl. oz. / 296mL**

Were you able to view the GREEN content for **APPLE JUICE A** and **APPLE JUICE B?**

| APPLE JUICE A | APPLE JUICE B |
|---|---|
| Apple Juice<br>Drink Your Apple A Day<br>10 fl. oz. / 296mL | 100% Apple Juice<br>Drink Your Apple A Day<br>10 fl. oz. / 296mL |

- ◯ Yes
- ◯ No

If these products were your only options, would you prefer to buy APPLE JUICE A or APPLE JUICE B?

Please indicate which one you would prefer to purchase or else select "Don't know / not sure." You can click an image to enlarge it.

| APPLE JUICE A | APPLE JUICE B |
| --- | --- |
| **Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL**<br>○ | **100% Apple Juice**<br>**Drink Your Apple A Day**<br>**10 fl. oz. / 296mL**<br>○ |

○ Don't know / not sure

You said you would prefer to purchase **APPLE JUICE B**.

**100% Apple Juice**
**Drink Your Apple A Day**
**10 fl. oz. / 296mL**

Please confirm your answer, or else correct your answer.

- ◯ I am confirming my answer
- ◯ I meant to select the other **APPLE JUICE** Product
- ◯ I meant to answer "Don't know / not sure"

REFERENDUM:
APPLE JUICE HALF GALLON,
APPLE JUICE A with “100%” Claim

We have one more question we want to ask you.

Suppose you are going shopping for **APPLE JUICE BEVERAGES** at the store where you normally buy such products.

We are going to show you two products – **APPLE JUICE A** and **APPLE JUICE B** – and then ask you which of the two you would prefer to purchase.

Please examine the two products like you were shopping and considering them for purchase.

Because we want you to take your time, it might take a few seconds before you can see the next screen or question for the rest of the survey.

When answering the survey questions about the products we show you, please base your answers only on the information shown **in this survey**.

Please examine these **APPLE JUICE BEVERAGES** as you would in a store considering a product for purchase. You can click on the image to enlarge it.

**APPLE JUICE A** and **APPLE JUICE B** come in this bottle (shown below). The information on the bottles is removed so that you can see the bottle shape and what the juice product looks like in the container.



Below are the descriptions on the front of the bottles for **APPLE JUICE A** and **APPLE JUICE B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| **APPLE JUICE A** | **APPLE JUICE B** |
|---|---|
| **Premium 100% Juice<br>Not From Concentrate<br>Apple Juice<br>From U.S. Grown Fresh Apples<br>Drink Your Apple A Day<br>Half Gallon (1.9L)** | **Premium Juice<br>Not From Concentrate<br>Apple Juice<br>From U.S. Grown Fresh Apples<br>Drink Your Apple A Day<br>Half Gallon (1.9L)** |

You can view the ingredients for Apple Juice A by clicking here and for Apple Juice B by clicking here.

Please continue when done viewing.

Below are the descriptions on the front of the bottles for **APPLE JUICE A** and **APPLE JUICE B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| **APPLE JUICE A** | **APPLE JUICE B** |
|---|---|
| **Premium 100% Juice**<br>**Not From Concentrate**<br>**Apple Juice**<br>**From U.S. Grown Fresh Apples**<br>**Drink Your Apple A Day**<br>**Half Gallon (1.9L)** | **Premium Juice**<br>**Not From Concentrate**<br>**Apple Juice**<br>**From U.S. Grown Fresh Apples**<br>**Drink Your Apple A Day**<br>**Half Gallon (1.9L)** |

You ca

Please

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

Below are the descriptions on the front of the bottles for **APPLE JUICE A** and **APPLE JUICE B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| **APPLE JUICE A** | **APPLE JUICE B** |
|---|---|
| **Premium 100% Juice<br>Not From Concentrate<br>Apple Juice<br>From U.S. Grown Fresh Apples<br>Drink Your Apple A Day<br>Half Gallon (1.9L)** | **Premium Juice<br>Not From Concentrate<br>Apple Juice<br>From U.S. Grown Fresh Apples<br>Drink Your Apple A Day<br>Half Gallon (1.9L)** |

You ca

Please

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

Were you able to view **APPLE JUICE A** and **APPLE JUICE B?**

| APPLE JUICE A | APPLE JUICE B |
| --- | --- |
| Premium 100% Juice<br>Not From Concentrate<br>Apple Juice<br>From U.S. Grown Fresh Apples<br>Drink Your Apple A Day<br>Half Gallon (1.9L) | Premium Juice<br>Not From Concentrate<br>Apple Juice<br>From U.S. Grown Fresh Apples<br>Drink Your Apple A Day<br>Half Gallon (1.9L) |

- ○ Yes
- ○ No

The two products are the same in every way (same container type and top, size, price, availability) **except for one difference**.

On the next screen, you can see that the difference between **APPLE JUICE A** and **APPLE JUICE B** is in the **GREEN** descriptions of the products on the front of the container.

Please consider the **GREEN** descriptions.

You can zoom in and view the descriptions by clicking on the images.

Please continue to the next screen to see the descriptions for **APPLE JUICE A** and **APPLE JUICE B.**

Please consider the GREEN descriptions on the front of the products.

| APPLE JUICE A | APPLE JUICE B |
| --- | --- |
| Premium 100% Juice<br>Not From Concentrate<br>Apple Juice<br>From U.S. Grown Fresh Apples<br>Drink Your Apple A Day<br>Half Gallon (1.9L) | Premium Juice<br>Not From Concentrate<br>Apple Juice<br>From U.S. Grown Fresh Apples<br>Drink Your Apple A Day<br>Half Gallon (1.9L) |

Please continue when done viewing.

×

# APPLE JUICE A

**Premium 100% Juice**
**Not From Concentrate**
**Apple Juice**
**From U.S. Grown Fresh Apples**
**Drink Your Apple A Day**
**Half Gallon (1.9L)**

iewi

×

## APPLE JUICE B

**Premium Juice**
**Not From Concentrate**
**Apple Juice**
**From U.S. Grown Fresh Apples**
**Drink Your Apple A Day**
**Half Gallon (1.9L)**

Were you able to view the **GREEN** content for **APPLE JUICE A** and **APPLE JUICE B?**

| APPLE JUICE A | APPLE JUICE B |
| --- | --- |
| Premium 100% Juice<br>Not From Concentrate<br>Apple Juice<br>From U.S. Grown Fresh Apples<br>Drink Your Apple A Day<br>Half Gallon (1.9L) | Premium Juice<br>Not From Concentrate<br>Apple Juice<br>From U.S. Grown Fresh Apples<br>Drink Your Apple A Day<br>Half Gallon (1.9L) |

- ○ Yes
- ○ No

If these products were your only options, would you prefer to buy **APPLE JUICE A** or **APPLE JUICE B**?

Please indicate which one you would prefer to purchase or else select "Don't know / not sure." You can click an image to enlarge it.

| **APPLE JUICE A** | **APPLE JUICE B** |
| --- | --- |
| **Premium 100% Juice<br>Not From Concentrate<br>Apple Juice<br>From U.S. Grown Fresh Apples<br>Drink Your Apple A Day<br>Half Gallon (1.9L)** | **Premium Juice<br>Not From Concentrate<br>Apple Juice<br>From U.S. Grown Fresh Apples<br>Drink Your Apple A Day<br>Half Gallon (1.9L)** |
| ○ | ○ |

○ Don't know / not sure

You said you would prefer to purchase **APPLE JUICE A**.

**Premium 100% Juice**
**Not From Concentrate**
**Apple Juice**
**From U.S. Grown Fresh Apples**
**Drink Your Apple A Day**
**Half Gallon (1.9L)**

Please confirm your answer, or else correct your answer.

- I am confirming my answer
- I meant to select the other **APPLE JUICE** Product
- I meant to answer "Don't know / not sure"

REFERENDUM:
APPLE JUICE HALF GALLON,
APPLE JUICE B with “100%” Claim

We have one more question we want to ask you.

Suppose you are going shopping for **APPLE JUICE BEVERAGES** at the store where you normally buy such products.

We are going to show you two products – **APPLE JUICE A** and **APPLE JUICE B** – and then ask you which of the two you would prefer to purchase.

Please examine the two products like you were shopping and considering them for purchase.

Because we want you to take your time, it might take a few seconds before you can see the next screen or question for the rest of the survey.

When answering the survey questions about the products we show you, please base your answers only on the information shown **in this survey**.

Please examine these **APPLE JUICE BEVERAGES** as you would in a store considering a product for purchase. You can click on the image to enlarge it.

**APPLE JUICE A** and **APPLE JUICE B** come in this bottle (shown below). The information on the bottles is removed so that you can see the bottle shape and what the juice product looks like in the container.



Below are the descriptions on the front of the bottles for **APPLE JUICE A** and **APPLE JUICE B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| APPLE JUICE A | APPLE JUICE B |
|---|---|
| **Premium Juice**<br>**Not From Concentrate**<br>**Apple Juice**<br>**From U.S. Grown Fresh Apples**<br>**Drink Your Apple A Day**<br>**Half Gallon (1.9L)** | **Premium 100% Juice**<br>**Not From Concentrate**<br>**Apple Juice**<br>**From U.S. Grown Fresh Apples**<br>**Drink Your Apple A Day**<br>**Half Gallon (1.9L)** |

You can view the ingredients for Apple Juice A by clicking here and for Apple Juice B by clicking here.

Please continue when done viewing.

Below are the descriptions on the front of the bottles for **APPLE JUICE A** and **APPLE JUICE B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| **APPLE JUICE A** | **APPLE JUICE B** |
|---|---|
| **Premium Juice**<br>**Not From Concentrate**<br>**Apple Juice**<br>**From U.S. Grown Fresh Apples**<br>**Drink Your Apple A Day**<br>**Half Gallon (1.9L)** | **Premium 100% Juice**<br>**Not From Concentrate**<br>**Apple Juice**<br>**From U.S. Grown Fresh Apples**<br>**Drink Your Apple A Day**<br>**Half Gallon (1.9L)** |

You ca

Please

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

Below are the descriptions on the front of the bottles for **APPLE JUICE A** and **APPLE JUICE B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| **APPLE JUICE A** | **APPLE JUICE B** |
|---|---|
| **Premium Juice**<br>**Not From Concentrate**<br>**Apple Juice**<br>**From U.S. Grown Fresh Apples**<br>**Drink Your Apple A Day**<br>**Half Gallon (1.9L)** | **Premium 100% Juice**<br>**Not From Concentrate**<br>**Apple Juice**<br>**From U.S. Grown Fresh Apples**<br>**Drink Your Apple A Day**<br>**Half Gallon (1.9L)** |

You ca

Please

INGREDIENTS: **PASTEURIZED** APPLE JUICE, VITAMIN C.

close

Were you able to view **APPLE JUICE A** and **APPLE JUICE B?**

| **APPLE JUICE A** | **APPLE JUICE B** |
|---|---|
| **Premium Juice**<br>**Not From Concentrate**<br>**Apple Juice**<br>**From U.S. Grown Fresh Apples**<br>**Drink Your Apple A Day**<br>**Half Gallon (1.9L)** | **Premium 100% Juice**<br>**Not From Concentrate**<br>**Apple Juice**<br>**From U.S. Grown Fresh Apples**<br>**Drink Your Apple A Day**<br>**Half Gallon (1.9L)** |

- Yes
- No

The two products are the same in every way (same container type and top, size, price, availability) **except for one difference**.

On the next screen, you can see that the difference between **APPLE JUICE A** and **APPLE JUICE B** is in the **GREEN** descriptions of the products on the front of the container.

Please consider the **GREEN** descriptions.

You can zoom in and view the descriptions by clicking on the images.

Please continue to the next screen to see the descriptions for **APPLE JUICE A** and **APPLE JUICE B.**

Please consider the GREEN descriptions on the front of the products.

| APPLE JUICE A | APPLE JUICE B |
| --- | --- |
| Premium Juice<br>Not From Concentrate<br>Apple Juice<br>From U.S. Grown Fresh Apples<br>Drink Your Apple A Day<br>Half Gallon (1.9L) | Premium 100% Juice<br>Not From Concentrate<br>Apple Juice<br>From U.S. Grown Fresh Apples<br>Drink Your Apple A Day<br>Half Gallon (1.9L) |

Please continue when done viewing.

e viewi

×

**APPLE JUICE A**

**Premium Juice**
**Not From Concentrate**
**Apple Juice**
**From U.S. Grown Fresh Apples**
**Drink Your Apple A Day**
**Half Gallon (1.9L)**

viewi

×

# APPLE JUICE B

**Premium 100% Juice**
**Not From Concentrate**
**Apple Juice**
**From U.S. Grown Fresh Apples**
**Drink Your Apple A Day**
**Half Gallon (1.9L)**

Were you able to view the GREEN content for **APPLE JUICE A** and **APPLE JUICE B?**

| APPLE JUICE A | APPLE JUICE B |
|---|---|
| Premium Juice<br>Not From Concentrate<br>Apple Juice<br>From U.S. Grown Fresh Apples<br>Drink Your Apple A Day<br>Half Gallon (1.9L) | Premium 100% Juice<br>Not From Concentrate<br>Apple Juice<br>From U.S. Grown Fresh Apples<br>Drink Your Apple A Day<br>Half Gallon (1.9L) |

- ◯ Yes
- ◯ No

If these products were your only options, would you prefer to buy **APPLE JUICE A** or **APPLE JUICE B**?

