# EXHIBIT G

# EXHIBIT FILED UNDER SEAL

Exhibit 44


Brand Roadmap
RESILIENCE
RELEVANCE

[redacted]

[redacted]



RESILIENCE RELEVANCE




RESILIENCE RELEVANCE

# Consumer Insights to Build the Brand Positioning

## What we knew going in...

[redacted]

# Basic Demographic Info

[redacted]

# Consumer Research

[redacted]

# Consumer Target

[redacted]



[redacted]








[redacted]



[redacted]

RESILIENCE RELEVANCE

# What makes Martinelli's unique in the hearts and minds of our consumers?

# Brand Association & Persona

[redacted]




RESILIENCE RELEVANCE

# Brand Association & Persona

[redacted]






[redacted]

[redacted]

[redacted]

RESILIENCE RELEVANCE

# Brand Association & Persona

[redacted]






[redacted]

[redacted]

# Insight: Consumers' Personification of the Martinelli's Brand

SINCE 1868
Martinelli's

[redacted]






RESILIENCE RELEVANCE

# Brand Emotion Association

[redacted]




RESILIENCE RELEVANCE

# Brand Emotional Association

[redacted]




RESILIENCE RELEVANCE

# Brand Emotional Association

[redacted]




RESILIENCE RELEVANCE

[redacted]

[redacted]




[redacted]



RESILIENCE RELEVANCE

# Brand Positioning:

## What are the unique benefits (value proposition) that Martinelli's delivers to the consumer?

# Positioning Territories: Consumer Response



[redacted]



[redacted]



[redacted]



[redacted]



[redacted]



[redacted]



[redacted]



[redacted]

0

RESILIENCE RELEVANCE

Confidential

# Which product attributes (Reasons to Believe) do consumers find most meaningful?

[redacted]




RESILIENCE RELEVANCE

[redacted]




RESILIENCE RELEVANCE



# Key Brand Positioning Takeaways

RESILIENCE RELEVANCE

[redacted]



RESILIENCE RELEVANCE

[redacted]



RESILIENCE RELEVANCE



[redacted]

RESILIENCE RELEVANCE

[redacted]

RESILIENCE RELEVANCE




[redacted]



[redacted]