ISABELLE L. ORD (Bar No. 198224)
isabelle.ord@us.dlapiper.com
TIA Q. NGUYEN (Bar No. 338778)
tia.nguyen@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: (415) 836-2500
Fax: (415) 836-2501

KEARA M. GORDON (*Admitted pro hac vice*)
keara.gordon@us.dlapiper.com
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Tel: (212) 335-4500
Fax: (917) 778-8037

*Attorneys for Defendant*
*S. Martinelli & Company*

Yeremey O. Krivoshey (State Bar No. 295032)
yeremey@skclassactions.com
Brittany S. Scott (State Bar No. 327132)
brittany@skclassactions.com
**SMITH KRIVOSHEY, PC**
28 Geary Street Suite 650 #1507
San Francisco, CA 94108
Tel: (415) 839-7000

Joel D. Smith (State Bar No. 244902)
joel@skclassactions.com
**SMITH KRIVOSHEY, PC**
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Tel: (617) 377-7404

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JOLY RAMIREZ and SORANGIE SANCHEZ, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

S. MARTINELLI & COMPANY,

Defendant.

Case No. 5:25-cv-07569-NC

**JOINT STIPULATION AND ORDER EXTENDING PAGE LIMITS FOR CLASS CERTIFICATION OPPOSITION AND REPLY; SUPPORTING DECLARATION OF ISABELLE L. ORD**

Judge: Hon. Nathanael M. Cousins
Courtroom: 5, 4th Floor
Initial Complaint Filed: September 5, 2025
Trial Date: None Set

Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiffs Joly Ramirez and Sorangie Sanchez (the "plaintiffs") and Defendant S. Martinelli & Company ("Martinelli's") (collectively, the "Parties"), hereby stipulate as follows:

**WHEREAS,** the plaintiffs filed their Motion for Class Certification on September 8, 2026 (ECF No. 60);

**WHEREAS,** on May 22, 2026, the Court entered a Case Management Order setting November 17, 2026 as the deadline for Martinelli's opposition to class certification (ECF No. 57);

**WHEREAS,** on November 3, 2026, the Court granted the Parties' Joint Stipulation Setting Expert Discovery and Rule 702 Briefing Schedule, Extending Class Certification Reply Deadline and Continuing Class Certification Hearing (ECF No. 66), under which the plaintiffs' reply in support of class certification is due December 24, 2026;

**WHEREAS,** Civil Local Rule 7-4(b) limits an opposition brief to 25 pages, and Civil Local Rule 7-3(c) limits a reply brief to 15 pages;

**WHEREAS,** the Parties agree that additional pages are warranted for both the opposition and the reply in light of the issues presented by the plaintiffs' Motion for Class Certification and the accompanying expert evidence, and have agreed to an equal extension of 10 pages for each side;

**WHEREAS,** this stipulation does not alter any briefing deadline or hearing date set by the Court;

**WHEREAS,** this stipulation is not made for the purpose of delay and will not prejudice the respective Parties;

**IT IS HEREBY STIPULATED AND AGREED,** subject to the Court's approval, that Martinelli's opposition to the plaintiffs' Motion for Class Certification may exceed the 25-page limit set by Civil Local Rule 7-4(b) by 10 pages, for a total of 35 pages, although Martinelli's will endeavor to keep the opposition as streamlined as possible.

**IT IS FURTHER STIPULATED AND AGREED**, subject to the Court's approval, that the plaintiffs' reply in support of their Motion for Class Certification may exceed the 15-page limit set by Civil Local Rule 7-3(c) by 10 pages, for a total of 25 pages.

**IT IS SO STIPULATED.**

Date: November 5, 2026

By: */s/ Isabelle L. Ord*

ISABELLE L. ORD (Bar No. 198224)
isabelle.ord@us.dlapiper.com
TIA Q. NGUYEN (Bar No. 338778)
tia.nguyen@us.dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: (415) 836-2500
Fax: (415) 836-2501

KEARA M. GORDON (Admitted *pro hac vice*)
keara.gordon@us.dlapiper.com
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Tel: (212) 335-4500
Fax: (917) 778-8037

*Attorneys for Defendant S. Martinelli & Company*

Date: November 5, 2026

By: */s/ Joel D. Smith*

JOEL D. SMITH (State Bar No. 244902)
SMITH KRIVOSHEY, PC
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Tel: (617) 377-7404
E-Mail: joel@skclassactions.com
SMITH KRIVOSHEY, PC

Yeremey O. Krivoshey (State Bar No. 295032)
Brittany S. Scott (State Bar No. 327132)
28 Geary Street Suite 650 #1507
San Francisco, CA 94108
Tel: (415) 839-7000
E-Mail: yeremey@skclassactions.com
brittany@skclassactions.com

*Attorneys for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: November 5, 2026

Hon. Nathanael M. Cousi[illegible]
Un[illegible]ted S[illegible]e



**ATTORNEY ATTESTATION**

Pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), I attest that the concurrence in the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: November 5, 2026

*/s/ Isabelle L. Ord*
Isabelle L. Ord

**DECLARATION OF ISABELLE L. ORD**

I, Isabelle L. Ord, declare as follows:

1. I am a partner at DLA Piper LLP (US) and counsel of record for Defendant S. Martinelli & Company ("Martinelli's") in this putative class action brought by Plaintiffs Joly Ramirez and Sorangie Sanchez (the "plaintiffs"). I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

1. On October 30, 2026, the plaintiffs' counsel agreed that Martinelli's opposition to the plaintiffs' Motion for Class Certification (ECF No. 60) may exceed the 25-page limit set by Civil Local Rule 7-4(b) by 10 pages, for a total of 35 pages, and that the plaintiffs' reply may exceed the 15-page limit set by Civil Local Rule 7-3(c) by 10 pages, for a total of 25 pages.

2. The Parties therefore jointly request that the Court approve these page-limit extensions.

3. The requested page-limit extensions will not affect any deadline or hearing date in the case, including the November 17, 2026 deadline for Martinelli's opposition and the December 24, 2026 deadline for the plaintiffs' reply set by the Court's November 3, 2026 Order (ECF No. 66). This stipulation is not made for the purpose of delay and will not prejudice the Parties.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 5, 2026 at Moraga, California.

*/s/ Isabelle L. Ord*