Please indicate which one you would prefer to purchase or else select "Don't know / not sure." You can click an image to enlarge it.

| **APPLE JUICE A** | **APPLE JUICE B** |
| --- | --- |
| **Premium Juice**<br>**Not From Concentrate**<br>**Apple Juice**<br>**From U.S. Grown Fresh Apples**<br>**Drink Your Apple A Day**<br>**Half Gallon (1.9L)**<br>○ | **Premium 100% Juice**<br>**Not From Concentrate**<br>**Apple Juice**<br>**From U.S. Grown Fresh Apples**<br>**Drink Your Apple A Day**<br>**Half Gallon (1.9L)**<br>○ |

○ Don't know / not sure

You said you would prefer to purchase **APPLE JUICE B**.

**Premium 100% Juice**
**Not From Concentrate**
**Apple Juice**
**From U.S. Grown Fresh**
**Apples**
**Drink Your Apple A Day**
**Half Gallon (1.9L)**

Please confirm your answer, or else correct your answer.

- ◯ I am confirming my answer
- ◯ I meant to select the other **APPLE JUICE** Product
- ◯ I meant to answer "Don't know / not sure"

# REFERENDUM:
# SPARKLING APPLE CIDER A with “100%” Claim

We have one more question we want to ask you.

Suppose you are going shopping for **SPARKLING APPLE CIDER BEVERAGES** at the store where you normally buy such products.

We are going to show you two products – **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B** – and then ask you which of the two you would prefer to purchase.

Please examine the two products like you were shopping and considering them for purchase.

Because we want you to take your time, it might take a few seconds before you can see the next screen or question for the rest of the survey.

When answering the survey questions about the products we show you, please base your answers only on the information shown **in this survey**.

Please examine these **SPARKLING APPLE CIDER BEVERAGES** as you would in a store considering a product for purchase. You can click on the image to enlarge it.

**SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B** come in this bottle (shown below). The information on the bottles is removed so that you can see the bottle shape and what the juice product looks like in the container.



Below are the descriptions on the front of the bottles for **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| **SPARKLING APPLE CIDER A** | **SPARKLING APPLE CIDER B** |
|---|---|
| **In Perfect Taste Sparkling Cider 100% Juice From U.S. Grown Fresh Apples 25.4 fl. oz. (750 mL)** | **In Perfect Taste Sparkling Cider Juice From U.S. Grown Fresh Apples 25.4 fl. oz. (750 mL)** |

You can view the ingredients for Sparkling Apple Cider A by clicking here and for Sparkling Apple Cider B by clicking here.

Please continue when done viewing.

Below are the descriptions on the front of the bottles for **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| **SPARKLING APPLE CIDER A** | **SPARKLING APPLE CIDER B** |
| --- | --- |
| **In Perfect Taste**<br>**Sparkling Cider**<br>**100% Juice From U.S. Grown Fresh Apples**<br>**25.4 fl. oz. (750 mL)** | **In Perfect Taste**<br>**Sparkling Cider**<br>**Juice From U.S. Grown Fresh Apples**<br>**25.4 fl. oz. (750 mL)** |

You ca ... re.

Please

INGREDIENTS: **PASTEURIZED** CARBONATED APPLE JUICE, VITAMIN C.

close

Below are the descriptions on the front of the bottles for **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| **SPARKLING APPLE CIDER A** | **SPARKLING APPLE CIDER B** |
|---|---|
| **In Perfect Taste Sparkling Cider 100% Juice From U.S. Grown Fresh Apples 25.4 fl. oz. (750 mL)** | **In Perfect Taste Sparkling Cider Juice From U.S. Grown Fresh Apples 25.4 fl. oz. (750 mL)** |

You ca[...] [...]e.

Please[...]

INGREDIENTS: **PASTEURIZED** CARBONATED APPLE JUICE, VITAMIN C.

close

Were you able to view **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B?**

| SPARKLING APPLE CIDER A | SPARKLING APPLE CIDER B |
| --- | --- |
| In Perfect Taste<br>Sparkling Cider<br>100% Juice From U.S. Grown Fresh Apples<br>25.4 fl. oz. (750 mL) | In Perfect Taste<br>Sparkling Cider<br>Juice From U.S. Grown Fresh Apples<br>25.4 fl. oz. (750 mL) |

- ◯ Yes
- ◯ No

The two products are the same in every way (same container type and top, size, price, availability) **except for one difference**.

On the next screen, you can see that the difference between **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B** is in the **GREEN** descriptions of the products on the front of the container.

Please consider the **GREEN** descriptions.

You can zoom in and view the descriptions by clicking on the images.

Please continue to the next screen to see the descriptions for **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B.**

Please consider the GREEN descriptions on the front of the products.

| SPARKLING APPLE CIDER A | SPARKLING APPLE CIDER B |
|---|---|
| In Perfect Taste<br>Sparkling Cider<br>100% Juice From U.S. Grown Fresh Apples<br>25.4 fl. oz. (750 mL) | In Perfect Taste<br>Sparkling Cider<br>Juice From U.S.Grown Fresh Apples<br>25.4 fl. oz. (750 mL) |

Please continue when done viewing.


en done viewing.
×
SPARKLING APPLE CIDER A
In Perfect Taste
Sparkling Cider
100% Juice From U.S. Grown Fresh
Apples
25.4 fl. oz. (750 mL)

done viewing.

×

SPARKLING APPLE CIDER B

In Perfect Taste
Sparkling Cider
Juice From U.S.Grown Fresh Apples
25.4 fl. oz. (750 mL)

Were you able to view the **GREEN** content for **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B?**

| SPARKLING APPLE CIDER A | SPARKLING APPLE CIDER B |
| --- | --- |
| In Perfect Taste Sparkling Cider<br>100% Juice From U.S. Grown Fresh Apples<br>25.4 fl. oz. (750 mL) | In Perfect Taste Sparkling Cider<br>Juice From U.S.Grown Fresh Apples<br>25.4 fl. oz. (750 mL) |

- Yes
- No

If these products were your only options, would you prefer to buy **SPARKLING APPLE CIDER A** or **SPARKLING APPLE CIDER B**?

Please indicate which one you would prefer to purchase or else select "Don't know / not sure." You can click an image to enlarge it.

| **SPARKLING APPLE CIDER A** | **SPARKLING APPLE CIDER B** |
|---|---|
| **In Perfect Taste Sparkling Cider 100% Juice From U.S. Grown Fresh Apples 25.4 fl. oz. (750 mL)** | **In Perfect Taste Sparkling Cider Juice From U.S. Grown Fresh Apples 25.4 fl. oz. (750 mL)** |
| ○ | ○ |

○ Don't know / not sure

You said you would prefer to purchase **SPARKLING APPLE CIDER A**.

**In Perfect Taste**
**Sparkling Cider**
**100% Juice From U.S.**
**Grown Fresh Apples**
**25.4 fl. oz. (750 mL)**

Please confirm your answer, or else correct your answer.

- ◯ I am confirming my answer
- ◯ I meant to select the other **APPLE JUICE** Product
- ◯ I meant to answer "Don't know / not sure"

REFERENDUM:
SPARKLING APPLE CIDER B with “100%” Claim

We have one more question we want to ask you.

Suppose you are going shopping for **SPARKLING APPLE CIDER BEVERAGES** at the store where you normally buy such products.

We are going to show you two products – **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B** – and then ask you which of the two you would prefer to purchase.

Please examine the two products like you were shopping and considering them for purchase.

Because we want you to take your time, it might take a few seconds before you can see the next screen or question for the rest of the survey.

When answering the survey questions about the products we show you, please base your answers only on the information shown **in this survey**.

Please examine these **SPARKLING APPLE CIDER BEVERAGES** as you would in a store considering a product for purchase. You can click on the image to enlarge it.

**SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B** come in this bottle (shown below). The information on the bottles is removed so that you can see the bottle shape and what the juice product looks like in the container.



Below are the descriptions on the front of the bottles for **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| **SPARKLING APPLE CIDER A** | **SPARKLING APPLE CIDER B** |
| --- | --- |
| **In Perfect Taste<br>Sparkling Cider<br>Juice From U.S. Grown Fresh Apples<br>25.4 fl. oz. (750 mL)** | **In Perfect Taste<br>Sparkling Cider<br>100% Juice From U.S. Grown Fresh Apples<br>25.4 fl. oz. (750 mL)** |

You can view the ingredients for Sparkling Apple Cider A by clicking here and for Sparkling Apple Cider B by clicking here.

Please continue when done viewing.

Below are the descriptions on the front of the bottles for **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| **SPARKLING APPLE CIDER A** | **SPARKLING APPLE CIDER B** |
|---|---|
| **In Perfect Taste Sparkling Cider Juice From U.S. Grown Fresh Apples 25.4 fl. oz. (750 mL)** | **In Perfect Taste Sparkling Cider 100% Juice From U.S. Grown Fresh Apples 25.4 fl. oz. (750 mL)** |

You ca

Please

INGREDIENTS: **PASTEURIZED** CARBONATED APPLE JUICE, VITAMIN C.

close

e.

Below are the descriptions on the front of the bottles for **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B.**

Please consider the descriptions as you would when choosing beverages to buy.

You can enlarge the images by clicking on them.

| **SPARKLING APPLE CIDER A** | **SPARKLING APPLE CIDER B** |
|---|---|
| **In Perfect Taste Sparkling Cider Juice From U.S. Grown Fresh Apples 25.4 fl. oz. (750 mL)** | **In Perfect Taste Sparkling Cider 100% Juice From U.S. Grown Fresh Apples 25.4 fl. oz. (750 mL)** |

You ca e.

Please

INGREDIENTS: **PASTEURIZED** CARBONATED APPLE JUICE, VITAMIN C.

close

Were you able to view **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B?**

| **SPARKLING APPLE CIDER A** | **SPARKLING APPLE CIDER B** |
|---|---|
| **In Perfect Taste**<br>**Sparkling Cider**<br>**Juice From U.S. Grown**<br>**Fresh Apples**<br>**25.4 fl. oz. (750 mL)** | **In Perfect Taste**<br>**Sparkling Cider**<br>**100% Juice From U.S.**<br>**Grown Fresh Apples**<br>**25.4 fl. oz. (750 mL)** |

- ◯ Yes
- ◯ No

The two products are the same in every way (same container type and top, size, price, availability) **except for one difference**.

On the next screen, you can see that the difference between **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B** is in the **GREEN** descriptions of the products on the front of the container.

Please consider the **GREEN** descriptions.

You can zoom in and view the descriptions by clicking on the images.

Please continue to the next screen to see the descriptions for **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B.**

Please consider the GREEN descriptions on the front of the products.

| SPARKLING APPLE CIDER A | SPARKLING APPLE CIDER B |
| --- | --- |
| In Perfect Taste Sparkling Cider<br>Juice From U.S. Grown Fresh Apples<br>25.4 fl. oz. (750 mL) | In Perfect Taste Sparkling Cider<br>100% Juice From U.S.Grown Fresh Apples<br>25.4 fl. oz. (750 mL) |

Please continue when done viewing.

en done v

×

**<u>SPARKLING APPLE CIDER A</u>**

**In Perfect Taste**
**Sparkling Cider**
**Juice From U.S. Grown Fresh Apples**
**25.4 fl. oz. (750 mL)**

en do

## SPARKLING APPLE CIDER B

**In Perfect Taste**
**Sparkling Cider**
**100% Juice From U.S.Grown Fresh Apples**
**25.4 fl. oz. (750 mL)**

Were you able to view the **GREEN** content for **SPARKLING APPLE CIDER A** and **SPARKLING APPLE CIDER B**?

| SPARKLING APPLE CIDER A | SPARKLING APPLE CIDER B |
| --- | --- |
| In Perfect Taste<br>Sparkling Cider<br>Juice From U.S. Grown Fresh Apples<br>25.4 fl. oz. (750 mL) | In Perfect Taste<br>Sparkling Cider<br>100% Juice From U.S.Grown Fresh Apples<br>25.4 fl. oz. (750 mL) |

- Yes
- No

If these products were your only options, would you prefer to buy **SPARKLING APPLE CIDER A** or **SPARKLING APPLE CIDER B**?

Please indicate which one you would prefer to purchase or else select "Don't know / not sure." You can click an image to enlarge it.

| **SPARKLING APPLE CIDER A** | **SPARKLING APPLE CIDER B** |
|---|---|
| **In Perfect Taste Sparkling Cider Juice From U.S. Grown Fresh Apples 25.4 fl. oz. (750 mL)** | **In Perfect Taste Sparkling Cider 100% Juice From U.S. Grown Fresh Apples 25.4 fl. oz. (750 mL)** |
| ○ | ○ |

○ Don't know / not sure

You said you would prefer to purchase **SPARKLING APPLE CIDER B**.

**In Perfect Taste**
**Sparkling Cider**
**100% Juice From U.S.**
**Grown Fresh Apples**
**25.4 fl. oz. (750 mL)**

Please confirm your answer, or else correct your answer.

- ◯ I am confirming my answer
- ◯ I meant to select the other **APPLE JUICE** Product
- ◯ I meant to answer "Don't know / not sure"

# FINAL BATTERY OF QUESTIONS

Thanks for your answers. You are almost done!

When answering the questions about your understanding of the **APPLE JUICE PRODUCTS**, did you or did you not base your answers on the product content we showed you in the survey?

- ◯ Yes, my answers were based on the product content shown in the survey
- ◯ No, my answers were not based on the product shown in the survey

Which of the descriptions below best describes the area where you live?

Please select one.

- A large metropolitan area (over 1 million people)
- A large city (100,000 up to 1 million people)
- A small city or town (10,000 up to 100,000 people)
- A very small town or rural area (under 10,000 people)
- Not sure

Please indicate <u>when</u> you made your <u>first purchase</u> of an APPLE JUICE PRODUCT or select “Don’t know / not sure.”

- ○ In the past 12 months
- ○ 1 to 5 years ago
- ○ 6 to 9 years ago
- ○ 10 or more years ago
- ○ Don’t know / not sure

Please think about when you purchased an **APPLE JUICE PRODUCT** since 2020. How frequently, or not frequently, have you been purchasing APPLE JUICE PRODUCTS?

- ○ Rarely
- ○ Somewhat rarely
- ○ Somewhat frequently
- ○ Frequently
- ○ Don’t know / not sure

Thanks for Your Help in Answering All Our Survey Questions.

**ATTACHMENT G**

**CONJOINT SURVEY QUESTIONNAIRE**

## SCREENER SECTION

----------------------------------------------------------------------------------------------------------------

Thank you for participating in this survey about consumer products.
Please take your time in answering the survey questions. **<u>Please don’t guess.</u>**

**----------------------------------------------------------------------------------------------------------------**

**[ASK ALL]**
**[PROMPT]**
**P_STATE**

[ASK ALL]
[PROMPT]P_STATE

Let’s start with an easy question. Where do you live?
[Dropdown of U.S. States, including Washington DC, include a Not in USA option]

**TERMINATE IF NOT IN USA**

---

D_GENDER.

Please indicate your gender.

- Male
- Female
- Non-binary

---

D_AGE

What is your age?

Less than 18.........1 → **TERMINATE**
18-29 ..................2
30-39...................3
40-49...................4
50-59...................5
60-69...................6
70-84 ...................7
85 AND OVER .........8

**TERMINATE IF UNDER AGE 18**

---

[CAPTCHA TEST.

---

D_HISPAN. [SINGLE SELECT]

Are you of Hispanic, Latino, or of Spanish origin?

- Yes
- No

---

RACE. [SINGLE SELECT]

What do you consider to be your race?

- White
- Black or African American
- American Indian or Alaska Native
- Asian
- Native Hawaiian or Other Pacific Islander
- Multi-racial
- Some other race
- Prefer not to say

---

EDUC. What is the highest level of education that you have completed?

- Less than High School
- High School or GED
- Completed Technical or Trade School
- Some College
- College degree (4 year)
- Post-graduate course work or degree

**NO TERMINATIONS**

---

MULTI SELECT. RANDOMIZE RESPONSE OPTIONS.

HOME_STATUS.

Please tell us about your home ownership or home rentals **IN THE PAST FIVE YEARS**. Please select any statements that apply to you. Include in your answer home sthat are your primary residence, vacation homes, and investment homes.

In the past five years, I have …

- Owned a single-family home
- Owned a condominium or townhome
- Owned a mobile home
- Rented an apartment, house, or other
- Something else ANCHOR
- None of these ANCHOR / EXCLUSIVE

**NO TERMINATIONS**

---

INSERT NEW SCREEN.
Thank you for telling us about yourself.

---

SINGLE SELECT. DISPLAY THE NUMBERING OF THE RESPONSE OPTIONS SO THAT RESPONDENTS CAN SEE THE RESPONSE OPTION NUMBER.

**ATTENTION_CHECK.** This question is for quality control to make sure you are understanding the survey.

Please select "Somewhat easy" (the second answer).

- 1: Very difficult
- 2: Somewhat difficult
- 3: Neither difficult nor easy
- 4: Somewhat easy → **PROCEED TO NEXT QUESTION**
- 5: Very easy

**TERMINATE IF '**4: Somewhat easy' **IS NOT SELECTED**

---------------------------------------------------------------------------------------------------------------

**[SINGLE SELECT]**

**S0**

How much of the grocery shopping do you do for your household? Please select one.

- All of it
- Most of it
- About half
- Not much of it
- None of it → TERMINATE

**TERMINATE IF R SELECTS 'None of it'**

---------------------------------------------------------------------------------------------------------------

[SELECT ALL THAT APPLY; RANDOMIZE RSPONSE LIST, BUT ANCHOR 'NONE OF THESE'. CANNOT SELECT A PRODUCT AND NONE OF THESE]

**PAST_SURVEY**

Have you taken any surveys or participated in other kinds of research in the last 30 days on any of these topics? Please select all that apply.

- Hair care products
- Toothpaste/Oral care
- Apple juice or apple cider → **TERMINATE**
- Sporting goods or outdoor gear
- Advertisements on TV
- Vacation cruises/vacation resorts
- Snack food products
- Skin care products
- Clothing
- Websites you visit
- Video Games

- None of these

**TERMINATE IF R SELECTS 'Apple juice or cider'**

---

[ASK ALL]

**S1.**

**<u>In the past five years,</u>** have you or have you not personally purchased any of these products for use in your home?

Some of these are not common products, so please select **YES** only if you are absolutely sure you purchased the product. Select **NO** if you did <u>not</u> purchase the product.
[RANDOMIZE RESPONSE LIST]

| | Yes | No |
|---|---|---|
| Home Security System (with one or more video cameras) | [ ] | [ ] |
| Smoke / Fire Alarms (that attach to walls and ceilings) | | |

- **Gas or electric range/oven**
- **Dishwasher**
- **Washing machine**
- **Clothes dryer**
- **Chest freezer or compact upright freezer**
- **Window or portable air conditioner**

| | | |
|---|---|---|
| Sparkling Apple Cider (in champagne-style glass bottles) | [ ] | [ ] |
| Smoothies | [ ] | [ ] |
| Packaged Fruit Snacks (like raisins, apricots) | [ ] | [ ] |
| Packaged Yogurt-covered Fruits or Nuts | [ ] | [ ] |
| Packaged Nuts (like peanuts, almonds, cashews) | [ ] | [ ] |
| Meal Substitute Bars | [ ] | [ ] |
| Chometines | [ ] | [ ] |
| Protein Bars | [ ] | [ ] |
| Jerky | [ ] | [ ] |
| Granola Bars | [ ] | [ ] |
| Energy Bars/Energy Drinks | [ ] | [ ] |
| Weight Loss/Management Bars or Drinks | [ ] | [ ] |

**PROCEED IF SELECTED 'Yes' for "Apple Juice" or "Sparkling Apple Cider" but did not select 'Yes' for 'Chometimes'**
**TERMINATE IF R DOES NOT SELECT "Yes" FOR "Apple Juice" OR "Yes" FOR "Sparkling Apple Cider"**
**TERMINATE ALL CASES THAT SELECT 'Yes' FOR 'Chometimes'**
**-----------------------------------------------------------------------------------------------------**

---------------------------------------------------------------------------------------------------
[MULTI – SELECT. ASK IF S_1 = 'Yes' FOR "Apple Juice'. RANDOMIZE RESPONSE LIST BUT ANCHOR 'None of these']
S3_JUICE.
We have a few questions about your purchases of **APPLE JUICE (bottled).**

Please select any applicable reasons why you have purchased **APPLE JUICE (bottled) in the last 12 months** (not for resale).
Please select any that apply to you.

- For your personal consumption
- For mixing with other beverages
- For consumption by any children in your household
- For packed lunches
- For on-the-go consumption away from home
- For special occasions
- For consumption at home
- For cooking and baking
- For gifts
- None of these EXCLUSIVE ANCHOR

NO TERMINATIONS
-----------------------------------------------------------------------------------------------------------
[ASK IF S_1 = 'Yes' for "Apple Juice'. MULTI-SELECT. RANDOMIZE RESPONSE LIST.]
S_JUICE_BRANDS_PURCH.
Please indicate which brand or brands of **APPLE JUICE (bottled)** you have purchased in the last 12 months (not for resale). Please select all that apply.

- Tree Top
- Martinelli's
- Mott's
- Simply Apple
- Langer's
- R.W. Knudsen
- Sylvage → **TERMINATE**
- Private Label/Store Brands ANCHOR
- Other brands ANCHOR
- None of these ANCHOR EXCLUSIVE

**TERMINATE IF 'Sylvage' IS SELECTED**

---------------------------------------------------------------------------------------------------------------

[ASK IF S_1 = 'Yes' for "Apple Juice'. MULTI-SELECT. RANDOMIZE RESPONSE LIST.]
S_JUICE_BRANDS_CONSIDER.
Please indicate which brand or brands of **APPLE JUICE (bottled)** you would consider purchasing in the **next 6 months** (not for resale).

- Tree Top
- Martinelli's
- Mott's
- Simply Apple
- Langer's
- R.W. Knudsen
- Private Label/Store Brands ANCHOR
- Other brands ANCHOR
- None of these ANCHOR EXCLUSIVE

------------------------------------------------------------------------------------------------------------

[ASK IF S_1 = 'Yes' for "SPARKLING APPLE CIDER'. MULTI-SELECT]
S3_SPARKLING.
We have a few questions about your purchases of **SPARKLING APPLE CIDER** (in 25.4 fl. oz. champagne-style glass bottles).

Please select any applicable reasons why you have purchased **SPARKLING APPLE CIDER (bottled) in the last 12 months** (not for resale).

Please select any that apply to you.

- For your personal consumption
- For mixing with other beverages
- For consumption by any children in your household
- For packed lunches
- For on-the-go consumption away from home
- For special occasions/celebrations
- For cooking and baking
- For gifts
- None of these ANCHOR EXCLUSIVE

NO TERMINATIONS

---------------------------------------------------------------------------------------------------------
[ASK IF S_1 = 'Yes' for "Sparkling Apple Cider'. MULTI-SELECT. RANDOMIZE RESPONSE LIST.]
S_SPARKLING_BRANDS_PURCH.
Please indicate which brand or brands of **SPARKLING APPLE CIDER** (in 25.4 fl. oz. champagne-style glass bottles) you have purchased in the **last 12 months** (not for resale). Please select all that apply.

- Welch's Sparkling Apple Cider
- Martinelli's Sparkling Apple Cider
- R.W. Knudsen Sparkling Crisp Apple Cider
- Kedem Sparkling Apple Cider
- Private Label/Store Brands ANCHOR
- Other brands ANCHOR
- None of these ANCHOR EXCLUSIVE

---------------------------------------------------------------------------------------------------

[ASK IF S_1 = 'Yes' for "Sparkling Apple Cider'. MULTI-SELECT. RANDOMIZE RESPONSE LIST.]
S_SPARKLING_BRANDS_CONSIDER.
Please indicate which brand or brands of **SPARKLING APPLE CIDER** (in 25.4 fl. oz. champagne-style glass bottles) you would consider purchasing in the **next 6 months** (not for resale).

- Welch's Sparkling Apple Cider
- Martinelli's Sparkling Apple Cider
- R.W. Knudsen Sparkling Crisp Apple Cider
- Kedem Sparkling Apple Cider
- Private Label/Store Brands ANCHOR
- Other brands ANCHOR
- None of these ANCHOR EXCLUSIVE

---------------------------------------------------------------------------------------------------------------------
CREATE DOV FOR IDENTIFYING RESPONDENTS WHO ARE ELIGIBLE FOR THE CONJOINT SURVEY

CREATE DOV 'ELIGIBLE_CONJOINT' = 1 WHERE EITHER:
S_SPARKLING_BRANDS_PURCH = ONE OF MORE OF THESE RESPONSES

- Welch's Sparkling Apple Cider
- Martinelli's Sparkling Apple Cider
- R.W. Knudsen Sparkling Crisp Apple Cider
- Kedem Sparkling Apple Cider
- Private Label/Store Brands ANCHOR
- Other brands ANCHOR

OR

- S_SPARKLING_BRANDS_CONSIDER = Martinelli's Sparkling Apple Cider

**TERMINATE IF ELIGIBLE_CONJOINT DOES NOT EQUAL 1**

PROCEED IF ELIGIBLE_CONJOINT = 1.

---------------------------------------------------------------------------------------------------
[DISABLE BACK BUTTON]

This survey asks consumers about **APPLE BEVERAGE PRODUCTS.**

-----------------------------------------------------------------------------------------

[SINGLE SELECT. RANDOMIZE RESPONSE OPTIONS; ANCHOR DON'T KNOW AT BOTTOM. DISABLE BACK BUTTON]

S_CONFIRM.

Please confirm your understanding of this survey. **What is this survey about?** Please select one.

- Retirement planning
- Apple beverage products → **PROCEED TO NEXT QUESTION**
- Protein drinks
- Favorite vacation destinations

- Don't know

**TERMINATE IF R DOES NOT SELECT PRODUCT 'Apple beverage products'**

---

-----------------------------------------------------------------------------------------------------------
[SINGLE SELECT]
W1.

You have been selected to participate in our survey project.

To participate in this survey, you must agree to these instructions.

- Answer the questions with your honest answers and opinions. Do not guess.
- Answer the questions by yourself and without asking anybody else for help.
- Answer the questions without getting help from a website or other materials.
- Answer all the questions in one sitting and not stopping in the middle.

Do you agree to our instructions?

- Yes, I agree to do this
- No, I do not agree to do this **→TERMINATE**

**TERMINATE ALL CASES THAT DO NOT AGREE**

**CREATE DOV 'ELIGIBLE_CONJOINT_2' = 1 WHERE W1 = YES**

**SCREENER IS COMPLETE**
-----------------------------------------------------------------------------------------------------------

RESPONDENTS PROCEED TO CONJOINT SURVEY WHERE ELIGIBLE_CONJOINT_2 = 1

# MAIN SURVEY: START OF CONJOINT SURVEY

NEW SCREEN. NO DATA COLLECTED. 10-SECOND SPEED BUMP.

It is very important that you complete the rest of the survey in one sitting – without any interruption. We need about 8 to 10 minutes of your uninterrupted time.

If you cannot take our survey in one sitting, please quit the survey now and come back another time to complete the survey when you have more time.

----------------------------------------------------------------------------------------------------------

NEW SCREEN. NO DATA COLLECTED. 10-SECOND SPEED BUMP.

For this survey, we will ask you to consider purchasing several **SPARKLING APPLE CIDER** products.

**SPARKLING APPLE CIDER** products come in 25.4 fl. oz. champagne-style glass bottles.

They come in bottles that come in shapes like this one:



---------------------------------------------------------------------------------------------------

NEW SCREEN. NO DATA COLLECTED. 10-SECOND SPEED BUMP

The survey will show you **SPARKLING APPLE CIDER** products with varying features and prices.

- You will have fourteen (14) chances to make a choice about the **SPARKLING APPLE CIDER** products you would purchase in real life. For each choice, you will select from three **SPARKLING APPLE CIDER** products.

- If you are using a mobile device to participate in this survey, please scroll to make sure you consider all three products before making your choices.

- Right after you make a choice, the survey will ask you a second question. You will be asked whether you would actually be willing to purchase the SPARKLING **APPLE CIDER** product at the price shown in the survey. Please base your answer on your knowledge of the market.

---------------------------------------------------------------------------------------------------------------------

[NEW SCREEN. NO DATA COLLECTED] [15 SECOND SPEED BUMP]

In making your choices, please make these assumptions:

- Any **SPARKLING APPLE CIDER** product features <u>not shown</u> in the survey are the same for all three **SPARKLING APPLE CIDER** products. Assume the products are the same except for the feature and price differences shown in the survey.
- Each **SPARKLING APPLE CIDER** is a single glass bottle having 25.4 fl. oz.
- Each **SPARKLING APPLE CIDER** is sold at the retailer where you usually buy **SPARKLING APPLE CIDER.**

---------------------------------------------------------------------------------------------------------------------

[NEW SCREEN. NO DATA COLLECTED] [15 SECOND SPEED BUMP]

[**NEW SCREEN FEATURE LIST**. SHOW THE FEATURE LIST BELOW AS SHOWN BELOW IN THE BELOW ORDER.

The survey will show **SPARKLING APPLE CIDER** products (25.4 fl. oz.) that vary in these ways.

- **Brand:** There are four brands to consider.
- **Descriptions on Front of the Bottle:** There are twelve (12) descriptors to consider.
- **Nutrition Facts & Ingredients:** There are four panels of nutrition facts & ingredients.
- **Price (Not Including Tax) for 25.4 fl. oz. (750ML):** There are five price points.

In addition to these features, please assume that all other features will be the same across the **SPARKLING APPLE CIDER** products in this survey.

---------------------------------------------------------------------------------------------------------------------

We will now introduce you to the features that will vary in the **SPARKLING APPLE CIDER** products.

---------------------------------------------------------------------------------------------------------------------------

[NEW SCREEN. NO DATA COLLECTED] [20 SECOND SPEED BUMP. KEEP IN ALL CAPS THE PAGE TITLE '**BRANDS OF SPARKLING APPLE CIDER'**]

**BRANDS OF SPARKLING APPLE CIDER**

Each 25.4 fl. oz. **SPARKLING APPLE CIDER** product will be marketed by <u>one</u> of these **BRANDS**. The brands shown in the survey are listed below.

[RANDOMIZE LIST]

- Martinelli's Sparkling Cider
- Welch's Sparkling Cider
- R.W. Knudsen Sparkling Crisp Apple Cider
- Kedem Sparkling Cider

-----------------------------------------------------------------------------------------------

[NEW SCREEN. NO DATA COLLECTED. RANDOMIZE ORDER OF LOGOS. 10 SECOND SPEED BUMP]

The brand logos are below for these 25.4 fl. oz. **SPARKLING APPLE CIDERS.**

Martinelli's
**Sparkling Cider**

Welch's
**Sparkling Cider**

KEDEM
**Sparkling Cider**

RW KNUDSEN
**Sparkling Crisp Apple Cider**

---------------------------------------------------------------------------------------------------------------------

[NEW SCREEN. NO DATA COLLECTED] [20 SECOND SPEED BUMP. KEEP IN ALL CAPS THE "DESCRIPTIONS ON FRONT OF THE BOTTLE"]

**DESCRIPTIONS ON FRONT OF THE BOTTLE**

Each 25.4 fl. oz. **SPARKLING APPLE CIDER** product will have up to five descriptions that are on the front of the bottle. The descriptions for each product will come from this list of descriptions used on **SPARKLING APPLE CIDER** products.

[RANDOMIZE LIST]

- Contains No Alcohol
- Non-Alcoholic
- No Sugar Added
- Not From Concentrate
- Non-GMO Project Verified
- Since 1868
- In Perfect Taste
- Family Farmer Owned
- OU Kosher Certified
- 100% Juice From U.S. Grown Fresh Apples
- Juice From U.S. Grown Fresh Apples
- 100% Juice From U.S. Grown Fresh Apples With Added Ingredient

[NEW SCREEN. NO DATA COLLECTED] [20 SECOND SPEED BUMP. KEEP IN ALL CAPS THE "NUTRITION FACTS & INGREDIENTS"]

**NUTRITION FACTS & INGREDIENTS**

The 25.4 fl. oz. **SPARKLING APPLE CIDER** products will vary in the **NUTRITION FACTS & INGREDIENTS** that are displayed on the products.

The **NUTRITION FACTS & INGREDIENTS** shown in the survey include:

**Nutrition Facts**

| About 3 servings per container | |
| --- | --- |
| **Serving size** | **8oz (240mL)** |
| Amount per serving **Calories** | **140** |
| | **% Daily Value*** |
| **Total Fat** 0g | **0%** |
| Saturated Fat 0g | **0%** |
| *Trans* Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 0mg | **0%** |
| **Total Carbohydrate** 35g | **13%** |
| Dietary Fiber 0g | **0%** |
| Total Sugars 31g | |
| Includes 0g Added Sugars | **0%** |
| **Protein** 1g | |
| Vit. D 0mcg 0% • Calcium 0mg 0% • Iron 0mg 0% | |
| Potas. 120mg 3% • Vit. C 90mg 100% | |

INGREDIENTS: PASTEURIZED 100% CARBONATED APPLE JUICE FROM U.S. GROWN FRESH APPLES, AND VITAMIN C.

**Nutrition Facts**

| About 3 servings per container | |
| --- | --- |
| **Serving size 8 FL OZ (240mL)** | |
| **Amount per serving Calories** | **110** |
| | **% Daily Value*** |
| **Total Fat** 0g | **0%** |
| **Sodium** 10mg | **0%** |
| **Total Carbohydrate** 27g | **10%** |
| Total Sugars 27g | |
| Includes 0g Added Sugars | **0%** |
| **Protein** 0g | |
| Calcium 30mg | **2%** |
| Iron 0.6mg | **4%** |
| Potassium 300mg | **6%** |

INGREDIENTS: APPLE JUICE FROM CONCENTRATE (SPARKLING FILTERED WATER, APPLE JUICE CONCENTRATE), CITRIC ACID (FOR TARTNESS).

**Nutrition Facts**

About 3 servings per container

| Serving size | 8 fl oz. (240mL) |
|---|---|
| Amount per serving | |
| **Calories** | **120** |
| | % Daily Value |
| **Total Fat** 0g | 0% |
| Saturated Fat 0g | 0% |
| *Trans* Fat 0g | |
| **Sodium** 15mg | 1% |
| **Total Carbohydrate** 28g | 10% |
| Total Sugars 28g | |
| Includes 0g Added Sugars | 0% |
| **Protein** less than 1g | |

Not a significant source of cholesterol, dietary fiber, vitamin D, calcium, iron, and potassium.

INGREDIENTS: 100% PURE CARBONATED APPLE JUICE, POTASSIUM SORBATE, AND POTASSIUM METABISULFITE (ADDED TO ENHANCE FRESHNESS).

**Nutrition Facts**

About 3 servings per container

| **Serving Size** | **8 FL OZ (240mL)** |
|---|---|
| Amount Per Serving | |
| **Calories** | **110** |
| | % Daily Value |
| **Total Fat** 0g | **0%** |
| **Sodium** 10mg | **0%** |
| **Total Carbohydrate** 28g | **10%** |
| Total Sugars 24g | |
| Includes 0g Added Sugars | **0%** |
| **Protein** 0g | |
| Potassium 250mg | 6% |
| Vitamin C 90mg | 100% |

INGREDIENTS: SPARKLING APPLE JUICE, ASCORBIC ACID (TO MAINTAIN COLOR), CARBON DIOXIDE.

[NEW SCREEN. NO DATA COLLECTED] [20 SECOND SPEED BUMP. KEEP IN ALL CAPS THE "PRICE (NOT INCLUDING …)"]

**PRICE (NOT INCLUDING TAX) FOR 25.4 FL. OZ. (750ML)**

The 25.4 fl. oz. **SPARKLING APPLE CIDER** products will vary in **PRICE.**

The **PRICES** shown in the survey include:

| | | | | |
|---|---|---|---|---|
| **$2.99** | **$3.99** | **$4.99** | **$5.99** | **$6.99** |

The prices do not include tax or any shipping costs.

--------------------------------------------------------------------------------------------------------------

[NEW SCREEN. [15 SECOND SPEED BUMP]

On the next screens, three 25.4 fl. oz. **SPARKLING APPLE CIDER** products will be presented. Each one has a separate set of features.

You will be asked to choose the 25.4 fl. oz. **SPARKLING APPLE CIDER** product you most prefer if there were no other options available AND all other features not mentioned in the exercise were the same across the options shown.

After you make a choice, you will be asked a second question about whether you would be willing to buy the 25.4 fl. oz. **SPARKLING APPLE CIDER** product that you selected for the indicated price, given your knowledge of the market.

--------------------------------------------------------------------------------------------------------------

[NEW SCREEN. [15 SECOND SPEED BUMP]

As a reminder, please make these assumptions in making your choices:

- Any **SPARKLING APPLE CIDER** product features <u>not shown</u> in the survey are the same for all three **SPARKLING APPLE CIDER** products. Assume the products are the same except for the feature and price differences shown in the survey.
- Each **SPARKLING APPLE CIDER** is a single glass bottle having 25.4 fl. oz.
- Each **SPARKLING APPLE CIDER** is sold at the retailer where you usually buy **SPARKLING APPLE CIDER.**

--------------------------------------------------------------------------------------------------------------

[NEW SCREEN]
Next, you will begin the choice exercises. Select the "NEXT" button to get started.

[NEW SCREEN]

- CONJOINT EXERCISE TAKES PLACE HERE.
- 14 CHOICE TASKS PER VERSION.
- 
  - 14 TASKS FROM THE CONJOINT DESIGN (FROM THE 200 DCM VERSIONS)
- SEQUENCE OF CHOICE TASKS

- CHOICE-BASED-CONJOINT DESIGN FOR THIS CONJOINT SURVEY WILL BE BASED ON AT LEAST 200 VERSIONS.
- USE D-EFFICIENCY DESIGN TO DETERMINE THE COMBINATIONS OF SPECIFIC LEVELS OF EACH ATTRIBUTE FOR ANY VERSION OF 14 CHOICE TASKS
- **"BRAND" ATTRIBUTE**: SELECT ONE BRAND LEVEL PER PRODUCT. USE BRAND LOGOS IN CHOICE TASKS. SEE BELOW FOR THE BRAND LOGOS TO USE:
- **"DESCRIPTIONS ON FRONT OF THE BOTTLE IS A "SUPER ATTRIBUTE" MADE UP OF THREE SEPARATE BLOCKS OF LABEL CLAIMS. THE RESPONDENT WILL EXPERIENCE THIS ATTRIBUTE AS ONLY ONE "DESCRIPTIONS" ATTRIBUTE WHEN IN FACT THE LEVELS ARE SOURCED FROM THE BLOCK 1 ATTRIBUTE, THE BLOCK 2 ATTRIBUTE, AND THE BLOCK 3 ATTRIBUTE.**
  - THE 'SUPER' "DESCRIPTIONS" ATTRIBUTE IS.SOURCED FROM THE LEVELS FOR BLOCK 1, BLOCK 2, AND BLOCK 3. THE RESPONDENT WILL SEE ONLY ONE UNDIFFERENTIATED "SUPER" LABEL CLAIMS ATTRIBUTE AS AN ATTRIBUTE NAME, BUT THE DESIGN IS TO HAVE RANDOM ORDERING OF THE THREE BLOCKS WITHIN THE 'SUPER" ATTRIBUTE AND THEN RANDOM SELECTION OF LEVELS WITHIN BLOCKS.
  - Block 1: Display 1 claim at random from this block of 3 levels.
  - **Block 2: Display 1 claim at random from this block of 3 levels.** WITH ONE OF THE LEVELS BEING 'BLANK / EMPTY SPACE'.
  - **Block 3: Display 2 or 3 claims at random from this block of levels**
  - EACH LEVEL OF THE SUPER LABELS CLAIM ATTRIBUTE WILL BE TREATED AS A SEPARATE ATTRIBUTE IN SAWTOOTH.

- THE LEVELS OF THE "**NUTRITION FACTS & INGREDIENTS" ATTRIBUUTE** ARE FIXED AND WILL NOT COUNT AS AN ATTRIBUTE IN SAWTOOTH. THE RULES FOR DISPLAYING THE IMAGES FOR INGREDIENTS ARE AS FOLLOWS:
  - THE DISPLAYED BRAND FOR A PRODUCT ALTERNATIVE DETERMINES WHICH INGREDIENTS TO SHOW. IF THE BRAND = WELCH'S FOR A PRODUCT, SHOW THE WELCH'S NUTRITION FACTS AND INGREDIENTS.

- USE THE HOVER FEATURE SO THAT RESPONDENTS CAN HOVER OR CLICK ON THE NUTRITION FACTS AND INGREDIENTS TO SEE THE INFORMATION FOR ANY GIVEN PRODUCT ALTERNATIVE.
- THE GLOSSARY OF NUTRITION FACTS AND INGREDIENTS IMAGES ARE SHOWN IN THE GLOSSARY BELOW.

- THE ORDER OF THE ATTRIBUTES IN THE CHOICE WILL BE AS FOLLOWS:
  - BRAND ON TOP / PRICE ON THE BOTTOM
  - RANDOMIZE THE ORDER OF THE OTHER VARIABLES.
  - WITHIN THE “SUPER” DESCRIPTIONS ATTRIBUTE, RANDOMIZE THE ORDER OF THE THREE BLOCKS.
- QUESTION WORDING:

**If these were your only options, which of these SPARKLING APPLE CIDER beverages would you choose?**
*Choose by clicking the button at the bottom for the product you prefer.*

Remember that the features shown are the only ones important to you since the beverages are alike in all other respects.

**IMAGES FOR THE BRAND ATTRIBUTE TO SHOW IN CHOICE TASKS - DO NOT SHOW TEXT IN THE CHOICE TASKS FOR THE BRAND ATTRIBUTE – SHOW THE IMAGES**

Martinelli's
**Sparkling Cider**

Welch's
**Sparkling Cider**

R W KNUDSEN
**Sparkling Crisp Apple Cider**

KEDEM
**Sparkling Cider**

**IMAGES FOR THE NUTRITION FACTS & INGREDIENTS TO SHOW IN THE CHOICE TASKS ARE BELOW**

## MARTINELLI'S

**Nutrition Facts**

About 3 servings per container

**Serving size** 8oz (240mL)

| Amount per serving | |
|---|---|
| **Calories** | **140** |
| | **% Daily Value*** |
| **Total Fat** 0g | **0%** |
| Saturated Fat 0g | **0%** |
| *Trans* Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 0mg | **0%** |
| **Total Carbohydrate** 35g | **13%** |
| Dietary Fiber 0g | **0%** |
| Total Sugars 31g | |
| Includes 0g Added Sugars | **0%** |
| **Protein** 1g | |

Vit. D 0mcg 0% • Calcium 0mg 0% • Iron 0mg 0%

Potas. 120mg 3% • Vit. C 90mg 100%

INGREDIENTS: PASTEURIZED 100% CARBONATED APPLE JUICE FROM U.S. GROWN FRESH APPLES, AND VITAMIN C.

**WELCH'S**

## Nutrition Facts

About 3 servings per container
**Serving size 8 FL OZ (240mL)**

**Amount per serving**
**Calories 110**

| | **% Daily Value*** |
|---|---|
| **Total Fat** 0g | **0%** |
| **Sodium** 10mg | **0%** |
| **Total Carbohydrate** 27g | **10%** |
| Total Sugars 27g | |
| Includes 0g Added Sugars | **0%** |
| **Protein** 0g | |
| Calcium 30mg | **2%** |
| Iron 0.6mg | **4%** |
| Potassium 300mg | **6%** |

INGREDIENTS: APPLE JUICE FROM CONCENTRATE (SPARKLING FILTERED WATER, APPLE JUICE CONCENTRATE), CITRIC ACID (FOR TARTNESS).

**KNUDSON**

**Nutrition Facts**

About 3 servings per container
**Serving Size** 8 FL OZ (240mL)

Amount Per Serving
**Calories 110**

| | % Daily Value |
|---|---|
| **Total Fat** 0g | **0%** |
| **Sodium** 10mg | **0%** |
| **Total Carbohydrate** 28g | **10%** |
| Total Sugars 24g | |
| Includes 0g Added Sugars | **0%** |
| **Protein** 0g | |
| Potassium 250mg | 6% |
| Vitamin C 90mg | 100% |

INGREDIENTS: SPARKLING APPLE JUICE, ASCORBIC ACID (TO MAINTAIN COLOR), CARBON DIOXIDE.

**KEDEM**

**Nutrition Facts**

About 3 servings per container

**Serving size** 8 fl oz. (240mL)

| Amount per serving | |
|---|---|
| **Calories** | **120** |
| | **% Daily Value** |
| **Total Fat** 0g | 0% |
| Saturated Fat 0g | 0% |
| *Trans* Fat 0g | |
| **Sodium** 15mg | 1% |
| **Total Carbohydrate** 28g | 10% |
| Total Sugars 28g | |
| Includes 0g Added Sugars | 0% |
| **Protein** less than 1g | |

Not a significant source of cholesterol, dietary fiber, vitamin D, calcium, iron, and potassum.

INGREDIENTS: 100% PURE CARBONATED APPLE JUICE, POTASSIUM SORBATE, AND POTASSIUM METABISULFITE (ADDED TO ENHANCE FRESHNESS).

- AFTER 7TH CHOICE IS MADE, INSERT A NEW SCREEN THAT SAYS SIMPLY: **You are doing great! You have just a few more choices to make.**]
- ATTRIBUTES AND LEVELS SHOWN ON NEXT SCREENS.
- DUAL RESPONSE NONE FORMAT USING THIS QUESTION WORDING:

Given your knowledge of the market, would you actually be willing to buy the product that you selected above for the indicated price?

- Yes
- No

- AFTER 14TH CHOICE, SHOW ON A NEW SCREEN: “Thank you for your participation in our survey. We have just a few more questions so that we can group your responses with those of other people like you.”

## ATTRIBUTES AND LEVELS

| ATTRIBUTES | LEVELS | NOTES |
|---|---|---|
| **Brand** | Martinelli's Sparkling Cider | Present 1 Brand per Concept. |
| | Welch's Sparkling Cider | Insert brand images shown in instructions |
| | R.W. Knudsen Sparkling Crisp Apple Cider | |
| | Kedem Sparkling Apple Cider | |
| | | |
| **"Descriptions on Front of the Bottle" is a mega attribute sourced from Block 1, Block 2, and Block 3 Attributes. Present to respondent only "Product Descriptions on Front of Bottle" as the attribute name. Randomize the order of display of the 3 Blocks.** | | |
| **Descriptions on Front of the Bottle** | 100% Juice From U.S. Grown Fresh Apples | Block 1: Display 1 claim at random from this block of 3 levels |
| | Juice From U.S. Grown Fresh Apples | |
| | 100% Juice From U.S. Grown Fresh Apples With Added Ingredient | |
| | | |
| | Contains No Alcohol | Block 2: Display 1 claim at random from this block of 3 levels |
| | Non-Alcoholic | |
| | BLANK | "BLANK" means blank space / no text for this level |
| | | |
| | No Sugar Added | Block 3: Display 2 or 3 claims at random from this block of levels |
| | Not From Concentrate | |
| | Non-GMO Project Verified | |
| | Since 1868 | |
| | In Perfect Taste | |
| | Family Farmer Owned | |
| | OU Kosher Certified | |
| | | |
| | | |
| **Nutrition Facts & Ingredients** | Hover over to view | When R "Hovers" over a product, Display the image of the Nutrition F with the Brand of that Product. |
| | Hover over to view | |
| | Hover over to view | |
| | Hover over to view | |
| | | |
| | | |

| | | |
|---|---|---|
| **Price (not including tax) for 25.4 fl. oz. (750 ML) bottle** | $2.99 | |
| | $3.99 | |
| | $4.99 | |
| | $5.99 | |
| | $6.99 | |

**FINAL QUESTIONNAIRE SECTION**

**[SHOW THIS FINAL QUEX MODULE TO ALL RESPONDENTS COMPLETING CONJOINT SURVEY]**

**------------------------------------------------------------------------------------------**
NEW SCREEN:

Thanks for your answers. You are almost done!
------------------------------------------------------------------------------------------
SINGLE SELECT.
RUCA.

Which of the descriptions below best describes the area where you live? Please select one.

- A large metropolitan area (over 1 million people)
- A large city (100,000 up to 1 million people)
- A small city or town (10,000 up to 100,000 people)
- A very small town or rural area (under 10,000 people)
- Not sure

------------------------------------------------------------------------------------------------------------------------
SINGLE SELECT.
GROCERY_SHOP_FREQ

**In a typical week over the past three (3) months**, how often would you say that you visited a grocery store to purchase groceries? Please include both online purchases and purchases at actual brick and mortar stores. Please make your best estimate.

- Less than once a week
- Once a week
- 2 to 3 times a week
- 4 or more times a week
- Don't know / not sure

**NO TERMINATIONS**

------------------------------------------------------------------------------------------------------------------------
**FINAL SIGN OFF SCREEN**

**Thanks for Your Help in Answering All Our Survey Questions.**

# ATTACHMENT H

# Conjoint Survey Screen Captures

START OF SCREENER

Thank you for participating in this survey about consumer products.
Please take your time in answering the survey questions. Please don't guess.

Let's start with an easy question. Where do you live?

Select one...

Please indicate your gender.

- ◯ Male
- ◯ Female
- ◯ Non-binary

What is your age?

- Less than 18
- 18-29
- 30-39
- 40-49
- 50-59
- 60-69
- 70-84
- 85 and over

I am human

hCaptcha

Privacy - Terms

Please click here to see the data nodes for this tool.

Are you of Hispanic, Latino, or of Spanish origin?

- ◯ Yes
- ◯ No

What do you consider to be your race?

- ◯ White
- ◯ Black or African American
- ◯ American Indian or Alaska Native
- ◯ Asian
- ◯ Native Hawaiian or Other Pacific Islander
- ◯ Multi-racial
- ◯ Some other race
- ◯ Prefer not to say

What is the highest level of education that you have completed?

- ◯ Less than High School
- ◯ High School or GED
- ◯ Completed Technical or Trade School
- ◯ Some College
- ◯ College degree (4 year)
- ◯ Post-graduate course work or degree

Thank you for telling us about yourself.

This question is for quality control to make sure you are understanding the survey.

Please select “Somewhat easy” (the fourth answer).

- ○ 1: Very difficult
- ○ 2: Somewhat difficult
- ○ 3: Neither difficult nor easy
- ○ 4: Somewhat easy
- ○ 5: Very easy

Have you taken any surveys or participated in other kinds of research in the last 30 days on any of these topics?
Please select all that apply.

- ☐ Websites you visit
- ☐ Hair care products
- ☐ Video Games
- ☐ Skin care products
- ☐ Advertisements on TV
- ☐ Snack food products
- ☐ Vacation cruises/vacation resorts
- ☐ Toothpaste/Oral care
- ☐ Sporting goods or outdoor gear
- ☐ Clothing
- ☐ Apple juice or apple cider
- ☐ None of these

Have you purchased, or not purchased, any of these types of food, beverage, and health products in the past 12 months?

Some of these are not common products, so please select YES only if you are absolutely sure you purchased the product. Select NO if you did not purchase the product.

| | Yes | No |
|---|---|---|
| Packaged Nuts (like peanuts, almonds, cashews) | ○ | ○ |
| Jerky | ○ | ○ |
| Packaged Yogurt-covered Fruits or Nuts | ○ | ○ |
| Weight Loss/Management Bars or Drinks | ○ | ○ |
| Meal Substitute Bars | ○ | ○ |
| Packaged Fruit Snacks (like raisins, apricots) | ○ | ○ |
| Chometines | ○ | ○ |
| Energy Bars/Energy Drinks | ○ | ○ |
| Smoothies | ○ | ○ |
| Granola Bars | ○ | ○ |
| Sparkling Apple Cider (in champagne-style glass bottles) | ○ | ○ |
| Protein Bars | ○ | ○ |
| Apple Juice (bottled) | ○ | ○ |

We have a few questions about your purchases of APPLE JUICE (bottled).

Please select any applicable reasons why you have purchased APPLE JUICE (bottled) in the last 12 months (not for resale).
Please select any that apply to you.

- ☐ For consumption by any children in your household
- ☐ For gifts
- ☐ For consumption at home
- ☐ For mixing with other beverages
- ☐ For your personal consumption
- ☐ For packed lunches
- ☐ For special occasions
- ☐ For cooking and baking
- ☐ For on-the-go consumption away from home
- ☐ None of these

Please indicate which brand or brands of APPLE JUICE (bottled) you have purchased in the last 12 months (not for resale).
Please select all that apply.

- ☐ R.W. Knudsen
- ☐ Simply Apple
- ☐ Sylvage
- ☐ Langer’s
- ☐ Mott’s
- ☐ Tree Top
- ☐ Martinelli’s
- ☐ Private Label/Store Brands
- ☐ Other brands
- ☐ None of these

Please indicate which brand or brands of APPLE JUICE (bottled) you would consider purchasing in the next 6 months (not for resale).

- ☐ Martinelli's
- ☐ Mott's
- ☐ Tree Top
- ☐ Simply Apple
- ☐ R.W. Knudsen
- ☐ Langer's
- ☐ Private Label/Store Brands
- ☐ Other brands
- ☐ None of these

We have a few questions about your purchases of SPARKLING APPLE CIDER (in 25.4 fl. oz. champagne-style glass bottles).

Please select any applicable reasons why you have purchased SPARKLING APPLE CIDER (bottled) in the last 12 months (not for resale).
Please select any that apply to you.

- [ ] For your personal consumption
- [ ] For mixing with other beverages
- [ ] For consumption by any children in your household
- [ ] For packed lunches
- [ ] For on-the-go consumption away from home
- [ ] For special occasions/celebrations
- [ ] For cooking and baking
- [ ] For gifts
- [ ] None of these

Please indicate which brand or brands of SPARKLING APPLE CIDER (in 25.4 fl. oz. champagne-style glass bottles) you have purchased in the last 12 months (not for resale).
Please select all that apply.

- ☐ Martinelli's Sparkling Apple Cider
- ☐ Kedem Sparkling Apple Cider
- ☐ Welch's Sparkling Apple Cider
- ☐ R.W. Knudsen Sparkling Crisp Apple Cider
- ☐ Private Label/Store Brands
- ☐ Other brands
- ☐ None of these

Please indicate which brand or brands of SPARKLING APPLE CIDER (in 25.4 fl. oz. champagne-style glass bottles) you would consider purchasing in the next 6 months (not for resale).

- ☐ Kedem Sparkling Apple Cider
- ☐ R.W. Knudsen Sparkling Crisp Apple Cider
- ☐ Welch's Sparkling Apple Cider
- ☐ Martinelli's Sparkling Apple Cider
- ☐ Private Label/Store Brands
- ☐ Other brands
- ☐ None of these

This survey asks consumers about APPLE BEVERAGE PRODUCTS.

Please confirm your understanding of this survey. What is this survey about?

Please select one.

- ○ Retirement planning
- ○ Protein drinks
- ○ Favorite vacation destinations
- ○ Apple beverage products
- ○ Don’t know

You have been selected to participate in our survey project.

To participate in this survey, you must agree to these instructions.

- Answer the questions with your honest answers and opinions. Do not guess.
- Answer the questions by yourself and without asking anybody else for help.
- Answer the questions without getting help from a website or other materials.
- Answer all the questions in one sitting and not stopping in the middle.

Do you agree to our instructions?

○ Yes, I agree to do this

○ No, I do not agree to do this

It is very important that you complete the rest of the survey in one sitting – without any interruption. We need about 8 to 10 minutes of your uninterrupted time.

If you cannot take our survey in one sitting, please quit the survey now and come back another time to complete the survey when you have more time.

For this survey, we will ask you to consider purchasing several SPARKLING APPLE CIDER products.

SPARKLING APPLE CIDER products come in 25.4 fl. oz. champagne-style glass bottles.

They come in bottles that come in shapes like this one:



The survey will show you SPARKLING APPLE CIDER products with varying features and prices.

- You will have fourteen (14) chances to make a choice about the SPARKLING APPLE CIDER products you would purchase in real life. For each choice, you will select from three SPARKLING APPLE CIDER products.
- If you are using a mobile device to participate in this survey, please scroll to make sure you consider all three products before making your choices.
- Right after you make a choice, the survey will ask you a second question. You will be asked whether you would actually be willing to purchase the SPARKLING APPLE CIDER product at the price shown in the survey. Please base your answer on your knowledge of the market.

In making your choices, please make these assumptions:

- Any SPARKLING APPLE CIDER product features not shown in the survey are the same for all three SPARKLING APPLE CIDER products. Assume the products are the same except for the feature and price differences shown in the survey.
- Each SPARKLING APPLE CIDER is a single glass bottle having 25.4 fl. oz.
- Each SPARKLING APPLE CIDER is sold at the retailer where you usually buy SPARKLING APPLE CIDER.

The survey will show SPARKLING APPLE CIDER products (25.4 fl. oz.) that vary in these ways.
categories:

- Brand: There are four brands to consider.
- Descriptions on Front of the Bottle: There are twelve (12) descriptors to consider.
- Nutrition Facts & Ingredients: There are four panels of nutrition facts & ingredients.
- Price (Not Including Tax) for 25.4 fl. oz. (750ML): There are five price points.

In addition to these features, please assume that all other features will be the same across the SPARKLING APPLE CIDER products in this survey.

We will now introduce you to the features that will vary in the SPARKLING APPLE CIDER products.

BRANDS OF SPARKLING APPLE CIDER

Each 25.4 fl. oz. SPARKLING APPLE CIDER product will be marketed by one of these BRANDS. The brands shown in the survey are listed below.

- Martinelli's Sparkling Cider
- Welch's Sparkling Cider
- R.W. Knudsen Sparkling Crisp Apple Cider
- Kedem Sparkling Apple Cider

The brand logos are below for these 25.4 fl. oz. SPARKLING APPLE CIDERS.

Martinelli's
Sparkling Cider

Welch's
Sparkling Cider

R.W. KNUDSEN
Sparkling Crisp Apple Cider

KEDEM®
Sparkling Cider

DESCRIPTIONS ON FRONT OF THE BOTTLE

Each 25.4 fl. oz. SPARKLING APPLE CIDER product will have up to five descriptions that are on the front of the bottle. The descriptions for each product will come from this list of descriptions used on SPARKLING APPLE CIDER products.

- No Sugar Added
- Not From Concentrate
- Juice From U.S. Grown Fresh Apples
- Non-GMO Project Verified
- OU Kosher Certified
- Family Farmer Owned
- 100% Juice From U.S. Grown Fresh Apples
- Since 1868
- In Perfect Taste
- 100% Juice From U.S. Grown Fresh Apples With Added Ingredient
- Non-Alcoholic
- Contains No Alcohol

NUTRITION FACTS & INGREDIENTS

The 25.4 fl. oz. SPARKLING APPLE CIDER products will vary in the NUTRITION FACTS & INGREDIENTS that are displayed on the products.

The NUTRITION FACTS & INGREDIENTS shown in the survey include:

**Nutrition Facts**

About 3 servings per container

| Serving size | 8oz (240mL) |
|---|---|
| Amount per serving Calories | 140 |
| | % Daily Value* |
| Total Fat 0g | 0% |
| Saturated Fat 0g | 0% |
| *Trans* Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 0mg | 0% |
| Total Carbohydrate 35g | 13% |
| Dietary Fiber 0g | 0% |
| Total Sugars 31g | |
| Includes 0g Added Sugars | 0% |
| Protein 1g | |

Vit. D 0mcg 0% • Calcium 0mg 0% • Iron 0mg 0%
Potas. 120mg 3% • Vit. C 90mg 100%

INGREDIENTS: PASTEURIZED 100% CARBONATED APPLE JUICE FROM U.S. GROWN FRESH APPLES, AND VITAMIN C.

**Nutrition Facts**

About 3 servings per container

| Serving size | 8 FL OZ (240mL) |
|---|---|
| Amount per serving Calories | 110 |
| | % Daily Value* |
| Total Fat 0g | 0% |
| Sodium 10mg | 0% |
| Total Carbohydrate 27g | 10% |
| Total Sugars 27g | |
| Includes 0g Added Sugars | 0% |
| Protein 0g | |
| Calcium 30mg | 2% |
| Iron 0.6mg | 4% |
| Potassium 300mg | 6% |

INGREDIENTS: APPLE JUICE FROM CONCENTRATE (SPARKLING FILTERED WATER, APPLE JUICE CONCENTRATE), CITRIC ACID (FOR TARTNESS).

**Nutrition Facts**

About 3 servings per container

| Serving Size | 8 FL OZ (240mL) |
|---|---|
| Amount Per Serving Calories | 110 |
| | % Daily Value |
| Total Fat 0g | 0% |
| Sodium 10mg | 0% |
| Total Carbohydrate 28g | 10% |
| Total Sugars 24g | |
| Includes 0g Added Sugars | 0% |
| Protein 0g | |
| Potassium 250mg | 6% |
| Vitamin C 90mg | 100% |

INGREDIENTS: SPARKLING APPLE JUICE, ASCORBIC ACID (TO MAINTAIN COLOR), CARBON DIOXIDE.

**Nutrition Facts**

About 3 servings per container

| Serving size | 8 fl oz. (240mL) |
|---|---|
| Amount per serving Calories | 120 |
| | % Daily Value |
| Total Fat 0g | 0% |
| Saturated Fat 0g | 0% |
| *Trans* Fat 0g | |
| Sodium 15mg | 1% |
| Total Carbohydrate 28g | 10% |
| Total Sugars 28g | |
| Includes 0g Added Sugars | 0% |
| Protein less than 1g | |

Not a significant source of cholesterol, dietary fiber, vitamin D, calcium, iron, and potassium.

INGREDIENTS: 100% PURE CARBONATED APPLE JUICE, POTASSIUM SORBATE, AND POTASSIUM METABISULFITE (ADDED TO ENHANCE FRESHNESS).

PRICE (NOT INCLUDING TAX) FOR 25.4 FL. OZ. (750ML)

The 25.4 fl. oz. SPARKLING APPLE CIDER products will vary in PRICE.
The PRICES shown in the survey include:

| | | | | |
|---|---|---|---|---|
| $2.99 | $3.99 | $4.99 | $5.99 | $6.99 |

The prices do not include tax or any shipping costs.

On the next screens, three 25.4 fl. oz. SPARKLING APPLE CIDER products will be presented. Each one has a separate set of features.

You will be asked to choose the 25.4 fl. oz. SPARKLING APPLE CIDER product you most prefer if there were no other options available AND all other features not mentioned in the exercise were the same across the options shown.

After you make a choice, you will be asked a second question about whether you would be willing to buy the 25.4 fl. oz. SPARKLING APPLE CIDER product that you selected for the indicated price, given your knowledge of the market.

As a reminder, please make these assumptions in making your choices:

- Any SPARKLING APPLE CIDER product features not shown in the survey are the same for all three SPARKLING APPLE CIDER products. Assume the products are the same except for the feature and price differences shown in the survey.
- Each SPARKLING APPLE CIDER is a single glass bottle having 25.4 fl. oz.
- Each SPARKLING APPLE CIDER is sold at the retailer where you usually buy SPARKLING APPLE CIDER.

Next, you will begin the choice exercises. Select the "NEXT" button to get started.

If these were your only options, which of these SPARKLING APPLE CIDER beverages would you choose?

*Choose by clicking the button at the bottom for the product you prefer.*

Remember that the features shown are the only ones important to you since the beverages are alike in all other respects.

1 / 14

| Product feature | Product A | Product B | Product C |
|---|---|---|---|
| Brand | RW KNUDSEN Sparkling Crisp Apple Cider | RW KNUDSEN Sparkling Criap Apple Cider | KEDEM Sparkling Cider |
| Descriptions on Front of the Bottle | • Non-Alcoholic<br>• 100% Juice From U.S. Grown Fresh Apples<br>• In Perfect Taste<br>• Non-GMO Project Verified<br>• No Sugar Added | • OU Kosher Certified<br>• Juice From U.S. Grown Fresh Apples<br>• Non-Alcoholic<br>• In Perfect Taste | • OU Kosher Certified<br>• Family Farmer Owned<br>• Non-Alcoholic<br>• Since 1868<br>• Juice From U.S. Grown Fresh Apples |
| Nutrition Facts & Ingredients | Hover over to view | Hover over to view | Hover over to view |
| Price (not including tax) for 25.4 fl. oz. (750 ML) bottle | $4.99 | 99 | $2.99 |
| Select one for purchase | | ○ | ○ |

**Nutrition Facts**

About 3 servings per container

Serving Size 8 FL OZ (240mL)

| Amount Per Serving | |
|---|---|
| **Calories** | **110** |
| | % Daily Value |
| **Total Fat** 0g | 0% |
| **Sodium** 10mg | 0% |
| **Total Carbohydrate** 28g | 10% |
| Total Sugars 24g | |
| includes 0g Added Sugars | 0% |
| **Protein** 0g | |
| Potassium 250mg | 6% |
| Vitamin C 90mg | 100% |

INGREDIENTS: SPARKLING APPLE JUICE, ASCORBIC ACID (TO MAINTAIN COLOR), CARBON DIOXIDE!

Given your knowledge of the market, would y[...] product that you selected above for the indicated price?

○ Yes

○ No

price?

If these were your only options, which of these SPARKLING APPLE CIDER beverages would you choose?

*Choose by clicking the button at the bottom for the product you prefer.*

Remember that the features shown are the only ones important to you since the beverages are alike in all other respects.

2 / 14

| Product feature | Product A | Product B | Product C |
|---|---|---|---|
| Brand | KNUDSEN Sparkling Crisp Apple Cider | KNUDSEN Sparkling Crisp Apple Cider | KEDEM Sparkling Cider |
| Descriptions on Front of the Bottle | • Juice From U.S. Grown Fresh Apples<br>• Family Farmer Owned<br>• Not From Concentrate | • Not From Concentrate<br>• Contains No Alcohol<br>• Juice From U.S. Grown Fresh Apples<br>• OU Kosher Certified<br>• Family Farmer Owned | • Juice From U.S. Grown Fresh Apples<br>• Non-Alcoholic<br>• Non-GMO Project Verified<br>• No Sugar Added |
| Nutrition Facts & Ingredients | Hover over to view | Hover over to view | Hover over to view |
| Price (not including tax) for 25.4 fl. oz. (750 ML) bottle | $4.99 | $4.99 | $4.99 |
| Select one for purchase | ○ | ○ | ○ |

Given your knowledge of the market, would you actually be willing to buy the product that you selected above for the indicated price?

○ Yes

○ No

If these were your only options, which of these SPARKLING APPLE CIDER beverages would you choose?

*Choose by clicking the button at the bottom for the product you prefer.*

Remember that the features shown are the o ... everages are alike in all other respects.

3 / 14

**Nutrition Facts**
About 3 servings per container
Serving size 8 fl oz. (240mL)

Amount per serving
**Calories 120**

% Daily Value

| | |
|---|---|
| **Total Fat** 0g | 0% |
| Saturated Fat 0g | 0% |
| *Trans* Fat 0g | |
| **Sodium** 15mg | 1% |
| **Total Carbohydrate** 28g | 10% |
| Total Sugars 28g | |
| Includes 0g Added Sugars | 0% |
| **Protein** less than 1g | |

Not a significant source of cholesterol, dietary fiber, vitamin D, calcium, iron, and potassium.

INGREDIENTS: 100% PURE CARBONATED APPLE JUICE, POTASSIUM SORBATE, AND POTASSIUM METABISULFITE (ADDED TO ENHANCE FRESHNESS).

| Product feature | | Product B | Product C |
|---|---|---|---|
| Brand | K | EDEM Sparkling Cider | KNUDSEN Sparkling Crisp Apple Cider |
| Descriptions on Front of the Bottle | • 100% Fresh A Ingredi<br>• No Su<br>• Non-A<br>• In Per<br>• Not Fr | is No Alcohol<br>uice From U.S. Grown<br>ples<br>ct Taste<br>ar Added | • 100% Juice From U.S. Grown Fresh Apples With Added Ingredient<br>• Since 1868<br>• Family Farmer Owned<br>• Non-Alcoholic<br>• Non-GMO Project Verified |
| Nutrition Facts & Ingredients | Hover over to view | Hover over to view | Hover over to view |
| Price (not including tax) for 25.4 fl. oz. (750 ML) bottle | $3.99 | $4.99 | $2.99 |
| Select one for purchase | ○ | ○ | ○ |

Given your knowledge of the market, would you actually be willing to buy the product that you selected above for the indicated price?

○ Yes

○ No

If these were your only options, which of these SPARKLING APPLE CIDER beverages would you choose?

*Choose by clicking the button at the bottom for the product you prefer.*

Remember that the features shown are the only ones important to you since the beverages are alike in all other respects.

4 / 14

| Product feature | Product A | Product B | Product C |
|---|---|---|---|
| Brand | KEDEM Sparkling Cider | RW KNUDSEN Sparkling Crisp Apple Cider | RW KNUDSEN Sparkling Crisp Apple Cider |
| Descrptions on Front of the Bottle | • In Perfect Taste<br>• Not From Concentrate<br>• Juice From U.S. Grown Fresh Apples<br>• No Sugar Added | • In Perfect Taste<br>• 100% Juice From U.S. Grown Fresh Apples With Added Ingredient<br>• Non-Alcoholic<br>• OU Kosher Certified<br>• Since 1868 | • Since 1868<br>• Family Farmer Owned<br>• Juice From U.S. Grown Fresh Apples<br>• Non-GMO Project Verified |
| Nutrition Facts & Ingredients | Hover over to view | Hover over to view | Hover over to view |
| Price (not including tax) for 25.4 fl. oz. (750 ML) bottle | $3.99 | $6.99 | $6.99 |
| Select one for purchase | ○ | ○ | ○ |

Given your knowledge of the market, would you actually be willing to buy the product that you selected above for the indicated price?

- ○ Yes
- ○ No

If these were your only options, which of these SPARKLING APPLE CIDER beverages would you choose?

*Choose by clicking the button at the bottom for the product you prefer.*

Remember that the features shown are the only ones important to you since the beverages are alike in all other respects.

5 / 14

| Product feature | Product A | Product B | Product C |
|---|---|---|---|
| Brand | KEDEM Sparkling Cider | Martinelli's Sparkling Cider | Welch's Sparkling Cider |
| Descriptions on Front of the Bottle | • Since 1868<br>• Non-GMO Project Verified<br>• No Sugar Added<br>• Non-Alcoholic<br>• Juice From U.S. Grown Fresh Apples | • No Sugar Added<br>• Non-Alcoholic<br>• In Perfect Taste<br>• Family Farmer Owned<br>• 100% Juice From U.S. Grown Fresh Apples With Added Ingredient | • Not From Concentrate<br>• 100% Juice From U.S. Grown Fresh Apples With Added Ingredient<br>• In Perfect Taste<br>• Non-Alcoholic<br>• OU Kosher Certified |
| Nutrition Facts & Ingredients | Hover over to view | Hover over to view | Hover over to view |
| Price (not including tax) for 25.4 fl. oz. (750 ML) bottle | $3.99 | $6.99 | $3.99 |
| Select one for purchase | ○ | | ○ |

**Nutrition Facts**
About 3 servings per container
Serving size 8oz (240mL)
Amount per serving
**Calories 140**
% Daily Value*

| | |
|---|---|
| Total Fat 0g | 0% |
| Saturated Fat 0g | 0% |
| *Trans* Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 0mg | 0% |
| Total Carbohydrate 35g | 13% |
| Dietary Fiber 0g | 0% |
| Total Sugars 31g | |
| Includes 0g Added Sugars | 0% |
| Protein 1g | |

Vit. D 0mcg 0% • Calcium 0mg 0% • Iron 0mg 0%
Potas. 120mg 3% • Vit. C 90mg 100%

INGREDIENTS: PASTEURIZED 100% CARBONATED APPLE JUICE FROM U.S. GROWN FRESH APPLES, AND VITAMIN C.

Given your knowledge of the market, would you actually be willing to buy the pro[…] ove for the indicated price?

○ Yes

○ No

Continue

62%

If these were your only options, which of these SPARKLING APPLE CIDER beverages would you choose?

*Choose by clicking the button at the bottom for the product you prefer.*

Remember that the features shown are the only ones important to you since the beverages are alike in all other respects.

6 / 14

| Product feature | Product A | Product B | Product C |
|---|---|---|---|
| Brand | Welch's Sparkling Cider | R W Knudsen Sparkling Crisp Apple Cider | Martinelli's Sparkling Cider |
| Descriptions on Front of the Bottle | • In Perfect Taste<br>• Contains No Alcohol<br>• 100% Juice From U.S. Grown Fresh Apples With Added Ingredient<br>• OU Kosher Certified<br>• Not From Concentrate | • No Sugar Added<br>• Juice From U.S. Grown Fresh Apples<br>• Non-Alcoholic<br>• Family Farmer Owned | • Contains No Alcohol<br>• Family Farmer Owned<br>• Not From Concentrate<br>• 100% Juice From U.S. Grown Fresh Apples With Added Ingredient<br>• OU Kosher Certified |
| Nutrition Facts & Ingredients | Hover over to view | Hover over to view | Hover over to view |
| Price (not including tax) for 25.4 fl. oz. (750 ML) bottle | $2.99 | | $2.99 |
| Select one for purchase | | ○ | ○ |

**Nutrition Facts**

About 3 servings per container
Serving size 8 FL OZ (240mL)

Amount per serving
**Calories 110**

| | % Daily Value* |
|---|---|
| **Total Fat** 0g | 0% |
| **Sodium** 10mg | 0% |
| **Total Carbohydrate** 27g | 10% |
| Total Sugars 27g | |
| Includes 0g Added Sugars | 0% |
| **Protein** 0g | |
| Calcium 30mg | 2% |
| Iron 0.6mg | 4% |
| Potassium 300mg | 6% |

INGREDIENTS: APPLE JUICE FROM CONCENTRATE (SPARKLING FILTERED WATER, APPLE JUICE CONCENTRATE), CITRIC ACID (FOR TARTNESS).

Given your knowledge of the market, would you [...]oduct that you selected above for the indicated price?

○ Yes

○ No

Continue

65%

If these were your only options, which of these SPARKLING APPLE CIDER beverages would you choose?

*Choose by clicking the button at the bottom for the product you prefer.*

Remember that the features shown are the only ones important to you since the beverages are alike in all other respects.

7 / 14

| Product feature | Product A | Product B | Product C |
|---|---|---|---|
| Brand | Martinelli's Sparkling Cider | KEDEM Sparkling Cider | Martinelli's Sparkling Cider |
| Descriptions on Front of the Bottle | • Not From Concentrate<br>• Juice From U.S. Grown Fresh Apples<br>• Non-Alcoholic<br>• In Perfect Taste<br>• Since 1868 | • 100% Juice From U.S. Grown Fresh Apples With Added Ingredient<br>• Family Farmer Owned<br>• Non-Alcoholic<br>• No Sugar Added<br>• Non-GMO Project Verified | • Non-Alcoholic<br>• Juice From U.S. Grown Fresh Apples<br>• Non-GMO Project Verified<br>• Family Farmer Owned |
| Nutrition Facts & Ingredients | Hover over to view | Hover over to view | Hover over to view |
| Price (not including tax) for 25.4 fl. oz. (750 ML) bottle | $2.99 | $3.99 | $5.99 |
| Select one for purchase | ○ | ○ | ○ |

Given your knowledge of the market, would you actually be willing to buy the product that you selected above for the indicated price?

○ Yes

○ No

You are doing great! You have just a few more choices to make.

If these were your only options, which of these SPARKLING APPLE CIDER beverages would you choose?

*Choose by clicking the button at the bottom for the product you prefer.*

Remember that the features shown are the only ones important to you since the beverages are alike in all other respects.

8 /

| Product feature | Product A | Product B | Product C |
|---|---|---|---|
| Brand | Welch's Sparkling Cider | RW KNUDSEN Sparkling Crisp Apple Cider | RW KNUDSEN Sparkling Crisp Apple Cider |
| Descriptions on Front of the Bottle | • Non-GMO Project Verified<br>• Family Farmer Owned<br>• Juice From U.S. Grown Fresh Apples | • Juice From U.S. Grown Fresh Apples<br>• OU Kosher Certified<br>• Not From Concentrate<br>• Non-GMO Project Verified | • Non-GMO Project Verified<br>• Not From Concentrate<br>• OU Kosher Certified<br>• 100% Juice From U.S. Grown Fresh Apples With Added Ingredient |
| Nutrition Facts & Ingredients | Hover over to view | Hover over to view | Hover over to view |
| Price (not including tax) for 25.4 fl. oz. (750 ML) bottle | $6.99 | $5.99 | $3.99 |
| Select one for purchase | ○ | ○ | ○ |

Given your knowledge of the market, would you actually be willing to buy the product that you selected above for the indicated price?

○ Yes

○ No

If these were your only options, which of these SPARKLING APPLE CIDER beverages would you choose?

*Choose by clicking the button at the bottom for the product you prefer.*

Remember that the features shown are the only ones important to you since the beverages are alike in all other respects.

9 / 14

| Product feature | Product A | Product B | Product C |
|---|---|---|---|
| Brand | Welch's Sparkling Cider | R W KNUDSEN Sparkling Crisp Apple Cider | R W KNUDSEN Sparkling Crisp Apple Cider |
| Descriptions on Front of the Bottle | • 100% Juice From U.S. Grown Fresh Apples With Added Ingredient<br>• Since 1868<br>• Not From Concentrate | • Contains No Alcohol<br>• 100% Juice From U.S. Grown Fresh Apples With Added Ingredient<br>• Since 1868<br>• Family Farmer Owned | • 100% Juice From U.S. Grown Fresh Apples<br>• No Sugar Added<br>• Family Farmer Owned |
| Nutrition Facts & Ingredients | Hover over to view | Hover over to view | Hover over to view |
| Price (not including tax) for 25.4 fl. oz. (750 ML) bottle | $2.99 | $6.99 | $3.99 |
| Select one for purchase | ○ | | ○ |

**Nutrition Facts**

About 3 servings per container

**Serving Size 8 FL OZ (240mL)**

| Amount Per Serving | |
|---|---|
| **Calories** | **110** |
| | **% Daily Value** |
| **Total Fat** 0g | **0%** |
| **Sodium** 10mg | **0%** |
| **Total Carbohydrate** 28g | **10%** |
| Total Sugars 24g | |
| Includes 0g Added Sugars | **0%** |
| **Protein** 0g | |
| Potassium 250mg | 6% |
| Vitamin C 90mg | 100% |

INGREDIENTS: SPARKLING APPLE JUICE, ASCORBIC ACID (TO MAINTAIN COLOR), CARBON DIOXIDE|

Given your knowledge of the market, would you actually be willing to buy the pr or the indicated price?

○ Yes

○ No

If these were your only options, which of these SPARKLING APPLE CIDER beverages would you choose?

*Choose by clicking the button at the bottom for the product you prefer.*

Remember that the features shown are the only ones important to you since the beverages are alike in all other respects.

10 / 14

| Product feature | Product A | Product B | Product C |
|---|---|---|---|
| Brand | KEDEM Sparkling Cider | KEDEM Sparkling Cider | Martinelli's Sparkling Cider |
| Descriptions on Front of the Bottle | • Family Farmer Owned<br>• Contains No Alcohol<br>• No Sugar Added<br>• 100% Juice From U.S. Grown Fresh Apples With Added Ingredient<br>• In Perfect Taste | • 100% Juice From U.S. Grown Fresh Apples<br>• Contains No Alcohol<br>• Family Farmer Owned<br>• Not From Concentrate<br>• In Perfect Taste | • Juice From U.S. Grown Fresh Apples<br>• Family Farmer Owned<br>• Non-GMO Project Verified |
| Nutrition Facts & Ingredients | Hover over to view | Hover over to view | Hover over to view |
| Price (not including tax) for 25.4 fl. oz. (750 ML) bottle | $5.99 | $2.99 | $4.99 |
| Select one for purchase | ○ | ○ | |

**Nutrition Facts**
About 3 servings per container
Serving size 8oz (240mL)
Amount per serving
**Calories 140**
% Daily Value*
Total Fat 0g 0%
Saturated Fat 0g 0%
*Trans* Fat 0g
Cholesterol 0mg 0%
Sodium 0mg 0%
Total Carbohydrate 35g 13%
Dietary Fiber 0g 0%
Total Sugars 31g
Includes 0g Added Sugars 0%
Protein 1g
Vit. D 0mcg 0% • Calcium 0mg 0% • Iron 0mg 0%
Potas. 120mg 3% • Vit. C 90mg 100%

INGREDIENTS: PASTEURIZED 100% CARBONATED APPLE JUICE FROM U.S. GROWN FRESH APPLES, AND VITAMIN C.

Given your knowledge of the market, would you actually be willing to buy the product that you selected above for t

○ Yes

○ No

Continue

..%

If these were your only options, which of these SPARKLING APPLE CIDER beverages would you choose?

*Choose by clicking the button at the bottom for the product you prefer.*

Remember that the features shown are the only ones important to you since the beverages are alike in all other respects.

11 /

| Product feature | Product A | Product B | Product C |
|---|---|---|---|
| Brand | RW KNUDSEN Sparkling Crisp Apple Cider | Martinelli's Sparkling Cider | Welch's Sparkling Cider |
| Descriptions on Front of the Bottle | • Not From Concentrate<br>• Non-GMO Project Verified<br>• Non-Alcoholic<br>• No Sugar Added<br>• 100% Juice From U.S. Grown Fresh Apples With Added Ingredient | • Juice From U.S. Grown Fresh Apples<br>• Non-Alcoholic<br>• Not From Concentrate<br>• Family Farmer Owned | • Non-GMO Project Verified<br>• Non-Alcoholic<br>• 100% Juice From U.S. Grown Fresh Apples With Added Ingredient<br>• In Perfect Taste<br>• No Sugar Added |
| Nutrition Facts & Ingredients | Hover over to view | Hover over to view | Hover over to view |
| Price (not including tax) for 25.4 fl. oz. (750 ML) bottle | $6.99 | $6.99 | $6.99 |
| Select one for purchase | ○ | ○ | ○ |

Given your knowledge of the market, would you actually be willing to buy the product that you selected above for the indicated price?

○ Yes

○ No

If these were your only options, which of these SPARKLING APPLE CIDER beverages would you choose?

*Choose by clicking the button at the bottom for the product you prefer.*

Remember that the features shown are the only ones important to you since the beverages are alike in all other respects.

12 / 14

| Product feature | Product A | Product B | Product C |
|---|---|---|---|
| Brand | RW KNUDSEN<br>Sparkling Crisp Apple Cider | Welch's<br>Sparkling Cider | RW KNUDSEN<br>Sparkling Crisp Apple Cider |
| Descriptions on Front of the Bottle | • Non-GMO Project Verified<br>• OU Kosher Certified<br>• 100% Juice From U.S. Grown Fresh Apples | • Family Farmer Owned<br>• Not From Concentrate<br>• Since 1868<br>• 100% Juice From U.S. Grown Fresh Apples With Added Ingredient | • No Sugar Added<br>• Juice From U.S. Grown Fresh Apples<br>• OU Kosher Certified<br>• Contains No Alcohol<br>• Non-GMO Project Verified |
| Nutrition Facts & Ingredients | Hover over to view | Hover over to view | Hover over to view |
| Price (not including tax) for 25.4 fl. oz. (750 ML) bottle | $3.99 | $4.99 | $3.99 |
| Select one for purchase | ○ | ○ | ○ |

Given your knowledge of the market, would you actually be willing to buy the product that you selected above for the indicated price?

○ Yes

○ No

If these were your only options, which of these SPARKLING APPLE CIDER beverages would you choose?

*Choose by clicking the button at the bottom for the product you prefer.*

Remember that the features shown are the only ones important to you since the beverages are alike in all other respects.

13 / 14

| Product feature | Product A | Product B | Product C |
|---|---|---|---|
| Brand | KEDEM Sparkling Cider | Welch's Sparkling Cider | Martinelli's Sparkling Cider |
| Descriptions on Front of the Bottle | • Since 1868<br>• Non-Alcoholic<br>• OU Kosher Certified<br>• Non-GMO Project Verified<br>• Juice From U.S. Grown Fresh Apples | • Not From Concentrate<br>• Family Farmer Owned<br>• 100% Juice From U.S. Grown Fresh Apples<br>• OU Kosher Certified | • 100% Juice From U.S. Grown Fresh Apples<br>• Since 1868<br>• Family Farmer Owned<br>• Non-Alcoholic<br>• Non-GMO Project Verified |
| Nutrition Facts & Ingredients | Hover over to view | Hover over to view | Hover over to view |
| Price (not including tax) for 25.4 fl. oz. (750 ML) bottle | $2.99 | $3.99 | $4.99 |
| Select one for purchase | ○ | ○ | ○ |

Given your knowledge of the market, would you actually be willing to buy the product that you selected above for the indicated price?

○ Yes

○ No

If these were your only options, which of these SPARKLING APPLE CIDER beverages would you choose?

*Choose by clicking the button at the bottom for the product you prefer.*

Remember that the features shown are the only ones important to you since the beverages are alike in all other respects.

14 / 14

| Product feature | Product A | Product B | Product C |
|---|---|---|---|
| Brand | Martinelli's Sparkling Cider | Martinelli's Sparkling Cider | Martinelli's Sparkling Cider |
| Descriptions on Front of the Bottle | • Contains No Alcohol<br>• Juice From U.S. Grown Fresh Apples<br>• OU Kosher Certified<br>• Not From Concentrate | • Non-GMO Project Verified<br>• 100% Juice From U.S. Grown Fresh Apples<br>• Contains No Alcohol<br>• Family Farmer Owned | • No Sugar Added<br>• Contains No Alcohol<br>• Juice From U.S. Grown Fresh Apples<br>• Since 1868 |
| Nutrition Facts & Ingredients | Hover over to view | Hover over to view | Hover over to view |
| Price (not including tax) for 25.4 fl. oz. (750 ML) bottle | $6.99 | $5.99 | $6.99 |
| Select one for purchase | ○ | ○ | ○ |

Thank you for your participation in our survey. We have just a few more questions so that we can group your responses with those of other people like you.

Thanks for your answers. You are almost done!

Which of the descriptions below best describes the area where you live?
Please select one.

- ◯ A large metropolitan area (over 1 million people)
- ◯ A large city (100,000 up to 1 million people)
- ◯ A small city or town (10,000 up to 100,000 people)
- ◯ A very small town or rural area (under 10,000 people)
- ◯ Not sure

In a typical week over the past three (3) months, how often would you say that you visited a grocery store to purchase groceries?
Please include both online purchases and purchases at actual brick and mortar stores. Please make your best estimate.

- ◯ Less than once a week
- ◯ Once a week
- ◯ 2 to 3 times a week
- ◯ 4 or more times a week
- ◯ Don’t know / not sure

Thanks for Your Help in Answering All Our Survey Questions.